## Table of Contents: 8187157206

SBA Review Summary
   Summary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
Denial Justification Document
   Denial Justification Document - Term . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
Miscellaneous
   1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .19
   1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .23
   1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .34
   1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .37
   1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .40
   1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .42
   1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .45
   1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .46
   1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .72
   1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .86
   1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .87
   1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .111
   1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .134
   1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .159
   1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .160
   1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .175
   1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .199
   1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .214
   1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .239
   1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .241
   2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .258
   2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .317
   2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .318
   2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .328
   2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .343
   2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .347
   2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .350
   2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .928
   2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .937
   2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .946
   2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .957
   2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1133
   2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1234
   2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1319

2 ................................................................................................... 1321

2 ................................................................................................... 1323

2 ................................................................................................... 1325

3 ................................................................................................... 1327

3509 .............................................................................................. 1328

3509 .............................................................................................. 1337

3509 .............................................................................................. 1339

3509 .............................................................................................. 1341

3509 .............................................................................................. 1343

3509 .............................................................................................. 1358

3509 .............................................................................................. 1359

3509 .............................................................................................. 1360

3509 .............................................................................................. 1371

4 ................................................................................................... 1380

5 ................................................................................................... 1383

dditional info .................................................................................. 1384

Additional information ...................................................................... 1394

Additional information ...................................................................... 1495

copy of message from borrower ........................................................ 1496

ownership information ...................................................................... 1497

PPP Schedule A

  PPP Schedule A ............................................................................ 1503

SBA Correspondence - All documents

  SBA Loan Review.pdf ..................................................................... 1604

SBA Correspondence - Request Clarifications

  SBA Loan Review.pdf ..................................................................... 1606

  SBA Loan Review.pdf ..................................................................... 1610

  SBA Loan Review.pdf ..................................................................... 1613

SBA Form 3508

  PPP_Forgiveness_App_BUTTERFIELD HEALTH CARE INC .................... 1616

Attachments

  3511 Butterfield Health Care ............................................................ 1619

  3511 Butterfield Health Care sig page ............................................... 1624

  3511 Oak Brook Medical ................................................................. 1628

  Affiliate Narrative Jafari Health et al ................................................. 1636

  Affiliation explanation 032421 Butterfield Health Care ........................ 1645

  Affiliation explanation 042021 Butterfield Health Care ........................ 1649

  Affiliation explanation 122921 Oak Brook Medical .............................. 1651

  Affiliation response 012622 Butterfield .............................................. 1653

  Affiliation response 012622 Oak Brook .............................................. 1655

  Affiliation Worksheet Jafari Health et al ............................................. 1657

Draft - Deliberative and Pre-Decisional 8187157206.pdf.....................................1677

HAR Alternative Size Standard Worksheet................................................1682

Lender
# Midland States Bank

Borrower
# BUTTERFIELD HEALTH CARE INC

| | |
|---|---|
| Review Type: | R3 Review |
| Assigned to: | Unassigned |
| Workflow Status: | Not Approved |

**Auto Review Failed**

## About Request

**Draw Type : First Draw**
**SBA # : 8187157206**
Lender PPP Loan # : **8187157206**
Borrower Name: **BUTTERFIELD HEALTH CARE INC**
Borrower Type: **Subchapter S Corporation**
PPP Loan Disbursement Date: **04/29/2020**

**NAICS Code: Not Provided**

| | |
|---|---|
| Initially Submitted on | 09/04/2020 (Sept. 4, 2020, 11:51 a.m.) |
| Lender Decision | Approved in full |
| Last Updated by SBA on | 03/23/2022 |
| Last Updated by Lender on | 11/17/2021 |
| Sent to Auto Review | Sept. 8, 2020, 8:04 p.m. |
| Last Update from Auto Review | Nov. 16, 2021, 2:36 p.m. |
| COVID Flag | N/A |

| Name | Email | Phone |
|---|---|---|
| Keith Hinrichs | khinrichs@midlandsb.com | 8152624194 |
| Tyler Jasper | tjasper@midlandsb.com | 3148987033 |
| Cindy Kremer | ckremer@midlandsb.com | 2178216453 |

## Forgiveness Results

| | |
|---|---|
| **Loan Amount** | $2,201,640.00 |
| **Lender Requested Unforgiven Amount** | - $0.00 (0.00%) |
| **Lender Requested Forgiveness Amount** | $2,201,640.00 (100.00%) |
| **SBA Final Forgiveness Amount** | $ 0.00 |

## Review Progress

**Reviewed By**

Aubrey Lenninger

3 months ago

Recommends *Not Approved*

The affiliation hold code flag(s) for this loan were NOT cleared and therefore this loan will be processed as a denial. However, the loan is NOT part of the sample and therefore NO longer needs to undergo a manual review. We are advancing the forgiveness application through the platform so it can be further processed as a denial.

**Accepted By**

pamela diggins

2 months, 3 weeks ago

Recommends *Not Approved*

---

**Higher Level Authoritry Reviewed By**

Jason Frulla

2 months, 3 weeks ago

Recommends *Not Approved*

**OCA Reviewed By**

Christine Winfrey

2 months, 3 weeks ago

Recommends *Not Approved*

Decision Letter *Denial Justification Document - Term*

**Decision Narrative**

SBA has determined that the borrower was ineligible for the PPP loan. The reason(s) for SBA's decision is as follows: After review of the documentation provided, the SBA concludes the Borrower business, or together with its affiliates, exceeds the maximum allowable number of employees and the SBA small business size standards. The aggregate of loans for this affiliation exceeds the maximum allowable number of employees; therefore, this loan is deemed ineligible.

## Schedule A Information

| Field | Lender Supplied | SBA Verified |
|---|---|---|
| Cash Compensation (Box 1) | $ 1,876,707.62 | $ |
| Average FTE (Box 2) | 185.2 | |
| Salary/Hourly Wage Reduction (Box 3) | $ 27,452.75 | $ |
| Cash Compensation (Box 4) | $ 175.35 | $ |
| Average FTE (Box 5) | 8.3 | $ |
| Total amount paid by Borrower for employer contributions for employee health insurance | $ 74,813.53 | $ |
| Total amount paid by Borrower for employer contributions to employee retirement plans | $ 11,440.43 | $ |
| Total amount paid by Borrower for employer state and local taxes assessed on employee compensation | $ 89,548.29 | $ |
| Total amount paid to owner-employees/self-employed individual/general partners | $ 0.00 | $ |
| Payroll Costs (add lines 1, 4, 6, 7, 8, and 9) | $ 2,227,864.94 | $ |
| Average FTE during the Borrower's chosen reference period | | |
| Total Average FTE (add lines 2 and 5) | | |
| FTE Reduction Quotient (divide line 12 by line 11) or enter 1.0 if FTE Safe Harbor is met | 1.000000000 | |

## Payroll and Non-Payroll Expenses

| Field | Lender Supplied | SBA Verified |
|---|---|---|
| Payroll Costs: | $ 2,227,864.94 | $ |
| Business Rent or Lease Payments: | $ 20,579.36 | $ |
| Business Mortgage Interest Payments: | $ 156,316.87 | $ |
| Business Utility Payments: | $ 50,256.82 | $ |
| Covered Operations Expenditures: | $ | $ |
| Covered Property Damage Costs: | $ | $ |
| Covered Supplier Costs: | $ | $ |
| Covered Worker Protection Expenditures: | $ | $ |

## Borrower Employment Detail

| Field | Lender Supplied |
|---|---|
| Employees at Time of Loan Application | 267 |
| Employees at Time of Forgiveness Application | 252 |
| EIDL Advance Amount | $ 0.00 |
| EIDL Application Number | |
| Payroll Schedule (Weekly, Biweekly, Twice Per Month, Monthly, Other) | Biweekly |
| Covered Period | April 29, 2020 to Oct. 14, 2020 |
| Alternative Covered Period | |

## SBA PPP Loan & Forgiveness Review Procedures

### A. Eligibility

1. **Are the SBA Loan Records free of any indication that special handling may be required during this review? You must answer NO to all three of the following sub-questions, to answer yes to this question.** 

   a. Does the file have a report for further action provided by the Previous Reviewer?

   ◦ If "YES", discontinue work on this loan and contact your supervisor to seek permission to escalate to an R3.
   ◦ If "NO", continue to b.

   b. Are there unresolved Hold Codes/Flags (if applicable)?

   ◦ If "YES", discontinue work on this loan and contact your supervisor to seek permission to escalate to an R3.
   ◦ If "NO", continue to c.

   c. Are there any Chron Entries in the Centralized Loan Chron System (a.k.a. CHRON) that indicate potential misuse of funds or fraud?

   ◦ If "YES", discontinue work on this loan and contact your supervisor to seek permission to escalate to an R3.
   ◦ If "NO", answer YES.
   ◦ If you have any questions, please ask your team lead/supervisor.

2. **In reviewing the SBA Form 2483 Borrower Application Form or Lender's equivalent form, did you find that the form was completed, signed and dated with all certifications initialed by the borrower and that questions (1), (2), (5) and (6) were answered "No"?** 

   ◦ If "YES", continue to the next question.
   ◦ If "NO", recommend denial based on the applicable question. If the Approver concurs with this recommendation, the loan review will be escalated to for a final decision in HQ.

3. **Was the SBA Form 3508 Request for Forgiveness Form or Lender's equivalent form completed, signed, and dated with all attestations completed by the borrower?** 

   a. If "YES," continue to the next question.

   b. If "NO," confirm with the lender that the borrower has correctly completed the form. If the lender responds that they have, discontinue work on this loan and contact your supervisor to seek permission to escalate to an R3. If the lender can provide an updated form that is properly completed, obtain the updated copy and proceed to the next question.

4. **Is the borrower structure eligible?** 

   ◦ C-Corporation, S-Corporation, LLC
   ◦ Sole proprietorship
   ◦ Independent contractor
   ◦ Partnership
   ◦ Nonprofit organization described in IRC § 501(c)(3)
   ◦ Housing cooperative, section 501(c)(6) organization, and destination marketing organizations employing less than 300 people
   ◦ News organization that is majority owned or controlled by a NAICS code 511110 or 5151 business or a nonprofit public broadcasting entity with a trade or business under NAICS 511110 or 5151.
   ◦ Faith-based organization that does not have 501(c)(3) status
   ◦ Veterans organization described in IRC § 501(c)(19)
   ◦ IRC 501(c)(12) electric and telephone co-operative
   ◦ Tribal business concern described in 15 USC § 657a(b)(2)(c)
   ◦ Nonprofit hospital owned by governmental entities if they are described in IRC § 501(c)(3) (or otherwise adhere to the parameters of IRC § 501(c)(3) and are tax exempt under IRC § 115) and receive less than 50 percent of their funding from state or local government sources, exclusive of Medicaid.
   a. If the borrower's legal organization structure is listed above, answer YES to this question and advance to the next question.
   b. If the borrower's legal organization structure is not listed above, answer NO to this question and recommend denial of loan eligibility. If the Approver concurs with this recommendation, the loan review will be escalated to Higher Authority Review for a final decision

5.

**Is the answer to question (7) on the 2483 or Lender equivalent form "No"? If so, the amounts paid to any employee whose principal place of residence is outside the U.S must be subtracted from the loan amount eligible for forgiveness during the Loan Amount Analysis.**



6.

**Does the Borrower meet all Size Standards requirements if affiliates are being considered? The following steps will guide you through this determination including affiliates.**



For R2 & R3 reviews, reference the **Size Standards Affiliation Instructions**.

a. Does the borrower have affiliates? (Reference Applicable Affiliation Rules)

Affiliates may be identified in:
  ◦ Addendum A to SBA Form 2483 (PPP Borrower Application)
  ◦ During the automated review, or
  ◦ On the Loan Forgiveness Application, if the borrower checked the box to indicate that it, together
    with its affiliates, received PPP loans in excess of $2 Million.

  ◦ **If YES, continue to b.**
  ◦ **If NO, continue to c to calculate Borrower's compliance with size standard.**

b. If the borrower has affiliates, do any of the following affiliate exemptions apply, causing the affiliates to not affect the size standard?

  ◦ Religious Exemption (Religious Addendum Required)
  ◦ Any business concern with not more than 500 employees per location that is assigned a NAICS
    code beginning with 72, as of the disbursement date of the loan.
  ◦ Any business concern operation as a franchise that is assigned a franchise identifier code by the
    SBA.
  ◦ Any business concern that receives financial assistance from a company licensed under section
    301 of the Small Business Investment Act of 1958 (15 USC 681).

  ◦ **If YES, calculate Borrower's compliance with PPP size standards on standalone basis
    (do not count affiliates). Continue to c.**
  ◦ **If NO, the Borrower's affiliates must be included in the calculation to determine
    compliance with PPP size standards. Continue to c.**
  ◦ **If additional information is required to determine the size of the borrower and its
    affiliates, issue an RFP for the borrower to complete the Affiliation Worksheet.**
  ◦ **If you have any questions, please ask your team lead/supervisor.**

c. Does the borrower (including any applicable affiliates) have 500 or fewer (or 300 if applicable) employees?

  ◦ **If YES, continue to the next question.**
  ◦ **If NO, continue to e.**

d. Does the borrower meet SBA size standards set forth in 13 CFR 121.201, including the revenue-based or employee-based industry size standard for the applicant's primary industry ("Industry Size Standard")?

  ◦ **If YES, continue to the next question.**
  ◦ **If NO, continue to e.**

e. Does the borrower meet both tests in SBA's Alternative Size Standard?
Note: Borrowers can qualify for PPP if they meet both tests in SBA's "Alternative Size Standard" as of
March 27, 2020: (1) maximum tangible net worth of the business is not more than $15 million; and (2)
the average net income after Federal income taxes (excluding any carry-over losses) of the business for
the two full fiscal years before the date of the application is not more than $5 million.

  ◦ **If YES, continue to the next question.**
  ◦ **If NO, answer NO and recommend denial of loan eligibility. If the Approver concurs with
    this recommendation, the loan review will be escalated to Higher Authority Review for a
    final decision.**

7.

**In reviewing the SBA Form 2483 Borrower Application Form or Lender's equivalent form, did
you find that Question (4) was answered "No" - Additional information is required otherwise.**



  ◦ If question (4) is answered "YES", Addendum B is needed. If not provided, request from lender.

8.

**Is the borrower eligible under 13 C.F.R. §120.110 (except as modified by PPP requirements)? Reference the Platform Review Guide for the list of ineligible types of businesses and organizations.** 

- If YES, answer Yes to this question.
- If NO or if the borrower is listed on the ineligible business list, answer NO to this question and recommend denial of loan eligibility. If the Approver concurs with this recommendation, the loan review will be escalated to Higher Authority Review for a final decision.

9.

**In reviewing the SBA Form 2483 Borrower Application Form or Lender's equivalent form, did you find that Question (3) was answered "No" - Additional information is required otherwise.** 

- If question (3) is answered "YES", Addendum A is needed. If not provided, request from lender.

10.

**Did the borrower provide information with its application to demonstrate that it was in operation on February 15, 2020 and it had employees to whom it paid salaries or paid independent contractors on that date? For seasonal businesses, did the borrower provide information with its application to demonstrate that it was in operation for any 8-week period between February 15, 2019 and September 15, 2019?** 

- If YES, continue to the next question.
- If NO, request from lender.
- If information provided demonstrates that borrower did not meet operational criteria, loan is ineligible. Answer NO, complete review and Recommend denial. If the Approver concurs with this recommendation, the loan review will be escalated for a final decision in HQ.
- If you have any questions, please ask your team lead/supervisor.

## B. Loan Amount Analysis

1.

**Was the loan amount supported by sufficient documentation and calculated correctly? Use Maximum Loan Calculator to verify the loan amount to complete analysis. <u>Reference How to Calculate Loan Amounts.</u>** 

a. Did the borrower provide payroll documentation to fully support the number of employees on the 2483 (or equivalent) and the loan amount calculation.

- If YES, continue to b.
- If NO, request from lender - if lender states it is not available, answer NO to question 1 and recommend denial of loan eligibility. If the Approver concurs with this recommendation, the loan review will be escalated to a Higher Authority Review for a final decision.

b. Did the borrower accurately calculate the loan amount, including Average Monthly Payroll?

- If YES, advance to next question.
- If NO, contact lender in writing to resolve discrepancy. If correction is needed, enter correct Loan Amount in SBA Verified section of the platform. Make notes in platform explaining discrepancies. Continue to next question once the issue is resolved.
- If you have any questions, please ask your team lead/supervisor.

**Tolerance Level:**

If the SBA calculated loan amount is within 5% or $25,000, whichever is less, of the lender loan amount, continue with the review.

If the SBA calculated loan amount has a greater difference from the lender loan amount than the tolerance variance allows, use notification procedures to notify the lender that SBA will be recommending reduction of the forgiveness amount. Clearly explain the decision in your Platform Notes.

2.

**Was the PPP Note in compliance with PPP Loan Program Requirements?** 

a. Do the Note amount, disbursed amount, and approved amount all match?

- If YES, continue to b.
- If NO, contact the lender for clarification.
- If you have any questions, please ask your team lead/supervisor.

b. Does the Note have the correct terms, including the date of the note, interest rate, and maturity?

- If YES, advance to the next question.
- If NO, inform lender that terms must comply with PPP rules and regulations if there is an amount remaining after forgiveness and advance to the next question.

**3.** **Did the Loan Transcript support PPP Loan Program requirements?** 

a. Does the amount disbursed reflected on the Loan Transcript match the Loan Amount supplied by the lender with the forgiveness decision?

- If YES, continue to b.
- If NO, contact lender to resolve discrepancy. If correction is needed, enter correct disbursement date in SBA Verified section of the platform to ensure the interest paid on any amount forgiven is calculated correctly.
- If you have any questions, please ask your team lead/supervisor.

b. Does the disbursement date reflected on transcript match the disbursement date provided with lender's forgiveness decision?

- If YES, continue to c.
- If NO, contact lender to resolve discrepancy. If correction is needed, enter correct disbursement date in SBA Verified section of the platform to ensure the interest paid on any amount forgiven is calculated correctly.

c. Does the transcript reflect deferment of borrower payments, as required by PPP program rules?

- If YES, (no borrower payments are reflected), answer YES and continue.
- If NO, (borrower payments are reflected), request clarification from lender to determine if borrower payments were voluntary and confirmation that loan was deferred as required.
- If you have any questions, please ask your team lead/supervisor.

**4.** **Was the refinance of an EIDL loan in compliance with PPP Loan Program Requirements and, if not, was the eligible loan amount adjusted? Note: if there is no EIDL loan that needed to be refinanced, answer YES and continue to the next question.** 

a. Was the EIDL Loan refinanced by the PPP loan approved by SBA between January 31, 2020 and April 3, 2020?

- If YES, advance to b.
- If NO, the EIDL Loan was not eligible to be refinanced by the PPP loan, therefore, the portion of the PPP loan used for the EIDL Loan refinance is not eligible for forgiveness. Contact lender to resolve discrepancy. Once resolved, enter the amount of the loan eligible to be forgiven in the Loan Amount field in SBA Verified section of the platform.
- If you have any questions, please ask your team lead/supervisor.

b. Was the EIDL Loan refinanced by the PPP loan paid in full with PPP loan proceeds?

- If YES, advance to the next question.
- If the proceeds intended to refinance the EIDL loan were disbursed to the borrower and the EIDL Loan isn't paid in full, that portion of the PPP loan is ineligible for forgiveness. Contact lender to resolve discrepancy. Contact lender to resolve discrepancy. Once resolved, enter the amount of the loan eligible to be forgiven in the Loan Amount Field in SBA Verified section of the platform. Continue to the next question.

**5.** **Were the terms of the PPP Note Correct?**

a. Were fees charged to Borrower (by Lender or an Agent)? Is the Note signed by the Borrower?

- If YES, continue to b.
- If NO, contact the lender for clarification.
- If you have any questions, please ask your team lead/supervisor.

b. Is the Note signed by the Borrower?

- If YES, continue to the next question.
- IF NO, request a copy of the signed Note from the lender.
- If you have any questions, please ask your team lead/supervisor.

## C. Forgiveness Amount Analysis

1.

**Was PPP Loan Forgiveness Application Form 3508, 3508EZ, 3508S or Lender equivalent form completed, signed, and dated with all certifications initialed and all required supporting documentation submitted by the Lender?**



- If YES to the applicable option below, advance to the next question.
- If NO, request from lender.
- If you have any questions, please ask your team lead/supervisor.

a. If the borrower used SBA Form 3508S, was the PPP loan amount received by the borrower was $150,000 or less?

- If SBA Form 3508s was not used, skip this question.
- If YES, advance to Question b.
- If NO, request the correct form from the lender and appropriate documentation. Do NOT withdraw the forgiveness request.
- If you have any questions, please ask your team lead/supervisor.

b. If the borrower used SBA Form 3508EZ, was the borrower eligible to use that form (Did the borrower provide documentation to support the certification that salaries and wages were not reduced by more than 25 percent during the covered period, as well as documentation supporting the applicable certification on Page 2 of the forgiveness application)?

- If SBA Form 3508EZ was not used, skip this question.
- If YES, continue to question c.
- If the borrower was not eligible to use this form, or did not provide necessary documentation, do NOT withdraw the application. Ask the Lender to complete the correct form and submit supporting documentation.
- If you have any questions, please ask your team lead/supervisor.

c. If the borrower used SBA Form 3508 and selected FTE Reduction Safe Harbor 1 or 2 or the TE Reduction Exception, confirm that the borrower provided documentation to support the selected FTE Safe Harbor or the FTE Reduction Exception.

- If SBA Form 3508 was not used, skip this question.
- If documentation provided demonstrates the borrower was eligible to use the form, continue to the next question.
- If supporting documentation was not provided, request from lender.
- If documentation provided demonstrates the borrower doesn't qualify for the selected FTE Safe Harbor, determine if forgiveness reductions are required. Continue to next question.

2.

**Were payroll costs and underlying documents free from inconsistencies, discrepancies, and ineligible expenses when verifying the following? Use Forgiveness Amount Calculator (Deep Dive Calculator) to complete analysis when something in the file causes you to question the accuracy of the borrower's or lender's calculation.**



a. Verify the payroll records account for the # of employees shown on 3508, 3508EZ, 3508S or Lender equivalent form.

b. Verify that the documentation shows the borrower shown on 3508, 3508EZ, 3508S or Lender equivalent form.

c. Verify that the borrowers 3508, 3508EZ, 3508S, or lender equivalent selected a 24 or 8-week covered period or alternative covered period if elected by the borrower, and that it matches the forgiveness platform. Note that only PPP prior to June 5, 2020, may use the 8-week period.

d. Verify that the payroll eligible cash compensation and non-cash benefit payments from the covered period or the alternative payroll covered period are included in the payroll cost calculation on the 3508, 3508EZ, 3508S, or lender equivalent form. Note: The Payroll records may reflect a time-period shorter than the stated covered period. If the borrower used all the loan proceeds for which the borrower is requesting forgiveness and the borrower's loan forgiveness application accounts for any salary/wage reductions in excess of 25 percent for the full covered period, or FTE reductions if applicable, they may submit the forgiveness request at that time.

e. Verify individual employee cash compensation does not exceed an annual salary of $100,000, as prorated for the Covered Period. For an 8-week Covered Period, that total is $15,385. For a 24-week Covered Period, that total is $46,154. For periods greater than 8 or less than 24 weeks, use the pro-rated salary amount.

f. Verify owner (5% or more ownership) cash compensation in total across all businesses does not exceed allowable caps. For an 8-week Covered Period, the cap is $15,385 or 8/52 of 2019 compensation, whichever is less. For a 24-week Covered Period, the cap is $20,833, or 2.5 months' worth of their 2019 compensation in 2019, whichever is less.

g. Verify all payroll costs incurred or paid during the Covered Period or Alternative Payroll Covered Period, or that the payments were made after the Covered Period or Alternative Payroll Covered Period for costs incurred during the applicable period.

h. Verify that at least 60% of the forgiveness amount as shown on the 3508EZ, 3508S, 3508 or lender equivalent, consists of eligible payroll costs.

- If YES, advance to the next question.
- If NO, contact the lender to resolve discrepancies. If the amount of Payroll costs supplied with the lender's decision is incorrect, enter the correct amount in the SBA Verified section of the platform.

3.

**Did the borrower accurately calculate the total eligible payroll costs incurred during the Covered Period or Alternative Covered period?**



- If YES, advance to the next Question.
- If NO, contact the lender to resolve discrepancies. If the amount of Payroll costs supplied with the lender's decision is incorrect, enter the correct amount in the SBA Verified section of the platform.

4.

**Were non-payroll expenses and documents free from any inconsistencies, discrepancies, and unreasonable or ineligible expenses?**



**For R2 reviews, reference the Non-payroll expenses.**

- a. Verify that the rent obligation, mortgage interest obligation or utility is in the borrower's name.
- b. Verify existence prior to Feb. 15, 2020.
- c. Verify that the payments made were during the covered period (and applied appropriately, if applicable), or that the payments were made after the covered period for costs incurred during the covered period.
    - If YES, advance to the next question.
    - If NO, contact the lender to resolve discrepancies.

5.

**Did the borrower accurately calculate the total eligible non-payroll costs incurred during the Covered Period?**



For R2 reviews, reference the **Non-payroll expenses**.

- If YES, advance to the next question.
- If NO, contact the lender to resolve discrepancies. If the amount of Non-payroll costs supplied with the lender's decision is incorrect, enter the correct amount in the SBA Verified section of the platform.

6.

**Do the calculations in lender's loan forgiveness decision agree with supplied decision data and supporting documentation?**



- If YES, complete review.
- If NO, contact lender to resolve discrepancy. If correction is needed, enter correct value in appropriate field in SBA Verified section of the platform. /li>

*If the SBA calculated loan forgiveness amount is within 5% or $25,000, whichever is less, of the lender loan forgiveness amount, please advance.*

*If the SBA calculated loan forgiveness amount has a greater difference from the lender loan forgiveness amount than the tolerance variance allows, use notification procedures to notify the lender that SBA will be recommending reduction of the forgiveness amount. Clearly explain the decision in your Platform Notes.*

7.

**If the borrower used SBA Form 3508 and no safe harbor is applicable, is the borrower calculation as reported on the Schedule A and Schedule A Worksheet consistent with provided supporting documentation?**



- If YES, advance to the next question.
- If NO, contact lender to resolve discrepancy. If correction is needed, enter correct Salaries/Hourly Wage Reduction/FTE reduction quotient in SBA Verified section of the platform. /li>
- If SBA Form 3508 was not used, this question is not applicable.
- If you have any questions, please ask your team lead/supervisor.

8.

**If the borrower used SBA Form 3508S, does the borrower have affiliates that received loans of $2 million or greater in the aggregate?**



- If SBA Form 3508S was not used, skip this question.
- If NO, advance to the next question.
- If YES, inform lender in writing that borrower must reapply using the appropriate form. Please seek concurrence from your team lead/supervisor to withdraw the lender's decision.
- If you have any questions, please ask your team lead/supervisor.

## Supporting Forgiveness Documentation

| Document Name | Document Uploaded | Document Category | Actions |
|---|---|---|---|
| Denial Justification Document - Term | March 23, 2022, 5:31 p.m. | Denial Justification Document | View |
| copy of message from borrower | Feb. 16, 2022, 10:06 p.m. | Miscellaneous | View |
| Additional information | Feb. 16, 2022, 10:03 p.m. | Miscellaneous | View |
| Additional information | Feb. 16, 2022, 10:02 p.m. | Miscellaneous | View |
| SBA Loan Review.pdf | Feb. 10, 2022, 8:19 p.m. | SBA Correspondence - Request Clarifications | View |
| additional info | Jan. 19, 2022, 3:20 p.m. | Miscellaneous | View |
| SBA Loan Review.pdf | Jan. 19, 2022, 2:09 p.m. | SBA Correspondence - Request Clarifications | View |
| ownership information | Jan. 13, 2022, 5:09 p.m. | Miscellaneous | View |
| SBA Loan Review.pdf | Jan. 11, 2022, 5:21 p.m. | SBA Correspondence - Request Clarifications | View |
| 5 | Dec. 7, 2020, 4:11 p.m. | Miscellaneous | View |
| 4 | Dec. 7, 2020, 4:10 p.m. | Miscellaneous | View |
| 3 | Dec. 7, 2020, 4:10 p.m. | Miscellaneous | View |
| 2 | Dec. 7, 2020, 4:10 p.m. | Miscellaneous | View |
| 2 | Dec. 7, 2020, 4:09 p.m. | Miscellaneous | View |
| 2 | Dec. 7, 2020, 4:08 p.m. | Miscellaneous | View |
| 2 | Dec. 7, 2020, 4:08 p.m. | Miscellaneous | View |
| 2 | Dec. 7, 2020, 4:08 p.m. | Miscellaneous | View |
| 2 | Dec. 7, 2020, 4:08 p.m. | Miscellaneous | View |
| 2 | Dec. 7, 2020, 4:07 p.m. | Miscellaneous | View |
| 2 | Dec. 7, 2020, 4:07 p.m. | Miscellaneous | View |
| 2 | Dec. 7, 2020, 4:07 p.m. | Miscellaneous | View |
| 2 | Dec. 7, 2020, 4:07 p.m. | Miscellaneous | View |
| 2 | Dec. 7, 2020, 4:06 p.m. | Miscellaneous | View |
| 2 | Dec. 7, 2020, 4:06 p.m. | Miscellaneous | View |
| 2 | Dec. 7, 2020, 4:06 p.m. | Miscellaneous | View |
| 2 | Dec. 7, 2020, 4:06 p.m. | Miscellaneous | View |
| 2 | Dec. 7, 2020, 4:06 p.m. | Miscellaneous | View |
| 2 | Dec. 7, 2020, 4:05 p.m. | Miscellaneous | View |

| Document Name | Document Uploaded | Document Category | Actions |
|---|---|---|---|
| 2 | Dec. 7, 2020, 4:04 p.m. | Miscellaneous | View |
| 1 | Dec. 7, 2020, 4:03 p.m. | Miscellaneous | View |
| 1 | Dec. 7, 2020, 4:03 p.m. | Miscellaneous | View |
| 1 | Dec. 7, 2020, 4:03 p.m. | Miscellaneous | View |
| 1 | Dec. 7, 2020, 4:03 p.m. | Miscellaneous | View |
| 1 | Dec. 7, 2020, 4:02 p.m. | Miscellaneous | View |
| 1 | Dec. 7, 2020, 4:02 p.m. | Miscellaneous | View |
| 1 | Dec. 7, 2020, 4:02 p.m. | Miscellaneous | View |
| 1 | Dec. 7, 2020, 4:02 p.m. | Miscellaneous | View |
| 1 | Dec. 7, 2020, 4:01 p.m. | Miscellaneous | View |
| 1 | Dec. 7, 2020, 4:01 p.m. | Miscellaneous | View |
| 1 | Dec. 7, 2020, 4:01 p.m. | Miscellaneous | View |
| 1 | Dec. 7, 2020, 4:01 p.m. | Miscellaneous | View |
| 1 | Dec. 7, 2020, 4:01 p.m. | Miscellaneous | View |
| 1 | Dec. 7, 2020, 4 p.m. | Miscellaneous | View |
| 1 | Dec. 7, 2020, 4 p.m. | Miscellaneous | View |
| 1 | Dec. 7, 2020, 4 p.m. | Miscellaneous | View |
| 1 | Dec. 7, 2020, 3:59 p.m. | Miscellaneous | View |
| 1 | Dec. 7, 2020, 3:59 p.m. | Miscellaneous | View |
| 1 | Dec. 7, 2020, 3:59 p.m. | Miscellaneous | View |
| 1 | Dec. 7, 2020, 3:58 p.m. | Miscellaneous | View |
| 3509 | Dec. 7, 2020, 3:58 p.m. | Miscellaneous | View |
| 3509 | Dec. 7, 2020, 3:57 p.m. | Miscellaneous | View |
| 3509 | Dec. 7, 2020, 3:57 p.m. | Miscellaneous | View |
| 3509 | Dec. 7, 2020, 3:57 p.m. | Miscellaneous | View |
| 3509 | Dec. 7, 2020, 3:56 p.m. | Miscellaneous | View |
| 3509 | Dec. 7, 2020, 3:56 p.m. | Miscellaneous | View |
| 3509 | Dec. 7, 2020, 3:56 p.m. | Miscellaneous | View |
| 3509 | Dec. 7, 2020, 3:55 p.m. | Miscellaneous | View |
| 3509 | Dec. 7, 2020, 3:55 p.m. | Miscellaneous | View |
| SBA Loan Review.pdf | Nov. 21, 2020, 1:35 p.m. | SBA Correspondence - All documents | View |

| Document Name | Document Uploaded | Document Category | Actions |
| --- | --- | --- | --- |
| PPP_Forgiveness_App_BUTTERFIELD HEALTH CARE INC | Sept. 4, 2020, 11:51 a.m. | SBA Form 3508 | View |
| PPP Schedule A | Sept. 4, 2020, 11:51 a.m. | PPP Schedule A | View |

## SBA Internal Notes

| Note | Author | Date |
|---|---|---|
| **Comment** <br> OCA: 3/23/2022 <br><br> We are in concurrence with the recommendation of a full denial since the borrower did not meet the eligibility requirements of the Paycheck Protection Program due to affiliation issues. The affiliated group exceeds the maximum allowable number of employees, rendering this loan ineligible. The affiliated team reviewed, requested (Borrower deny affiliation and refuse to provide information to determine Industry Size Standard or Alternative Size Standard) and determined that Hold Code 33, 37 and 54 cannot be cleared; loan exceeds the maximum allowable number of employees and the SBA small business size standards. Please see attached Affiliation Template Narrative. <br><br> **AFFILIATE TEAM REVIEWED:** <br><br> Hold Code 33, 37, and 54 cannot be cleared, please see attached Affiliation Template Narrative. <br><br> Borrower is affiliated with 26 other entities. They exceed PPP size standards and have not provided information to confirm meeting Industry or Alternative Size Standards. <br><br> Recommend Not Approved. | Christine Winfrey | March 23, 2022, 5:30 p.m. |
| **Comment** <br> 3/23/2022 HAR: <br><br> We are in concurrence with the recommendation of denial. Eligibility could not be confirmed for the borrower because the employee count exceeds 500 across all affiliates. The owner of the borrower disagrees with the SBA determination of which entities are affiliates and refuses to provide information to determine Industry Size Standard or Alternative Size Standard for all affiliated entities. As such, Hold Codes cannot be cleared. | Jason Frulla | March 23, 2022, 2:19 p.m. |
| **Comment** <br> I have reviewed this request and concur with the recommendation to decline forgiveness. <br><br> Affiliation Eligibility is NOT confirmed for all entities who received PPP loans because employee count exceeds 500 across all affiliates. Borrowers deny affiliation and refuse to provide information to determine Industry Size Standard or Alternative Size Standard. • Active Hold Codes 33, 37, and 54 cannot be cleared. <br><br> See Affiliation notes | pamela diggins | March 22, 2022, 9:32 p.m. |
| **Comment** <br> Hold Code 33/37/54 cannot be cleared and CHRON notes have been updated accordingly per attached Affiliate Team Narrative. Recommend Not Approved. | Carol Lowe-Chin | March 18, 2022, 9:06 p.m. |
| **Comment** <br> AFFILIATE TEAM REVIEWED: <br><br> Hold Code 33, 37, and 54 cannot be cleared, please see attached Affiliation Template Narrative. <br><br> Borrower is affiliated with 26 other entities. They exceed PPP size standards and have not provided information to confirm meeting Industry or Alternative Size Standards. <br><br> Recommend Not Approved. | Aubrey Lenninger | March 18, 2022, 8:59 p.m. |

| Note | Author | Date |
|------|--------|------|
| **Comment**<br>Hold code 54 was added due to codes 33 and 37<br><br>File is being referred for review due to affiliation issue.<br><br>Per the GH report, "The principal owners of BHC and each of the borrowers immediately below are as follows: Kianoosh and Soussan Jafari (JTWROS) (25%), Robert Jafari (25%), Nicholas and Dorothy Vangel (JTWROS) (20%), and Dorothy Vangel (Trustee for various trusts) (30%). No principal individually has over fifty (50%) interest however documentation provided by the borrower in response to a request for addition information (A1) indicates that any disputes arising from decisions which require board approval must be handled by arbitration. Thus, for purposes of determining PPP loan eligibility, negative control is established, and the four borrowers (including BHC) are therefore affiliated." | Troy Rakes | Nov. 29, 2021, 2:27 p.m. |
| **Document Upload from Guidehouse**<br>Document Upload from Guidehouse | None | Nov. 17, 2021, 11:46 p.m. |

**Internal Attachments**

| Attachment Name | Mime Type | Size | Actions |
|-----------------|-----------|------|---------|
| Affiliation Worksheet Jafari Health et al | application/vnd.openxmlformats-officedocument.spreadsheetml.sheet | 16.3 KB | View |
| Affiliate Narrative Jafari Health et al | application/pdf | 419.6 KB | View |
| 3511 Butterfield Health Care | application/pdf | 1.5 MB | View |
| 3511 Butterfield Health Care sig page | application/pdf | 1.3 MB | View |
| 3511 Oak Brook Medical | application/pdf | 1.8 MB | View |
| Affiliation explanation 032421 Butterfield Health Care | application/pdf | 1.6 MB | View |
| Affiliation explanation 042021 Butterfield Health Care | application/pdf | 385.6 KB | View |
| Affiliation explanation 122921 Oak Brook Medical | application/pdf | 93.0 KB | View |
| Affiliation response 012622 Butterfield | application/pdf | 134.2 KB | View |
| Affiliation response 012622 Oak Brook | application/pdf | 80.1 KB | View |
| HAR Alternative Size Standard Worksheet | application/vnd.openxmlformats-officedocument.spreadsheetml.sheet | 16.7 KB | View |
| Draft - Deliberative and Pre-Decisional 8187157206.pdf | application/pdf | 159.1 KB | View |



**SMALL BUSINESS ADMINISTRATION**
**WASHINGTON, DC 20416**

03/23/2022

VIA FORGIVENESS PLATFORM

Keith Hinrichs

Midland States Bank

Re: PAYCHECK PROTECTION PROGRAM FINAL SBA LOAN REVIEW DECISION
 Borrower: BUTTERFIELD HEALTH CARE INC
 SBA Loan No.: 8187157206
 Approved Loan Amount: $2,201,640.00
 Loan Approval Date: 04/28/2020
 Lender Forgiveness Decision Submission Date: 09/04/2020
 Lender Forgiveness Decision Amount: $2,201,640.00
 SBA Final Forgiveness Amount: $ 0.00

## Dear: Keith Hinrichs

The U.S. Small Business Administration (SBA) has completed its review of the above-referenced Paycheck Protection Program (PPP) loan.  Based on a review of lender and/or borrower submissions, and consideration of the facts and circumstances, SBA has made a final SBA loan review decision.

---

**SBA has determined that the borrower was ineligible for the PPP loan. The reason(s) for SBA's decision is as follows:**

**After review of the documentation provided, the SBA concludes the Borrower business, or together with its affiliates, exceeds the maximum allowable number of employees and the SBA small business size standards.**

**The aggregate of loans for this affiliation exceeds the maximum allowable number of employees; therefore, this loan is deemed ineligible.**

---

Based on the above stated reason(s), SBA has determined that forgiveness in the amount of $0.00 is appropriate. Additional details regarding the forgiveness payment amount (if any) will be provided in a Notice of Paycheck Protection Program Forgiveness Payment.

Within 5 business days of the date of this letter, you must provide a copy of this final SBA loan review decision to the borrower.

You must continue to service the loan. You must notify the borrower that the remaining balance of the loan after application of the forgiveness payment (if any) must be repaid on or before the maturity date. The notification must include the date on which the first principal and interest payment is due and the amount of the borrower's regular payment. As set forth below, if the borrower files a timely appeal with SBA's Office of Hearings and Appeals (OHA), the deferment period of the loan will be extended pursuant to 13 CFR § 134.1211.

Pursuant to 13 CFR § 134.1201(b), the borrower has the right to appeal to SBA's Office of Hearings and Appeals a final SBA loan review decision that the borrower:

1. was ineligible for a PPP loan;
2. was ineligible for the PPP loan amount received or used the PPP loan proceeds for unauthorized uses;
3. is ineligible for PPP loan forgiveness in the amount determined by the lender in its full approval or partial approval decision issued to SBA; and/or
4. is ineligible for PPP loan forgiveness in any amount when the lender has issued a full denial decision to SBA.

Any appeal must be made in accordance with the SBA Rules of Practice for Borrower Appeals of Final SBA Loan Review Decisions Under the Paycheck Protection Program, located at 13 CFR § 134.1201, *et seq.*, including but not limited to the following:

- An appeal petition must be filed with SBA's Office of Hearings and Appeals (OHA) within 30 calendar days after the borrower's receipt of the final SBA loan review decision. 13 CFR § 134.1202(a). To file and manage an appeal of a final SBA loan review decision with OHA, refer to Office of Hearings and Appeals.
- Borrower must include, among other things, a copy of this final SBA loan review decision with its appeal. 13 CFR § 134.1204(a).
- Borrower must provide you (the lender) with a copy of the timely appeal petition filed with OHA so that you can extend the deferment period of the loan. 13 CFR § 134.1202(b).
- An appeal to OHA is an administrative remedy that must be exhausted before judicial review of a final SBA loan review decision may be sought in a federal district court. 13 CFR § 134.1201(d).

Thank you for your cooperation.

Sincerely,

Office of Capital Access
U.S. Small Business Administration



### Paycheck Protection Program
### Borrower Application Form

OMB Control No : 3245-0407
Expiration Date: 09/30/2020

| Check One: ▲Sole proprietor ▲Partnership ▲C-Corp ▲S-Corp ▲LLC ▲Independent contractor ▲Eligible self-employed individual ▲501(c)(3) nonprofit ▲501(c)(19) veterans organization ▲Tribal business (sec. 31(b)(2)(C) of Small Business Act) ▲Other | **DBA or Tradename if Applicable** Meadowbrook Manor |
|---|---|

| **Business Legal Name** | |
|---|---|
| Butterfield Health Care, Inc | |
| **Business Address** | **Business TIN (EIN, SSN)** · **Business Phone** |
| 431 W. Remington Blvd. | REDACTED · REDACTED - |
| | **Primary Contact** · **Email Address** |
| Bolingbrook, IL 60440 | Liz Koshy · REDACTED |

| Average Monthly Payroll: | $ 880,656 | x 2.5 + EIDL, Net of Advance (if Applicable) Equals Loan Request: | $ 2,201,641 | Number of Employees: | 267 |
|---|---|---|---|---|---|

| Purpose of the loan (select more than one): | ☑Payroll ☑Lease / Mortgage Interest ☑Utilities ☐Other (explain):_____ |
|---|---|

### Applicant Ownership

List all owners of 20% or more of the equity of the Applicant. Attach a separate sheet if necessary.

| Owner Name | Title | Ownership % | TIN (EIN, SSN) | Address |
|---|---|---|---|---|
| Kianoosh Jafari | owner | 25 | REDACTED | REDACTED |
| Nicholas Vangel | owner | 20 | REDACTED | REDACTED |

*If questions (1) or (2) below are answered "Yes," the loan will not be approved.*

| Question | Yes | No |
|---|---|---|
| 1. Is the Applicant or any owner of the Applicant presently suspended, debarred, proposed for debarment, declared ineligible, voluntarily excluded from participation in this transaction by any Federal department or agency, or presently involved in any bankruptcy? | ☐ | ☑ |
| 2. Has the Applicant, any owner of the Applicant, or any business owned or controlled by any of them, ever obtained a direct or guaranteed loan from SBA or any other Federal agency that is currently delinquent or has defaulted in the last 7 years and caused a loss to the government? | ☐ | ☑ |
| 3. Is the Applicant or any owner of the Applicant an owner of any other business, or have common management with, any other business? If yes, list all such businesses and describe the relationship on a separate sheet identified as addendum A. | ☑ | ☐ |
| 4. Has the Applicant received an SBA Economic Injury Disaster Loan between January 31, 2020 and April 3, 2020? If yes, provide details on a separate sheet identified as addendum B. | ☑ | ☐ |

*If questions (5) or (6) are answered "Yes," the loan will not be approved.*

| Question | Yes | No |
|---|---|---|
| 5. Is the Applicant (if an individual) or any individual owning 20% or more of the equity of the Applicant subject to an indictment, criminal information, arraignment, or other means by which formal criminal charges are brought in any jurisdiction, or presently incarcerated, or on probation or parole? Initial here to confirm your response to question 5 → CV | ☐ | ☑ |
| 6. Within the last 5 years, for any felony, has the Applicant (if an individual) or any owner of the Applicant 1) been convicted; 2) pleaded guilty; 3) pleaded nolo contendere; 4) been placed on pretrial diversion; or 5) been placed on any form of parole or probation (including probation before judgment)? Initial here to confirm your response to question 6 → CV | ☐ | ☑ |
| 7. Is the United States the principal place of residence for all employees of the Applicant included in the Applicant's payroll calculation above? | ☑ | ☐ |
| 8. Is the Applicant a franchise that is listed in the SBA's Franchise Directory? | ☐ | ☑ |

SBA Form 2483 (04/20)



**Paycheck Protection Program**
**Borrower Application Form**

## By Signing Below, You Make the Following Representations, Authorizations, and Certifications

<u>CERTIFICATIONS AND AUTHORIZATIONS</u>

I certify that:

- I have read the statements included in this form, including the Statements Required by Law and Executive Orders, and I understand them.
- The Applicant is eligible to receive a loan under the rules in effect at the time this application is submitted that have been issued by the Small Business Administration (SBA) implementing the Paycheck Protection Program under Division A, Title I of the Coronavirus Aid, Relief, and Economic Security Act (CARES Act) (the Paycheck Protection Program Rule).
- The Applicant (1) is an independent contractor, eligible self-employed individual, or sole proprietor or (2) employs no more than the greater of 500 or employees or, if applicable, the size standard in number of employees established by the SBA in 13 C.F.R. 121.201 for the Applicant's industry.
- I will comply, whenever applicable, with the civil rights and other limitations in this form.
- All SBA loan proceeds will be used only for business-related purposes as specified in the loan application and consistent with the Paycheck Protection Program Rule.
- To the extent feasible, I will purchase only American-made equipment and products.
- The Applicant is not engaged in any activity that is illegal under federal, state or local law.
- Any loan received by the Applicant under Section 7(b)(2) of the Small Business Act between January 31, 2020 and April 3, 2020 was for a purpose other than paying payroll costs and other allowable uses loans under the Paycheck Protection Program Rule.

For Applicants who are individuals:  I authorize the SBA to request criminal record information about me from criminal justice agencies for the purpose of determining my eligibility for programs authorized by the Small Business Act, as amended.

<u>CERTIFICATIONS</u>

The authorized representative of the Applicant must certify in good faith to all of the below by **initialing** next to each one:

_CV_    The Applicant was in operation on February 15, 2020 and had employees for whom it paid salaries and payroll taxes or paid independent contractors, as reported on Form(s) 1099-MISC.

_CV_    Current economic uncertainty makes this loan request necessary to support the ongoing operations of the Applicant.

_CV_    The funds will be used to retain workers and maintain payroll or make mortgage interest payments, lease payments, and utility payments, as specified under the Paycheck Protection Program Rule; I understand that if the funds are knowingly used for unauthorized purposes, the federal government may hold me legally liable, such as for charges of fraud.

_CV_    The Applicant will provide to the Lender documentation verifying the number of full-time equivalent employees on the Applicant's payroll as well as the dollar amounts of payroll costs, covered mortgage interest payments, covered rent payments, and covered utilities for the eight-week period following this loan.

_CV_    I understand that loan forgiveness will be provided for the sum of documented payroll costs, covered mortgage interest payments, covered rent payments, and covered utilities, and not more than 25% of the forgiven amount may be for non-payroll costs.

_CV_    During the period beginning on February 15, 2020 and ending on December 31, 2020, the Applicant has not and will not receive another loan under the Paycheck Protection Program.

_CV_    I further certify that the information provided in this application and the information provided in all supporting documents and forms is true and accurate in all material respects. I understand that knowingly making a false statement to obtain a guaranteed loan from SBA is punishable under the law, including under 18 USC 1001 and 3571 by imprisonment of not more than five years and/or a fine of up to $250,000; under 15 USC 645 by imprisonment of not more than two years and/or a fine of not more than $5,000; and, if submitted to a federally insured institution, under 18 USC 1014 by imprisonment of not more than thirty years and/or a fine of not more than  $1,000,000.

_CV_    I acknowledge that the lender will confirm the eligible loan amount using required documents submitted. I understand, acknowledge and agree that the Lender can share any tax information that I have provided with SBA's authorized representatives, including authorized representatives of the SBA Office of Inspector General, for the purpose of compliance with SBA Loan Program Requirements and all SBA reviews.

Chris Vangel    Digitally signed by Chris Vangel
Date: 2020.04.14 16:47:52 -05'00'

04.14.20
_____        _____
Signature of Authorized Representative of  Applicant      Date

Chris Vangel               COO
_____        _____
Print Name                 Title

2



# Paycheck Protection Program
## Borrower Application Form

## Purpose of this form:

This form is to be completed by the authorized representative of the Applicant and **submitted to your SBA Participating Lender**. All the requested information is required to make a determination regarding eligibility for financial assistance. Failure to submit the information would affect that determination.

## Instructions for completing this form:

With respect to "purpose of the loan," payroll costs consist of compensation to employees (whose principal place of residence is the United States) in the form of salary, wages, commissions, or similar compensation; cash tips or the equivalent (based on employer records of past tips or, in the absence of such records, a reasonable, good-faith employer estimate of such tips); payment for vacation, parental, family, medical, or sick leave; allowance for separation or dismissal; payment for the provision of employee benefits consisting of group health care coverage, including insurance premiums, and retirement; payment of state and local taxes assessed on compensation of employees; and for an independent contractor or sole proprietor, wage, commissions, income, or net earnings from self-employment or similar compensation.

For purposes of calculating "Average Monthly Payroll," most Applicants will use the average monthly payroll for 2019, excluding costs over $100,000 on an annualized basis for each employee. For seasonal businesses, the Applicant may elect to instead use average monthly payroll for the time period between February 15, 2019 and June 30, 2019, excluding costs over $100,000 on an annualized basis for each employee. For new businesses, average monthly payroll may be calculated using the time period from January 1, 2020 to February 29, 2020, excluding costs over $100,000 on an annualized basis for each employee.

If Applicant is refinancing an Economic Injury Disaster Loan (EIDL): Add the outstanding amount of an EIDL made between January 31, 2020 and April 3, 2020, less the amount of any "advance" under an EIDL COVID-19 loan, to Loan Request as indicated on the form.

All parties listed below are considered owners of the Applicant as defined in 13 CFR § 120.10, as well as "principals":

- For a sole proprietorship, the sole proprietor;

- For a partnership, all general partners, and all limited partners owning 20% or more of the equity of the firm;

- For a corporation, all owners of 20% or more of the corporation;

- For limited liability companies, all members owning 20% or more of the company; and

- Any Trustor (if the Applicant is owned by a trust).

**Paperwork Reduction Act** – You are not required to respond to this collection of information unless it displays a currently valid OMB Control Number. The estimated time for completing this application, including gathering data needed, is 8 minutes. Comments about this time or the information requested should be sent to : Small Business Administration, Director, Records Management Division, 409 3rd St., SW, Washington DC 20416, and/or SBA Desk Officer, Office of Management and Budget, New Executive Office Building, Washington DC 20503.

**Privacy Act (5 U.S.C. 552a)** – Under the provisions of the Privacy Act, you are not required to provide your social security number. Failure to provide your social security number may not affect any right, benefit or privilege to which you are entitled. (But see Debt Collection Notice regarding taxpayer identification number below.) Disclosures of name and other personal identifiers are required to provide SBA with sufficient information to make a character determination. When evaluating character, SBA considers the person's integrity, candor, and disposition toward criminal actions. Additionally, SBA is specifically authorized to verify your criminal history, or lack thereof, pursuant to section 7(a)(1)(B), 15 USC Section 636(a)(1)(B) of the Small Business Act (the Act).

**Disclosure of Information** – Requests for information about another party may be denied unless SBA has the written permission of the individual to release the information to the requestor or unless the information is subject to disclosure under the Freedom of Information Act. The Privacy Act authorizes SBA to make certain "routine uses" of information protected by that Act. One such routine use is the disclosure of information maintained in SBA's system of records when this information indicates a violation or potential violation of law, whether civil, criminal, or administrative in nature. Specifically, SBA may refer the information to the appropriate agency, whether Federal, State, local or foreign, charged with responsibility for, or otherwise involved in investigation, prosecution, enforcement or prevention of such violations. Another routine use is disclosure to other Federal agencies conducting background checks but only to the extent the information is relevant to the requesting agencies' function. See, 74 F.R. 14890 (2009), and as amended from time to time for additional background and other routine uses. In addition, the CARES Act, requires SBA to register every loan made under the Paycheck Protection Act using the Taxpayer Identification Number (TIN) assigned to the borrower.

**Debt Collection Act of 1982, Deficit Reduction Act of 1984 (31 U.S.C. 3701 et seq. and other titles)** – SBA must obtain your taxpayer identification number when you apply for a loan. If you receive a loan, and do not make payments as they come due, SBA may: (1) report the status of your loan(s) to credit bureaus, (2) hire a collection agency to collect your loan, (3) offset your income tax refund or other amounts due to you from the Federal Government, (4) suspend or debar you or your company from doing business with the Federal Government, (5) refer your loan to the Department of Justice, or (6) foreclose on collateral or take other action permitted in the loan instruments.

**Right to Financial Privacy Act of 1978 (12 U.S.C. 3401)** – The Right to Financial Privacy Act of 1978, grants SBA access rights to financial records held by financial institutions that are or have been doing business with you or your business including any financial



# Paycheck Protection Program
## Borrower Application Form

institutions participating in a loan or loan guaranty. SBA is only required provide a certificate of its compliance with the Act to a financial institution in connection with its first request for access to your financial records. SBA's access rights continue for the term of any approved loan guaranty agreement. SBA is also authorized to transfer to another Government authority any financial records concerning an approved loan or loan guarantee, as necessary to process, service or foreclose on a loan guaranty or collect on a defaulted loan guaranty.

**Freedom of Information Act (5 U.S.C. 552)** Subject to certain exceptions, SBA must supply information reflected in agency files and records to a person requesting it. Information about approved loans that will be automatically released includes, among other things, statistics on our loan programs (individual borrowers are not identified in the statistics) and other information such as the names of the borrowers (and their officers, directors, stockholders or partners), the collateral pledged to secure the loan, the amount of the loan, its purpose in general terms and the maturity. Proprietary data on a borrower would not routinely be made available to third parties. All requests under this Act are to be addressed to the nearest SBA office and be identified as a Freedom of Information request.

**Occupational Safety and Health Act (15 U.S.C. 651 et seq.)** The Occupational Safety and Health Administration (OSHA) can require businesses to modify facilities and procedures to protect employees. Businesses that do not comply may be fined, forced to cease operations, or prevented from starting operations. Signing this form is certification that the applicant, to the best of its knowledge, is in compliance with the applicable OSHA requirements, and will remain in compliance during the life of the loan.

**Civil Rights (13 C.F.R. 112, 113, 117)** All businesses receiving SBA financial assistance must agree not to discriminate in any business practice, including employment practices and services to the public on the basis of categories cited in 13 C.F.R., Parts 112, 113, and 117 of SBA Regulations. All borrowers must display the "Equal Employment Opportunity Poster" prescribed by SBA.

**Equal Credit Opportunity Act (15 U.S.C. 1691)** Creditors are prohibited from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status or age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act.

**Debarment and Suspension Executive Order 12549; (2 CFR Part 180 and Part 2700)** By submitting this loan application, you certify that neither the Applicant or any owner of the Applicant have within the past three years been: (a) debarred, suspended, declared ineligible or voluntarily excluded from participation in a transaction by any Federal Agency; (b) formally proposed for debarment, with a final determination still pending; (c) indicted, convicted, or had a civil judgment rendered against you for any of the offenses listed in the regulations or (d) delinquent on any amounts owed to the U.S. Government or its instrumentalities as of the date of execution of this certification.

4

SBA Form 2483 (04/20)

AR pages 23-274 are redacted in their entirety.



**FITZSIMMONS**
**HOSPITAL SERVICES**

fitzrents.com

Branch: FHS Branch-Oak Forest, IL.
Phone: 800-648-1015
Account: Meadowbrook Manor- Bolingbrook -01
Sales Rep.: Shawn Mertes

**Credit Statement: 05/31/2020**

| **Payable To:** | **Bill To:** | **Ship To:** | | |
|---|---|---|---|---|
| | | | Credits Due Total: | $0.00 |
| Fitzsimmons Hospital Services | Meadowbrook Manor- Bolingbrook -01 | Meadowbrook Manor- Bolingbrook -01 | Applied to Current: | -$0.00 |
| PO Box 497 | 431 West Remington Blvd. | 431 West Remington Blvd. | Applied to Previous: | -$0.00 |
| Oak Forest,  Ilinois 60452 | Bolingbrook, Illinois 60440 | Bolingbrook, Illinois 60440 | Applied Total: | -$0.00 |
| | | | **Credits Available:** | **$0.00** |

| Credit ID | Inv. Date | Inv. ID | Ticket/Ln | Acct. Use (P.O.) | Credit Days (QTY) | Credit Rate | Credit Due | Cr. Applied | Cr. Avail. | Notes |
|---|---|---|---|---|---|---|---|---|---|---|

This page left intentionally blank.



# Invoice

| | |
|---|---|
| Invoice Number: | 1513104 |
| Invoice Date: | 5/22/2020 |
| Order Number: | |
| P.O. Number: | |
| Terms: | Net 45 Days |
| **Customer:** | 05-2BUT 3IL 1394 |

**7237 Solution Center**
Chicago, IL 60677-7002
(800) 786-3656

**Sold To:**

MEADOWBROOK MANOR-BOLINGBROOK
648 N River Rd Ste 100
Naperville, IL 60563-8968

**Ship to:**

MEADOWBROOK MANOR BOLINGBROOK
431 Remington Blvd
Bolingbrook, IL 60440-4918





**2815 Centre Circle Drive LLC**
2815 Centre Circle Drive
Downers Grove, IL 60515
United States

800-204-7502

# INVOICE

Invoice Number: G030216
Invoice Date: May 1, 2020





**Account number:** 0016129315
**Account name:**   BUTTERFIELD HEALTH CARE GROUP
INC

Page 1 of 2

# Lease invoice# 3103978719

**May 30, 2020**

REDACTED

Change of address/contact information?
Please update at pitneybowes.com/us/support/addresschange.



**AGA World Partners Inc**
830 W IL Route 22 Suite 365
Lake Zurich, IL  60047 US
(847) 307-5191
sales@agaworldpartners.com
www.agaworldpartners.com

# Invoice



| BILL TO |
| --- |
| Jack Murphy |
| Meadowbrook Manor |
| 648 N River Rd |
| Suite 100 |
| Naperville, IL  60563 |

| SHIP TO |
| --- |
| Jack Murphy |
| Meadowbrook Manor |
| Meadowbrook Manor |
| Jack Murphy |
| 648 N River Rd |
| Suite 100 |
| Naperville, IL  60563 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
| --- | --- | --- | --- | --- | --- |
| 17864 | 06/02/2020 | $99.00 | 07/01/2020 | Due on receipt | |

| ACTIVITY | QTY | RATE | AMOUNT |
| --- | --- | --- | --- |
| Bolingbrook CLOUD BACKUP SERVICES FOR ALL COMPANY FILES On Shared folders on Server | | | |
| **CloudBackup Charge** AGA Backup Services for up to 500GB monthly to the Cloud | 1 | 99.00 | 99.00 |

All merchandise is sold "AS IS". AGA World Partners makes no warranty as to the performance of any merchandise sold. We are not responsible for system down time, lost data, etc. This disclaimer does not however affect any terms of the manufacturer warranty, that may exist.

**BALANCE DUE**  **$99.00**

Customer X _____ Date_____

AGA Acceptance X _____ Date _____



































FITZSIMMONS
HOSPITAL SERVICES

fitzrents.com

Branch: FHS Branch-Oak Forest, IL.
Phone: 800-648-1015
Account: Meadowbrook Manor- Bolingbrook -01
Sales Rep.: Shawn Mertes

**Credit Statement: 06/30/2020**

| **Payable To:** | **Bill To:** | **Ship To:** | | |
|---|---|---|---|---|
| Fitzsimmons Hospital Services | Meadowbrook Manor- Bolingbrook -01 | Meadowbrook Manor- Bolingbrook -01 | Credits Due Total: | $0.00 |
| PO Box 497 | 431 West Remington Blvd. | 431 West Remington Blvd. | Applied to Current: | -$0.00 |
| Oak Forest, Illinois 60452 | Bolingbrook, Illinois 60440 | Bolingbrook, Illinois 60440 | Applied to Previous: | -$0.00 |
| | | | Applied Total: | -$0.00 |
| | | | **Credits Available:** | **$0.00** |

| Credit ID | Inv. Date | Inv. ID | Ticket/Ln | Acct. Use (P.O.) | Credit Days (QTY) | Credit Rate | Credit Due | Cr. Applied | Cr. Avail. | Notes |
|---|---|---|---|---|---|---|---|---|---|---|

This page left intentionally blank.



SPECIALIZED MEDICAL SERVICES
7237 Solution Center
Chicago, IL 60677-7002
(800) 786-3656

**Invoice**

| | |
|---|---|
| Invoice Number: | 1516916 |
| Invoice Date: | 6/25/2020 |
| Order Number: | |
| P.O. Number: | |
| Terms: | Net 45 Days |
| **Customer:** | 05-2BUT 3IL 1394 |



**2815 Centre Circle Drive LLC**
2815 Centre Circle Drive
Downers Grove, IL  60515
United States

# INVOICE

Invoice Number:  G030218
Invoice Date:    Jun 1, 2020















## Remittance Section

| | |
|---|---|
| Customer Number | 290000200 |
| Invoice Date | 06/20/2020 |
| Invoice Number | I00591233 |
| Due Date | 07/10/2020 |
| Total Due | **$ 1,664.41** |
| Total amount charged to | ($0.00) |
| your bank account or credit card | |
| Please Remit | $ 1,664.41 |

If paying other than the amount above indicate how to apply your check.

☐ **Address or E-mail Change(s)?**
Check box here and print any changes on the back.

**Remit to**
**GFC  Leasing - WI**
**PO Box 2290**

**Madison, WI  53701**

**Butterfield Health Care II, Inc**
**431 Remington Blvd**
**Bollingbrook, IL   60440-4918**

0002900002000001005912330000166441071020207

*Keep lower portion for your records - Please return upper portion with your payment*



| | |
|---|---|
| Customer Number | 290000200 |
| Invoice Date | 06/20/2020 |
| Invoice Number | I00591233 |
| Due Date | 07/10/2020 |
| Total Due | **$ 1,664.41** |

Butterfield Health Care II, Inc

431 Remington Blvd
Bollingbrook, IL  60440-4918



## Invoice Summary

| Total Base | Security Deposit | Other Amount Due * | Property Taxes | Sales/Use Tax | Illinois Use Tax Recovery | Previous Balance | Total Due |
|---|---|---|---|---|---|---|---|
| $ 1,540.52 | $ 0.00 | $ 46.88 | $ 0.00 | $ 0.00 | $ 77.01 | $0.00 | $ 1,664.41 |

*Other Amount Due may include:  Shipping and Handling, Late Fees, NSF/ACH Return Fees, Misc. Charges

## Important Messages

**\*\*ATTENTION: Outstanding balances, if any, are not reflected on your invoice.  If overpayments exist on your account, they will
be reflected as a credit amount in the previous balance field and deducted from the total amount due.**

Thank you for your continued business!

If you have questions regarding your bill, please give us a call and we will be happy to assist you. (800) 677-7877

## Have you moved or changed your phone number?

Please provide your new address or telephone number and return this portion with your payment. Your records will be updated upon request.

| Effective Date | | Account Name | | |
|---|---|---|---|---|
| New Address | | City | State | Zip |
| Contact Name | | Phone Number | | |
| Work Number | | Email Address | | |

## How to Reach Customer Service

By Phone:                              (800) 677-7877, ext.7780
For inquiries regarding meters:        (866) 681-2679
For inquiries by mail:                 GFC  Leasing - WI PO Box 2290 Madison, WI   53701
For payments by check:                 GFC  Leasing - WI PO Box 2290 Madison, WI   53701
For payments online:                   https://www.gflesch.com/client-tools/pay-online
For e-mail inquiries:                  gfclease@gflesch.com
Website:                               http://gfcleasing.com/

## Invoice Detail

| Equipment Address City, State PO # / Cost Center Department | Equipment Description/ Serial Number | Payment Period | PMT / Term | Contract Number | Base | Sales / Use Tax | Illinois Use Tax Recovery | Total |
|---|---|---|---|---|---|---|---|---|
| 431 Remington Blvd Bolingbrook, IL | Canon iR ADV 6575i SMT03250/CA6943 | 07/10/20 - 08/09/20 | 38/48 | M105911 | | | | |
| 431 Remington Blvd Bolingbrook, IL | Lexmark XM 3150 70167PHH0BXXT/CA7629 | 07/10/20 - 08/09/20 | 38/48 | M105911 | | | | |
| 431 Remington Blvd Bolingbrook, IL | Lexmark XM 3150 70167PHH0BXZ6/CA6701 | 07/10/20 - 08/09/20 | 38/48 | M105911 | | | | |
| 431 Remington Blvd Bolingbrook, IL | Lexmark XM 3150 70167PHH0BY71/CA7628 | 07/10/20 - 08/09/20 | 38/48 | M105911 | | | | |
| 431 Remington Blvd Bolingbrook, IL | Lexmark XM 3150 70167PHH0C229/CA6958 | 07/10/20 - 08/09/20 | 38/48 | M105911 | | | | |
| 431 Remington Blvd Bolingbrook, IL | Lexmark XM 3150 70167PHH0C237/CA6959 | 07/10/20 - 08/09/20 | 38/48 | M105911 | | | | |
| 431 Remington Blvd Bolingbrook, IL | Lexmark XM 3150 70167PHH0C21P/CA7645 | 07/10/20 - 08/09/20 | 38/48 | M105911 | | | | |
| 431 Remington Blvd Bolingbrook, IL | Lexmark XM 5263 74636C66024MB/CA6712 | 07/10/20 - 08/09/20 | 38/48 | M105911 | | | | |
| 431 Remington Blvd Bolingbrook, IL | Canon iR ADV 4551i UMW01917/CA6709 | 07/10/20 - 08/09/20 | 38/48 | M105911 | | | | |
| 431 Remington Blvd Bolingbrook, IL | Canon iR ADV 4551i UMW01922/CA7636 | 07/10/20 - 08/09/20 | 38/48 | M105911 | | | | |
| **M105911** **Sub Total** | | | | | 1,540.52 | 0.00 | 77.01 | 1,617.53 |
| Shipping and Handling, Late Fees & Other Charges: | | | | | $ 46.88 | $ 0.00 | | $ 46.88 |

 **GFC LEASING**
A DIVISION OF THE GORDON FLESCH COMPANY

| | |
|---|---|
| Customer Number | 290000200 |
| Invoice Date | 06/20/2020 |
| Invoice Number | I00591233 |
| Due Date | 07/10/2020 |
| Total Due | **$ 1,664.41** |

Butterfield Health Care II, Inc

431 Remington Blvd
Bollingbrook, IL   60440-4918

| | | | |
|---|---|---|---|
| **Total Due:** | **$ 1,587.40** | **$ 0.00** | **$ 77.01** | **$ 1,664.41** |



| Invoice Total | 603.70 |
|---|---|
| Due Date | 06/25/2020 |

| Customer No. | 2000378152 |
|---|---|
| Invoice No. | 35648211 |
| Invoice Date | 06/05/2020 |

**Customer Service inquiries, call 888-204-0799**

| Invoice Detail | | | | | |
|---|---|---|---|---|---|
| **Contract Number**<br>**Asset Description** | **Itemized Charge(s)** | | **Amount Due** | **Sales Tax** | **Total Due** |
| 908-0016896-000<br>LENOVO LAPTOPS | CURRENT CHARGES<br>PAYMENT DUE | 06/25/2020 | 556.40 | 47.30 | 603.70 |
| **INVOICE TOTAL** | | | **556.40** | **47.30** | **603.70** |

---------------------------------------------------------------------------------

Please return this portion with your payment

Lenovo
**Financial Services**

Do not send PAYMENTS to this address
RETURN ADDRESS ONLY
P.O. Box 550599
Jacksonville, FL 32255-0599

| Invoice Total | 603.70 |
|---|---|
| Due Date | 06/25/2020 |

| Customer No. | 2000378152 |
|---|---|
| Invoice No. | 35648211 |
| Invoice Date | 06/05/2020 |

BUTTERFIELD HEALTH CARE, INC.
ACCOUNTS PAYABLE
648 N. RIVER ROAD, SUITE 100
NAPERVILLE IL 60563

SEND PAYMENTS TO:

LENOVO FINANCIAL SERVICES
21146 NETWORK PLACE
CHICAGO IL 60673-1211

02000378  01003500  64821100  00000603709

**For Customer Care Inquiries, email or call us:**
**Service@customerfinancing.com**
**888-204-0799**

---

**For web access to your account, please go to**
**CustomerFinancing.com or call 888-204-0799**
**to use the Interactive Voice Response System,**
**available 24 hours a day, seven days a week.**

Use your customer number located on the upper right area
of your invoice to log in and enjoy these benefits:

**CustomerFinancing.com (customer web portal)**

- See contract details such as start date, term and payment
  information
- Find answers to frequently asked questions
- Make online payments
- Submit inquiries to our Customer Care team
- View invoice and payment histories
- Download contract listings, invoices, payment, and asset
  details to a spreadsheet

**Interactive Voice Response System**

- Obtain answers to common questions, such as invoice
  dates, invoice amounts and payment history
- Make payments
- Request a copy of your contract, invoices, payment history
  and asset details
- Request a copy of our W-9

## Additional Useful Information

**Previously Billed Items**

- If your invoice shows a previously billed item, this generally
  means we did not receive the payment prior to producing the
  next invoice. For confirmation, contact us.

**Insurance**

- For insurance inquiries, call the Insurance Service Center at
  888-873-1917.

**Bankruptcy Notifications**

- If your business has filed a petition for protection, or has a
  petition filed against it, under the bankruptcy code, this
  invoice is not an attempt to collect a debt during bankruptcy
  proceedings. Notifications of bankruptcy filing should be
  directed to 10201 Centurion Pkwy N., Suite 100, Jacksonville,
  FL 32256, Attn: Bankruptcy Management.

**Name or Address Change or Transfer of Ownership**

- If your organization's name changes, please send us a copy
  of the amendment filed with the Secretary of State.
- To process an ownership change, contact us for a credit
  application, which is subject to our approval.
- Notify us of any address change through
  CustomerFinancing.com or in writing at PO Box 550599,
  Jacksonville, FL 32255-0599.

**Taxes**

- We invoice sales and use taxes based on the location of the
  assets when required by the taxing authority.
- If the financed equipment is in a state or local jurisdiction
  that requires sales tax to be paid up-front, we have paid this
  tax and increased your payment accordingly for
  reimbursement of these taxes.
- Taxing authorities may tax personal property and you
  agreed in your contract to pay for this expense. These taxes
  are: billed as received from taxing authorities; not prorated;
  and owed in full on the date assessed.
- To ensure you are taxed appropriately, please contact us
  regarding any changes to your asset locations.

**Late Fee**

- If payment is not received by the due date, a late fee may be
  billed on your next invoice.

**Supply Freight or Delivery Fee**

- This charge is for the shipping of supplies. The cost is
  allocated monthly over the life of the contract.

**Annual Escalations**

- If your contract permits an annual escalation of the periodic
  payment or overage rate, these may be adjusted annually to
  maintain increased costs of servicing. Typically, annual
  escalations are found in usage-based contracts.

**Interim Rent/Transitional Billing**

- This charge is for the use of equipment from date of its
  delivery until the date your contract commences (see your
  contract).

**Equipment Performance or Service Questions**

- Contact your service provider regarding performance
  questions, supplies, or to schedule a service call.

---





# Faster. Simpler. Yours.

Welcome to CustomerFinancing.com

Our customer service website, CustomerFinancing.com, simplifies the financing experience by putting more power in your hands. It provides smart, sleek financing features that keep you connected no matter where your business takes you.



**It's easy to register. Get online today.**

Visit:
CustomerFinancing.com

## Key Features of CustomerFinancing.com

Make payments online.

Access contract details.

Get insight into the balances of your accounts.

Enjoy availability on any device, anytime, anywhere.

Submit inquiries for additional financial products.



© 2018. All rights reserved.



| Invoice Total | 603.70 |
|---|---|
| Due Date | 05/25/2020 |

| Customer No. | 2000378152 |
|---|---|
| Invoice No. | 35450221 |
| Invoice Date | 05/05/2020 |

**Customer Service inquiries, call 888-204-0799**

| Invoice Detail | | | | | |
|---|---|---|---|---|---|
| **Contract Number / Asset Description** | **Itemized Charge(s)** | | **Amount Due** | **Sales Tax** | **Total Due** |
| 908-0016896-000 LENOVO LAPTOPS | CURRENT CHARGES PAYMENT DUE | 05/25/2020 | 556.40 | 47.30 | 603.70 |
| **INVOICE TOTAL** | | | **556.40** | **47.30** | **603.70** |

--------------------------------------------------------------------------------
Please return this portion with your payment



Do not send PAYMENTS to this address
RETURN ADDRESS ONLY
P.O. Box 550599
Jacksonville, FL 32255-0599

| Invoice Total | 603.70 |
|---|---|
| Due Date | 05/25/2020 |

| Customer No. | 2000378152 |
|---|---|
| Invoice No. | 35450221 |
| Invoice Date | 05/05/2020 |

BUTTERFIELD HEALTH CARE, INC.
ACCOUNTS PAYABLE
648 N. RIVER ROAD, SUITE 100
NAPERVILLE IL 60563

SEND PAYMENTS TO:
հեղիհեղիհեղիհեղիհեղիհեղիհեղիհեղի
LENOVO FINANCIAL SERVICES
21146 NETWORK PLACE
CHICAGO IL 60673-1211

02000378   01003500   45022100   00000603705

**For Customer Care Inquiries, email or call us:**
**Service@customerfinancing.com**
**888-204-0799**

---

**For web access to your account, please go to CustomerFinancing.com or call 888-204-0799 to use the Interactive Voice Response System, available 24 hours a day, seven days a week.**

Use your customer number located on the upper right area of your invoice to log in and enjoy these benefits:

### CustomerFinancing.com (customer web portal)

- See contract details such as start date, term and payment information
- Find answers to frequently asked questions
- Make online payments
- Submit inquiries to our Customer Care team
- View invoice and payment histories
- Download contract listings, invoices, payment, and asset details to a spreadsheet

### Interactive Voice Response System

- Obtain answers to common questions, such as invoice dates, invoice amounts and payment history
- Make payments
- Request a copy of your contract, invoices, payment history and asset details
- Request a copy of our W-9

## Additional Useful Information

### Previously Billed Items

- If your invoice shows a previously billed item, this generally means we did not receive the payment prior to producing the next invoice. For confirmation, contact us.

### Insurance

- For insurance inquiries, call the Insurance Service Center at 888-873-1917.

### Bankruptcy Notifications

- If your business has filed a petition for protection, or has a petition filed against it, under the bankruptcy code, this invoice is not an attempt to collect a debt during bankruptcy proceedings. Notifications of bankruptcy filing should be directed to 10201 Centurion Pkwy N., Suite 100, Jacksonville, FL 32256, Attn: Bankruptcy Management.

### Name or Address Change or Transfer of Ownership

- If your organization's name changes, please send us a copy of the amendment filed with the Secretary of State.
- To process an ownership change, contact us for a credit application, which is subject to our approval.
- Notify us of any address change through CustomerFinancing.com or in writing at PO Box 550599, Jacksonville, FL 32255-0599.

### Taxes

- We invoice sales and use taxes based on the location of the assets when required by the taxing authority.
- If the financed equipment is in a state or local jurisdiction that requires sales tax to be paid up-front, we have paid this tax and increased your payment accordingly for reimbursement of these taxes.
- Taxing authorities may tax personal property and you agreed in your contract to pay for this expense. These taxes are: billed as received from taxing authorities; not prorated; and owed in full on the date assessed.
- To ensure you are taxed appropriately, please contact us regarding any changes to your asset locations.

### Late Fee

- If payment is not received by the due date, a late fee may be billed on your next invoice.

### Supply Freight or Delivery Fee

- This charge is for the shipping of supplies. The cost is allocated monthly over the life of the contract.

### Annual Escalations

- If your contract permits an annual escalation of the periodic payment or overage rate, these may be adjusted annually to maintain increased costs of servicing. Typically, annual escalations are found in usage-based contracts.

### Interim Rent/Transitional Billing

- This charge is for the use of equipment from date of its delivery until the date your contract commences (see your contract).

### Equipment Performance or Service Questions

- Contact your service provider regarding performance questions, supplies, or to schedule a service call.





# Faster. Simpler. Yours.

Welcome to CustomerFinancing.com

Our customer service website, CustomerFinancing.com, simplifies the financing experience by putting more power in your hands. It provides smart, sleek financing features that keep you connected no matter where your business takes you.



**It's easy to register. Get online today.**

Visit:
CustomerFinancing.com

### Key Features of CustomerFinancing.com

- 👍 Make payments online.

- 📄 Access contract details.

- 💲 Get insight into the balances of your accounts.

- ⏱ Enjoy availability on any device, anytime, anywhere.

- 💻 Submit inquiries for additional financial products.



© 2018. All rights reserved.



**Remittance Section**

| | |
|---|---|
| Customer Number | 290000200 |
| Invoice Date | 05/21/2020 |
| Invoice Number | I00585377 |
| Due Date | 06/10/2020 |
| Total Due | **$ 1,687.85** |
| Total amount charged to | ($0.00) |
| your bank account or credit card | |
| Please Remit | $ 1,687.85 |

If paying other than the amount above indicate how to apply your check.

☐ **Address or E-mail Change(s)?**
Check box here and print any changes on the back.

**Butterfield Health Care II, Inc**
**431 Remington Blvd**
**Bollingbrook, IL   60440-4918**

**Remit to**
**GFC  Leasing - WI**
**PO Box 2290**

**Madison, WI   53701**

00029000020000I00585377000016878506I020205

*Keep lower portion for your records - Please return upper portion with your payment*



| | |
|---|---|
| Customer Number | 290000200 |
| Invoice Date | 05/21/2020 |
| Invoice Number | I00585377 |
| Due Date | 06/10/2020 |
| Total Due | **$ 1,687.85** |

Butterfield Health Care II, Inc

431 Remington Blvd
Bollingbrook, IL   60440-4918



## Invoice Summary

| Total Base | Security Deposit | Other Amount Due * | Property Taxes | Sales/Use Tax | Illinois Use Tax Recovery | Previous Balance | Total Due |
|---|---|---|---|---|---|---|---|
| $ 1,540.52 | $ 0.00 | $ 70.32 | $ 0.00 | $ 0.00 | $ 77.01 | $0.00 | $ 1,687.85 |

*Other Amount Due may include:  Shipping and Handling, Late Fees, NSF/ACH Return Fees, Misc. Charges

## Important Messages

**ATTENTION: Outstanding balances, if any, are not reflected on your invoice.  If overpayments exist on your account, they will
be reflected as a credit amount in the previous balance field and deducted from the total amount due.

Thank you for your continued business!

If you have questions regarding your bill, please give us a call and we will be happy to assist you. (800) 677-7877

## Have you moved or changed your phone number?

Please provide your new address or telephone number and return this portion with your payment. Your records will be updated upon request.

| | | | |
|---|---|---|---|
| Effective Date | Account Name | | |
| New Address | City | State | Zip |
| Contact Name | Phone Number | | |
| Work Number | Email Address | | |

## How to Reach Customer Service

| | |
|---|---|
| By Phone: | (800) 677-7877, ext.7780 |
| For inquiries regarding meters: | (866) 681-2679 |
| For inquiries by mail: | GFC  Leasing - WI PO Box 2290 Madison, WI   53701 |
| For payments by check: | GFC  Leasing - WI PO Box 2290 Madison, WI   53701 |
| For payments online: | https://www.gflesch.com/client-tools/pay-online |
| For e-mail inquiries: | gfclease@gflesch.com |
| Website: | http://gfcleasing.com/ |

## Invoice Detail

| Equipment Address City, State PO # / Cost Center Department | Equipment Description/ Serial Number | Payment Period | PMT / Term | Contract Number | Base | Sales / Use Tax | Illinois Use Tax Recovery | Total |
|---|---|---|---|---|---|---|---|---|
| 431 Remington Blvd Bolingbrook, IL | Canon iR ADV 6575i SMT03250/CA6943 | 06/10/20 - 07/09/20 | 37/48 | M105911 | | | | |
| 431 Remington Blvd Bolingbrook, IL | Lexmark XM 3150 70167PHH0BXXT/CA7629 | 06/10/20 - 07/09/20 | 37/48 | M105911 | | | | |
| 431 Remington Blvd Bolingbrook, IL | Lexmark XM 3150 70167PHH0BXZ6/CA6701 | 06/10/20 - 07/09/20 | 37/48 | M105911 | | | | |
| 431 Remington Blvd Bolingbrook, IL | Lexmark XM 3150 70167PHH0BY71/CA7628 | 06/10/20 - 07/09/20 | 37/48 | M105911 | | | | |
| 431 Remington Blvd Bolingbrook, IL | Lexmark XM 3150 70167PHH0C229/CA6958 | 06/10/20 - 07/09/20 | 37/48 | M105911 | | | | |
| 431 Remington Blvd Bolingbrook, IL | Lexmark XM 3150 70167PHH0C237/CA6959 | 06/10/20 - 07/09/20 | 37/48 | M105911 | | | | |
| 431 Remington Blvd Bolingbrook, IL | Lexmark XM 3150 70167PHH0C21P/CA7645 | 06/10/20 - 07/09/20 | 37/48 | M105911 | | | | |
| 431 Remington Blvd Bolingbrook, IL | Lexmark XM 5263 74636C66024MB/CA6712 | 06/10/20 - 07/09/20 | 37/48 | M105911 | | | | |
| 431 Remington Blvd Bolingbrook, IL | Canon iR ADV 4551i UMW01917/CA6709 | 06/10/20 - 07/09/20 | 37/48 | M105911 | | | | |
| 431 Remington Blvd Bolingbrook, IL | Canon iR ADV 4551i UMW01922/CA7636 | 06/10/20 - 07/09/20 | 37/48 | M105911 | | | | |
| **M105911** **Sub Total** | | | | | 1,540.52 | 0.00 | 77.01 | 1,617.53 |
| Shipping and Handling, Late Fees & Other Charges: | | | | | $ 70.32 | $ 0.00 | | $ 70.32 |



| | | |
|---|---|---|
| Customer Number | 290000200 | |
| Invoice Date | 05/21/2020 | |
| Invoice Number | I00585377 | |
| Due Date | 06/10/2020 | |
| Total Due | **$ 1,687.85** | |

Butterfield Health Care II, Inc

431 Remington Blvd
Bollingbrook, IL  60440-4918

| | Total Due: | $ 1,610.84 | $ 0.00 | $ 77.01 | $ 1,687.85 |
|---|---|---|---|---|---|

  BBK

**Paycheck Protection Program**
**Loan Forgiveness Application Revised June 16, 2020**

OMB Control Number 3245-0407
Expiration Date: 10/31/2020

**PPP Schedule A**

PPP Schedule A Worksheet, Table 1 Totals

Line 1.  Enter Cash Compensation (Box 1) from PPP Schedule A Worksheet, Table 1:     1,876,707.62

Line 2.  Enter Average FTE (Box 2) from PPP Schedule A Worksheet, Table 1:     185.2

Line 3.  Enter Salary/Hourly Wage Reduction (Box 3) from PPP Schedule A Worksheet, Table 1:     27,452.75
If the average annual salary or hourly wage for each employee listed on the PPP
Schedule A Worksheet, Table 1 during the Covered Period or the Alternative Payroll
Covered Period was at least 75% of such employee's average annual salary or hourly
wage between January 1, 2020 and March 31, 2020, check here ☐ and enter **0** on line 3.

PPP Schedule A Worksheet, Table 2 Totals

Line 4.  Enter Cash Compensation (Box 4) from PPP Schedule A Worksheet, Table 2:     175,355.07

Line 5.  Enter Average FTE (Box 5) from PPP Schedule A Worksheet, Table 2:     8.3

Non-Cash Compensation Payroll Costs During the Covered Period or the Alternative Payroll Covered Period

Line 6.  Total amount paid or incurred by Borrower for employer contributions for employee health insurance:     74,813.53

Line 7.  Total amount paid or incurred by Borrower for employer contributions to employee retirement plans:     11,440.43

Line 8.  Total amount paid or incurred by Borrower for employer state and local taxes assessed on employee     89,548.29
compensation:

Compensation to Owners

Line 9.  Total amount paid to owner-employees/self-employed individual/general partners:     _____
This amount may not be included in PPP Schedule A Worksheet, Table 1 or 2. If there is
more than one individual included, attach a separate table that lists the names of and
payments to each.

Total Payroll Costs

Line 10. Payroll Costs (add lines 1, 4, 6, 7, 8, and 9):     2,227,864.94

Full-Time Equivalency (FTE) Reduction Calculation
If you satisfy **any** of the following three criteria, check the appropriate box, skip lines 11 and 12, and enter **1.0** on line 13; otherwise,
complete lines 11, 12, and 13:

**No reduction in employees or average paid hours:** If you have not reduced the number of employees or the average paid hours of
your employees between January 1, 2020 and the end of the Covered Period, check here ☑.

**FTE Reduction Safe Harbor 1:** If you were unable to operate between February 15, 2020, and the end of the Covered Period at the
same level of business activity as before February 15, 2020 due to compliance with requirements established or guidance issued
between March 1, 2020 and December 31, 2020, by the Secretary of Health and Human Services, the Director of the Centers for Disease
Control and Prevention, or the Occupational Safety and Health Administration related to the maintenance of standards for sanitation,
social distancing, or any other worker or customer safety requirement related to COVID-19, check here ☐.

**FTE Reduction Safe Harbor 2:** If you satisfy FTE Reduction Safe Harbor 2 (see PPP Schedule A Worksheet), check here ☐.

Line 11. Average FTE during the Borrower's chosen reference period:     185.2

Line 12. Total Average FTE (add lines 2 and 5):     193.5

Line 13. FTE Reduction Quotient (divide line 12 by line 11) or enter 1.0 if any of the above criteria are met:     1

SBA Form 3508 (06/20)
Page 3

REDACTED

















## BILLING RIGHTS SUMMARY FOR YOUR LOAN ACCOUNTS

YOUR BILLING RIGHTS, KEEP THIS NOTICE FOR FUTURE USE. This notice contains important information about your rights and our responsibilities under the Fair Credit Billing Act.

In case of errors, questions about your bill, information about a transaction on your bill, or you think your bill is wrong, write our Auditor on a separate sheet of paper at: P.O. Box 9122, Lombard, IL 60148 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

- Your name, account number and telephone number where you can be reached.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, however you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you questioned. If you have authorized us to pay your bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter must reach us three banking days before the automatic payment is scheduled to occur.

### ADDITIONAL INFORMATION REGARDING YOUR LOAN ACCOUNTS

#### CHECK CREDIT ACCOUNTS

The Average Daily Balance is the sum of each day's ending balance (after adding each day's advances and subtracting each day's payments and credits and excluding any unpaid Finance Charges, or other charges or fees) during your monthly billing cycle, divided by the number of days in the billing cycle. The Finance Charge is computed by multiplying the daily periodic rate by the Average Daily Balance by the number of days in the billing cycle. The Finance Charge begins to accrue on the date an advance is made from your Check Credit Account.

#### HOME EQUITY AND SMART LINE OF CREDIT ACCOUNTS

The Closing Principal Balance is determined on a daily basis by taking the beginning principal balance of Borrower's loan (excluding unpaid Finance Charges and unpaid Late Charges), adding new principal advances on the date of posting and deducting applicable principal payments and credits on the day of crediting. A daily Finance Charge is computed by multiplying the Closing Principal Balance for the day by the daily periodic rate. The total Finance Charge billed is the sum of all daily Finance Charges computed for the billing cycle. The daily periodic rate is equivalent to the Annual Percentage Rate as shown on the front of the statement, expressed as a daily periodic rate.

Finance Charges on the Home Equity Line of Credit and the Smart Line of Credit will be imposed daily from the date of posting the amount of each advance to your account to the date that the total amount of all advances are paid in full. The rate used to calculate your Finance Charges for the previous billing cycle is disclosed on the reverse side. This rate is a variable rate and may increase or decrease if the prime rate, as published in the Wall Street Journal, increases or decreases as disclosed in your loan documentation.

For your Smart Line of Credit Account, or your Home Equity Line of Credit Account, the rate can change each month as disclosed in your loan documentation.

Your billing cycle closing date is the statement date unless that day is Sunday, or banking holiday, in which case your billing cycle closing date is the previous banking day. The "Billing Cycle" is the period of days from the first regular banking day in the current statement period to the first regular banking day in the next statement period.

Everyday is a banking day except Sunday and federal holidays observed by the bank. For the consumer loan accounts noted above, payments received on a banking day at a branch prior to close of business (7pm CT Mon-Fri, and 5pm CT Sat) will be credited as of date of receipt. Payments received on a banking day via transfer through Online Banking, Mobile Banking or Telebank 24 before 6pm CT will be credited as of the date of receipt. Payments received outside of the banking days or hours noted above will be credited as of the next banking day.

### CONSUMER DEPOSIT ACCOUNTS

For account terms refer to the Terms and Agreements for Consumer Deposit Accounts. Our Terms and Agreements can be found at www.westsuburbanbank.com or you may pick up a copy at any of our branches.

### HEALTH SAVING ACCOUNTS (HSA)

In order to ensure that your HSA contributions and distributions are allocated and reported correctly to the Internal Revenue Service (IRS), you have thirty (30) days from the date the statement is mailed to contact us regarding any discrepancies.

### CONSUMER CHECKING, SAVINGS, AND MONEY MARKET ACCOUNT ELECTRONIC TRANSACTIONS

In case of errors or questions about your electronic transactions, telephone us at (630) 652-2000 or write our Auditor on a separate sheet of paper at: P.O. Box 9122, Lombard, IL 60148, or as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name, account number and telephone number where you can be reached.
- Tell us the dollar amount of the suspected error.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can, why you believe it is an error or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) banking days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### DEPOSIT ACCOUNT RECONCILIATION

## CHECKS AND PAYMENTS OUTSTANDING

| NUMBER | AMOUNT |
|--------|--------|
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
| **TOTAL PAYMENTS OUTSTANDING** | |
| **BALANCE AS PER CHECKBOOK** | |
| **TOTAL** | |

**TO PROVE THE BALANCE SHOWN ON YOUR STATEMENT**

1. Verify each transaction against your statement.
2. Sort transactions in order of issuance.
3. Verify each payment against your register and make a list of those still outstanding (including any still outstanding from previous months) in the space provided at the left.
4. Add the balance shown in your checkbook to the total of outstanding transactions, less any charges, other than payments made by the Bank.
5. List below any deposits not shown on this statement. Add them to the balance on the statement.

**IF THE TWO TOTALS AGREE, BOTH THIS STATEMENT AND YOUR RECORDS ARE CORRECT.**

| | | |
|--|--|--|
| **DEPOSITS NOT CREDITED** | | |
| | | |
| **BANK BALANCE AS PER STATEMENT** | | |
| **TOTAL** | | |

**MEMBER FDIC**

EQUAL HOUSING
**LENDER**

REV 09/2017

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED



**Paycheck Protection Program**
**Loan Forgiveness Application Revised June 16, 2020**

OMB Control Number 3245-0407
Expiration Date: 11/30/2020

**PPP Loan Forgiveness Calculation Form**

| Business Legal Name ("Borrower") | DBA or Tradename, if applicable | |
|---|---|---|
| BUTTERFIELD HEALTH CARE INC | Meadowbrook Manor | |
| **Business Address** | **Business TIN (EIN, SSN)** | **Business Phone** |
| 335 REMINGTON BLVD, | REDACTED | REDACTED |
| BOLINGBROOK, | **Primary Contact** | **E-mail Address** |
| IL, 60440 | Liz Koshy | REDACTED |

**SBA PPP Loan Number:** 8187157206

**Lender PPP Loan Number:** 8187157206

**PPP Loan Amount:** $2,201,640.00

**PPP Loan Disbursement Date:** 04/29/2020

**Employees at Time of Loan Application:** 267

**Employees at Time of Forgiveness Application:** 252

**EIDL Advance Amount:** $0.00

**EIDL Application Number:** 0

**Payroll Schedule:** The frequency with which payroll is paid to employees is:

☐ Weekly    ☑ Biweekly (every other week)    ☐ Twice a month    ☐ Monthly    ☐ Other

**Covered Period:** 04/29/2020 to 07/21/2020

**Alternative Payroll Covered Period, if applicable:** to

**If Borrower (together with affiliates, if applicable) received PPP loans in excess of $2 million, check here:** ☑

**Forgiveness Amount Calculation:**

Payroll and Nonpayroll Costs
Line 1. Payroll Costs (enter the amount from PPP Schedule A, line 10): $2,227,864.00

Line 2. Business Mortgage Interest Payments: $156,316.87

Line 3. Business Rent or Lease Payments: $20,579.36

Line 4. Business Utility Payments: $50,256.82

Adjustments for Full-Time Equivalency (FTE) and Salary/Hourly Wage Reductions
Line 5. Total Salary/Hourly Wage Reduction (enter the amount from PPP Schedule A, line 3): $27,452.75

Line 6. Add the amounts on lines 1, 2, 3, and 4, then subtract the amount entered in line 5: $2,427,564.30

Line 7. FTE Reduction Quotient (enter the number from PPP Schedule A, line 13): $1.00

Potential Forgiveness Amounts
Line 8. Modified Total (multiply line 6 by line 7): $2,427,564.30

Line 9. PPP Loan Amount: $2,201,640.00

Line 10. Payroll Cost 60% Requirement (divide line 1 by 0.60): $3,713,106.67

Forgiveness Amount
SBA Form 3508 (06/20)
Page 1



**Paycheck Protection Program**
**Loan Forgiveness Application Revised June 16, 2020**

OMB Control Number 3245-0407
Expiration Date: 11/30/2020

Line 11. Forgiveness Amount (enter the smallest of lines 8, 9, and 10):      $2,201,640.00



**Paycheck Protection Program**
**Loan Forgiveness Application Revised June 16, 2020**

OMB Control Number 3245-0407
Expiration Date: 11/30/2020

**By Signing Below, You Make the Following Representations and Certifications on Behalf of the Borrower:**

The authorized representative of the Borrower certifies to all of the below by **initialing** next to each one.

KJ    The dollar amount for which forgiveness is requested:
- was used to pay costs that are eligible for forgiveness (payroll costs to retain employees; business mortgage interest payments; business rent or lease payments; or business utility payments);
- includes all applicable reductions due to decreases in the number of full-time equivalent employees and salary/hourly wage reductions;
- includes payroll costs equal to at least 60% of the forgiveness amount;
- if a 24-week Covered Period applies, does not exceed 2.5 months' worth of 2019 compensation for any owner-employee or self-employed individual/general partner, capped at $20,833 per individual; and
- if the Borrower has elected an 8-week Covered Period, does not exceed 8 weeks' worth of 2019 compensation for any owner-employee or self-employed individual/general partner, capped at $15,385 per individual.

KJ    I understand that if the funds were knowingly used for unauthorized purposes, the federal government may pursue recovery of loan amounts and/or civil or criminal fraud charges.

KJ    The Borrower has accurately verified the payments for the eligible payroll and nonpayroll costs for which the Borrower is requesting forgiveness.

KJ    I have submitted to the Lender the required documentation verifying payroll costs, the existence of obligations and service (as applicable) prior to February 15, 2020, and eligible business mortgage interest payments, business rent or lease payments, and business utility payments.

KJ    The information provided in this application and the information provided in all supporting documents and forms is true and correct in all material respects. I understand that knowingly making a false statement to obtain forgiveness of an SBA-guaranteed loan is punishable under the law, including 18 USC 1001 and 3571 by imprisonment of not more than five years and/or a fine of up to $250,000; under 15 USC 645 by imprisonment of not more than two years and/or a fine of not more than $5,000; and, if submitted to a Federally insured institution, under 18 USC 1014 by imprisonment of not more than thirty years and/or a fine of not more than $1,000,000.

KJ    The tax documents I have submitted to the Lender are consistent with those the Borrower has submitted/will submit to the IRS and/or state tax or workforce agency. I also understand, acknowledge, and agree that the Lender can share the tax information with SBA's authorized representatives, including authorized representatives of the SBA Office of Inspector General, for the purpose of ensuring compliance with PPP requirements and all SBA reviews.

KJ    I understand, acknowledge, and agree that SBA may request additional information for the purposes of evaluating the Borrower's eligibility for the PPP loan and for loan forgiveness, and that the Borrower's failure to provide information requested by SBA may result in a determination that the Borrower was ineligible for the PPP loan or a denial of the Borrower's loan forgiveness application.

KJ    If the Borrower has checked the box for FTE Reduction Safe Harbor 1 on PPP Schedule A, the Borrower was unable to operate between February 15, 2020 and the end of the Covered Period at the same level of business activity as before February 15, 2020 due to compliance with requirements established or guidance issued between March 1, 2020 and December 31, 2020, by the Secretary of Health and Human Services, the Director of the Centers for Disease Control and Prevention, or the Occupational Safety and Health Administration, related to the maintenance of standards of sanitation, social distancing, or any other work or customer safety requirement related to COVID-19.

The Borrower's eligibility for loan forgiveness will be evaluated in accordance with the PPP regulations and guidance issued by SBA through the date of this application. SBA may direct a lender to disapprove the Borrower's loan forgiveness application if SBA determines that the Borrower was ineligible for the PPP loan.

_____
_____

K J

SBA Form 3508 (06/20)
Page 3

**Paycheck Protection Program**                        **OMB Control Number 3245-0407**
**Loan Forgiveness Application Revised June 16, 2020**      **Expiration Date: 11/30/2020**

<u>12/03/2020</u>

Signature of Authorized Representative of Borrower                Date

 Kianoosh Jafari                                    <u>President of Butterfield Health Care,Inc</u>
Print Name                                          Title

## VOICE

J & D Partners, LP
648 N. River Road
Ste. 100
Naperville, IL 60563
Attention: Jaime Brendle
jbrendle@butterfieldhealthcare.com

RE: Meadowbrook Bolingbrook
FHA #071-22167

Please make you check payable to **CAMBRIDGE REALTY CAPITAL LTD. OF ILLINOIS** and mail to:
Cambridge Realty Capital Ltd. of Illinois
P.O. Box 775478
Chicago, IL 60677-5478

**Due Date:** 05/01/2020
**Payments received 15 days after the due date will be assessed a 2% late charge**

| Description | Charges |
| --- | --- |
| Principal | $34,073.45 |
| Interest | $52,205.10 |
| Mortgage Insurance Premium | $8,700.00 |
| Insurance | $2,000.00 |
| Real Estate Taxes | $36,000.00 |
| Reserve for Replacements | $12,044.00 |
| **TOTAL AMOUNT DUE** | $145,022.55 |

1 North LaSalle, 37th Floor Chicago, IL 60602

8/7/2020                          J & D Partners, LP - Meadowbrook Bolingbrook - 2020-07-01

## VOICE

J & D Partners, LP                              RE: Meadowbrook Bolingbrook
648 N. River Road                               FHA #071-22167
Ste. 100
Naperville, IL 60563
Attention: Jaime Brendle
jbrendle@butterfieldhealthcare.com

Please make you check payable to **CAMBRIDGE REALTY CAPITAL LTD. OF ILLINOIS** and mail to:
Cambridge Realty Capital Ltd. of Illinois
P.O. Box 775478
Chicago, IL 60677-5478

**Due Date:** 07/01/2020
**Payments received 15 days after the due date will be assessed a 2% late charge**

| Description | Charges |
|---|---|
| Principal | $34,272.50 |
| Interest | $52,006.05 |
| Mortgage Insurance Premium | $8,700.00 |
| Insurance | $2,000.00 |
| Real Estate Taxes | $36,000.00 |
| Reserve for Replacements | $12,044.00 |
| **TOTAL AMOUNT DUE** | $145,022.55 |

1 North LaSalle, 37th Floor Chicago, IL 60602

8/7/2020                                   Cambridge Loan Servicing | Welcome...

# NVOICE

J & D Partners, LP                          RE: Meadowbrook Bolingbrook
648 N. River Road                           FHA #071-22167
Ste. 100
Naperville, IL 60563
Attention: Jaime Brendle
jbrendle@butterfieldhealthcare.com


Please make you check payable to **CAMBRIDGE REALTY CAPITAL LTD. OF ILLINOIS** and mail to:
Cambridge Realty Capital Ltd. of Illinois
P.O. Box 775478
Chicago, IL 60677-5478

**Due Date:** 06/01/2020
**Payments received 15 days after the due date will be assessed a 2% late charge**

| Description | Charges |
| --- | --- |
| Principal | $34,172.83 |
| Interest | $52,105.72 |
| Mortgage Insurance Premium | $8,700.00 |
| Insurance | $2,000.00 |
| Real Estate Taxes | $36,000.00 |
| Reserve for Replacements | $12,044.00 |
| **TOTAL AMOUNT DUE** | $145,022.55 |

1 North LaSalle, 37th Floor Chicago, IL 60602

AR pages 350-927 are redacted in their entirety.



**OMB Control Number: 3245-0407**
**Expiration Date: 11/30/2020**

## PAYCHECK PROTECTION PROGRAM
## LOAN NECESSITY QUESTIONNAIRE (FOR-PROFIT BORROWERS)

The purpose of this form is to facilitate the collection of supplemental information that will be used by SBA loan reviewers to evaluate the good-faith certification that you made on your PPP Borrower Application (SBA Form 2483 or Lender's equivalent form) that economic uncertainty made the loan request necessary. Each for-profit Borrower that, together with its affiliates,[1] received PPP loans with an original principal amount of $2 million or greater is required to complete this form and submit it, along with the required supporting documents, to the Lender servicing Borrower's PPP loan. **The completed form is due to the Lender servicing your PPP loan within ten business days of receipt from your Lender.**

SBA is reviewing these loans to maximize program integrity and protect taxpayer resources. The information collected will be used to inform SBA's review of your good-faith certification that economic uncertainty made your loan request necessary to support your ongoing operations. Receipt of this form does not mean that SBA is challenging that certification. After this form is submitted, SBA may request additional information, if necessary, to complete the review. SBA's determination will be based on the totality of your circumstances.

Failure to complete the form and provide the required supporting documents may result in SBA's determination that you were ineligible for either the PPP loan, the PPP loan amount, or any forgiveness amount claimed, and SBA may seek repayment of the loan or pursue other available remedies.

Within five business days after you provide a complete form with all required responses, supporting documents, and signatures and certifications, the Lender servicing your loan is required to upload the form and documents to the SBA PPP Forgiveness Platform (forgiveness.sba.gov) and separately input your responses to each question into the web form available in the platform.

**Additional instructions are set forth on the next page.**

---

**Paperwork Reduction Act** – You are not required to respond to this collection of information unless it displays a currently valid OMB Control Number. The estimated time for completing this questionnaire, including gathering data needed, is 90 minutes. Comments about this time or the information requested should be sent to Small Business Administration, Director, Records Management Division, 409 3rd St., SW, Washington DC 20416, and/or SBA Desk Officer, Office of Management and Budget, New Executive Office Building, Washington DC 20503. **PLEASE DO NOT SEND FORMS TO THESE ADDRESSES.**

---

[1] See 85 FR 20817 (April 15, 2020) regarding application of SBA's affiliation rules.

SBA Form 3509 (10/2020)

## Part A – Borrower Information

| Business Legal Name ("Borrower") | DBA or Tradename, if applicable | |
|---|---|---|
| Butterfield Health Care, Inc | Meadowbrook Manor | |
| **Business Address** | **Business TIN (EIN, SSN)** | **Business Phone** |
| 431 W. Remington Bvld., Bolingbrook, IL 60440 | REDACTED | REDACTED |
| | **Primary Contact** | **E-mail Address** |
| | Liz Koshy | REDACTED |
| **SBA PPP Loan Number** | **Original Principal Amount of PPP Loan ($)** | |
| 8187157206 | 2,201,640.00 | |

## Part B – For-Profit Borrower Questionnaire

Eligible types of for-profit borrowers include sole proprietors, partnerships, C-corporations, S-corporations, limited liability companies, independent contractors, eligible self-employed individuals, Tribal businesses (sec. 31(b)(2)(C) of Small Business Act), and electric and telephone cooperatives exempt from federal income taxation under section 501(c)(12) of the Internal Revenue Code.

Instructions:
- For the Business Activity Assessment section below, you must include supporting documentation for your answers to question #1 as part of your submission.
- For the Liquidity Assessment section below, you must include supporting documentation for your answers to questions #1, 2.B, 3.B, 4.C, and 5.C as part of your submission.
- For each question, in the right-hand column (labeled "Confidential?"), select "YES" or "NO" to indicate whether your answers or information provided in response to the question are customarily kept confidential.
- SBA may request additional supporting documentation as part of the loan review.

| Business Activity Assessment | | Confidential? |
|---|---|---|
| 1. Provide answers and supporting documentation for questions 1.A **and either** 1.B or 1.C: | | |
| A. What was Borrower's gross revenue in the second calendar quarter (Q2) of 2020? *Seasonal borrowers may provide gross revenue in the third calendar quarter (Q3) of 2020 instead of Q2 2020.* | $ 4,958,013.00 | Select |
| B. If Borrower existed in Q2 2019, what was Borrower's gross revenue in Q2 2019? *Seasonal borrowers that entered gross revenue in Q3 2020 for question 1.A must enter gross revenue in Q3 2019.* | $ 5,447,870.00 | Select |

2

SBA Form 3509 (10/2020)

| | | | | |
|---|---|---|---|---|
| | C. | If Borrower did not exist in Q2 2019, what was Borrower's gross revenue in the first calendar quarter (Q1) of 2020? *Seasonal borrowers that entered gross revenue in Q3 2020 for question 1.A must enter gross revenue in Q3 2019.* | $ | Select |
| 2. | A. | Since the COVID-19 National Emergency Declaration issued by President Trump on March 13, 2020, has Borrower been ordered to shut down by a state or local authority due to COVID-19? | ☐ YES ☑ NO | Select |
| | B. | If the answer to 2.A is YES, which state or local authority issued the shutdown order? | | Select |
| | C. | If the answer to 2.A is YES, provide start and end dates of the shutdown order (if ongoing, write "present" under "End"). | Start          End | Select |
| 3. | A. | At any time since March 13, 2020, has Borrower been ordered to significantly alter its operations by a state or local authority due to COVID-19? | ☑ YES ☐ NO | Select |
| | B. | If the answer to 3.A is YES, provide start and end dates of the order to alter its operations (if ongoing, write "present" under "End"). | Start          End 4/6/20        06/15/2020 | Select |
| | C. | If the answer to 3.A is YES, how were Borrower's operations altered due to the order? (select all that apply) | | |
| | | i.   The number of people permitted in a location at one time was reduced or capped. | ☑ YES ☐ NO | Select |
| | | ii.  Service was restricted to outdoors. | ☐ YES ☑ NO | Select |
| | | iii. Employee workspaces were reconfigured. | ☑ YES ☐ NO | Select |
| | | iv.  Other (please describe) [1,000-character max]. Couldn't take new admissions or readmissions. No visitors allowed. No beauticians, hospice care. Only emergency medical needs | | Select |
| | D. | If the answer to 3.A is YES, what were Borrower's approximate additional cash outlays for these mandatory alterations? | ████████ | Select |

3

SBA Form 3509 (10/2020)

| | | | | |
|---|---|---|---|---|
| 4. | A. | At any time since March 13, 2020, has Borrower voluntarily ceased or reduced its operations due to COVID-19? | ☐ YES ☑ NO | Select |
| | B. | If the answer to 4.A is YES, provide start and end dates when Borrower voluntarily ceased or reduced operations (if ongoing, write "present" under "End"). | Start          End | Select |
| | C. | If the answer to 4.A is YES, why did Borrower voluntarily cease or reduce operations? (select all that apply)<br>i.   Employee(s) contracted COVID-19. | ☐ YES ☐ NO | Select |
| | | ii.   COVID-19 significantly disrupted Borrower's supply chain (e.g., a supplier of goods or services that are essential to Borrower's operations was unable to deliver due to COVID-19). | ☐ YES ☐ NO | Select |
| | | iii.   Other (please describe) [1,000-character max].<br>Special Covid unitd constru | | Select |
| 5. | A. | At any time since March 13, 2020, has Borrower voluntarily altered its operations due to COVID-19 (other than ceasing or reducing operations)? | ☑ YES ☐ NO | Select |
| | B. | If the answer to 5.A is YES, provide start and end dates when the voluntary alterations were in place (if ongoing, write "present" under "End"; if staggered, provide multiple start and end dates). | Start          End<br>3/1/20        current | Select |
| | C. | If the answer to 5.A is YES, how were Borrower's operations voluntarily altered? (select all that apply)<br>i.   The number of people permitted in a location at one time was reduced or capped. | ☑ YES ☐ NO | Select |
| | | ii.   Service was restricted to outdoors. | ☐ YES ☑ NO | Select |
| | | iii.   Employee workspaces were reconfigured. | ☑ YES ☐ NO | Select |

4

SBA Form 3509 (10/2020)

|  |  |  |
|---|---|---|
| iv. Other (please describe) [1,000-character max].<br>Special Covid units constructed with separate air rxchange and water system | | Select |
| D. If the answer to 5.A is YES, what were Borrower's approximate additional cash outlays for these voluntary alterations? | ███████ | Select |
| 6. A. Between March 13, 2020 and the end of the loan forgiveness covered period of the PPP loan, did Borrower begin any new capital improvement projects not due to COVID-19? | ☐ YES  ☑ NO | Select |
| B. If the answer to 6.A is YES, what were Borrower's approximate cash outlays for those projects? | $ | Select |
| 7. What is Borrower's primary six-digit NAICS code? | 623311 | Select |
| 8. Optional – provide additional comments on any question in this Business Activity Assessment section [1,000-character max]. | | Select |
| **Liquidity Assessment** | | **Confidential?** |
| 1. As of the last day of the calendar quarter immediately before the date of Borrower's PPP loan application, how much did Borrower own in cash and cash equivalents? Provide supporting documentation. | █████ | Select |
| 2. A. Between March 13, 2020 and the end of the loan forgiveness covered period of the PPP loan, has Borrower paid any dividends or other capital distributions (other than for pass-through estimated tax payments[2]) to its owners? | ☑ YES  ☐ NO | Select |

---

[2] Distributions made by a partnership or S-corporation that are designed to be used only for owners' estimated quarterly tax payments are excepted, as long as they do not exceed the tax liability on profits earned in the first three quarters of 2020, 110 percent of the pro-rata share of last year's tax liability on distributions, and/or 100 percent of the pro rata share of tax liability on total distributions in 2020.

5

SBA Form 3509 (10/2020)

| | | | | |
|---|---|---|---|---|
| | B. | If the answer to 2.A is YES, what was the total amount of all dividends or other capital distributions between March 13, 2020 and the end of the loan forgiveness covered period of the PPP loan?  Provide supporting documentation. | ▓▓▓▓ | Select |
| 3. | A. | Between March 13, 2020 and the end of the loan forgiveness covered period of the PPP loan, has Borrower prepaid any outstanding debt (i.e., paid before contractually due)? | ☐ YES  ☒ NO | Select |
| | B. | If the answer to 3.A is YES, what was the total amount of all debt prepayments between March 13, 2020 and the end of the loan forgiveness covered period of the PPP loan?  Provide supporting documentation. | $ | Select |
| 4. | A. | During the loan forgiveness covered period of the PPP loan, were any of Borrower's employees compensated in an amount that exceeds $250,000 on an annualized basis? (Compensation for this purpose covers gross salary, gross wages, gross tips, gross commissions, and allowances for dismissal or separation.) | ☐ YES  ☒ NO | Select |
| | B. | If the answer to 4.A is YES, how many employees? | | Select |
| | C. | If the answer to 4.A is YES, what was the total amount of compensation during the loan forgiveness covered period of all of those employees included in the answer to 4.B?  Provide supporting documentation. | $ | Select |
| 5. | A. | During the loan forgiveness covered period of the PPP loan, were any of Borrower's owners who work at Borrower compensated by Borrower in an amount that exceeds $250,000 on an annualized basis? (Compensation for this purpose covers gross salary, gross wages, gross tips, gross commissions, and allowances for dismissal or separation.) | ☐ YES  ☒ NO | Select |
| | B. | If the answer to 5.A is YES, how many owners? | | Select |
| | C. | If the answer to 5.A is YES, what was the total amount of compensation during the loan forgiveness covered period of all of those owners included in the answer to 5.B? Provide supporting documentation. | $ | Select |
| 6. | A. | On the date of Borrower's PPP loan application, were any of Borrower's equity securities listed on a national securities exchange? | ☐ YES  ☒ NO | Select |

6

SBA Form 3509 (10/2020)

| | | | |
|---|---|---|---|
| | B. | If the answer to 6.A is YES, what was Borrower's market capitalization on the date of Borrower's PPP loan application? | $ | Select |
| 7. | A. | On the date of Borrower's PPP loan application, did any publicly traded company own 20 percent or more of any class of Borrower's outstanding equity securities? | ☐ YES ☑ NO | Select |
| | B. | If the answer to 7.A is YES, what was the name and market capitalization of the publicly traded company on the date of Borrower's PPP loan application? | | |
| | | Company A (name): | $ | Select |
| | | Company B (name): | $ | Select |
| | | Company C (name): | $ | Select |
| | | Company D (name): | $ | Select |
| | | Company E (name): | $ | Select |
| 8. | | If the answer to 6.A is NO, what was the book value (shareholders' equity value) of Borrower as of the last day of the calendar quarter immediately before the date of Borrower's PPP loan application? | ▌█████3.00 | Select |
| 9. | A. | On the date of Borrower's PPP loan application, was Borrower a subsidiary of (i.e., was at least 50 percent of Borrower's common equity, or equivalent equity interest, owned by) another company (the parent company)? | ☐ YES ☑ NO | Select |
| | B. | If the answer to 9.A is YES, what was the name of the parent company? | | Select |
| | C. | If the answer to 9.A is YES, was the parent company organized or incorporated under the laws of a jurisdiction outside the U. S.? | ☐ YES ☐ NO | Select |
| | D. | If the answer to 9.A is YES, and if any of the equity securities of Borrower's parent company are listed on a national securities exchange or on a securities exchange in a non-U.S. jurisdiction, what was the market capitalization of the parent company on the date of Borrower's PPP loan application? | $ | Select |
| 10. | | On the date of Borrower's PPP loan application, was 20 percent or more of any class of Borrower's outstanding equity securities owned by a private equity firm, venture capital firm, or hedge fund (including a fund managed by any such firm)? | ☐ YES ☑ NO | Select |

7

SBA Form 3509 (10/2020)

| | | |
|---|---|---|
| 11. | A. On the date of Borrower's PPP loan application, was Borrower an affiliate[3] or a subsidiary (i.e., was at least 50 percent of Borrower's common equity, or equivalent equity interest, directly or indirectly owned or controlled by) of a foreign, state-owned enterprise (i.e., a company at least 50 percent owned by a foreign state) or of a department, agency, or instrumentality of a foreign state? ☐ YES ☑ NO | Select |
| | B. If the answer to 11.A is YES, what was the name of the foreign, state-owned enterprise or of the foreign state's department, agency, or instrumentality? | Select |
| 12. | A. Did Borrower directly receive any funds from any CARES Act program other than PPP, excluding tax benefits? ☑ YES ☐ NO | Select |
| | B. If the answer to 12.A is YES, please provide funding amount. $ 1,885,526.68 | Select |
| | C. If the answer to 12.A is YES, please provide the program name or describe the funding source. [1,000-character max] HHS Cares Stimulus-$1,715,109.07 State of Illinois Cares Stimulus-$170,417.61 | Select |
| 13. | Optional – provide additional comments on any question in this Liquidity Assessment section[1,000-character max]. distributions shown in the box 2 B are monthly distribution that paid every year. | Select |

---

[3] For purposes of this question, apply the affiliation test as described in SBA's interim final rule on affiliates, 85 FR 20817 (April 15, 2020).

8

SBA Form 3509 (10/2020)

<u>CERTIFICATIONS</u>

The Authorized Representative of Borrower must certify to all of the below by initialing next to each item:

KJ
  I certify that I have the authority to sign and submit this questionnaire on behalf of the Borrower.

KJ
  I certify that the information provided in this questionnaire and in all supporting documentation is true and correct in all material respects. I make this certification after reasonable inquiry of people, systems, and other information available to the Borrower.

KJ
  I understand that knowingly making a false statement to obtain a guaranteed loan or forgiveness of an SBA-guaranteed loan is punishable under the law, including under 18 U.S.C. 1001 and 3571 by imprisonment of not more than five years and/or a fine of up to $250,000; under 15 U.S.C. 645 by imprisonment of not more than two years and/or a fine of not more than $5,000; and, if submitted to a federally insured institution, under 18 U.S.C. 1014 by imprisonment of not more than thirty years and/or a fine of not more than $1,000,000.

KJ

_____
Signature of Authorized Representative of Borrower
Kianoosh Jafari
_____
Print Name
President of Butterfield Health Care,Inc
_____
Title
12/1/20
_____
Date

9

AR pages 937-1233 are redacted in their entirety.



### ILLINOIS AMERICAN WATER
**WE KEEP LIFE FLOWING™**

**Service Address:**

MEADOWBROOK MANOR
431 REMINGTON BLVD
BOLINGBROOK, IL 60440-4918

 **THANK YOU FOR BEING OUR CUSTOMER.**

## Important Account Messages

- Thank you for being a long time customer! We work hard every day to deliver water service that is safe, reliable, and affordable -- our customers deserve nothing less.

- Want more convenience and less clutter? Try paperless billing. We send an email when your bill is available for viewing and include an option to pay. It's simple to sign up, just register or log into My Account at amwater.com/myaccount and make the selection for paperless billing.

For more information, visit www.illinoisamwater.com

Page 1 of 5
605003758742

## Monthly Statement

Account No. **1025-210000511024**

| Total Amount Due: | **$77.85** |
|---|---|
| Payment Due By: | **May 11, 2020** |

| **Billing Date:** | April 17, 2020 |
|---|---|
| **Service Period:** | Apr 17 to May 19 (33 Days) |

## Account Summary – *See page 3 for Account Detail*

| Prior Billing: | | $76.20 |
|---|---|---|
| Payments - Thank You! | – | $76.20 |
| **Balance Forward:** | = | **$0.00** |
| Service Related Charges: | + | $77.76 |
| Taxes: | + | $0.09 |
| Total Amount Due: | = | **$77.85** |

 **View your account information or pay your bill anytime at:** www.amwater.com/MyAccount

 **Pay by Phone\*:** Pay anytime at 1-855-748-6066
*A convenience fee may apply*

**Customer Service**: 1-800-422-2782
M-F 7:00am to 7:00pm – Emergencies 24/7

✂ Please return bottom portion with your payment, DO NOT send cash. Retain upper portion for your records. ✂

---



PO Box 6029
Carol Stream, IL 60197-6029

**Service to**: 431 REMINGTON BLVD
BOLINGBROOK, IL 60440-4918

Account No. **REDACTED**

| Total Amount Due: | **$77.85** |
|---|---|
| Payment Due By: | **May 11, 2020** |

**Amount Enclosed** $ 

MEADOWBROOK MANOR
648 N RIVER ROAD SUITE 100
NAPERVILLE, IL 60563

**ILLINOIS AMERICAN WATER**
PO BOX 6029
CAROL STREAM, IL 60197-6029

0001025210000511024000000000007785011

Page 2 of 5

## Messages from Illinois American Water

- Beginning April 1, 2020, the following surcharges and credits will change as a result of the annual reconciliations required by the Illinois Commerce Commission (ICC): Volume Balancing Adjustment (VBA) to adjust actual net revenue to the revenue requirement approved by the ICC, and Invested Capital Tax (ICT) surcharge to reflect ICT payable to the state of Illinois. The Tax Reform Credit for the Company's lower income taxes resulting from the Tax Cuts and Jobs Act will change in accordance with the Company's tariffs. A copy of Illinois-American's filings with the ICC may be inspected by any interested party at any business office of the company. Interested parties may intervene in any proceeding conducted by the ICC to consider the proposed change in rates pursuant to 83 Ill. Adm. Code 200.

- Beginning April 1, 2020, the Quality Infrastructure Program (QIP) surcharge will change from 4.44% to 4.86% on



**HAVE YOU TURNED TO "ALTERNATIVES" BECAUSE OF THE TOILET PAPER SHORTAGE?**

and even **cotton rounds!**

**TIP: Other paper products can clog your sewer pipes and leave you with a nasty repair bill.**
Instead of flushing these items, throw them in the trash.

ILLINOIS
AMERICAN WATER

---



**CUSTOMER SERVICE: 1-800-422-2782**
HOURS: M-F, 7am-7pm • Emergencies: 24/7
TTY/TDD FOR THE HEARING IMPAIRED: 711
(and then reference Customer Service number listed above)

## ILLINOIS COMMERCE COMMISSION: BILL OF RIGHTS FOR WATER AND SEWER CUSTOMERS



**Rates:** You have the right to -
- Know the rates you must pay for the utility services you receive.
- Be notified by your utility of any proposed change in terms and conditions of service or rates and be notified of the right to request a public forum when the utility proposes a general rate increase.

**Billing and Payment:** You have the right to -
- Request a deferred payment agreement to pay past due amounts over time if you are unable to pay the bill in full. Residential customers who have not failed to make payments on such plan during the past 12 months are eligible, others may be eligible.
- Credit for overpayment with interest.

**Make-up Bills:** You have the right to -
- Disclosure by the utility of the date covered by the billing statement when you are billed for services provided prior to the date the bill covers.
- Payment arrangements when past due bills occur after a "make-up" bill (that exceeds a normal bill by 50%) is issued for previously unbilled service. The utility shall review the bill and offer to accept payment over a period of time at least as long as the period over which the excess accrued.

**Disconnection of Service:** You have the right to -
- Be notified in writing prior to disconnection of service. Such notice shall provide

(1) date when service is subject to disconnection (2) reason for disconnection (3) how to prevent disconnection (4) utility contact information to inquire or dispute disconnection (5) contact information for the Illinois Commerce Commission (6) how to access information concerning customer rights and responsibilities.

**Disputes Procedures:** You have the right to -
- Request a meter test and be informed of the results.
- Contact the utility with disputes and be informed of the right for a Commission review of unresolved complaints.
- Pursue unresolved disputes with the Illinois Commerce Commission. More information concerning Commission rules and your rights is available by visiting the ICC's website or contacting the ICC's Consumer Services Division, www.icc.illinois.gov
- For questions, contact our Customer Service Center. We'll make every effort to resolve your issue, but if you prefer you may speak with a supervisor. If you feel we've not responded to your inquiry, you have the right to request the ICC (800-524-0795 or www.icc.illinois.gov) to review the unresolved dispute.

| | |
|---|---|
| Toll-Free Hotline: | 800-524-0795 |
| TTY: | 800-858-9277 |
| Email: | consumers@icc.illinois.gov |
| Mail: | 527 E. Capitol Ave, Springfield, IL 62701 |

## DEFINITIONS

**QIP:** Quality Infrastructure Program
**VBA:** Volume Balancing Adjustment
**ICT:** Invested Capital Tax

Preferred due dates: Customers may request a preferred dues date, not to be more than 10 days after the original due date. Call 1-800-422-2782 for details and to see if you qualify.

---

No customer shall be liable for unbilled or misbilled service after expiration of the applicable period except in instances of tampering with the water meter, wires, pipe or other service equipment.

---

### H2O HELP TO OTHERS PROGRAM - lend a hand to customers in need

☐ I'm adding a one time contribution of $_____ with my payment.

☐ I'd like to add a recurring contribution to each bill of $_____. I understand this amount will be added to each bill.

**Address Change(s)**

Name

Address

City

State          Zip Code

(    )          ☐ Mobile Number
Phone Number

E-mail Address

### Other ways to pay your bill

✓ **Auto Pay**

Save time and money. Enroll in Auto Pay, and your bill will be paid on time, every time, directly from your bank account on the due date. No stamps required!

☐ **Online**

With My Account, you can pay your bill anytime, anywhere. Registration is fast and easy. Visit www.amwater.com/MyAccount or pay without registration at www.amwater.com/billpay (fee may apply).

**In Person**

We have agreements with several authorized payment locations in our service areas. Visit our website to find one near you.



**ILLINOIS**
**AMERICAN WATER**
WE KEEP LIFE FLOWING™

## Account Detail    Account No. 1025-210000511024
Service To: 431 REMINGTON BLVD BOLINGBROOK, IL 60440-4918

| | |
|---|---:|
| **Prior Billing** | **76.20** |
| **Payments** | **-76.20** |
| Total payments as of Apr 9. Thank you! | -76.20 |
| **Balance Forward** | **0.00** |

**Service Related Charges - 04/17/20 to 05/19/20**

| | | |
|---|---|---:|
| **Fire Service** | | **75.36** |
| Private Fire Protection Charge 8" | | 75.36 |
| | (1 x $75.36) | |
| **Other Charges** | | **2.40** |
| QIP Surcharge Fire | ($75.36 x 7.50%) | 5.65 |
| ICT Surcharge Fire | ($75.36 x 0.5481%) | 0.41 |
| Tax Reform Credit Fire | ($75.36 x -4.8619%) | -3.66 |
| **Total Service Related Charges** | | **77.76** |
| **Taxes** | | **0.09** |
| ICC Gross Receipts Tax | | 0.08 |
| Illinois CC Assessment | | 0.01 |
| **Total Current Period Charges** | | **77.85** |

**Total Amount Due** ➡ **$77.85**

---

## Understanding Your Bill

The information below defines some of the new terms you may find on your bill:

- **Service Related Charges:** This section includes charges for services related to water, wastewater and fire protection. If applicable, credits and debits for correction to previously billed charges are itemized in this section.

- **Fees and Adjustments:** This section provides details related to additional charges or adjustments for the service period referenced. Fees, when applicable, would include items such as service activation and late payment charges.

- **Pass Through Charges:** Charges in this section, when applicable, are separated from other service related charges to provide visibility into what portion of your bill is being remitted to other entities. Payment received for these charges does not remain with American Water. While we may bill and collect for them, the payments received are passed along to other companies and agencies.

- **Billing Units:** One billing unit equals 100 gallons of water used. If the meter serving your property measures your water use in cubic feet or a different unit of measure, we convert the usage to gallons to make it easier to understand.

- **Average Daily Use:** The gallons shown in the water droplet above represent your average daily water use for the current billing period. Tracking the amount of water you use can help you manage your overall water use from month to month.

- **Still have questions?** We are here to help. Our customer service representatives are available M–F, 7 a.m. to 7 p.m. More information on understanding your bill and charges can also be found on our website. See the link below.

For more information about your charges and rates, please visit:
https://amwater.com/ilaw/rates

Additional Messages from Illinois American Water

wastewater service.



An Exelon Company

**Visit ComEd.com**

**Customer Service / Power Outage**

**English**
1.877.4COMED1 (1.877.426.6331)
**Español**
1.800.95.LUCES (1.800.955.8237)
**Hearing/Speech Impaired**
1.800.572.5789 (TTY)

**Your Usage Profile**
**13-Month Usage (Total kWh)**



| Electric Usage | |
|---|---|
| Month | kWh |
| Jun-19 | 124266 |
| Jul-19 | 147377 |
| Aug-19 | 201730 |
| Sep-19 | 167013 |
| Oct-19 | 163155 |
| Nov-19 | 119546 |
| Dec-19 | 101191 |
| Jan-20 | 124232 |
| Feb-20 | 111027 |
| Mar-20 | 110578 |
| Apr-20 | 100475 |
| May-20 | 96694 |
| **Jun-20** | **108228** |

| | Average Daily | |
|---|---|---|
| Month Billed | kWh | Temp |
| Last Year | 4142.2 | 57 |
| Last Month | 3334.3 | 46 |
| **Current Month** | **3607.6** | **58** |

Page 1 of 3
**Account Number** REDACTED
Name          **MEADOWBROOK MANOR**
Service Location 431 W REMINGTON BLVD
              BOLINGBROOK
Phone Number  630-759-1112

Issue Date        June 1, 2020

| Bill Summary | |
|---|---|
| Previous Balance | $39,532.13 |
| Total Payments - Thank You | $39,532.13 |
| **Amount Due on June 16, 2020** | **$8,740.01** |

| Meter Information | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Read Dates | Meter Number | Load Type | Reading Type | Previous | Meter Reading Present | Difference | Multiplier X | Usage |
| 4/29-5/29 | 230254299 | General Service | Total kWh | Actual | Actual | | | 108204 |
| 4/29-5/29 | 230254299 | General Service | On Pk kW | Actual | Actual | | | 326.02 |
| 4/29-5/29 | 230254300 | General Service | Total kWh | Actual | Actual | | | 24 |
| 4/29-5/29 | 230254300 | General Service | On Pk kW | Actual | Actual | | | 0.02 |

**Service from 4/29/2020 to 5/29/2020 - 30 Days**          **Commercial Hourly - 400 kW to 1000 kW**

| Electricity Supply Services | | | | $4,986.64 |
|---|---|---|---|---|
| Electricity Supply Charge | 108,228 kWh | | | 1,806.18 |
| Transmission Services Charge | 108,228 kWh | X | 0.00830 | 898.29 |
| Capacity Charge | 433.64 kW | X | 5.82686 | 2,526.76 |
| Purchased Electricity Adjustment | | | | -338.75 |
| Misc Procurement Component Chg | 108,228 kWh | X | 0.00087 | 94.16 |

| Delivery Services - ComEd | | | | $2,705.20 |
|---|---|---|---|---|
| Customer Charge | | | | 113.51 |
| Standard Metering Charge | | | | 14.09 |
| Distribution Facilities Charge | 326.04 kW | X | 7.48000 | 2,438.78 |
| IL Electricity Distribution Charge | 108,228 kWh | X | 0.00119 | 128.79 |
| Meter Lease | | | | 10.03 |

For Electric Supply Choices visit
pluginillinois.org

**(continued on next page)**

---



An Exelon Company

0124324 02 AB 0.416  **AUTO   T7 0 1109 60563-896825   -C05-B1-P00000-I 2

MEADOWBROOK MANOR
648 N RIVER RD STE 100
NAPERVILLE, IL 60563-8968



COMED
PO BOX 6111
CAROL STREAM, IL 60197-6111

**To pay by phone call 1-800-588-9477.**
**A convenience fee will apply.**

REDACTED
Payment Amount

Automatic payment deducted
on 6/16/2020                **$8,740.01**

0447737000000874001016887400015

Page 2 of 3

| Taxes and Other | | | | $1,048.17 |
|---|---|---|---|---|
| Environmental Cost Recovery Adj | 108,228 kWh | X | 0.00039 | 42.21 |
| Renewable Portfolio Standard | 108,228 kWh | X | 0.00189 | 204.55 |
| Zero Emission Standard | 108,228 kWh | X | 0.00195 | 211.04 |
| Energy Efficiency Programs | 108,228 kWh | X | 0.00175 | 189.40 |
| Franchise Cost | $2,696.64 | X | 2.42200% | 65.31 |
| State Tax | | | | 335.66 |

**Total Current Charges**          **$8,740.01**

**Thank you for your payment of $39,532.13  on May 22, 2020**

**Total Amount Due**          **$8,740.01**

**DEPOSIT**

| Deposit on Hand | $43,115.00 |
|---|---|
| Deposit Interest Accrued | $176.58 |

## Message Center

**ComEd**
- COMED COVID-19 RESPONSE: For information, visit ComEd.com/Coronavirus
- POWERLINE SAFETY: Water and electricity don't mix-that's why it's important to be aware of your surroundings and watch out for electrical hazards when working or playing around water recreation areas. Look for overhead power lines before performing activities such as casting a fishing line, using a pool skimming tool or raising a boat mast, and NEVER swim around docks with electrical equipment or boats plugged into shore power. Always keep yourself or any conductive material a minimum of 10 feet away from any power line. Call 800-334-7661 before working near power lines. Learn more at ComEd.com/Safety
- BE INFORMED: ComEd will never call or come to your home or business to sell you electricity. Learn more: ComEd.com/ScamAlert.
- WAYS TO PAY: Looking for ways to pay your bill? Visit ComEd.com/PAY
- ILLINOIS COMMERCE COMMISSION CONSUMER DIVISION: The Consumer Services Division is available at 800-524-0795 to help resolve disputes with ComEd. However, customers should contact ComEd before seeking assistance from the ICC.

1109-53-0124324-0001-0000276

**(continued on next page)**



10% total recycled fiber

CME906R 03/10

When you provide a check as payment, you authorize us to use informa ion from your check either to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.



An Exelon Company

Page 3 of 3

**Account Number  0447737000**

### Visit ComEd.com

**Customer Service / Power Outage**

**English**
1.877.4COMED1 (1.877.426.6331)

**Español**
1.800.95.LUCES (1.800.955.8237)

**Hearing/Speech Impaired**
1.800.572.5789 (TTY)

| Message Center |
| --- |
| •    The amount of this bill will be automatically deducted from your bank account on June 16, 2020. |

1109-53-0124324-0002-0000276

**DO NOT MAIL THIS PORTION WITH YOUR PAYMENT**





## Monthly Statement

Account No. **REDACTED**

| Total Amount Due: | **$34,780.66** |
|---|---|
| Payment Due By: | **June 15, 2020** |

*A portion of your account balance is past due. Please see account messages for more information.*

| Billing Date: | May 22, 2020 |
|---|---|
| Service Period: | Apr 18 to May 19 (32 Days) |
| Total Gallons: | 481,600 |

**Service Address:**

MEADOWBROOK MANOR
431 REMINGTON BLVD
BOLINGBROOK, IL 60440-4918

 **THANK YOU FOR BEING OUR CUSTOMER.**

### Important Account Messages

• The Due Date shown on your bill applies to current charges only. **However, $27,280.82 is past due.** To see if other payment options are available, please contact us.

• Your charges contain a change in pricing that was effective on 05/01/20. Please review the Account Detail section of your bill for more information.

For more information, visit www.illinoisamwater.com

### Account Summary – *See page 3 for Account Detail*

| Prior Billing: | | $52,280.82 |
|---|---|---|
| Payments - Thank You! | – | $25,000.00 |
| **Balance Forward - Past Due** | = | **$27,280.82** |
| Service Related Charges: | + | $2,405.37 |
| Pass Through Charges: | + | $5,087.99 |
| Taxes: | + | $6.48 |
| Total Amount Due: | = | $34,780.66 |

 **View your account information or pay your bill anytime at:** www.amwater.com/MyAccount

 **Pay by Phone*:** Pay anytime at 1-855-748-6066
*A convenience fee may apply*

 **Customer Service:** 1-800-422-2782
M-F 7:00am to 7:00pm – Emergencies 24/7

✂ Please return bottom portion with your payment, DO NOT send cash. Retain upper portion for your records. ✂

---



PO Box 6029
Carol Stream, IL 60197-6029

**Service to**: 431 REMINGTON BLVD
BOLINGBROOK, IL 60440-4918

Account No. **REDACTED**

| Total Amount Due: | **$34,780.66** |
|---|---|
| Payment Due By: | **June 15, 2020** |

**Amount Enclosed** $ 

MEADOWBROOK MANOR
648 N RIVER ROAD SUITE 100
NAPERVILLE, IL 60563

**ILLINOIS AMERICAN WATER**
PO BOX 6029
CAROL STREAM, IL 60197-6029

**REDACTED**

## Messages from Illinois American Water

***IMPORTANT WATER QUALITY MESSAGE: Your annual Water Quality Report can be viewed electronically at www.amwater.com/ccr/WestSub.pdf. If you prefer a paper copy to be sent to you, please contact our Customer Service Center at 800-422-2782.

Effective June 1, 2020, there will be a $0.0140 per 100 gallon increase in the rate for purchased water following an increase from American Lake Water, an increase from the Village of Bedford Park, and the annual reconciliation.  A copy of Illinois-American's filing with the ICC may be inspected by any interested party at any business office of the company.  Interested parties may intervene in any proceeding conducted by the ICC to consider the proposed change in rates pursuant to 83 Ill. Adm. Code 200.



**WATER SAVING TIP**

With more of us staying at home these days, here's a tip to reduce your water use. **Turn off the water while shaving or brushing teeth.**

For more tips, visit **illinoisamwater.com**.



**CUSTOMER SERVICE: 1-800-422-2782**
**HOURS:** M-F, 7am-7pm • Emergencies: 24/7
**TTY/TDD FOR THE HEARING IMPAIRED:** 711
(and then reference Customer Service number listed above)

### ILLINOIS COMMERCE COMMISSION: BILL OF RIGHTS FOR WATER AND SEWER CUSTOMERS

**Rates:** You have the right to -
- Know the rates you must pay for the utility services you receive.
- Be notified by your utility of any proposed change in terms and conditions of service or rates and be notified of the right to request a public forum when the utility proposes a general rate increase.

**Billing and Payment:** You have the right to -
- Request a deferred payment agreement to pay past due amounts over time if you are unable to pay the bill in full. Residential customers who have not failed to make payments on such plan during the past 12 months are eligible, others may be eligible.
- Credit for overpayment with interest.

**Make-up Bills:** You have the right to -
- Disclosure by the utility of the date covered by the billing statement when you are billed for services provided prior to the date the bill covers.
- Payment arrangements when past due bills occur after a "make-up" bill (that exceeds a normal bill by 50%) is issued for previously unbilled service. The utility shall review the bill and offer to accept payment over a period of time at least as long as the period over which the excess accrued.

**Disconnection of Service:** You have the right to -
- Be notified in writing prior to disconnection of service. Such notice shall provide

(1) date when service is subject to disconnection (2) reason for disconnection (3) how to prevent disconnection (4) utility contact information to inquire or dispute disconnection (5) contact information for the Illinois Commerce Commission (6) how to access information concerning customer  rights and responsibilities.

**Disputes Procedures:** You have the right to -
- Request a meter test and be informed of the results.
- Contact the utility with disputes and be informed of the right for a Commission review of unresolved complaints.
- Pursue unresolved disputes with the Illinois Commerce Commission. More information concerning Commission rules and your rights is available by visiting the ICC's website or contacting the ICC's Consumer Services Division, www.icc.illinois.gov
- For questions, contact our Customer Service Center. We'll make every effort to resolve your issue, but if you prefer you may speak with a supervisor. If you feel we've not responded to your inquiry, you have the right to request the ICC (800-524-0795 or www.icc.illinois.gov) to review the unresolved dispute.

| | |
|---|---|
| **Toll-Free Hotline:** | 800-524-0795 |
| **TTY:** | 800-858-9277 |
| **Email:** | consumers@icc.illinois.gov |
| **Mail:** | 527 E. Capitol Ave, Springfield, IL 62701 |

### DEFINITIONS

**QIP:** Quality Infrastructure Program
**VBA:** Volume Balancing Adjustment
**ICT:** Invested Capital Tax

Preferred due dates: Customers may request a preferred dues date, not to be more than 10 days after the original due date. Call 1-800-422-2782 for details and to see if you qualify.

No customer shall be liable for unbilled or misbilled service after expiration of the applicable period except in instances of tampering with the water meter, wires, pipe or other service equipment.

### H2O HELP TO OTHERS PROGRAM - lend a hand to customers in need

☐ I'm adding a one time contribution of $_____ with my payment.

☐ I'd like to add a recurring contribution to each bill of $_____. I understand this amount will be added to each bill.

**Address Change(s)**

Name

Address

City

State                                    Zip Code

(    )                                    ☐ Mobile Number
Phone Number

E-mail Address

### Other ways to pay your bill

**✓ Auto Pay**          **☐ Online**          **In Person**

Save time and money. Enroll in Auto Pay, and your bill will be paid on time, every time, directly from your bank account on the due date. No stamps required!

With My Account, you can pay your bill anytime, anywhere. Registration is fast and easy. Visit www.amwater.com/MyAccount or pay without registration at www.amwater.com/billpay (fee may apply).

We have agreements with several authorized payment locations in our service areas. Visit our website to find one near you.



**ILLINOIS**
**AMERICAN WATER**
WE KEEP LIFE FLOWING™

Page 3 of 5
100003287994

## Meter Reading and Usage Summary

| Meter No. | Measure | Size | From Date | To Date | Previous Read | Current Read | Meter Units | Billing Units | Total Gallons |
|---|---|---|---|---|---|---|---|---|---|
| REDACTED | 100 gal | 2" | 04/18/2020 | 05/19/2020 | 19,300 (A) | 21,670 (A) | 2,370 | 2,370.00 | 237,000 |
| REDACTED | 100 gal | 2" | 04/18/2020 | 05/19/2020 | 132,809 (A) | 135,255 (A) | 2,446 | 2,446.00 | 244,600 |

A = Actual    E = Estimate                         1 Billing Unit = 100 gallons                    Total Gallons:    481,600

**Billed Usage History (graph shown in 100 gallons)**

Next Scheduled Read Date: on or about June 17, 2020
Account Type:    Commercial

⊓ 481,600 gallons = usage for this period
⊓ 587,200 gallons = usage for same period last year



E = Estimate

Average
daily use for
this period is:
(32 days)

**15,050**
**gallons**

Year to Date Billed Usage: 2,853,200 gallons

## Account Detail     Account No. REDACTED
Service To: 431 REMINGTON BLVD BOLINGBROOK, IL 60440-4918

| | |
|---|---|
| **Prior Billing** | 52,280.82 |
| **Payments** | **-25,000.00** |
| Total payments as of May 22. Thank you! | -25,000.00 |
| **Balance Forward - Past Due** | **27,280.82** |

**Service Related Charges - 04/18/20 to 05/19/20**

| | | |
|---|---|---|
| 💧 **Water Service** | | **1,558.02** |
| Water Service Charge | | 325.10 |
| Water Usage Charge | (224 x $0.3695) | 82.77 |
| | (4,264 x $0.25678) | 1,094.91 |
| | (328 x $0.1684) | 55.24 |
| **Wastewater Service** | | **461.42** |
| Wastewater Use Charge | (10 x $0.00) | 0.00 |
| | (10 x $0.10) | 1.00 |
| | (4,796 x $0.096) | 460.42 |
| 🔥 **Fire Service** | | **42.90** |
| 2" Fire Protection Charge | (2 x $21.45) | 42.90 |
| **Other Charges** | | **343.03** |
| QIP Surcharge Wastewater | ($461.42 x 4.86%) | 22.43 |
| ICT Surcharge Wastewater | ($461.42 x 0.7944%) | 3.67 |
| VBA Surcharge Wastewater | (4,816 x $0.037) | 178.19 |
| Tax Reform Credit Wastewater | | -22.55 |
| | ($461.42 x -4.8878%) | |
| QIP Surcharge Water | ($1,600.92 x 7.50%) | 120.07 |
| ICT Surcharge Water | ($1,600.92 x 0.5481%) | 8.77 |
| VBA Surcharge Water | (4,816 x $0.0229) | 110.29 |
| Tax Reform Credit Water | ($1,600.92 x -4.8619%) | -77.84 |
| **Total Service Related Charges** | | **2,405.37** |
| 💲 **Pass Through Charges** | | **5,087.99** |
| Supply Charge: American Lake Water | (4,816 x $0.8448) | 4,068.56 |
| **Village of Bolingbrook Wastewater Charges** | | |
| (Continued on next page) | | |

### Understanding Your Bill

The information below defines some of the new terms you may find on your bill:

- **Service Related Charges:** This section includes charges for services related to water, wastewater and fire protection. If applicable, credits and debits for correction to previously billed charges are itemized in this section.

- **Fees and Adjustments:** This section provides details related to additional charges or adjustments for the service period referenced. Fees, when applicable, would include items such as service activation and late payment charges.

- **Pass Through Charges:** Charges in this section, when applicable, are separated from other service related charges to provide visibility into what portion of your bill is being remitted to other entities. Payment received for these charges does not remain with American Water. While we may bill and collect for them, the payments received are passed along to other companies and agencies.

- **Billing Units:** One billing unit equals 100 gallons of water used. If the meter serving your property measures your water use in cubic feet or a different unit of measure, we convert the usage to gallons to make it easier to understand.

- **Average Daily Use:** The gallons shown in the water droplet above represent your average daily water use for the current billing period. Tracking the amount of water you use can help you manage your overall water use from month to month.

- **Still have questions?** We are here to help. Our customer service representatives are available M–F, 7 a.m. to 7 p.m. More information on understanding your bill and charges can also be found on our website. See the link below.

For more information about your charges and rates, please visit:
https://amwater.com/ilaw/rates



| | | |
|---|---|---|
| Bolingbrook Storm Water Charge | | 2.50 |
| Bolingbrook Treatment Charge | | |
| 04/18/20 to 04/30/20 | (1,956.49 x $0.207) | 404.99 |
| 05/01/20 to 05/19/20 | (2,859.51 x $0.214) | 611.94 |
|  **Taxes** | | **6.48** |
| ICC Gross Receipts Tax | | 6.47 |
| Illinois CC Assessment | | 0.01 |
| **Total Current Period Charges** | | **7,499.84** |

**Total Amount Due** ➡ **$34,780.66**



## Monthly Statement

Account No. **REDACTED**

| Total Amount Due: | **$155.70** |
|---|---|
| Payment Due By: | **June 15, 2020** |

*A portion of your account balance is past due. Please see account messages for more information.*

**Billing Date:** May 20, 2020
**Service Period:** May 20 to Jun 17 (29 Days)

**Service Address:**

MEADOWBROOK MANOR
431 REMINGTON BLVD
BOLINGBROOK, IL 60440-4918

 THANK YOU FOR BEING OUR CUSTOMER.

### Important Account Messages

• Want more convenience and less clutter? Try paperless billing. We send an email when your bill is available for viewing and include an option to pay. It's simple to sign up, just register or log into My Account at amwater.com/myaccount and make the selection for paperless billing.

• The Due Date shown on your bill applies to current charges only. **However, $77.85 is past due.** To see if other payment options are available, please contact us.

For more information, visit www.illinoisamwater.com

### Account Summary – *See page 3 for Account Detail*

| Prior Billing: | | $77.85 |
|---|---|---|
| Payments: | – | $0.00 |
| **Balance Forward - Past Due** | = | **$77.85** |
| Service Related Charges: | + | $77.76 |
| Taxes: | + | $0.09 |
| Total Amount Due: | = | **$155.70** |

 **View your account information or pay your bill anytime at:** www.amwater.com/MyAccount

 **Pay by Phone*:** Pay anytime at 1-855-748-6066
*A convenience fee may apply*

**Customer Service**: 1-800-422-2782
M-F 7:00am to 7:00pm – Emergencies 24/7

✂ Please return bottom portion with your payment, DO NOT send cash. Retain upper portion for your records. ✂

---

Account No. **REDACTED**

| Total Amount Due: | **$155.70** |
|---|---|
| Payment Due By: | **June 15, 2020** |



PO Box 6029
Carol Stream, IL 60197-6029

**Service to**: 431 REMINGTON BLVD
BOLINGBROOK, IL 60440-4918

**Amount Enclosed** $ 

MEADOWBROOK MANOR
648 N RIVER ROAD SUITE 100
NAPERVILLE, IL 60563

**ILLINOIS AMERICAN WATER**
PO BOX 6029
CAROL STREAM, IL 60197-6029

0001025210000511024000000000015570017

## Messages from Illinois American Water

***IMPORTANT WATER QUALITY MESSAGE: Your annual Water Quality Report can be viewed electronically at www.amwater.com/ccr/WestSub.pdf. If you prefer a paper copy to be sent to you, please contact our Customer Service Center at 800-422-2782.

Effective June 1, 2020, there will be a $0.0140 per 100 gallon increase in the rate for purchased water following an increase from American Lake Water, an increase from the Village of Bedford Park, and the annual reconciliation.  A copy of Illinois-American's filing with the ICC may be inspected by any interested party at any business office of the company.  Interested parties may intervene in any proceeding conducted by the ICC to consider the proposed change in rates pursuant to 83 Ill. Adm. Code 200.



**WATER SAVING TIP**

With more of us staying at home these days, here's a tip to reduce your water use. **Turn off the water while shaving or brushing teeth.**

For more tips, visit **illinoisamwater.com**.

---



**CUSTOMER SERVICE: 1-800-422-2782**
**HOURS:** M-F, 7am-7pm • Emergencies: 24/7
**TTY/TDD FOR THE HEARING IMPAIRED:** 711
(and then reference Customer Service number listed above)

### ILLINOIS COMMERCE COMMISSION:
### BILL OF RIGHTS FOR WATER AND SEWER CUSTOMERS

**Rates:** You have the right to -
*   Know the rates you must pay for the utility services you receive.
*   Be notified by your utility of any proposed change in terms and conditions of service or rates and be notified of the right to request a public forum when the utility proposes a general rate increase.

**Billing and Payment:** You have the right to -
*   Request a deferred payment agreement to pay past due amounts over time if you are unable to pay the bill in full. Residential customers who have not failed to make payments on such plan during the past 12 months are eligible, others may be eligible.
*   Credit for overpayment with interest.

**Make-up Bills:** You have the right to -
*   Disclosure by the utility of the date covered by the billing statement when you are billed for services provided prior to the date the bill covers.
*   Payment arrangements when past due bills occur after a "make-up" bill (that exceeds a normal bill by 50%) is issued for previously unbilled service. The utility shall review the bill and offer to accept payment over a period of time at least as long as the period over which the excess accrued.

**Disconnection of Service:** You have the right to -
*   Be notified in writing prior to disconnection of service. Such notice shall provide

(1) date when service is subject to disconnection (2) reason for disconnection (3) how to prevent disconnection (4) utility contact information to inquire or dispute disconnection (5) contact information for the Illinois Commerce Commission (6) how to access information concerning customer  rights and responsibilities.

**Disputes Procedures:** You have the right to -
*   Request a meter test and be informed of the results.
*   Contact the utility with disputes and be informed of the right for a Commission review of unresolved complaints.
*   Pursue unresolved disputes with the Illinois Commerce Commission. More information concerning Commission rules and your rights is available by visiting the ICC's website or contacting the ICC's Consumer Services Division, www.icc.illinois.gov
*   For questions, contact our Customer Service Center. We'll make every effort to resolve your issue, but if you prefer you may speak with a supervisor. If you feel we've not responded to your inquiry, you have the right to request the ICC (800-524-0795 or www.icc.illinois.gov) to review the unresolved dispute.

| | |
|---|---|
| **Toll-Free Hotline:** | 800-524-0795 |
| **TTY:** | 800-858-9277 |
| **Email:** | consumers@icc.illinois.gov |
| **Mail:** | 527 E. Capitol Ave, Springfield, IL 62701 |

### DEFINITIONS

**QIP:** Quality Infrastructure Program
**VBA:** Volume Balancing Adjustment
**ICT:** Invested Capital Tax

Preferred due dates: Customers may request a preferred dues date, not to be more than 10 days after the original due date. Call 1-800-422-2782 for details and to see if you qualify.

---

No customer shall be liable for unbilled or misbilled service after expiration of the applicable period except in instances of tampering with the water meter, wires, pipe or other service equipment.

---

### H2O HELP TO OTHERS PROGRAM - lend a hand to customers in need

☐   I'm adding a one time contribution of $_____ with my payment.

☐   I'd like to add a recurring contribution to each bill of $_____. I understand this amount will be added to each bill.

**Address Change(s)**

Name

Address

City

State                              Zip Code

(     )                            ☐ Mobile Number
Phone Number

E-mail Address

### Other ways to pay your bill

**Auto Pay**          **Online**          **In Person**

Save time and money. Enroll in Auto Pay, and your bill will be paid on time, every time, directly from your bank account on the due date. No stamps required!

With My Account, you can pay your bill anytime, anywhere. Registration is fast and easy. Visit www.amwater.com/MyAccount or pay without registration at www.amwater.com/billpay (fee may apply).

We have agreements with several authorized payment locations in our service areas. Visit our website to find one near you.



**ILLINOIS**
**AMERICAN WATER**
WE KEEP LIFE FLOWING™

## Account Detail

Account No **REDACTED**

Service To: 431 REMINGTON BLVD BOLINGBROOK, IL 60440-4918

| | |
|---|---|
| **Prior Billing** | **77.85** |
| **Payments** | **0.00** |
| **Balance Forward - Past Due** | **77.85** |
| **Service Related Charges - 05/20/20 to 06/17/20** | |
| **Fire Service** | **75.36** |
| Private Fire Protection Charge 8" | 75.36 |
| (1 x $75.36) | |
| **Other Charges** | **2.40** |
| QIP Surcharge Fire        ($75.36 x 7.50%) | 5.65 |
| ICT Surcharge Fire        ($75.36 x 0.5481%) | 0.41 |
| Tax Reform Credit Fire    ($75.36 x -4.8619%) | -3.66 |
| **Total Service Related Charges** | **77.76** |
| **Taxes** | **0.09** |
| ICC Gross Receipts Tax | 0.08 |
| Illinois CC Assessment | 0.01 |
| **Total Current Period Charges** | **77.85** |

**Total Amount Due** ➡ **$155.70**

### Understanding Your Bill

The information below defines some of the new terms you may find on your bill:

- **Service Related Charges:** This section includes charges for services related to water, wastewater and fire protection. If applicable, credits and debits for correction to previously billed charges are itemized in this section.

- **Fees and Adjustments:** This section provides details related to additional charges or adjustments for the service period referenced. Fees, when applicable, would include items such as service activation and late payment charges.

- **Pass Through Charges:** Charges in this section, when applicable, are separated from other service related charges to provide visibility into what portion of your bill is being remitted to other entities. Payment received for these charges does not remain with American Water. While we may bill and collect for them, the payments received are passed along to other companies and agencies.

- **Billing Units:** One billing unit equals 100 gallons of water used. If the meter serving your property measures your water use in cubic feet or a different unit of measure, we convert the usage to gallons to make it easier to understand.

- **Average Daily Use:** The gallons shown in the water droplet above represent your average daily water use for the current billing period. Tracking the amount of water you use can help you manage your overall water use from month to month.

- **Still have questions?** We are here to help. Our customer service representatives are available M–F, 7 a.m. to 7 p.m. More information on understanding your bill and charges can also be found on our website. See the link below.

For more information about your charges and rates, please visit:
https://amwater.com/ilaw/rates

<This page is intentionally left blank and reserved for future messages>



**WE KEEP LIFE FLOWING™**

## Monthly Statement

Account No. **REDACTED**

| Total Amount Due: | **$334.27** |
|---|---|
| Payment Due By: | **June 15, 2020** |

A portion of your account balance is past due. Please see account messages for more information.

**Service Address:**

MEADOWBROOK MANOR
431 REMINGTON BLVD IRRIG
BOLINGBROOK, IL 60440-4918

 THANK YOU FOR BEING OUR CUSTOMER.

| **Billing Date:** | May 21, 2020 |
|---|---|
| **Service Period:** | Apr 18 to May 19 (32 Days) |
| **Total Gallons:** | 0 |

### Important Account Messages

- Want more convenience and less clutter? Try paperless billing. We send an email when your bill is available for viewing and include an option to pay. It's simple to sign up, just register or log into My Account at amwater.com/myaccount and make the selection for paperless billing.

- The Due Date shown on your bill applies to current charges only. **However, $166.36 is past due.** To see if other payment options are available, please contact us.

For more information, visit www.illinoisamwater.com

### Account Summary – *See page 3 for Account Detail*

| Prior Billing: | | $166.36 |
|---|---|---|
| Payments: | − | $0.00 |
| **Balance Forward - Past Due** | = | **$166.36** |
| Service Related Charges: | + | $167.73 |
| Taxes: | + | $0.18 |
| Total Amount Due: | = | **$334.27** |

 **View your account information or pay your bill anytime at:** www.amwater.com/MyAccount

 **Pay by Phone\*:** Pay anytime at 1-855-748-6066
*\*A convenience fee may apply*

**Customer Service**: 1-800-422-2782
M-F 7:00am to 7:00pm – Emergencies 24/7

▼ Please return bottom portion with your payment. DO NOT send cash. Retain upper portion for your records. ▼


**WE KEEP LIFE FLOWING™**

PO Box 6029
Carol Stream, IL 60197-6029

**Service to**: 431 REMINGTON BLVD IRRIG
BOLINGBROOK, IL 60440-4918

Account No. **REDACTED**

| Total Amount Due: | **$334.27** |
|---|---|
| Payment Due By: | **June 15, 2020** |

| Amount Enclosed | $ | |
|---|---|---|

MEADOWBROOK MANOR
648 N RIVER ROAD SUITE 100
NAPERVILLE, IL 60563

**ILLINOIS AMERICAN WATER**
PO BOX 6029
CAROL STREAM, IL 60197-6029

00010252200224161260000000000033427019

## Messages from Illinois American Water

***IMPORTANT WATER QUALITY MESSAGE: Your annual Water Quality Report can be viewed electronically at www.amwater.com/ccr/WestSub.pdf. If you prefer a paper copy to be sent to you, please contact our Customer Service Center at 800-422-2782.

Effective June 1, 2020, there will be a $0.0140 per 100 gallon increase in the rate for purchased water following an increase from American Lake Water, an increase from the Village of Bedford Park, and the annual reconciliation.  A copy of Illinois-American's filing with the ICC may be inspected by any interested party at any business office of the company.  Interested parties may intervene in any proceeding conducted by the ICC to consider the proposed change in rates pursuant to 83 Ill. Adm. Code 200.



**WATER SAVING TIP**

With more of us staying at home these days, here's a tip to reduce your water use. **Turn off the water while shaving or brushing teeth.**

For more tips, visit **illinoisamwater.com**.



**CUSTOMER SERVICE: 1-800-422-2782**
**HOURS:** M-F, 7am-7pm  •  Emergencies: 24/7
**TTY/TDD FOR THE HEARING IMPAIRED:** 711
(and then reference Customer Service number listed above)

### ILLINOIS COMMERCE COMMISSION: BILL OF RIGHTS FOR WATER AND SEWER CUSTOMERS

**Rates:** You have the right to -
- Know the rates you must pay for the utility services you receive.
- Be notified by your utility of any proposed change in terms and conditions of service or rates and be notified of the right to request a public forum when the utility proposes a general rate increase.

**Billing and Payment:** You have the right to -
- Request a deferred payment agreement to pay past due amounts over time if you are unable to pay the bill in full. Residential customers who have not failed to make payments on such plan during the past 12 months are eligible, others may be eligible.
- Credit for overpayment with interest.

**Make-up Bills:** You have the right to -
- Disclosure by the utility of the date covered by the billing statement when you are billed for services provided prior to the date the bill covers.
- Payment arrangements when past due bills occur after a "make-up" bill (that exceeds a normal bill by 50%) is issued for previously unbilled service. The utility shall review the bill and offer to accept payment over a period of time at least as long as the period over which the excess accrued.

**Disconnection of Service:** You have the right to -
- Be notified in writing prior to disconnection of service. Such notice shall provide

(1) date when service is subject to disconnection (2) reason for disconnection (3) how to prevent disconnection (4) utility contact information to inquire or dispute disconnection (5) contact information for the Illinois Commerce Commission (6) how to access information concerning customer  rights and responsibilities.

**Disputes Procedures:** You have the right to -
- Request a meter test and be informed of the results.
- Contact the utility with disputes and be informed of the right for a Commission review of unresolved complaints.
- Pursue unresolved disputes with the Illinois Commerce Commission. More information concerning Commission rules and your rights is available by visiting the ICC's website or contacting the ICC's Consumer Services Division, www.icc.illinois.gov
- For questions, contact our Customer Service Center. We'll make every effort to resolve your issue, but if you prefer you may speak with a supervisor. If you feel we've not responded to your inquiry, you have the right to request the ICC (800-524-0795 or www.icc.illinois.gov) to review the unresolved dispute.

| | |
|---|---|
| **Toll-Free Hotline:** | 800-524-0795 |
| **TTY:** | 800-858-9277 |
| **Email:** | consumers@icc.illinois.gov |
| **Mail:** | 527 E. Capitol Ave, Springfield, IL 62701 |

### DEFINITIONS

**QIP:** Quality Infrastructure Program
**VBA:** Volume Balancing Adjustment
**ICT:** Invested Capital Tax

Preferred due dates: Customers may request a preferred dues date, not to be more than 10 days after the original due date. Call 1-800-422-2782 for details and to see if you qualify.

No customer shall be liable for unbilled or misbilled service after expiration of the applicable period except in instances of tampering with the water meter, wires, pipe or other service equipment.

---

**H2O HELP TO OTHERS PROGRAM - lend a hand to customers in need**

☐  I'm adding a one time contribution of $_____ with my payment.

☐  I'd like to add a recurring contribution to each bill of $_____. I understand this amount will be added to each bill.

**Address Change(s)**

Name

Address

City

State          Zip Code

(     )          ☐ Mobile Number
Phone Number

E-mail Address

### Other ways to pay your bill

**Auto Pay**  ☐ **Online**  **In Person**

**Auto Pay** Save time and money. Enroll in Auto Pay, and your bill will be paid on time, every time, directly from your bank account on the due date. No stamps required!

**Online** With My Account, you can pay your bill anytime, anywhere. Registration is fast and easy. Visit www.amwater.com/MyAccount or pay without registration at www.amwater.com/billpay (fee may apply).

**In Person** We have agreements with several authorized payment locations in our service areas. Visit our website to find one near you.





**WE KEEP LIFE FLOWING™**

## Meter Reading and Usage Summary

| Meter No. | Measure | Size | From Date | To Date | Previous Read | Current Read | Meter Units | Billing Units | Total Gallons |
|-----------|---------|------|-----------|---------|---------------|--------------|-------------|---------------|---------------|
| REDACTED | 100 gal | 2" | 04/18/2020 | 05/19/2020 | 14,617 (A) | 14,617 (A) | 0 | 0.00 | 0 |

A = Actual    E = Estimate                    1 Billing Unit = 100 gallons

### Billed Usage History (graph shown in 100 gallons)

∩  0 gallons = usage for this period

▯  0 gallons = usage for same period last year

**Next Scheduled Read Date:** on or about June 17, 2020
**Account Type:** Commercial





Average daily use for this period is: (32 days)

**0 gallons**

Year to Date Billed Usage: 0 gallons

## Account Detail     Account No. REDACTED

| | |
|---|---|
| **Prior Billing** | **166.36** |
| **Payments** | **0.00** |
| **Balance Forward - Past Due** | **166.36** |
| **Service Related Charges - 04/18/20 to 05/19/20** | |
| 💧 **Water Service** | **162.55** |
| Water Service Charge | 162.55 |
| Water Usage Charge (0.00 x $0.3695) | 0.00 |
| 💰 **Other Charges** | **5.18** |
| QIP Surcharge Water ($162.55 x 7.50%) | 12.19 |
| ICT Surcharge Water ($162.55 x 0.5481%) | 0.89 |
| VBA Surcharge Water (0.00 x $0.0229) | 0.00 |
| Tax Reform Credit Water ($162.55 x -4.8619%) | -7.90 |
| **Total Service Related Charges** | **167.73** |
| 💰 **Taxes** | **0.18** |
| ICC Gross Receipts Tax | 0.17 |
| Illinois CC Assessment | 0.01 |
| **Total Current Period Charges** | **167.91** |

**Total Amount Due**  ➡  **$334.27**

### Understanding Your Bill

The information below defines some of the new terms you may find on your bill:

- **Service Related Charges:** This section includes charges for services related to water, wastewater and fire protection. If applicable, credits and debits for correction to previously billed charges are itemized in this section.

- **Fees and Adjustments:** This section provides details related to additional charges or adjustments for the service period referenced. Fees, when applicable, would include items such as service activation and late payment charges.

- **Pass Through Charges:** Charges in this section, when applicable, are separated from other service related charges to provide visibility into what portion of your bill is being remitted to other entities. Payment received for these charges does not remain with American Water. While we may bill and collect for them, the payments received are passed along to other companies and agencies.

- **Billing Units:** One billing unit equals 100 gallons of water used. If the meter serving your property measures your water use in cubic feet or a different unit of measure, we convert the usage to gallons to make it easier to understand.

- **Average Daily Use:** The gallons shown in the water droplet above represent your average daily water use for the current billing period. Tracking the amount of water you use can help you manage your overall water use from month to month.

- **Still have questions?** We are here to help. Our customer service representatives are available M–F, 7 a.m. to 7 p.m. More information on understanding your bill and charges can also be found on our website. See the link below.

For more information about your charges and rates, please visit:
https://amwater.com/ilaw/rates

<This page is intentionally left blank and reserved for future messages>



Nicor Gas

**nicorgas.com/myaccount**
1 888 Nicor4U   1 888 642-6748

### Account Summary for Butterfield Healthcare

# REDACTED

**Bill Period:** 04/23/20 - 05/28/20 **(35 days)**
**Bill Issue Date:** 05/28/20

| | |
|---|---|
| Total Previous Balance | $33,608.22 |
| Payment Received - 05/22/2020 - Thank you! | -$33,608.22 |
| Remaining Balance | $0.00 |
| New Charges - Utility | $2,334.10 |
| **Total Amount Due by 06/12/2020** ............ | **$2,334.10** |
| Deposit on Hand ................................. | -$1,696.00 |

### A Message for You

As the impacts of COVID-19 grow and may cause financial hardship for customers impacted by employment changes or business slowdown, we're suspending service disconnections for nonpayment and late payment fees. Visit nicorgas.com for details.

As you requested, the total bill amount will be automatically withdrawn from your account on the due date of this bill.  Thank you.

### Monthly Energy Profile

| Current Reading 05/28/20 (Estimated) 97515 | Previous Reading 04/23/20 (Actual) 92284 | Usage CCF 5231 | Pressure Factor 1.049 | BTU Factor 1.050 | Therms 5761.68 | Avg. Daily Therms 2019 162.43 | Avg. Daily Therms 2020 164.62 |
|---|---|---|---|---|---|---|---|

CCF x Pressure Factor x BTU Factor =
Therms

**Monthly Therm Use**

| Therms | |
|---|---|
| 18880 | |
| 15104 | |
| 11328 | |
| 7552 | |
| 3776 | |
| 0 | |

'19  May Jun Jul Aug Sep Oct Nov Dec Jan Feb Mar Apr May  '20

Avg.Temp 58 69 78 74 71 54 36 36 32 30 42 48 59
Util$/Therm $ .37 .37 .35 .33 .31 .29 .27 .27 .26 .26 .26 .26 .26
to Compare

### New Charges - Commercial - Heat
*Rate 4: Commercial Service*

| **Delivery Charges 04/23/2020 - 05/27/2020** | **$732.60** |
|---|---|
| Monthly Customer Charge  ............................................. | $238.86 |
| First 150 Therms       175.00 @ $0.131  ...................... | $22.93 |
| 151 - 5000 Therms     5,586.68 @ $0.0599  ................. | $334.64 |
| Environmental Cost Recovery 5,761.68 @ $0.0052 =  .............. | $29.96 |
| Franchise Cost Adjustment (for 35 of 30 days)  ................. | $0.13 |
| Efficiency Program 5,761.68 @ $0.0155  ...................... | $89.31 |
| Tax Cost Adjustment  5761.68 @ $0.0002  ...................... | $1.15 |
| Qualified Infrastructure Chrg $ 137.53 @ 2.31%  ............. | $3.18 |
| Qualified Infrastructure Chrg $ 464.72 @ 2.68%  ............. | $12.44 |

| **Natural Gas Cost** | **$1,488.24** |
|---|---|
| April @ 1,316.96 Therms x $0.2583  ........................... | $340.17 |
| May @ 4,444.72 Therms x $0.2583  ............................. | $1,148.07 |

| **Taxes** | **$113.26** |
|---|---|
| Utility Fund Tax $2,220.84 @ 0.1%  ........................... | $2.22 |
| State Revenue Tax $2,220.84 @ 5%  ............................ | $111.04 |

| **Total** | **$2,334.10** |
|---|---|

*Please see the reverse side of this bill for additional billing explanations.*

Nicor Gas

PO Box 2020
Aurora, IL 60507-2020

Butterfield Healthcare
648 N River Road Suite 100
Naperville IL 60563-0000

Account Number:
3104591000 2

**Receipt of Electronic Payment**
**$2,334.10**

will be automatically withdrawn from your account on 06/12/20

Thank you.

31 04 59 1000 2 0002334100 0002334100 922

NG-17652 (06-18)

 **IF YOU SMELL GAS:** If you suspect a gas leak: **Leave the house immediately.** Don't use your phone; call Nicor Gas for assistance at 888.Nicor4u (888.642.6748) from a neighbor's house. Don't light a match. Don't turn on a light. Don't switch on anything electrical.

**!DANGER! Certain Older Gas Connectors May Be Dangerous!**
Gas connectors are corrugated metal tubes used to connect gas appliances in your home to fuel gas supply pipes. Some older brass connectors have come apart, causing fires and explosions resulting in deaths and injuries. These older brass connectors have a serious flaw in how their tubing was joined to their end pieces. Over time, the end pieces can separate from the tubing and cause a serious gas leak, explosion or fire. To our knowledge, these dangerous uncoated brass connectors have not been made for more than 20 years, but many of them are still in use. The older these connectors get, the greater the possibility of failure. Although not all uncoated connectors have this flaw, it is very difficult to tell which ones do. **Therefore, any uncoated brass connector should be replaced immediately** with either a new plastic-coated brass or a new stainless steel connector. Connectors can wear out from too much moving, bending or corrosion. Connectors should always be replaced whenever the appliance is replaced or moved from its location.



 **WARNING:** Only a qualified professional should check your connector and replace it if needed. **Don't try to do this yourself!** Moving the appliance, even slightly, whether to clean behind it or to inspect its gas connector, can cause the complete failure of one of these older weakened connectors, possibly resulting in a deadly fire or explosion. **Do not move your appliance to check the connector!** For additional information on appliance connectors please call us at 888.642.6748 or visit our website at nicorgas.com.

### ILLINOIS COMMERCE COMMISSION

Consumer Services Div. 800.524.0795

The Consumer Services Division is available to assist customers and help resolve disputes with Nicor Gas; however, customers must first contact Nicor Gas before seeking assistance.

### HOW TO READ YOUR METER

1. Read the numbers for each dial going from right to left.
2. Always read the numbers in the direction the arrow on the dial is pointing.
3. If the pointer is between two numbers, always select the smaller number, unless the pointer is between 0 and 9, then select 9.
4. If a pointer is directly on a number, look at the dial to its immediate right. If this pointer has not passed zero, record the lower number.
5. To enter your meter reading, visit nicorgas.com/myaccount

   

In the example above, the reading is "2984."

### PAYMENT INFORMATION

**Auto Payment –** You can have the amount of your gas bill electronically withdrawn from a checking or savings account on a specific date or when the bill is due. Sign up at nicorgas.com.

**Options –** Pay your bill by computer, mobile device, telephone or at a payment agent using your bank account, debit or credit card. Mailed check payments authorize the Company to make a one-time electronic debit or debit re-presentment from your bank in the amount designated.

Visit nicorgas.com or call 888.642.6748 for more information.

**Payment Arrangement –** If you are behind on your gas bill payments, you may be eligible to establish a Deferred Payment Arrangement (DPA). Failure to pay DPA installments when due can result in default of the DPA. To make a payment arrangement, visit nicorgas.com/myaccount or call 888.642.6748.

**Security Deposits –** In accordance with the Illinois Administrative Code Part 280, Nicor Gas may request a cash security deposit under the following circumstances: history of late payments, failure to pay final bill at a prior address, service disconnection due to non-payment, meter tampering, or other reasons.

**Sharing –** A charitable program designed to help people pay their natural gas bills. To see if you could benefit from Sharing, contact your local Salvation Army. To contribute to Sharing, please circle the appropriate amount on your bill stub and add the amount to your payment. 

### TAXES

**Municipal Use Tax –** Some municipalities charge this tax based on your gas use. Your local municipality has an ordinance requiring collection of this tax.

**Municipal Utility Tax –** Some municipalities charge this tax based on utility revenue. It is authorized by Section 8-11-2 of the Illinois Municipal Code and is applied according to the local municipality's ordinance.

**State Revenue Tax –** This is mandated by the State of Illinois. It is not a sales tax.

**State Use Tax –** This tax is imposed on natural gas purchased outside of Illinois for use or consumption in Illinois.

**Utility Fund Tax –** This funds the ICC, which regulates all Illinois utilities and is mandated by the state.

### DEFINITION OF TERMS (for more information visit nicorgas.com)

**Actual Meter Reading –** Your meter was read by a Nicor Gas meter reader.

**Additional Products & Services –** Non-utility charges such as Customer Select alternate supplier charges, HVAC warranty/repair or protection plans.

**Adjustments/Other Charges –** Adjustments such as credits or additional charges to your bill due to corrected billing, earned interest, late payment charges, LIHEAP, or Sharing grants.

**Average Temperature –** Average daily temperature during your billing period. The average temperature can help explain the amount of gas used throughout the month.

**Balancing and Storage Adjustment –** Customer Select customers are assessed this adjustment based on usage. The adjustment may change each month and is filed with the Illinois Commerce Commission (ICC).

**BTU Factor –** A factor which expresses the amount of heat content a CCF of gas contains. The BTU factor is applied to convert a volume of gas in CCF into therms and may change slightly from month to month.

**Budget Plan –** This plan spreads your estimated annual gas costs over 12 monthly payments.

Approximately every four months we evaluate your account and may adjust your monthly payment for changes in weather and/or the price of gas. Sign up on your bill stub or at nicorgas.com/myaccount. You must be current on your payments to sign up.

**Budget Plan Amount Due –** The monthly Budget Plan payment amount must be remitted by the bill due date in order to remain on the Budget Plan. Failure to pay the monthly Budget Plan payment amount due by the bill due date may result in removal from participation in the Budget Plan.

**Tax Cost Adjustment –** A charge or credit that is passed along to customers for the Municipal Income Tax Adjustment and Variable Tax Cost Adjustment Riders.

**CCF (100 cubic feet) –** A measure of the volume of gas used. 1 CCF approximates 1 therm of gas.

**Customer Read –** You reported your meter reading to us.

**Delivery Charges –** These charges cover our operating and distribution costs. A portion of these charges varies from month to month based on your natural gas usage.

**Efficiency Program Charge –** A charge that pays for costs related to energy efficiency programs as approved by the Illinois Commerce Commission.

**Energy Profile –** Comparison between the current billing period and your gas usage for the same period last year as well as a chart showing your monthly gas usage, average temperature and gas supply charges for the past 12 months, when available.

**Environmental Recovery Cost –** Covers our costs for the environmental investigation and cleanup of former manufactured gas plants. Nicor Gas receives no profit from these charges.

**Estimated Meter Reading –** Your reading was estimated based on previous use and the weather.

Every other month, we estimate most customers' readings. Any difference between your actual use and estimated use is automatically corrected when we obtain an actual reading.

**Franchise Cost –** A charge for municipal franchise agreements.

**Governmental Agency Adjustment –** An adjustment for governmental fees and added costs, excluding franchise costs. The charge may change each month and is filed with the Illinois Commerce Commission (ICC).

**Meter Exchange –** If we exchanged your meter, this note means your bill is based on the reading of the meter we removed from your address.

**Monthly Customer Charge –** A minimum monthly charge that pays for some of the fixed costs for providing service even when you do not use any gas. This includes charges from the State of Illinois that funds energy assistance programs, renewable energy grants, and adjustments allowed by IL Public Act 96-0033.

**Natural Gas Cost –** The price we pay our suppliers for the natural gas we purchase and deliver to your home or business. The price, which includes applicable adjustments allowed by ILL Public Act 96-0033, may change each calendar month, and is filed with the ICC.

**Pressure Factor –** If you require higher than normal gas pressure, the pressure factor is a multiplier that adjusts for increased gas volumes flowing through a meter.

**Qualified Infrastructure Charge –** A charge that pays for the costs of qualified infrastructure investments allowed under Section 9-220.3 of the Public Utilities Act.

**Therm –** A therm is the basic unit for measuring your natural gas consumption.

**Transportation Service Credit –** A credit to Customer Select customers based on usage.



 **ATTENTION! : Please read important notice at top of page about dangerous gas connectors.**
**ATENCION! : Para recibir una traducción al espanol de la advertancia relativa a conectores de gas peligrosos mencionada al inicio de esta página, favor de llamar al 888.642.6748 o visite nicorgas.com**

# COMCAST
## BUSINESS



| Account Number | Invoice Number | Bill Date | Customer Service |
|---|---|---|---|
| REDACTED | REDACTED | May 15, 2020 | 1-877-543-3961 |

| Previous Balance | Payments | Adjustments | Past Due Amount | Current Amount | Total Amount Due |
|---|---|---|---|---|---|
| 1,299.30 | 430.88 | 0.00 | 868.42 | 426.00 | $ 1,294.42 |

**Payment Due Date**
Jun 15, 2020

431 REMINGTON BLVD-FLOOR 1-Meadowbrook Manor Corporate Office
648 n river rd suite 100
naperville, IL 60563

**Late Payment Charge**
$ 6.58

## SUMMARY OF CHARGES AND CREDITS   ( Billing activity up to and including May 14, 2020 )

| | |
|---|---|
| Recurring Charges | 313.95 |
| Usage Charges | 7.97 |
| Total Customer Charges | 321.92 |
| Total Taxes and Surcharges | 97.50 |
| Late Payment Charge | 6.58 |
| Current Amount | 426.00 |
| Past Due Amount | 868.42 |
| Total Amount Due | $ 1,294.42 |

Will your business soon be moving to a new location?  If so, please be sure to notify us at least
60 calendar days in advance of your relocation in order to avoid service interruptions.
Call us at the number above and we'll be happy to assist you with any changes to your account.

**Pay your invoice online by visiting www.comcastpaymentcenter.com**

Page 1 of 6

## COMCAST
## BUSINESS

If paying by mail, please return this section with your payment

REDACTED

| Payment Due Date | Total Amount Due | Amount Enclosed |
|---|---|---|
| Jun 15, 2020 | $ 1,294.42 | |

(For further information on how to pay please turn over)

431 REMINGTON BLVD-FLOOR 1-Meadowbrook Manor Corporate Office
648 n river rd suite 100
naperville, IL 60563

Comcast
PO Box 37601
Philadelphia, PA 19101-0601

920010230        1013009401200        15062020        000129442        7

**How to Pay**

**Paying by Mail**

Please detach the payment slip and return it toge her with your check or money order payable to Comcast in the envelope provided. Make sure to fill in the check details on the reverse side of the payment slip.

**Paying by Credit Card**

Credit Card payments are available by American Express, Visa or Master Card.

**Change in Customer Details?**

For any change in customer details, including address, billing arrangements, or reporting requirements, please let us know by calling 1-877-543-3961.

Please note that any billing dispute regarding this invoice must be submitted to Comcast within the ime period specified in your customer agreement.

**Business Voice and Trunk Services are provided by Comcast IP Phone, LLC.**
**Any issues with these services can be addressed by contacting us at (877) 543-3961**
**Unless noted otherwise in the Service Details section of this bill, all other services on**
**this bill are provided by Comcast Business Communications, LLC.**

The Universal Connectivity Charge is a fee assessed by Comcast to recover its contribution to he Federal Universal Service Fund (USF). On a quarterly basis, the FCC modifies the USF contribution rate, which may be accessed at https://www.fcc.gov/general/contribution-factor-quarterly-filings-universal-service-fund-usf-management-support.

**Account Number**    REDACTED                    **Invoice Number**    REDACTED

**Account Statement**

---

Comcast offers greater speed, flexibility and capacity on a broadband optical network that was built for business communica ions. To learn more about our full suite of products, please call us for details.

As technology con inues to advance, you can look to Comcast for leading edge solutions that will take your company to the next level of communications. Thank you again for your business-we look forward to continuing to serve your communications needs.

**Attention Business Trunk Customers**
Did you know you can turn off your International Long Distance (ILD) to prevent fraud?
If you would like to make any changes to your Trunking service, please call 1-877-543-3961.

## Payments

| Date | Method of Payment | | Invoice Number | Amount |
|------|-------------------|---|----------------|--------|
| Apr 29, 2020 | Check | | 96293681 | 430.88 |
| | | Total | | 430.88 |

## Summary of Charges

| | |
|---|---|
| **Local Billing Reference Number  8771201430591580** | |
| **Recurring Charges** | **313.95** |
| **Usage Charges** | **7.97** |
| **Total Customer Charges** | **321.92** |

## Taxes, Surcharges, and Fees

---

**Important Message**

The Universal Connectivity Charge is not a government mandated tax.  This is a fee that Comcast is permitted to charge to recover its contribution to the Federal Universal Service Fund.

The regulatory recovery fee is neither government mandated nor a tax, but is assessed by Comcast to recover the costs of certain federal, state and local impositions related to your service.

| | | |
|---|---|---|
| **State Taxes and Surcharges** | | |
| 911 Line Tax (State) | 34.50 | |
| Statutory Gross Receipts Tax (State) | 1.58 | |
| **Total State Taxes and Surcharges** | | **36.08** |
| **City Taxes and Surcharges** | | |
| State and Local Excise Tax | 40.94 | |
| **Total City Taxes and Surcharges** | | **40.94** |
| **Comcast Surcharges** | | |
| Universal Connectivity Charge | 9.91 | |
| **Total Comcast Surcharges** | | **9.91** |
| **Regulatory Recovery Fees** | | |
| Deaf Line Tax | 0.46 | |
| Federal Cost Recovery Fee | 2.99 | |
| P.U.C. Surcharge (State) | 0.37 | |
| Universal Service Fund Surcharge (State) | 6.75 | |
| **Total Regulatory Recovery Fees** | | **10.57** |
| **Total Taxes and Surcharges** | | **97.50** |

**Account Number**  `REDACTED`                                **Invoice Number**  `REDACTED`

**Service Summary**

| | | |
|---|---|---|
| **Business Trunk Voice** | | |
| Recurring Charges | 24.95 | |
| **Total Business Trunk Voice** | | **24.95** |
| **Full PRI Trunk** | | |
| Recurring Charges | 289.00 | |
| **Total Full PRI Trunk** | | **289.00** |
| **Total Charges** | | **313.95** |

**Account Number**    REDACTED                    **Invoice Number**    REDACTED

**Voice Service Summary**

| Directory Assistance and Operator Services | Calls | Cost |
|---|---|---|
| Directory Assistance | 0 | 0.00 |
| **Total Directory Assistance and Operator Services** | | **0.00** |

**Service Details**

## Business Trunk Voice

**Summary of Charges**

**Service Charges**

| | |
|---|---|
| Recurring Charges | 24 95 |
| **Total Service Charges** | **24.95** |
| **Total Charges** | **24.95** |

**Recurring Charges**

| Description | Date Range | Amount |
|---|---|---|
| Directory Listing Management Fee | May 15, 20 to Jun 14, 20 | 2.00 |
| Voice Network Investment | May 15, 20 to Jun 14, 20 | 3.00 |
| Monthly Call Detail Record | May 15, 20 to Jun 14, 20 | No Charge |
| Included 20 TN Block(s) Qty: 1 | May 15, 20 to Jun 14, 20 | No Charge |
| Published Listing - PRI Qty: 1 | May 15, 20 to Jun 14, 20 | No Charge |
| PRI Equipment Fee | May 15, 20 to Jun 14, 20 | 19.95 |
| **Total Recurring Charges** | | **24.95** |

**Service Details**

## Full PRI Trunk : 1,175,854,526

**Summary of Charges**

**Service Charges**

| | |
|---|---|
| Recurring Charges | 289.00 |
| **Total Service Charges** | **289.00** |
| **Total Charges** | **289.00** |

**Recurring Charges**

| Description | Date Range | Amount |
|---|---|---|
| 23 Channel Full PRI - Includes 200 LD Min/Channel | May 15, 20 to Jun 14, 20 | 489.00 |
| PRI Service Discount | May 15, 20 to Jun 14, 20 | 200.00 CR |
| **Total Recurring Charges** | | **289.00** |

**Service Details**

## PRI Trunk Group : TG-016307591112

**Recurring Charges**

| Description | Date Range | Amount |
|---|---|---|
| 2-Way 23 Channel PRI Trunk Group | May 15, 20 to Jun 14, 20 | No Charge |

Page 5 of 6

| Account Number | REDACTED | | Invoice Number | REDACTED |
|---|---|---|---|---|

**Service Details**

**PRI Trunk Group : TG-016307591112**          **continued**

**Recurring Charges**

| Description | Date Range | Amount |
|---|---|---|
| | | |
| **Total Recurring Charges** | | **0.00** |

**Service Details**

**Trunk Group BTN : (630)759-1112**

**Summary of Charges**

| Usage Charges | 7.97 |
|---|---|
| **Total Charges** | **7.97** |

**Recurring Charges**

| Description | Date Range | Amount |
|---|---|---|
| Trunk BTN | May 15, 20 to Jun 14, 20 | No Charge |
| **Total Recurring Charges** | | **0.00** |

**Call Details for (630)759-1112 (Additional Billed Usage Charges Not Included In Your Calling Plan Minutes)**

| Date | Time | Number | Called From | Called Loc | Call Type | Duration | Amount |
|---|---|---|---|---|---|---|---|
| Apr 18, 20 | 11:44am | (630)555-1212 | Lemont (IL) | Dir Asst (IL) | DA | 1:00 | 2.4900 |
| Apr 20, 20 | 03:03pm | (630)555-1212 | Lemont (IL) | Dir Asst (IL) | DA | 1:00 | 2.4900 |
| Apr 24, 20 | 04:32pm | (815)723-0333 | Lemont (IL) | Joliet (IL) | DA | 7:00 | 0.5000 |
| Apr 24, 20 | 04:32pm | (630)555-1212 | Lemont (IL) | Dir Asst (IL) | DA | 1:00 | 2.4900 |
| | **Total Call Charges for (630)759-1112** | | | | | **10 00** | **7.9700** |

**DA - Directory Assistance**



## COMCAST BUSINESS

| Account Number | Invoice Number | Bill Date | Customer Service |
|---|---|---|---|
| REDACTED | REDACTED | May 15, 2020 | 1-800-741-4141 |

| Previous Balance | Payments | Adjustments | Past Due Amount | Current Amount | Total Amount Due |
|---|---|---|---|---|---|
| 1,331.14 | 441.45 | 0.00 | 889.69 | 441.72 | $ 1,331.41 |

**Payment Due Date**
Jun 15, 2020

**Late Payment Charge**
$ 6.72

431 REMINGTON BLVD
648 RIVER RD
STE 100
Naperville, IL 60563

### SUMMARY OF CHARGES AND CREDITS   ( Billing ac ivity up to and including May 14, 2020 )

| | |
|---|---|
| Recurring Charges | 435.00 |
| Total Customer Charges | 435.00 |
| Late Payment Charge | 6.72 |
| Current Amount | 441.72 |
| Past Due Amount | 889.69 |
| Total Amount Due | $ 1,331.41 |

**Pay your invoice online by visiting www.comcastpaymentcenter.com**

Page 1 of 4

## COMCAST BUSINESS

If paying by mail, please return this section with your payment

| Account Number | Invoice Number | Payment Due Date | Total Amount Due | Amount Enclosed |
|---|---|---|---|---|
| REDACTED | REDACTED | Jun 15, 2020 | $ 1,331.41 | |

**(For further information on how to pay please turn over)**

431 REMINGTON BLVD
648 RIVER RD
STE 100
Naperville, IL 60563

Comcast
PO Box 37601
Philadelphia, PA 19101-0601

908921336        1012936760100        15062020        000133141        6

**How to Pay**

**Paying by Mail**

Please detach the payment slip and return it toge her with your check or money order payable to Comcast in the envelope provided.  Make sure to fill in the check details on the reverse side of the payment slip.

**Paying by Credit Card**

Credit Card payments are available by American Express, Visa or Master Card.

**Change in Customer Details?**

For any change in customer details, including address, billing arrangements, or reporting requirements, please let us know by calling 1-800-741-4141.

Please note that any billing dispute regarding this invoice must be submitted to Comcast within the  ime period specified in your customer agreement.

**Business Voice and Trunk Services are provided by Comcast IP Phone, LLC.**
**Any issues with these services can be addressed by contacting us at (877) 543-3961**
**Unless noted otherwise in the Service Details section of this bill, all other services on**
**this bill are provided by Comcast Business Communications, LLC.**

The Universal Connectivity Charge is a fee assessed by Comcast to recover its contribution to  he Federal Universal Service Fund (USF).  On a quarterly basis, the FCC modifies the USF contribution rate, which may be accessed at https://www.fcc.gov/general/contribution-factor-quarterly-filings-universal-service-fund-usf-management-support.

| Account Number | REDACTED | | Invoice Number | REDACTED |
|---|---|---|---|---|

**Account Statement**

At Comcast, we will continue to look to the future and the provision of new communications technology, new opportunities, and more choices, providing people with the communications products and services that connect them to what's important in their lives. If you have any questions about your voice, data or fiber-based services, please call us at  he number seen on the top of page 1.

Will your business soon be moving to a new location? If so, please be sure to notify us at least 60 calendar days in advance of your relocation in order to avoid service interruptions. Call us and we'll assist you with any changes or updates to your account.

**Payments**

| Date | Method of Payment | | Invoice Number | Amount |
|---|---|---|---|---|
| Apr 29, 2020 | Check | | 96286447 | 441.45 |
| | | Total | | 441.45 |

**Summary of Charges**

| | |
|---|---|
| **Local Billing Reference Number** | |
| **Recurring Charges** | **435.00** |
| **Total Customer Charges** | **435.00** |

**Service Summary**

| | | |
|---|---|---|
| **Ethernet Dedicated Internet** | | |
| Recurring Charges | 400.05 | |
| **Total Ethernet Dedicated Internet** | | **400.05** |
| **Ethernet Equipment Fee** | | |
| Recurring Charges | 34.95 | |
| **Total Ethernet Equipment Fee** | | **34.95** |
| **Total Charges** | | **435.00** |

**Service Details**

**Ethernet Dedicated Internet : 22.VLXP.065693..CBCL..**

| Location A | 431 REMINGTON BLVD, FLOOR 1, BOLINGBROOK, IL |
|---|---|

**Summary of Charges**

| | |
|---|---|
| **Service Charges** | |
| Recurring Charges | 400.05 |
| **Total Service Charges** | **400.05** |
| **Total Charges** | **400.05** |

**Recurring Charges**

| Description | Date Range | Amount |
|---|---|---|
| Port - 22.KRGS.015875..CBCL.. - 10/100 - FIBER | May 15, 20 to Jun 14, 20 | |
| Bandwidth - 22.VLXP.065693..CBCL.. - 50 Mbps | May 15, 20 to Jun 14, 20 | 400.05 |
| **Total Recurring Charges** | | **400.05** |

| Account Number | REDACTED | | Invoice Number | REDACTED |
|---|---|---|---|---|

**Service Details**

---

**Ethernet Equipment Fee : EQP-1000063365**

---

| Location A | 431 REMINGTON BLVD, FLOOR 1, BOLINGBROOK, IL |
|---|---|

**Summary of Charges**

**Service Charges**

| Recurring Charges | 34 95 |
|---|---|
| **Total Service Charges** | **34.95** |
| **Total Charges** | **34.95** |

**Recurring Charges**

| Description | Date Range | Amount |
|---|---|---|
| Ethernet Equipment Fee | May 15, 20 to Jun 14, 20 | 34.95 |
| **Total Recurring Charges** | | **34.95** |

att.com

 **AT&T**

BUTTERFIELD HEALTH CARE GROUP
648 N RIVER RD
NAPERVILLE, IL 60563-8952

Page 1 of 2
Account Number  REDACTED
Billing Date   May 28, 2020

Web Site   att.com

 REDACTED

# Monthly Statement

Apr 29 - May 28, 2020

### Bill-At-A-Glance

| | |
|---|---|
| Previous Bill | 259.45 |
| Payment | .00 |
| Adjustments | 5.73 |
| Past Due - Please Pay Immediately | 265.18 |
| Current Charges | 70.12 |
| **Total Amount Due** | **$335.30** |
| Current Charges Due in Full by | Jun 23, 2020 |

### Billing Summary

### AT&T Benefits

| | |
|---|---|
| • Total AT&T Savings | 287.91 |

### Detail of Payments and Adjustments

| Item No. | Date | Description | Adjustments | Payments |
|---|---|---|---|---|
| 1 | 5-31 | Late Payment Charges | 5.73 | |
| | | Totals | 5.73 | .00 |

### Plans and Services

**Promotions and Discounts**

| Item No. | Description | |
|---|---|---|
| 1 | Discount for All For Less Reterm 2019 for | 30.00CR |

---

**DUE BY:** Jun 23, 2020  **$335.30**

 **AT&T**

Past Due Charges - $265.18 - Please Pay Immediately
Billing Date  May 28, 2020
Account Number
Please include your accou

**LATE:** After  Jun 23, 2020  **$342.72**

REDACTED

BUTTERFIELD HEALTH CARE GROUP
648 N RIVER RD
NAPERVILLE, IL 60563-8952

Make Checks Payable to:
AT&T
PO BOX 5080
CAROL STREAM IL  60197-5080

76300428032347791917500230730000025945000003353000000034272

 **DIRECTV** FOR BUSINESS

A REDACTED

**DATE DUE**
Immediately

**AMOUNT DUE**
$6,889.91

 REDACTED

To contact us call 1-800-388-2505

## Summary

Statement Date: 05/04/20
Page 1 of 1 for:
MEADOWBROOK MANOR OF BOLINGB
For Service at:
ATTN: DARIUSZ WROBEL
431 REMINGTON BLVD
BOLINGBROOK, IL 60440-4918

| Service Interruption Date: | 05/17/20 |
|---|---|
| Previous Balance | 7,089.91 |
| Payments | -2,429.97 |
| Current Charges & Fees | 2,429.97 |
| Adjustments & Credits | -200.00 |
| Taxes | 0.00 |
| **Amount Due** | **$6,889.91** |

## Activity

| Start | End | Description | Amount |
|---|---|---|---|
| | | Previous Balance | 7,089.91 |
| 04/29 | | OneTime EFT Payment: Thank You | -2,429.97 |
| | | Current Charges for Service Period 05/03/20 - 06/02/20 | |
| 03/12 | 09/11 | Value Credit | 0.00 |
| 05/03 | 06/02 | SELECT 1s 8 units | 50.00 |
| 05/03 | 06/02 | SELECT 10s 90 units | 562.50 |
| 05/03 | 06/02 | SELECT 100s 200 units | 1,250.00 |
| 05/03 | 06/02 | LOCALS HD | 0.00 |
| 05/03 | 06/02 | Local Channels 1s 8 Units | 7.20 |
| 05/03 | 06/02 | Local Channels 10s 90 Units | 81.00 |
| 05/03 | 06/02 | Local Channels 100s 200 Units | 180.00 |
| 05/03 | 06/02 | NBC Sports Chicago 1's 8 Units | 7.92 |
| 05/03 | 06/02 | NBC Sports Chicago 10's 90 Units | 89.10 |
| 05/03 | 06/02 | NBC Sports Chicago 100's 200 Units | 198.00 |
| 05/03 | 06/02 | SDtoHDMigrationNoCommit | 0.00 |
| | | **Fees** | |
| 04/08 | | Late Fee | 4.25 |
| | | **Adjustments & Credits** | |
| 03/12 | 09/11 | Value Credit Value Credit 2 of 6 | -200.00 Credit |
| | | **AMOUNT DUE** | **$6,889.91** |

Thank you
for choosing
DIRECTV.

We're committed to bringing you
the best entertainment experience.

## PAST DUE

Please Pay Immediately to Avoid
Late Fees or Service Interruption.
If you have already sent your
payment, thank you.

**Late payment fee**
A late payment fee of $4.25 will be assessed
if payment is not received on or before the
due date.

**Restoral Fee**
If your service is suspended due to
non-payment, when your service is restored,
a Restoral Fee of up to $20 will be charged
on your next bill.

---

PLEASE FOLD ALONG PERFORATION, DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT

 **DIRECTV** FOR BUSINESS

**INVOICE NUMBER**
37407476049

**DATE DUE**
Immediately

REDACTED
(331) 472-450

**AMOUNT DUE**
$6,889.91

**PAYMENT ENCLOSED**

☐ Note my change of address on reverse side.
DO NOT WRITE OTHER COMMENTS ON THIS FORM

To sign up for Auto Bill Pay, See Reverse.

Please do not send cash. Make check or money order payable to:

#BWNHPWR
#PBHIGDFGC7#
MB 01 002274 59098 B 8 A
MEADOWBROOK MANOR OF BOLINGBRO
ATTN: MELISSA ARTAJO
648 N RIVER RD STE 100
NAPERVILLE IL 60563-8968

DIRECTV
PO BOX 5006
CAROL STREAM IL 60197-5006

0000000000000000028974673  7  0028  0068991  0068991  4



# INVOICE

Page 1 of 2

**Customer ID:** REDACTED
Customer Name: BUTTERFIELD HEALTH CARE GROUP
Service Period: 05/01/20-05/31/20
Invoice Date: 04/30/2020
Invoice Number: 6053795-2007-1

| How To Contact Us | Your Payment Is Due | Your Total Due |
|---|---|---|
| Visit **wm.com** | **Your account is Past Due. Please pay immediately to avoid potential service interruption.** | **$3,408.85** |
| To setup your online profile, sign up for paperless statements, manage your account, view holiday schedules, pay your invoice or schedule a pickup | f full payment of the invoiced amount is not received within your contractual terms, you may be charged a monthly late charge of 2.5% of the unpaid amount, with a minimum monthly charge of $5, or such late charge allowed under applicable law, regulation or contract. | If payment is received after 05/30/2020: **$ 3,491.89** |
|  Customer Service: **(866) 570-4702** | | See Reverse for Important Messages |

| Previous Balance | | Payments | | Adjustments | | Current Charges | | Total Due |
|---|---|---|---|---|---|---|---|---|
| 3,434.33 | **+** | (1,728.41) | **+** | 0.00 | **+** | 1,702.93 | **=** | 3,408.85 |

**Details for Service Location:**      Customer ID:   14-63406-73004
**Meadowbrook Manor Bolingbrook, 431 Remington Blvd, Bolingbrook IL 60440-4918**

| Description | Date | Ticket | Quantity | Amount |
|---|---|---|---|---|
| 6Yd fel cmpctr lse with svc | 05/01/20 | | 1.00 | 140.00 |
| 6 Yd fel compactor | 05/01/20 | | 1.00 | 1,214.02 |
| 8 Yd fel rcy | 05/01/20 | | 1.00 | 306.68 |
| Late payment charge for 02/28/2020 invoice 6035156 | 03/29/20 | | | 42.23 |
| **Total Current Charges** | | | | **1,702.93** |

✂ - - - - - - - - - - - - - - - - - - - - - - - - - *Please detach and send the lower portion with payment* - - - *(no cash or staples)* - - - - - - - - - - - - - - - - - - - - - -



WASTE MANAGEMENT OF ILLINOIS, INC.
IL - SOUTHWEST
PO BOX 42390
PHOENIX, AZ 85080
(866) 570-4702

| Invoice Date | Invoice Number | Customer ID (Include with your payment) |
|---|---|---|
| 04/30/2020 | 6053795-2007-1 | REDACTED |
| **Payment Terms** | **Total Due** | **Amount** |
| Total Due by    05/30/2020 | $3,408.85 | |
| If Received after 05/30/2020 | $3,491.89 | |

2007000146340673004060537950000017029300000340885 0

I2007C75

BUTTERFIELD HEALTH CARE GROUP
648 N RIVER RD 100
NAPERVILLE IL 60563-8968

Remit To:   WM CORPORATE SERVICES, INC.
AS PAYMENT AGENT
PO BOX 4648
CAROL STREAM, IL 60197-4648

**THINK GREEN.**®

Printed on recycled paper.

## 5 EASY WAYS TO PAY


**Automatic Payment**
Set up recurring payments with us at wm.com/myaccount.


**Pay Through Your Financial Institution**
Make a payment from your financial institution using your Customer ID.


**One–Time Payment**
At your desk or on the go, use wm.com or our WM mobile app for a quick and easy payment.


**Pay by Phone**
Payable 24/7 using our automated system at 866-964-2729.

**Mail it**
Write it, stuff it, stamp it, mail it. Envelope provided.

## HOW TO READ YOUR INVOICE



States the date payment is due to Waste Management. Anything beyond that date may incur additional charges. Your **Total Due** is the total amount of current charges and any previous unpaid balances combined.

Previous balance is the total due from your previous invoice. We subtract any **Payments Received/Adjustments** and add your **Current Charges** from this billing cycle to get a **Total Due** on this invoice. If you have not paid all or a portion of your previous balance, please pay the entire **Total Due** to avoid a late charge or service interruption.

Service location details the total current charges of this invoice.

### KEEP A LID ON OVERAGE CHARGES



**Eliminating overages helps you:**
• Avoid unbudgeted costs
• Prevent unsafe conditions for employees and customers
• Decrease pests and other animal risks
• Reduce odors and other concerns
• Keep your waste and recycling areas clean and tidy

If you regularly have excess materials, we're here to help you put the lid on overages. Please check your service agreement and contact your Waste Management representative to right-size your service.

### FOLLOW THE RECYCLE RIGHT GUIDELINES

If your business has recycling service, please place only allowable materials in your recycling containers.



Recycle clean bottles, cans, paper and cardboard.    Keep food and liquid out of your recycling.    No loose plastic bags and no bagged recyclables.

**Only materials free of contaminants are recyclable.**

**For more information, visit:
wm.com/recycleright**

## LET US HELP YOU WITH YOUR RECYCLING CONTAMINATION AND OVERAGES.



If your service is suspended for non-payment, you may be charged a Resume charge to restart your service. For each returned check, a charge will be assessed on your next invoice equal to the maximum amount permitted by applicable state law.

### ☐ CHECK HERE TO CHANGE CONTACT INFO

List your new billing information below. For a change of service address, please contact Waste Management.

| | |
|---|---|
| Address 1 | |
| Address 2 | |
| City | |
| State | |
| Zip | |
| Email | |
| Date Valid | |

### ☐ CHECK HERE TO SIGN UP FOR AUTOMATIC PAYMENT ENROLLMENT

If I enroll in Automatic Payment services, I authorize Waste Management to pay my invoice by electronically deducting money from my bank account. I can cancel authorization by notifying Waste Management at wm.com or by calling the customer service number listed on my invoice. Your enrollment could take 1–2 billing cycles for Automatic Payments to take effect. Continue to submit payment until page one of your invoice reflects that your payment will be deducted.

| | |
|---|---|
| Email Address | |
| Date | |
| Bank Account Holder Signature | |

**NOTICE:** By sending your check, you are authorizing the Company to use information on your check to make a one-time electronic debit to your account at the financial institution indicated on your check. The electronic debit will be for the amount of your check and may occur as soon as the same day we receive your check.

In order for us to service your account or to collect any amounts you may owe (for non-marketing or solicitation purposes), we may contact you by telephone at any telephone number that you provided in connection with your account, including wireless telephone numbers, which could result in charges to you. Methods of contact may include text messages and using pre-recorded/artificial voice messages and/or use of an automatic dialing device, as applicable. We may also contact you by email or other methods as provided in our contract.

Please send all bankruptcy correspondence to PO Box 43290, Phoenix, AZ 85080 (this language is in compliance with 11 USC 342(c)(2) of the Bankruptcy Code)


An Exelon Company

**Visit ComEd.com**

**Customer Service / Power Outage**
**English**
1.877.4COMED1 (1.877.426.6331)
**Español**
1.800.95.LUCES (1.800.955.8237)
**Hearing/Speech Impaired**
1.800.572.5789 (TTY)

**Your Usage Profile**
**13-Month Usage (Total kWh)**



| Electric Usage | |
|---|---|
| Month | kWh |
| Jul-19 | 147377 |
| Aug-19 | 201730 |
| Sep-19 | 167013 |
| Oct-19 | 163155 |
| Nov-19 | 119546 |
| Dec-19 | 101191 |
| Jan-20 | 124232 |
| Feb-20 | 111027 |
| Mar-20 | 110578 |
| Apr-20 | 100475 |
| May-20 | 96694 |
| Jun-20 | 108228 |
| **Jul-20** | **154740** |

| Month Billed | Average Daily | |
|---|---|---|
| | kWh | Temp |
| Last Year | 5082.0 | 68 |
| Last Month | 3607.6 | 58 |
| **Current Month** | **4991.6** | **70** |

Page 1 of 2

**Account Number** REDACTED
Name        **MEADOWBROOK MANOR**
Service Location 431 W REMINGTON BLVD
            BOLINGBROOK
Phone Number 630-759-1112

Issue Date    June 30, 2020

| Bill Summary | |
|---|---|
| Previous Balance | $8,740.01 |
| Total Payments - Thank You | $8,740.01 |
| **Amount Due on July 15, 2020** | **$10,931.15** |

**Meter Information**

| Read Dates | Meter Number | Load Type | Reading Type | Previous | Meter Reading Present | Difference | Multiplier X | Usage |
|---|---|---|---|---|---|---|---|---|
| 5/29-6/29 | 230254299 | General Service | Total kWh | Actual | Actual | | | 154707 |
| 5/29-6/29 | 230254299 | General Service | On Pk kW | Actual | Actual | | | 348.72 |
| 5/29-6/29 | 230254300 | General Service | Total kWh | Actual | Actual | | | 33 |
| 5/29-6/29 | 230254300 | General Service | On Pk kW | Actual | Actual | | | 0.02 |

**Service from 5/29/2020 to 6/29/2020 - 31 Days**          **Commercial Hourly - 400 kW to 1000 kW**

| **Electricity Supply Services** | | | | **$6,530.89** |
|---|---|---|---|---|
| Electricity Supply Charge | 154,740 kWh | | | 3,102.00 |
| Capacity Charge | 433.64 kW | X | 5.82686 | 2,526.76 |
| Transmission Services Charge | 154,740 kWh | X | 0.00830 | 1,284.34 |
| Misc Procurement Component Chg | 154,740 kWh | X | 0.00087 | 134.62 |
| Purchased Electricity Adjustment | | | | -516.83 |

| **Delivery Services - ComEd** | | | | **$2,930.35** |
|---|---|---|---|---|
| Customer Charge | | | | 113.51 |
| Standard Metering Charge | | | | 14.09 |
| Distribution Facilities Charge | 348.74 kW | X | 7.48000 | 2,608.58 |
| IL Electricity Distribution Charge | 154,740 kWh | X | 0.00119 | 184.14 |
| Meter Lease | | | | 10.03 |

For Electric Supply Choices visit
pluginillinois.org

**(continued on next page)**

---

Return only this portion with your check made payable to ComEd. Please write your account number on your check.


An Exelon Company

0125648 01 AB 0.416 **AUTO   T6 2 1130 60563-896825   -C04-B1-P00000-I 2


MEADOWBROOK MANOR
648 N RIVER RD STE 100
NAPERVILLE, IL 60563-8968

COMED
PO BOX 6112
CAROL STREAM, IL 60197-6112

**To pay by phone call 1-800-588-9477.**
**A convenience fee will apply.**

REDACTED

Payment Amount

Automatic payment deducted
on 7/15/2020                                 **$10,931.15**

04477370000000000000197000000 2

Page 2 of 2

| Taxes and Other | | | | $1,469.91 |
|---|---|---|---|---|
| Environmental Cost Recovery Adj | 154,740 kWh | X | 0.00039 | 60.35 |
| Renewable Portfolio Standard | 154,740 kWh | X | 0.00189 | 292.46 |
| Zero Emission Standard | 154,740 kWh | X | 0.00195 | 301.74 |
| Energy Efficiency Programs | 154,740 kWh | X | 0.00175 | 270.80 |
| Franchise Cost | $2,921.56 | X | 2.42200% | 70.76 |
| State Tax | | | | 473.80 |

**Total Current Charges** **$10,931.15**

**Thank you for your payment of $8,740.01 on June 16, 2020**

**Total Amount Due** **$10,931.15**

**DEPOSIT**

| Deposit on Hand | $43,115.00 |
|---|---|
| Deposit Interest Accrued | $227.82 |

<div style="color:white;background:#C8102E;">

### Message Center

</div>

**ComEd**
- COMED COVID-19 RESPONSE: For information, visit ComEd.com/Coronavirus
- YOUR COMED BILL: Need help understanding your bill line item definitions? Please visit us at ComEd.com/UnderstandBill or call 877-426-6331
- ENVIRONMENTAL DISCLOSURE STATEMENT: ComEd's Environmental Disclosure Statement can now be found online at ComEd.com/EnvironmentalDisclosure
- WAYS TO PAY: Looking for ways to pay your bill? Visit ComEd.com/PAY
- ILLINOIS COMMERCE COMMISSION CONSUMER DIVISION: The Consumer Services Division is available at 800-524-0795 to help resolve disputes with ComEd. However, customers should contact ComEd before seeking assistance from the ICC.
- The amount of this bill will be automatically deducted from your bank account on July 15, 2020.

1130-52-0125648-0001-0001166



10% total recycled fiber

CME906R 03/10

When you provide a check as payment, you authorize us to use informa ion from your check either to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.



**ILLINOIS**
# AMERICAN WATER

### WE KEEP LIFE FLOWING™

**Service Address:**

MEADOWBROOK MANOR
431 REMINGTON BLVD
BOLINGBROOK, IL 60440-4918

 THANK YOU FOR BEING OUR CUSTOMER.

### Important Account Messages

- The Due Date shown on your bill applies to current charges only. **However, $7,499.84 is past due.** To see if other payment options are available, please contact us.

- Your charges contain a change in pricing that was effective on 06/01/20. Please review the Account Detail section of your bill for more information.

For more information, visit www.illinoisamwater.com

Page 1 of 7
100003308017

## Monthly Statement

Account No REDACTED

| Total Amount Due: | **$13,636.18** |
|---|---|
| Payment Due By: | **July 13, 2020** |

A portion of your account balance is past due. Please see account messages for more information.

| **Billing Date:** | June 18, 2020 |
|---|---|
| **Service Period:** | May 20 to Jun 17 (29 Days) |
| **Total Gallons:** | 384,500 |

### Account Summary — *See page 3 for Account Detail*

| Prior Billing: | | $34,780.66 |
|---|---|---|
| Payments - Thank You! | − | $27,280.82 |
| **Balance Forward - Past Due** | = | **$7,499.84** |
| Service Related Charges: | + | $2,025.89 |
| Pass Through Charges: | + | $4,105.14 |
| Taxes: | + | $5.31 |
| Total Amount Due: | = | **$13,636.18** |

 **View your account information or pay your bill anytime at:** www.amwater.com/MyAccount

 **Pay by Phone*:** Pay anytime at 1-855-748-6066
*A convenience fee may apply

 **Customer Service**: 1-800-422-2782
M-F 7:00am to 7:00pm – Emergencies 24/7

▼ Please return bottom portion with your payment. DO NOT send cash. Retain upper portion for your records. ▼



**ILLINOIS**
AMERICAN WATER
WE KEEP LIFE FLOWING™

PO Box 6029
Carol Stream, IL 60197-6029

**Service to**: 431 REMINGTON BLVD
BOLINGBROOK, IL 60440-4918

MEADOWBROOK MANOR
648 N RIVER ROAD SUITE 100
NAPERVILLE, IL 60563

Account No. REDACTED

| Total Amount Due: | **$13,636.18** |
|---|---|
| Payment Due By: | **July 13, 2020** |

| Amount Enclosed | $ | |
|---|---|---|

**ILLINOIS AMERICAN WATER**
PO BOX 6029
CAROL STREAM, IL 60197-6029

000102521000051096000000000001363618016

## Messages from Illinois American Water

***IMPORTANT WATER QUALITY MESSAGE: Your annual Water Quality Report can be viewed electronically at www.amwater.com/ccr/WestSub.pdf. If you prefer a paper copy to be sent to you, please contact our Customer Service Center at 800-422-2782.

Effective June 1, 2020, there will be a $0.0140 per 100 gallon increase in the rate for purchased water following an increase from American Lake Water, an increase from the Village of Bedford Park, and the annual reconciliation.  A copy of Illinois-American's filing with the ICC may be inspected by any interested party at any business office of the company.  Interested parties may intervene in any proceeding conducted by the ICC to consider the proposed change in rates pursuant to 83 Ill. Adm. Code 200.



**CUSTOMER SERVICE: 1-800-422-2782**
HOURS: M-F, 7am-7pm  •  Emergencies: 24/7
TTY/TDD FOR THE HEARING IMPAIRED: 711
(and then reference Customer Service number listed above)

### ILLINOIS COMMERCE COMMISSION: BILL OF RIGHTS FOR WATER AND SEWER CUSTOMERS

**Rates:** You have the right to -
- Know the rates you must pay for the utility services you receive.
- Be notified by your utility of any proposed change in terms and conditions of service or rates and be notified of the right to request a public forum when the utility proposes a general rate increase.

**Billing and Payment:** You have the right to -
- Request a deferred payment agreement to pay past due amounts over time if you are unable to pay the bill in full. Residential customers who have not failed to make payments on such plan during the past 12 months are eligible, others may be eligible.
- Credit for overpayment with interest.

**Make-up Bills:** You have the right to -
- Disclosure by the utility of the date covered by the billing statement when you are billed for services provided prior to the date the bill covers.
- Payment arrangements when past due bills occur after a "make-up" bill (that exceeds a normal bill by 50%) is issued for previously unbilled service. The utility shall review the bill and offer to accept payment over a period of time at least as long as the period over which the excess accrued.

**Disconnection of Service:** You have the right to -
- Be notified in writing prior to disconnection of service. Such notice shall provide

(1) date when service is subject to disconnection (2) reason for disconnection (3) how to prevent disconnection (4) utility contact information to inquire or dispute disconnection (5) contact information for the Illinois Commerce Commission (6) how to access information concerning customer  rights and responsibilities.

**Disputes Procedures:** You have the right to -
- Request a meter test and be informed of the results.
- Contact the utility with disputes and be informed of the right for a Commission review of unresolved complaints.
- Pursue unresolved disputes with the Illinois Commerce Commission. More information concerning Commission rules and your rights is available by visiting the ICC's website or contacting the ICC's Consumer Services Division, www.icc.illinois.gov
- For questions, contact our Customer Service Center. We'll make every effort to resolve your issue, but if you prefer you may speak with a supervisor. If you feel we've not responded to your inquiry, you have the right to request the ICC (800-524-0795 or www.icc.illinois.gov) to review the unresolved dispute.

| | |
|---|---|
| Toll-Free Hotline: | 800-524-0795 |
| TTY: | 800-858-9277 |
| Email: | consumers@icc.illinois.gov |
| Mail: | 527 E. Capitol Ave, Springfield, IL 62701 |

### DEFINITIONS

**QIP:** Quality Infrastructure Program
**VBA:** Volume Balancing Adjustment
**ICT:** Invested Capital Tax

Preferred due dates: Customers may request a preferred dues date, not to be more than 10 days after the original due date. Call 1-800-422-2782 for details and to see if you qualify.

No customer shall be liable for unbilled or misbilled service after expiration of the applicable period except in instances of tampering with the water meter, wires, pipe or other service equipment.

---

### H2O HELP TO OTHERS PROGRAM - lend a hand to customers in need

☐  I'm adding a one time contribution of $_____ with my payment.

☐  I'd like to add a recurring contribution to each bill of $_____. I understand this amount will be added to each bill.

**Address Change(s)**



Name

Address

City

State                                Zip Code

(     )                               ☐ Mobile Number
Phone Number

E-mail Address

### Other ways to pay your bill

**Auto Pay**    **Online**    **In Person**

**Auto Pay**
Save time and money. Enroll in Auto Pay, and your bill will be paid on time, every time, directly from your bank account on the due date. No stamps required!

**Online**
With My Account, you can pay your bill anytime, anywhere. Registration is fast and easy. Visit www.amwater.com/MyAccount or pay without registration at www.amwater.com/billpay (fee may apply).

**In Person**
We have agreements with several authorized payment locations in our service areas. Visit our website to find one near you.





**ILLINOIS**
**AMERICAN WATER**
WE KEEP LIFE FLOWING™

## Meter Reading and Usage Summary

| Meter No. | Measure | Size | From Date | To Date | Previous Read | Current Read | Meter Units | Billing Units | Total Gallons |
|-----------|---------|------|-----------|---------|---------------|--------------|-------------|---------------|---------------|
| 64209274 | 100 gal | 2" | 05/20/2020 | 06/17/2020 | 21,670 (A) | 23,556 (A) | 1,886 | 1,886.00 | 188,600 |
| 63504152 | 100 gal | 2" | 05/20/2020 | 06/17/2020 | 135,255 (A) | 137,214 (A) | 1,959 | 1,959.00 | 195,900 |

A = Actual    E = Estimate          1 Billing Unit = 100 gallons                    Total Gallons:    384,500

### Billed Usage History (graph shown in 100 gallons)

⊓ 384,500 gallons = usage for this period

⊓ 674,800 gallons = usage for same period last year

**Next Scheduled Read Date:** on or about July 20, 2020
**Account Type:** Commercial



Average daily use for this period is: (29 days)

**13,259 gallons**

Year to Date Billed Usage: 3,237,700 gallons

---

## Account Detail    REDACTED

Service To: 431 REMINGTON BLVD BOLINGBROOK, IL 60440-4918

| | |
|---|---:|
| **Prior Billing** | **34,780.66** |
| **Payments** | **-27,280.82** |
| Total payments as of Jun 4. Thank you! | -27,280.82 |
| **Balance Forward - Past Due** | **7,499.84** |

**Service Related Charges - 05/20/20 to 06/17/20**

| | | |
|---|---|---:|
| 💧 **Water Service** | | **1,337.67** |
| Water Service Charge | | 325.10 |
| Water Usage Charge | (224 x $0.3695) | 82.77 |
| | (3,621 x $0.25678) | 929.80 |
| 🌀 **Wastewater Service** | | **368.20** |
| Wastewater Use Charge | (10 x $0.00) | 0.00 |
| | (10 x $0.10) | 1.00 |
| | (3,825 x $0.096) | 367.20 |
| 🔥 **Fire Service** | | **42.90** |
| 2" Fire Protection Charge | (2 x $21.45) | 42.90 |
| ⚙ **Other Charges** | | **277.12** |
| QIP Surcharge Wastewater | ($368.20 x 4.86%) | 17.89 |
| ICT Surcharge Wastewater | ($368.20 x 0.7944%) | 2.92 |
| VBA Surcharge Wastewater | (3,845 x $0.037) | 142.27 |
| Tax Reform Credit Wastewater | | -18.00 |
| | ($368.20 x -4.8878%) | |
| QIP Surcharge Water | ($1,380.57 x 7.50%) | 103.54 |
| ICT Surcharge Water | ($1,380.57 x 0.5481%) | 7.57 |
| VBA Surcharge Water | (3,845 x $0.0229) | 88.05 |
| Tax Reform Credit Water | ($1,380.57 x -4.8619%) | -67.12 |
| **Total Service Related Charges** | | **2,025.89** |
| 💲 **Pass Through Charges** | | **4,105.14** |
| Supply Charge: American Lake Water | | |
| 05/20/20 to 05/31/20 | (1,591.03 x $0.8448) | 1,344.10 |
| 06/01/20 to 06/17/20 | (2,253.97 x $0.8588) | 1,935.71 |
| **Village of Bolingbrook Wastewater Charges** | | |
| (Continued on next page) | | |

---

## Understanding Your Bill

The information below defines some of the new terms you may find on your bill:

- **Service Related Charges:** This section includes charges for services related to water, wastewater and fire protection. If applicable, credits and debits for correction to previously billed charges are itemized in this section.

- **Fees and Adjustments:** This section provides details related to additional charges or adjustments for the service period referenced. Fees, when applicable, would include items such as service activation and late payment charges.

- **Pass Through Charges:** Charges in this section, when applicable, are separated from other service related charges to provide visibility into what portion of your bill is being remitted to other entities. Payment received for these charges does not remain with American Water. While we may bill and collect for them, the payments received are passed along to other companies and agencies.

- **Billing Units:** One billing unit equals 100 gallons of water used. If the meter serving your property measures your water use in cubic feet or a different unit of measure, we convert the usage to gallons to make it easier to understand.

- **Average Daily Use:** The gallons shown in the water droplet above represent your average daily water use for the current billing period. Tracking the amount of water you use can help you manage your overall water use from month to month.

- **Still have questions?** We are here to help. Our customer service representatives are available M–F, 7 a.m. to 7 p.m. More information on understanding your bill and charges can also be found on our website. See the link below.

For more information about your charges and rates, please visit:
https://amwater.com/ilaw/rates



**I L L I N O I S**
**AMERICAN WATER**

**WE KEEP LIFE FLOWING™**

| | |
|---|---:|
| Bolingbrook Storm Water Charge | 2.50 |
| Bolingbrook Treatment Charge | 822.83 |
| (3,845 x $0.214) | |
| **Taxes** | **5.31** |
| ICC Gross Receipts Tax | 5.30 |
| Illinois CC Assessment | 0.01 |
| **Total Current Period Charges** | **6,136.34** |

**Total Amount Due** ➡ **$13,636.18**

## Additional Messages from Illinois American Water

Water conservation measures are in effect through September 15. These measures are approved by the Illinois Commerce Commission for communities that are supplied with Lake Michigan water or have a Lake Michigan water allocation. Watering of lawns and other outdoor uses may only be done on an "odd/even" watering basis. Customers whose street addresses end in an odd number may water only on an odd numbered calendar day and vice versa. For more information please visit www.illinoisamwater.com

Beginning July 1, 2020, the water Tax Reform Credit for the Company's lower income taxes resulting from the Tax Cuts and Jobs Act will decrease as a result of the annual reconciliation required by the Illinois Commerce Commission (ICC). A copy of Illinois-American's filing with the ICC may be inspected by any interested party at any business office of the company. Interested parties may intervene in any proceeding conducted by the ICC to consider the proposed change in rates pursuant to 83 Ill. Adm. Code 200.

<This page is intentionally left blank and reserved for future messages>



**WE KEEP LIFE FLOWING™**

Page 1 of 5
606253852040

## Monthly Statement

Account No. **REDACTED**

| | |
|---|---|
| **Total Amount Due:** | **$77.85** |
| Payment Due By: | **July 13, 2020** |

**Service Address:**

MEADOWBROOK MANOR
431 REMINGTON BLVD
BOLINGBROOK, IL 60440-4918

| | |
|---|---|
| **Billing Date:** | June 18, 2020 |
| **Service Period:** | Jun 18 to Jul 20 (33 Days) |

 THANK YOU FOR BEING OUR CUSTOMER.

### Important Account Messages

- Thank you for being a long time customer! We work hard every day to deliver water service that is safe, reliable, and affordable -- our customers deserve nothing less.

- Want more convenience and less clutter? Try paperless billing. We send an email when your bill is available for viewing and include an option to pay. It's simple to sign up, just register or log into My Account at amwater.com/myaccount and make the selection for paperless billing.

For more information, visit www.illinoisamwater.com

### Account Summary – *See page 3 for Account Detail*

| | | |
|---|---|---|
| Prior Billing: | | $155.70 |
| Payments - Thank You! | – | $155.70 |
| **Balance Forward:** | = | **$0.00** |
| Service Related Charges: | + | $77.76 |
| Taxes: | + | $0.09 |
| Total Amount Due: | = | **$77.85** |

 **View your account information or pay your bill anytime at:** www.amwater.com/MyAccount

 **Pay by Phone*:** Pay anytime at 1-855-748-6066
*A convenience fee may apply

**Customer Service:** 1-800-422-2782
M-F 7:00am to 7:00pm – Emergencies 24/7

✂Please return bottom portion with your payment, DO NOT send cash. Retain upper portion for your records.✂

---



Account No. **REDACTED**

| | |
|---|---|
| **Total Amount Due:** | **$77.85** |
| Payment Due By: | **July 13, 2020** |

PO Box 6029
Carol Stream, IL 60197-6029

**Service to**: 431 REMINGTON BLVD
BOLINGBROOK, IL 60440-4918

**Amount Enclosed** $ 

MEADOWBROOK MANOR
648 N RIVER ROAD SUITE 100
NAPERVILLE, IL 60563

**ILLINOIS AMERICAN WATER**
PO BOX 6029
CAROL STREAM, IL 60197-6029

0001025210000511024000000000007785011

## Messages from Illinois American Water

***IMPORTANT WATER QUALITY MESSAGE: Your annual Water Quality Report can be viewed electronically at www.amwater.com/ccr/WestSub.pdf. If you prefer a paper copy to be sent to you, please contact our Customer Service Center at 800-422-2782.

Effective June 1, 2020, there will be a $0.0140 per 100 gallon increase in the rate for purchased water following an increase from American Lake Water, an increase from the Village of Bedford Park, and the annual reconciliation.  A copy of Illinois-American's filing with the ICC may be inspected by any interested party at any business office of the company.  Interested parties may intervene in any proceeding conducted by the ICC to consider the proposed change in rates pursuant to 83 Ill. Adm. Code 200.



**CUSTOMER SERVICE: 1-800-422-2782**
HOURS: M-F, 7am-7pm • Emergencies: 24/7
TTY/TDD FOR THE HEARING IMPAIRED: 711
(and then reference Customer Service number listed above)

### ILLINOIS COMMERCE COMMISSION: BILL OF RIGHTS FOR WATER AND SEWER CUSTOMERS

**Rates:** You have the right to -
* Know the rates you must pay for the utility services you receive.
* Be notified by your utility of any proposed change in terms and conditions of service or rates and be notified of the right to request a public forum when the utility proposes a general rate increase.

**Billing and Payment:** You have the right to -
* Request a deferred payment agreement to pay past due amounts over time if you are unable to pay the bill in full. Residential customers who have not failed to make payments on such plan during the past 12 months are eligible, others may be eligible.
* Credit for overpayment with interest.

**Make-up Bills:** You have the right to -
* Disclosure by the utility of the date covered by the billing statement when you are billed for services provided prior to the date the bill covers.
* Payment arrangements when past due bills occur after a "make-up" bill (that exceeds a normal bill by 50%) is issued for previously unbilled service. The utility shall review the bill and offer to accept payment over a period of time at least as long as the period over which the excess accrued.

**Disconnection of Service:** You have the right to -
* Be notified in writing prior to disconnection of service. Such notice shall provide

(1) date when service is subject to disconnection (2) reason for disconnection (3) how to prevent disconnection (4) utility contact information to inquire or dispute disconnection (5) contact information for the Illinois Commerce Commission (6) how to access information concerning customer  rights and responsibilities.

**Disputes Procedures:** You have the right to -
* Request a meter test and be informed of the results.
* Contact the utility with disputes and be informed of the right for a Commission review of unresolved complaints.
* Pursue unresolved disputes with the Illinois Commerce Commission. More information concerning Commission rules and your rights is available by visiting the ICC's website or contacting the ICC's Consumer Services Division, www.icc.illinois.gov
* For questions, contact our Customer Service Center. We'll make every effort to resolve your issue, but if you prefer you may speak with a supervisor. If you feel we've not responded to your inquiry, you have the right to request the ICC (800-524-0795 or www.icc.illinois.gov) to review the unresolved dispute.

Toll-Free Hotline:   800-524-0795
TTY:                         800-858-9277
Email:                     consumers@icc.illinois.gov
Mail:                       527 E. Capitol Ave, Springfield, IL 62701

### DEFINITIONS
**QIP:** Quality Infrastructure Program
**VBA:** Volume Balancing Adjustment
**ICT:** Invested Capital Tax

Preferred due dates: Customers may request a preferred dues date, not to be more than 10 days after the original due date. Call 1-800-422-2782 for details and to see if you qualify.

No customer shall be liable for unbilled or misbilled service after expiration of the applicable period except in instances of tampering with the water meter, wires, pipe or other service equipment.



### H2O HELP TO OTHERS PROGRAM - lend a hand to customers in need

☐   I'm adding a one time contribution of $_____ with my payment.

☐   I'd like to add a recurring contribution to each bill of $_____. I understand this amount will be added to each bill.

Address Change(s)

Name

Address

City

State                                Zip Code

(     )                               ☐ Mobile Number
Phone Number

E-mail Address

### Other ways to pay your bill

**✓ Auto Pay**          ☐ **Online**          **In Person**

Save time and money. Enroll in Auto Pay, and your bill will be paid on time, every time, directly from your bank account on the due date. No stamps required!

With My Account, you can pay your bill anytime, anywhere. Registration is fast and easy. Visit www.amwater.com/MyAccount or pay without registration at www.amwater.com/billpay (fee may apply).

We have agreements with several authorized payment locations in our service areas. Visit our website to find one near you.



## Account Detail    Account No. REDACTED

Service To: 431 REMINGTON BLVD BOLINGBROOK, IL 60440-4918

| | |
|---|---|
| **Prior Billing** | **155.70** |
| **Payments** | **-155.70** |
| Total payments as of May 22. Thank you! | -155.70 |
| **Balance Forward** | **0.00** |

**Service Related Charges - 06/18/20 to 07/20/20**

| | | |
|---|---|---|
| **Fire Service** | | **75.36** |
| Private Fire Protection Charge 8" | | 75.36 |
| | (1 x $75.36) | |
| **Other Charges** | | **2.40** |
| QIP Surcharge Fire | ($75.36 x 7.50%) | 5.65 |
| ICT Surcharge Fire | ($75.36 x 0.5481%) | 0.41 |
| Tax Reform Credit Fire | ($75.36 x -4.8619%) | -3.66 |
| **Total Service Related Charges** | | **77.76** |
| **Taxes** | | **0.09** |
| ICC Gross Receipts Tax | | 0.08 |
| Illinois CC Assessment | | 0.01 |
| **Total Current Period Charges** | | **77.85** |

**Total Amount Due** ➡️ **$77.85**

## Understanding Your Bill

The information below defines some of the new terms you may find on your bill:

- **Service Related Charges:** This section includes charges for services related to water, wastewater and fire protection. If applicable, credits and debits for correction to previously billed charges are itemized in this section.

- **Fees and Adjustments:** This section provides details related to additional charges or adjustments for the service period referenced. Fees, when applicable, would include items such as service activation and late payment charges.

- **Pass Through Charges:** Charges in this section, when applicable, are separated from other service related charges to provide visibility into what portion of your bill is being remitted to other entities. Payment received for these charges does not remain with American Water. While we may bill and collect for them, the payments received are passed along to other companies and agencies.

- **Billing Units:** One billing unit equals 100 gallons of water used. If the meter serving your property measures your water use in cubic feet or a different unit of measure, we convert the usage to gallons to make it easier to understand.

- **Average Daily Use:** The gallons shown in the water droplet above represent your average daily water use for the current billing period. Tracking the amount of water you use can help you manage your overall water use from month to month.

- **Still have questions?** We are here to help. Our customer service representatives are available M–F, 7 a.m. to 7 p.m. More information on understanding your bill and charges can also be found on our website. See the link below.

For more information about your charges and rates, please visit:
https://amwater.com/ilaw/rates

Additional Messages from Illinois American Water

Water conservation measures are in effect through September 15. These measures are approved by the Illinois Commerce Commission for communities that are supplied with Lake Michigan water or have a Lake Michigan water allocation. Watering of lawns and other outdoor uses may only be done on an "odd/even" watering basis. Customers whose street addresses end in an odd number may water only on an odd numbered calendar day and vice versa. For more information please visit www.illinoisamwater.com



### WE KEEP LIFE FLOWING™

**Service Address:**

MEADOWBROOK MANOR
431 REMINGTON BLVD IRRIG
BOLINGBROOK, IL 60440-4918

 **THANK YOU FOR BEING OUR CUSTOMER.**

### Important Account Messages

- Want more convenience and less clutter? Try paperless billing. We send an email when your bill is available for viewing and include an option to pay. It's simple to sign up, just register or log into My Account at amwater.com/myaccount and make the selection for paperless billing.

- Your charges contain a change in pricing that was effective on 06/01/20. Please review the Account Detail section of your bill for more information.

For more information, visit www.illinoisamwater.com

Page 1 of 5
603753904953

## Monthly Statement

Account No: **REDACTED**

| Total Amount Due: | **$388.13** |
|---|---|
| Payment Due By: | **July 13, 2020** |

| Billing Date: | June 18, 2020 |
|---|---|
| Service Period: | May 20 to Jun 17 (29 Days) |
| Total Gallons: | 17,500 |

## Account Summary – *See page 3 for Account Detail*

| Prior Billing: | | $334.27 |
|---|---|---|
| Payments - Thank You! | − | $334.27 |
| **Balance Forward:** | = | **$0.00** |
| Service Related Charges: | + | $238.46 |
| Pass Through Charges: | + | $149.27 |
| Taxes: | + | $0.40 |
| Total Amount Due: | = | $388.13 |

 **View your account information or pay your bill anytime at:** www.amwater.com/MyAccount

 **Pay by Phone*:** Pay anytime at 1-855-748-6066
*A convenience fee may apply*

**Customer Service**: 1-800-422-2782
M-F 7:00am to 7:00pm – Emergencies 24/7

✂ Please return bottom portion with your payment, DO NOT send cash. Retain upper portion for your records. ✂

---



PO Box 6029
Carol Stream, IL 60197-6029

**Service to**: 431 REMINGTON BLVD IRRIG
BOLINGBROOK, IL 60440-4918

Account No. **REDACTED**

| Total Amount Due: | **$388.13** |
|---|---|
| Payment Due By: | **July 13, 2020** |

**Amount Enclosed** $ [ ]

MEADOWBROOK MANOR
648 N RIVER ROAD SUITE 100
NAPERVILLE, IL 60563

**ILLINOIS AMERICAN WATER**
PO BOX 6029
CAROL STREAM, IL 60197-6029

0001025220022416126000000000038813015

## Messages from Illinois American Water

***IMPORTANT WATER QUALITY MESSAGE: Your annual Water Quality Report can be viewed electronically at www.amwater.com/ccr/WestSub.pdf. If you prefer a paper copy to be sent to you, please contact our Customer Service Center at 800-422-2782.

Effective June 1, 2020, there will be a $0.0140 per 100 gallon increase in the rate for purchased water following an increase from American Lake Water, an increase from the Village of Bedford Park, and the annual reconciliation.  A copy of Illinois-American's filing with the ICC may be inspected by any interested party at any business office of the company.  Interested parties may intervene in any proceeding conducted by the ICC to consider the proposed change in rates pursuant to 83 Ill. Adm. Code 200.



**CUSTOMER SERVICE: 1-800-422-2782**
HOURS: M-F, 7am-7pm • Emergencies: 24/7
TTY/TDD FOR THE HEARING IMPAIRED: 711
(and then reference Customer Service number listed above)

## ILLINOIS COMMERCE COMMISSION: BILL OF RIGHTS FOR WATER AND SEWER CUSTOMERS

**Rates:** You have the right to -
- Know the rates you must pay for the utility services you receive.
- Be notified by your utility of any proposed change in terms and conditions of service or rates and be notified of the right to request a public forum when the utility proposes a general rate increase.

**Billing and Payment:** You have the right to -
- Request a deferred payment agreement to pay past due amounts over time if you are unable to pay the bill in full. Residential customers who have not failed to make payments on such plan during the past 12 months are eligible, others may be eligible.
- Credit for overpayment with interest.

**Make-up Bills:** You have the right to -
- Disclosure by the utility of the date covered by the billing statement when you are billed for services provided prior to the date the bill covers.
- Payment arrangements when past due bills occur after a "make-up" bill (that exceeds a normal bill by 50%) is issued for previously unbilled service. The utility shall review the bill and offer to accept payment over a period of time at least as long as the period over which the excess accrued.

**Disconnection of Service:** You have the right to -
- Be notified in writing prior to disconnection of service. Such notice shall provide

(1) date when service is subject to disconnection (2) reason for disconnection (3) how to prevent disconnection (4) utility contact information to inquire or dispute disconnection (5) contact information for the Illinois Commerce Commission (6) how to access information concerning customer  rights and responsibilities.

**Disputes Procedures:** You have the right to -
- Request a meter test and be informed of the results.
- Contact the utility with disputes and be informed of the right for a Commission review of unresolved complaints.
- Pursue unresolved disputes with the Illinois Commerce Commission. More information concerning Commission rules and your rights is available by visiting the ICC's website or contacting the ICC's Consumer Services Division, www.icc.illinois.gov
- For questions, contact our Customer Service Center. We'll make every effort to resolve your issue, but if you prefer you may speak with a supervisor. If you feel we've not responded to your inquiry, you have the right to request the ICC (800-524-0795 or www.icc.illinois.gov) to review the unresolved dispute.

| | |
|---|---|
| Toll-Free Hotline: | 800-524-0795 |
| TTY: | 800-858-9277 |
| Email: | consumers@icc.illinois.gov |
| Mail: | 527 E. Capitol Ave, Springfield, IL 62701 |

## DEFINITIONS

**QIP:** Quality Infrastructure Program
**VBA:** Volume Balancing Adjustment
**ICT:** Invested Capital Tax

Preferred due dates: Customers may request a preferred dues date, not to be more than 10 days after the original due date. Call 1-800-422-2782 for details and to see if you qualify.

No customer shall be liable for unbilled or misbilled service after expiration of the applicable period except in instances of tampering with the water meter, wires, pipe or other service equipment.

---

**H2O HELP TO OTHERS PROGRAM - lend a hand to customers in need**

☐ I'm adding a one time contribution of $_____ with my payment.

☐ I'd like to add a recurring contribution to each bill of $_____. I understand this amount will be added to each bill.

Address Change(s)
_____
Name
_____
Address
_____
City
_____
State                    Zip Code
(     )          ☐ Mobile Number
Phone Number
_____
E-mail Address

### Other ways to pay your bill

✓ **Auto Pay**   ☐ **Online**   **In Person**

Save time and money. Enroll in Auto Pay, and your bill will be paid on time, every time, directly from your bank account on the due date. No stamps required!

With My Account, you can pay your bill anytime, anywhere. Registration is fast and easy. Visit www.amwater.com/MyAccount or pay without registration at www.amwater.com/billpay (fee may apply).

We have agreements with several authorized payment locations in our service areas. Visit our website to find one near you.



**ILLINOIS**
**AMERICAN WATER**
WE KEEP LIFE FLOWING™

Page 3 of 5
603753904953

## Meter Reading and Usage Summary

| Meter No. | Measure | Size | From Date | To Date | Previous Read | Current Read | Meter Units | Billing Units | Total Gallons |
|-----------|---------|------|-----------|---------|---------------|--------------|-------------|---------------|---------------|
| 63504153 | 100 gal | 2" | 05/20/2020 | 06/17/2020 | 14,617 (A) | 14,792 (A) | 175 | 175.00 | 17,500 |

A = Actual    E = Estimate                1 Billing Unit = 100 gallons                Total Gallons:    17,500

### Billed Usage History (graph shown in 100 gallons)

⊓ 17,500 gallons = usage for this period

⊓ 0 gallons = usage for same period last year

**Next Scheduled Read Date:** on or about July 20, 2020
**Account Type:** Commercial





Average daily use for this period is: (29 days)

**603 gallons**

Year to Date Billed Usage: 17,500 gallons

## Account Detail    REDACTED

Service To: 431 REMINGTON BLVD IRRIG BOLINGBROOK, IL 60440-4918

| | |
|---|---|
| **Prior Billing** | **334.27** |
| **Payments** | **-334.27** |
| Total payments as of May 22. Thank you! | -334.27 |
| **Balance Forward** | **0.00** |
| | |
| **Service Related Charges - 05/20/20 to 06/17/20** | |
| 💧 **Water Service** | **227.21** |
| Water Service Charge | 162.55 |
| Water Usage Charge    (175 x $0.3695) | 64.66 |
| 🪙 **Other Charges** | **11.25** |
| QIP Surcharge Water    ($227.21 x 7.50%) | 17.04 |
| ICT Surcharge Water    ($227.21 x 0.5481%) | 1.25 |
| VBA Surcharge Water    (175 x $0.0229) | 4.01 |
| Tax Reform Credit Water    ($227.21 x -4.8619%) | -11.05 |
| **Total Service Related Charges** | **238.46** |
| 💲 **Pass Through Charges** | **149.27** |
| Supply Charge: American Lake Water | |
| 05/20/20 to 05/31/20    (72.41 x $0.8448) | 61.17 |
| 06/01/20 to 06/17/20    (102.59 x $0.8588) | 88.10 |
| 💲 **Taxes** | **0.40** |
| ICC Gross Receipts Tax | 0.39 |
| Illinois CC Assessment | 0.01 |
| **Total Current Period Charges** | **388.13** |

**Total Amount Due** ➡ **$388.13**

## Understanding Your Bill

The information below defines some of the new terms you may find on your bill:

- **Service Related Charges:** This section includes charges for services related to water, wastewater and fire protection. If applicable, credits and debits for correction to previously billed charges are itemized in this section.

- **Fees and Adjustments:** This section provides details related to additional charges or adjustments for the service period referenced. Fees, when applicable, would include items such as service activation and late payment charges.

- **Pass Through Charges:** Charges in this section, when applicable, are separated from other service related charges to provide visibility into what portion of your bill is being remitted to other entities. Payment received for these charges does not remain with American Water. While we may bill and collect for them, the payments received are passed along to other companies and agencies.

- **Billing Units:** One billing unit equals 100 gallons of water used. If the meter serving your property measures your water use in cubic feet or a different unit of measure, we convert the usage to gallons to make it easier to understand.

- **Average Daily Use:** The gallons shown in the water droplet above represent your average daily water use for the current billing period. Tracking the amount of water you use can help you manage your overall water use from month to month.

- **Still have questions?** We are here to help. Our customer service representatives are available M–F, 7 a.m. to 7 p.m. More information on understanding your bill and charges can also be found on our website. See the link below.

For more information about your charges and rates, please visit:
https://amwater.com/ilaw/rates

Additional Messages from Illinois American Water

Water conservation measures are in effect through September 15.
These measures are approved by the Illinois Commerce
Commission for communities that are supplied with Lake Michigan
water or have a Lake Michigan water allocation. Watering of lawns
and other outdoor uses may only be done on an "odd/even" watering
basis. Customers whose street addresses end in an odd number
may water only on an odd numbered calendar day and vice versa.
For more information please visit www.illinoisamwater.com

Nicor Gas

**nicorgas.com/myaccount**
1 888 Nicor4U   1 888 642-6748

### Account Summary for Butterfield Healthcare

REDACTED

**Service Address:** 431 Remington Blvd Bolingbrook
**Bill Period:** 05/28/20 - 06/26/20 **(29 days)**
**Bill Issue Date:** 06/29/20

| | |
|---|---|
| Total Previous Balance | $2,334.10 |
| Payment Received 06/12/2020 - Thank you! | -$2,334.10 |
| Remaining Balance | $0.00 |
| New Charges - Utility | $1,172.48 |
| **Total Amount Due by 07/14/2020** ........... | **$1,172.48** |
| Deposit on Hand ..................................... | -$1,696.00 |

### A Message for You

Facing financial hardship? Rest assured we're suspending service disconnections for nonpayment and late payment charges through July 26. Access available energy assistance funding to help you pay your bill by visiting nicorgas.com/energyassistance.

Your account has been billed to estimated usage for two or more consecutive months.  Either the reading did not pass our quality review or we were not able to obtain a reading.

### Monthly Energy Profile

| Current Reading 06/26/20 (Estimated) 99891 | Previous Reading 05/28/20 (Estimated) 97515 | Usage CCF 2376 | Pressure Factor 1.049 | BTU Factor 1.051 | Therms 2619.53 | Avg. Daily Therms 2019 86.63 | Avg. Daily Therms 2020 90.33 |
|---|---|---|---|---|---|---|---|

CCF x Pressure Factor x BTU Factor = Therms

**Monthly Therm Use**

| | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg.Temp | 69 | 78 | 74 | 71 | 54 | 36 | 36 | 32 | 30 | 42 | 48 | 59 | 73 |
| Util$/Therm to Compare | .37 | .35 | .33 | .31 | .29 | .27 | .27 | .26 | .26 | .26 | .26 | .26 | .26 |

*Cost rate per therm applicable if supply obtained from Nicor Gas

### New Charges - Commercial - Heat
*Rate 4: Commercial Service*

| **Delivery Charges 05/28/2020 - 06/25/2020** | **$438.95** |
|---|---|
| Monthly Customer Charge | $205.09 |
| First 150 Therms         150.00 @ $0.131 ........... | $19.65 |
| 151 - 5000 Therms       2,469.53 @ $0.0599 .......... | $147.92 |
| Environmental Cost Recovery 2,619.53 @ $0.0052 = ......... | $13.62 |
| Franchise Cost Adjustment | $0.11 |
| Efficiency Program 2,619.53 @ $0.0155 ........... | $40.60 |
| Tax Cost Adjustment 2619.53 @ $0.0002 ......... | $0.53 |
| Qualified Infrastructure Chrg $ 51.38 @ 2.68% ........... | $1.38 |
| Qualified Infrastructure Chrg $ 321.14 @ 3.13% ........... | $10.05 |

| **Natural Gas Cost** | **$676.63** |
|---|---|
| May @ 361.31 Therms x $0.2583 ........... | $93.33 |
| June @ 2,258.22 Therms x $0.2583 ........... | $583.30 |

| **Taxes** | **$56.90** |
|---|---|
| Utility Fund Tax $1,115.58 @ 0.1% ........... | $1.12 |
| State Revenue Tax $1,115.58 @ 5% ........... | $55.78 |

| **Total** | **$1,172.48** |
|---|---|

*Please see the reverse side of this bill for additional billing explanations.*



PO Box 2020
Aurora, IL 60507-2020

Butterfield Healthcare
648 N River Road Suite 100
Naperville IL 60563-0000

Account Number:
3104591000 2

**Receipt of Electronic Payment**
**$1,172.48**

will be automatically withdrawn from your account on 07/14/20

Thank you.

31 04 59 1000 2 0001172485 0001172485 922

NG-17662 (06-18)

 **IF YOU SMELL GAS:** If you suspect a gas leak: **Leave the house immediately.** Don't use your phone; call Nicor Gas for assistance at 888.Nicor4u (888.642.6748) from a neighbor's house. Don't light a match. Don't turn on a light. Don't switch on anything electrical.

**!DANGER! Certain Older Gas Connectors May Be Dangerous!**
Gas connectors are corrugated metal tubes used to connect gas appliances in your home to fuel gas supply pipes. Some older brass connectors have come apart, causing fires and explosions resulting in deaths and injuries. These older brass connectors have a serious flaw in how their tubing was joined to their end pieces. Over time, the end pieces can separate from the tubing and cause a serious gas leak, explosion or fire. To our knowledge, these dangerous uncoated brass connectors have not been made for more than 20 years, but many of them are still in use. The older these connectors get, the greater the possibility of failure. Although not all uncoated connectors have this flaw, it is very difficult to tell which ones do. **Therefore, any uncoated brass connector should be replaced immediately** with either a new plastic-coated brass or a new stainless steel connector. Connectors can wear out from too much moving, bending or corrosion. Connectors should always be replaced whenever the appliance is replaced or moved from its location. 

 **WARNING: Only a qualified professional should check your connector and replace it if needed. Don't try to do this yourself!** Moving the appliance, even slightly, whether to clean behind it or to inspect its gas connector, can cause the complete failure of one of these older weakened connectors, possibly resulting in a deadly fire or explosion. **Do not move your appliance to check the connector!** For additional information on appliance connectors please call us at 888.642.6748 or visit our website at nicorgas.com.

### ILLINOIS COMMERCE COMMISSION
Consumer Services Div. 800.524.0795
The Consumer Services Division is available to assist customers and help resolve disputes with Nicor Gas; however, customers must first contact Nicor Gas before seeking assistance.

### HOW TO READ YOUR METER
1. Read the numbers for each dial going from right to left.
2. Always read the numbers in the direction the arrow on the dial is pointing.
3. If the pointer is between two numbers, always select the smaller number, unless the pointer is between 0 and 9, then select 9.
4. If a pointer is directly on a number, look at the dial to its immediate right. If this pointer has not passed zero, record the lower number.
5. To enter your meter reading, visit nicorgas.com/myaccount.

   

In the example above, the reading is "2984."

### PAYMENT INFORMATION
**Auto Payment** – You can have the amount of your gas bill electronically withdrawn from a checking or savings account on a specific date or when the bill is due. Sign up at nicorgas.com.

**Options** – Pay your bill by computer, mobile device, telephone or at a payment agent using your bank account, debit or credit card. Mailed check payments authorize the Company to make a one-time electronic debit or debit re-presentment from your bank in the amount designated.

Visit nicorgas.com or call 888.642.6748 for more information.

**Payment Arrangement** – If you are behind on your gas bill payments, you may be eligible to establish a Deferred Payment Arrangement (DPA). Failure to pay DPA installments when due can result in default of the DPA. To make a payment arrangement, visit nicorgas.com/myaccount or call 888.642.6748.

**Security Deposits** – In accordance with the Illinois Administrative Code Part 280, Nicor Gas may request a cash security deposit under the following circumstances: history of late payments, failure to pay final bill at a prior address, service disconnection due to non-payment, meter tampering, or other reasons.

**Sharing** – A charitable program designed to help people pay their natural gas bills. To see if you could benefit from Sharing, contact your local Salvation Army. To contribute to Sharing, please circle the appropriate amount on your bill stub and add the amount to your payment. 

### TAXES
**Municipal Use Tax** – Some municipalities charge this tax based on your gas use. Your local municipality has an ordinance requiring collection of this tax.

**Municipal Utility Tax** – Some municipalities charge this tax based on utility revenue. It is authorized by Section 8-11-2 of the Illinois Municipal Code and is applied according to the local municipality's ordinance.

**State Revenue Tax** – This is mandated by the State of Illinois. It is not a sales tax.

**State Use Tax** – This tax is imposed on natural gas purchased outside of Illinois for use or consumption in Illinois.

**Utility Fund Tax** – This funds the ICC, which regulates all Illinois utilities and is mandated by the state.

### DEFINITION OF TERMS (for more information visit nicorgas.com)
**Actual Meter Reading** – Your meter was read by a Nicor Gas meter reader.

**Additional Products & Services** – Non-utility charges such as Customer Select alternate supplier charges, HVAC warranty/repair or protection plans.

**Adjustments/Other Charges** – Adjustments such as credits or additional charges to your bill due to corrected billing, earned interest, late payment charges, LIHEAP, or Sharing grants.

**Average Temperature** – Average daily temperature during your billing period. The average temperature can help explain the amount of gas used throughout the month.

**Balancing and Storage Adjustment** – Customer Select customers are assessed this adjustment based on usage. The adjustment may change each month and is filed with the Illinois Commerce Commission (ICC).

**BTU Factor** – A factor which expresses the amount of heat content a CCF of gas contains. The BTU factor is applied to convert a volume of gas in CCF into therms and may change slightly from month to month.

**Budget Plan** – This plan spreads your estimated annual gas costs over 12 monthly payments.
Approximately every four months we evaluate your account and may adjust your monthly payment for changes in weather and/or the price of gas. Sign up on your bill stub or at nicorgas.com/myaccount. You must be current on your payments to sign up.

**Budget Plan Amount Due** – The monthly Budget Plan payment amount must be remitted by the bill due date in order to remain on the Budget Plan. Failure to pay the monthly Budget Plan payment amount due by the bill due date may result in removal from participation in the Budget Plan.

**Tax Cost Adjustment** – A charge or credit that is passed along to customers for the Municipal Income Tax Adjustment and Variable Tax Cost Adjustment Riders.

### CCF (100 cubic feet) – A measure of the volume of gas used. 1 CCF approximates 1 therm of gas.

**Customer Read** – You reported your meter reading to us.

**Delivery Charges** – These charges cover our operating and distribution costs. A portion of these charges varies from month to month based on your natural gas usage.

**Efficiency Program Charge** – A charge that pays for costs related to energy efficiency programs as approved by the Illinois Commerce Commission.

**Energy Profile** – Comparison between the current billing period and your gas usage for the same period last year as well as a chart showing your monthly gas usage, average temperature and gas supply charges for the past 12 months, when available.

**Environmental Recovery Cost** – Covers our costs for the environmental investigation and cleanup of former manufactured gas plants. Nicor Gas receives no profit from these charges.

**Estimated Meter Reading** – Your reading was estimated based on previous use and the weather.
Every other month, we estimate most customers' readings. Any difference between your actual use and estimated use is automatically corrected when we obtain an actual reading.

**Franchise Cost** – A charge for municipal franchise agreements.

**Governmental Agency Adjustment** – An adjustment for governmental fees and added costs, excluding franchise costs. The charge may change each month and is filed with the Illinois Commerce Commission (ICC).

**Meter Exchange** – If we exchanged your meter, this note means your bill is based on the reading of the meter we removed from your address.

**Monthly Customer Charge** – A minimum monthly charge that pays for some of the fixed costs for providing service even when you do not use any gas. This includes charges from the State of Illinois that funds energy assistance programs, renewable energy grants, and adjustments allowed by IL Public Act 96-0033.

**Natural Gas Cost** – The price we pay our suppliers for the natural gas we purchase and deliver to your home or business. The price, which includes applicable adjustments allowed by ILZ Public Act 96-0033, may change each calendar month, and is filed with the ICC.

**Pressure Factor** – If you require higher than normal gas pressure, the pressure factor is a multiplier that adjusts for increased gas volumes flowing through a meter.

**Qualified Infrastructure Charge** – A charge that pays for the costs of qualified infrastructure investments allowed under Section 9-220.3 of the Public Utilities Act.

**Therm** – A therm is the basic unit for measuring your natural gas consumption.

**Transportation Service Credit** – A credit to Customer Select customers based on usage.



 **ATTENTION! : Please read important notice at top of page about dangerous gas connectors.**
**ATENCION! : Para recibir una traducción al espanol de la advertencia relativa a conectores de gas peligrosos mencionada al inicio de esta página, favor de llamar al 888.642.6748 o visite nicorgas.com**

COMCAST
**BUSINESS**

# REDACTED

| Bill Date | Customer Service |
|-----------|------------------|
| Jun 15, 2020 | 1-877-543-3961 |

| Previous Balance | Payments | Adjustments | Past Due Amount | Current Amount | Total Amount Due |
|------------------|----------|-------------|-----------------|----------------|------------------|
| 1,294.42 | 868.42 | 0.00 | 426.00 | 410.15 | $ 836.15 |

**Payment Due Date**
Jul 15, 2020

431 REMINGTON BLVD-FLOOR 1-Meadowbrook Manor Corporate Office
648 n river rd suite 100
naperville, IL 60563

**Late Payment Charge**
$ 0.00

**SUMMARY OF CHARGES AND CREDITS**    ( Billing ac ivity up to and including Jun 14, 2020 )

| | |
|---|---|
| Recurring Charges | 313.95 |
| Total Customer Charges | 313.95 |
| Total Taxes and Surcharges | 96 20 |
| Current Amount | 410.15 |
| Past Due Amount | 426.00 |
| Total Amount Due | $ 836.15 |

Will your business soon be moving to a new location?  If so, please be sure to notify us at least
60 calendar days in advance of your relocation in order to avoid service interruptions.
Call us at the number above and we'll be happy to assist you with any changes to your account.

Pay your invoice online by visiting www.comcastpaymentcenter.com

Page 1 of 5

COMCAST
**BUSINESS**

If paying by mail, please return this section with your payment

| Account Number | Invoice Number | Payment Due Date | Total Amount Due | Amount Enclosed |
|----------------|----------------|------------------|------------------|-----------------|
| 920010230 | 103001785 | Jul 15, 2020 | $ 836.15 | |

**(For further information on how to pay please turn over)**

431 REMINGTON BLVD-FLOOR 1-Meadowbrook Manor Corporate Office
648 n river rd suite 100
naperville, IL 60563

Comcast
PO Box 37601
Philadelphia, PA 19101-0601

920010230       1030017851200       15072020       000083615       6

**How to Pay**

**Paying by Mail**

Please detach the payment slip and return it toge her with your check or money order payable to Comcast in the envelope provided.  Make sure to fill in the check details on the reverse side of the payment slip.

**Paying by Credit Card**

Credit Card payments are available by American Express, Visa or Master Card.

**Change in Customer Details?**

For any change in customer details, including address, billing arrangements, or reporting requirements, please let us know by calling 1-877-543-3961.

Please note that any billing dispute regarding this invoice must be submitted to Comcast within the  ime period specified in your customer agreement.

**Business Voice and Trunk Services are provided by Comcast IP Phone, LLC.**
**Any issues with these services can be addressed by contacting us at (877) 543-3961**
**Unless noted otherwise in the Service Details section of this bill, all other services on**
**this bill are provided by Comcast Business Communications, LLC.**

The Universal Connectivity Charge is a fee assessed by Comcast to recover its contribution to  he Federal Universal Service Fund (USF).  On a quarterly basis, the FCC modifies the USF contribution rate, which may be accessed at https://www.fcc.gov/general/contribution-factor-quarterly-filings-universal-service-fund-usf-management-support.

**Account Number**     920010230                                    **Invoice Number**     103001785

**Account Statement**

Comcast offers greater speed, flexibility and capacity on a broadband optical network that was built for business communica ions. To learn more about our full suite of products, please call us for details.

As technology con inues to advance, you can look to Comcast for leading edge solutions that will take your company to the next level of communications. Thank you again for your business-we look forward to continuing to serve your communications needs.

**Attention Business Trunk Customers**
Did you know you can turn off your International Long Distance (ILD) to prevent fraud?
If you would like to make any changes to your Trunking service, please call 1-877-543-3961.

**Payments**

| Date | Method of Payment | | Invoice Number | Amount |
|------|-------------------|---|----------------|--------|
| May 26, 2020 | Check | | Multiple | 868.42 |
| | | **Total** | | **868.42** |

**Summary of Charges**

**Local Billing Reference Number  8771201430591580**

| | |
|---|---|
| **Recurring Charges** | **313.95** |
| **Total Customer Charges** | **313.95** |

**Taxes, Surcharges, and Fees**

**Important Message**

The Universal Connectivity Charge is not a government mandated tax.  This is a fee that
Comcast is permitted to charge to recover its contribution to the Federal Universal Service Fund.

The regulatory recovery fee is neither government mandated nor a tax, but is assessed by Comcast to recover
the costs of certain federal, state and local impositions related to your service.

| | | |
|---|---|---|
| **State Taxes and Surcharges** | | |
| 911 Line Tax (State) | 34.50 | |
| Statutory Gross Receipts Tax (State) | 1.54 | |
| **Total State Taxes and Surcharges** | | **36.04** |
| **City Taxes and Surcharges** | | |
| State and Local Excise Tax | 39.90 | |
| **Total City Taxes and Surcharges** | | **39.90** |
| **Comcast Surcharges** | | |
| Universal Connectivity Charge | 9.91 | |
| **Total Comcast Surcharges** | | **9.91** |
| **Regulatory Recovery Fees** | | |
| Deaf Line Tax | 0.46 | |
| Federal Cost Recovery Fee | 2.99 | |
| P.U.C. Surcharge (State) | 0.36 | |
| Universal Service Fund Surcharge (State) | 6.54 | |
| **Total Regulatory Recovery Fees** | | **10.35** |
| **Total Taxes and Surcharges** | | **96.20** |

| Account Number | 920010230 | | Invoice Number | 103001785 |

**Service Summary**

| | | |
|---|---|---|
| **Business Trunk Voice** | | |
| Recurring Charges | 24.95 | |
| **Total Business Trunk Voice** | | **24.95** |
| **Full PRI Trunk** | | |
| Recurring Charges | 289.00 | |
| **Total Full PRI Trunk** | | **289.00** |
| **Total Charges** | | **313.95** |

**Service Details**

## Business Trunk Voice

**Summary of Charges**

| | | |
|---|---|---|
| **Service Charges** | | |
| Recurring Charges | | 24.95 |
| **Total Service Charges** | | **24.95** |
| **Total Charges** | | **24.95** |

**Recurring Charges**

| Description | Date Range | Amount |
|---|---|---|
| Directory Listing Management Fee | Jun 15, 20 to Jul 14, 20 | 2.00 |
| Voice Network Investment | Jun 15, 20 to Jul 14, 20 | 3.00 |
| Monthly Call Detail Record | Jun 15, 20 to Jul 14, 20 | No Charge |
| Included 20 TN Block(s) Qty: 1 | Jun 15, 20 to Jul 14, 20 | No Charge |
| Published Listing - PRI Qty: 1 | Jun 15, 20 to Jul 14, 20 | No Charge |
| PRI Equipment Fee | Jun 15, 20 to Jul 14, 20 | 19.95 |
| **Total Recurring Charges** | | **24.95** |

**Service Details**

## Full PRI Trunk : 1,175,854,526

**Summary of Charges**

| | | |
|---|---|---|
| **Service Charges** | | |
| Recurring Charges | | 289.00 |
| **Total Service Charges** | | **289.00** |
| **Total Charges** | | **289.00** |

**Recurring Charges**

| Description | Date Range | Amount |
|---|---|---|
| 23 Channel Full PRI - Includes 200 LD Min/Channel | Jun 15, 20 to Jul 14, 20 | 489.00 |
| PRI Service Discount | Jun 15, 20 to Jul 14, 20 | 200.00 CR |
| **Total Recurring Charges** | | **289.00** |

**Account Number**   920010230

**Invoice Number**   103001785

**Service Details**

## PRI Trunk Group : TG-016307591112

**Recurring Charges**

| Description | Date Range | Amount |
|---|---|---|
| 2-Way 23 Channel PRI Trunk Group | Jun 15, 20 to Jul 14, 20 | No Charge |
| **Total Recurring Charges** | | **0.00** |

**Service Details**

## Trunk Group BTN : (630)759-1112

**Recurring Charges**

| Description | Date Range | Amount |
|---|---|---|
| Trunk BTN | Jun 15, 20 to Jul 14, 20 | No Charge |
| **Total Recurring Charges** | | **0.00** |



## COMCAST BUSINESS

REDACTED

| Bill Date | Customer Service |
|---|---|
| Jun 15, 2020 | 1-800-741-4141 |

| Previous Balance | Payments | Adjustments | Past Due Amount | Current Amount | Total Amount Due |
|---|---|---|---|---|---|
| 1,331.41 | 889.69 | 0.00 | 441.72 | 435.00 | $ 876.72 |

| Payment Due Date |
|---|
| Jul 15, 2020 |

431 REMINGTON BLVD
648 RIVER RD
STE 100
Naperville, IL 60563

| Late Payment Charge |
|---|
| $ 0.00 |

**SUMMARY OF CHARGES AND CREDITS**  ( Billing ac ivity up to and including Jun 14, 2020 )

| | |
|---|---|
| Recurring Charges | 435.00 |
| **Total Customer Charges** | 435.00 |
| Current Amount | 435.00 |
| **Past Due Amount** | **441.72** |
| **Total Amount Due** | **$ 876.72** |

Pay your invoice online by visiting www.comcastpaymentcenter.com

Page 1 of 4

## COMCAST BUSINESS

If paying by mail, please return this section with your payment

| Account Number | Invoice Number | Payment Due Date | Total Amount Due | Amount Enclosed |
|---|---|---|---|---|
| 908921336 | 102994505 | Jul 15, 2020 | $ 876.72 | |

**(For further information on how to pay please turn over)**

431 REMINGTON BLVD
648 RIVER RD
STE 100
Naperville, IL 60563

Comcast
PO Box 37601
Philadelphia, PA 19101-0601

908921336      1029945050100      15072020      000087672      5

**How to Pay**

**Paying by Mail**

Please detach the payment slip and return it toge her with your check or money order payable to Comcast in the envelope provided.  Make sure to fill in the check details on the reverse side of the payment slip.

**Paying by Credit Card**

Credit Card payments are available by American Express, Visa or Master Card.

**Change in Customer Details?**

For any change in customer details, including address, billing arrangements, or reporting requirements, please let us know by calling 1-800-741-4141.

Please note that any billing dispute regarding this invoice must be submitted to Comcast within the  ime period specified in your customer agreement.

**Business Voice and Trunk Services are provided by Comcast IP Phone, LLC.**
**Any issues with these services can be addressed by contacting us at (877) 543-3961**
**Unless noted otherwise in the Service Details section of this bill, all other services on**
**this bill are provided by Comcast Business Communications, LLC.**

The Universal Connectivity Charge is a fee assessed by Comcast to recover its contribution to  he Federal Universal Service Fund (USF).  On a quarterly basis, the FCC modifies the USF contribution rate, which may be accessed at https://www.fcc.gov/general/contribution-factor-quarterly-filings-universal-service-fund-usf-management-support.

Page 2 of 4

| Account Number | 908921336 | | Invoice Number | 102994505 |
|---|---|---|---|---|

**Account Statement**

At Comcast, we will continue to look to the future and the provision of new communications technology, new opportunities, and more choices, providing people with the communications products and services that connect them to what's important in their lives. If you have any questions about your voice, data or fiber-based services, please call us at he number seen on the top of page 1.

Will your business soon be moving to a new location? If so, please be sure to notify us at least 60 calendar days in advance of your relocation in order to avoid service interruptions. Call us and we'll assist you with any changes or updates to your account.

**Payments**

| Date | Method of Payment | | Invoice Number | Amount |
|---|---|---|---|---|
| May 26, 2020 | Check | | Multiple | 889.69 |
| | | Total | | 889.69 |

**Summary of Charges**

| Local Billing Reference Number | |
|---|---|
| Recurring Charges | 435.00 |
| **Total Customer Charges** | **435.00** |

**Service Summary**

| Ethernet Dedicated Internet | | |
|---|---|---|
| Recurring Charges | 400.05 | |
| **Total Ethernet Dedicated Internet** | | **400.05** |
| Ethernet Equipment Fee | | |
| Recurring Charges | 34.95 | |
| **Total Ethernet Equipment Fee** | | **34.95** |
| **Total Charges** | | **435.00** |

**Service Details**

## Ethernet Dedicated Internet : 22.VLXP.065693..CBCL..

| Location A | 431 REMINGTON BLVD, FLOOR 1, BOLINGBROOK, IL |
|---|---|

**Summary of Charges**

| Service Charges | | |
|---|---|---|
| Recurring Charges | 400.05 | |
| **Total Service Charges** | **400.05** | |
| **Total Charges** | | **400.05** |

**Recurring Charges**

| Description | Date Range | Amount |
|---|---|---|
| Port - 22.KRGS.015875..CBCL.. - 10/100 - FIBER | Jun 15, 20 to Jul 14, 20 | |
| Bandwidth - 22.VLXP.065693..CBCL.. - 50 Mbps | Jun 15, 20 to Jul 14, 20 | 400.05 |
| **Total Recurring Charges** | | **400.05** |

**Account Number**     908921336                                    **Invoice Number**     102994505

**Service Details**

## Ethernet Equipment Fee : EQP-1000063365

| Location A | 431 REMINGTON BLVD, FLOOR 1, BOLINGBROOK, IL |
|------------|----------------------------------------------|

**Summary of Charges**

**Service Charges**

| | |
|---|---|
| Recurring Charges | 34 95 |
| **Total Service Charges** | **34.95** |
| **Total Charges** | **34.95** |

**Recurring Charges**

| Description | Date Range | Amount |
|-------------|------------|--------|
| Ethernet Equipment Fee | Jun 15, 20 to Jul 14, 20 | 34.95 |
| **Total Recurring Charges** | | **34.95** |



## att.com



MEADOWBROOK MANOR
648 N RIVER RD STE 100
NAPERVILLE, IL 60563-8968

**Account** REDACTED
**Billing Date** Jun 1, 2020

Web Site  att.com


REDACTED

# Monthly Statement

### May 2 - Jun 1, 2020

### Bill-At-A-Glance

| | |
|---|---|
| Previous Bill | 760.50 |
| Payment Received 6-02 - Thank You! | 760.50CR |
| Adjustments | .00 |
| Balance | .00 |
| Current Charges | 183.04 |
| **Total Amount Due** | **$183.04** |
| Amount Due in Full by | **Jun 25, 2020** |

### Billing Summary

**Online: att.com/myatt**

| | |
|---|---|
| **Plans and Services** | 159.86 |
| 1-877-438-0041 | |
| Repair Service: | |
| 1-877-888-5622 | |
| **AT&T Long Distance** | 23.18 |
| 1-877-438-0041 | |
| **Total of Current Charges** | **183.04** |

### News You Can Use Summary

- PREVENT DISCONNECT     • CARRIER INFO
- FEE DESCRIPTIONS        • BUSINESS RATE CHANGE
- COST ASSESSMENT CHRG
See "News You Can Use" for additional information.

Return bottom portion with your check in the enclosed envelope.

### AT&T Benefits

| | |
|---|---|
| • Total AT&T Savings | 585.00 |

### Plans and Services

**Promotions and Discounts**

| Item No. | Description | |
|---|---|---|
| 1 | Discount for CompleteLink 2.0 Discount for Bill Period Jun 1, 2020 | 2.97CR |
| | As of month 2 of your Annual commitment period for CompleteLink 2.0 MARC, you have met 38.70% of commitment. | |

**Monthly Service - Jun 1 thru Jun 30**

**Charges for 630 759-2316**

| | |
|---|---|
| CompleteLink® 2.0 Package | 33.00 |
| Business Usage Serv | |
| Line Charge | |

By choosing CompleteLink® 2.0 Package, you are saving $195.00 over the cost of the same services purchased separately.

| | |
|---|---|
| Federal Access Charge | 7.20 |

**Charges for 630 759-2423**

| | |
|---|---|
| CompleteLink® 2.0 Package | 33.00 |
| Business Usage Serv | |
| Line Charge | |

By choosing CompleteLink® 2.0 Package, you are saving $195.00 over the cost of the same services purchased separately.

| | |
|---|---|
| Federal Access Charge | 7.20 |

**Charges for 630 759-2478**

| | |
|---|---|
| CompleteLink® 2.0 Package | 33.00 |
| Business Usage Serv | |
| Line Charge | |

By choosing CompleteLink® 2.0 Package, you are saving $195.00 over the cost of the same services purchased separately.

| | |
|---|---|
| Federal Access Charge | 7.20 |
| **Total Monthly Service** | **120.60** |

Local Services provided by AT&T Illinois, AT&T Indiana, AT&T Michigan, AT&T Ohio or AT&T Wisconsin based upon the service address location.

GO GREEN - Enroll in paperless billing



MEADOWBROOK MANOR
648 N RIVER RD STE 100
NAPERVILLE, IL 60563-8968



Acc█████████

**Invoice Number** 630759231606

## Plans and Services

### Surcharges and Other Fees

| 9-1-1 Emergency System | |
| --- | --- |
| Billed for Bolingbrook | |
| State Infrastructure Maintenance Fee | 4.50 |
| State Additional Charges | .66 |
| Federal Universal Service Fee | .11 |
| IL Universal Service Fee | 5.64 |
| IL Telecom Relay Svc and Eqp | 2.57 |
| Cost Assessment Charge | .06 |
| **Total Surcharges and Other Fees** | 8.01 |
| | **21.55** |

### Taxes

| Federal at 3% | 3.61 |
| --- | --- |
| Illinois at 7% | 9.19 |
| Municipal Telecommunications Tax | 7.88 |
| **Total Taxes** | **20.68** |

| **Total Plans and Services** | **159.86** |
| --- | --- |

## AT&T Long Distance

Message Regarding Terms & Conditions:
To view your Terms & Conditions for AT&T Long
Distance, access www.att.com/servicepublications
or call AT&T at the toll free number on your bill.

**Invoice Summary**
(as of May        16, 2020)

| Current Charges | |
| --- | --- |
| Service Charges | 18.00 |
| Credits and Adjustments | .00 |
| Call Charges | .00 |
| Surcharges and Other Fees | 2.58 |
| Taxes | 2.60 |
| **Total Invoice Summary** | **23.18** |

**Service Charges**

**Monthly Service Charges**

| Type of Service | Period | Qty | |
| --- | --- | --- | --- |
| 1. AFL Unlimited 3 Line | 05/15-06/14 | 1 | 18.00 |
| **Total Monthly Service Charges** | | | **18.00** |

| **Total Service Charges** | **18.00** |
| --- | --- |

**Surcharges and Other Fees**

| 2. Federal Regulatory Fee | .61 |
| --- | --- |
| 3. Federal Universal Service Fee | 1.58 |
| 4. IL ICC Fee Recovery | .01 |
| 5. IL State Infrastructure Maintenance Fee Recov | .10 |
| 6. IL USF Surcharge | .28 |
| **Total Surcharges and Other Fees** | **2.58** |

**Taxes**

| 7. Federal | .00 |
| --- | --- |
| 8. State | 1.40 |

| Invoice Billing - Continued | |
| --- | --- |
| 9. Municipal | 1.20 |
| 10. Non Home State | .00 |
| **Total Taxes** | **2.60** |

| **Total Invoice Charges** | **23.18** |
| --- | --- |

| **Total AT&T Long Distance** | **23.18** |
| --- | --- |

## News You Can Use

### PREVENT DISCONNECT
Thank you for being a valued customer. It is important to inform you
that all charges must be paid each month to keep your account current
and prevent collection activities. In addition, please be aware that
we are required to inform you of certain charges that MUST be paid in
order to prevent interruption of basic local service. These charges
are already included in the Total Amount Due and are $183.04.

### CARRIER INFO
AT&T Long Distance, or a company that resells their service,
is your long distance and local toll carrier.

### FEE DESCRIPTIONS
The Administrative Expense Fee recovers a portion of AT&T's internal
costs associated with the Federal Communications Commission's Universal
Service Fund and related programs. The Federal Regulatory Fee recovers
amounts paid to the federal government for regulatory costs and
telecommunications services for the hearing impaired, and costs
associated with local number portability administration. These fees are
not taxes or charges that the government requires AT&T to collect from
its customers.

### BUSINESS RATE CHANGE
Effective August 1, 2020, rates for Access Lines and PBX Trunks will
increase to $274.00 (Access Areas A,B,C). For details on money saving
discount plans, please call the number listed on your bill.

### COST ASSESSMENT CHRG
AT&T charges you this monthly per line amount to recover its ongoing
costs incurred for property taxes and supporting the administration of
local number portability, a government program that enables customers
to retain their telephone number when changing service providers. This
fee is not a tax or charge that the government requires AT&T to collect
from its customers.



1697.007.074148.01.01.0000000 NNNNNNNY 015713.015713

© 2006 AT&T Knowledge Ventures. All rights reserved.

 **DIRECTV FOR BUSINESS**  **REDACTED**  **DATE DUE** Immediately  **AMOUNT DUE** $4,459.94  **REDACTED**

To contact us call 1-800-388-2505

## Summary

**Statement Date:** 06/04/20
**Page 1 of 1 for:**
MEADOWBROOK MANOR OF BOLINGB
**For Service at:**
ATTN: DARIUSZ WROBEL
431 REMINGTON BLVD
BOLINGBROOK, IL 60440-4918

| Service Interruption Date: | 06/17/20 |
|---|---|
| Previous Balance | 6,889.91 |
| Payments | -4,659.94 |
| Current Charges & Fees | 2,429.97 |
| Adjustments & Credits | -200.00 |
| Taxes | 0.00 |
| **Amount Due** | **$4,459.94** |

## Activity

| Start | End | Description | Amount |
|---|---|---|---|
| | | Previous Balance | 6,889.91 |
| 05/17 | | OneTime EFT Payment: Thank You | -4,659.94 |
| | | **Current Charges for Service Period 06/03/20 - 07/02/20** | |
| 03/12 | 09/11 | Value Credit | 0.00 |
| 06/03 | 07/02 | SELECT 1s 8 units | 50.00 |
| 06/03 | 07/02 | SELECT 10s 90 units | 562.50 |
| 06/03 | 07/02 | SELECT 100s 200 units | 1,250.00 |
| 06/03 | 07/02 | LOCALS HD | 0.00 |
| 06/03 | 07/02 | Local Channels 1s 8 Units | 7.20 |
| 06/03 | 07/02 | Local Channels 10s 90 Units | 81.00 |
| 06/03 | 07/02 | Local Channels 100s 200 Units | 180.00 |
| 06/03 | 07/02 | NBC Sports Chicago 1's 8 Units | 7.92 |
| 06/03 | 07/02 | NBC Sports Chicago 10's 90 Units | 89.10 |
| 06/03 | 07/02 | NBC Sports Chicago 100's 200 Units | 198.00 |
| 06/03 | 07/02 | SDtoHDMigrationNoCommit | 0.00 |
| | | **Fees** | |
| 05/08 | | Late Fee | 4.25 |
| | | **Adjustments & Credits** | |
| 03/12 | 09/11 | Value Credit Value Credit 3 of 6 | -200.00 Credit |
| | | **AMOUNT DUE** | **$4,459.94** |

### Thank you for choosing DIRECTV.

We're committed to bringing you the **best entertainment experience.**

## PAST DUE

Please Pay Immediately to Avoid Late Fees or Service Interruption. If you have already sent your payment, thank you.

**Late payment fee**
A late payment fee of $4.25 will be assessed if payment is not received on or before the due date.

**Restoral Fee**
If your service is suspended due to non-payment, when your service is restored, a Restoral Fee of up to $20 will be charged on your next bill.

---

**PLEASE FOLD ALONG PERFORATION, DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT**

 **DIRECTV FOR BUSINESS**

| INVOICE NUMBER | DATE DUE | ACCOUNT NUMBER | AMOUNT DUE | PAYMENT ENCLOSED |
|---|---|---|---|---|
| 37492296629 | Immediately | 028974673 | $4,459.94 | |

☐ Note my change of address on reverse side.
**DO NOT WRITE OTHER COMMENTS ON THIS FORM**

(331) 472-4500

To sign up for Auto Bill Pay, See Reverse.

Please do not send cash. Make check or money order payable to:

#BWNHPWR
#PBHIGDFGC7#
MB 01 002372 84064 B 8 A
MEADOWBROOK MANOR OF BOLINGBRO
ATTN: MELISSA ARTAJO
648 N RIVER RD  STE  100
NAPERVILLE IL 60563-8968

DIRECTV
PO BOX 5006
CAROL STREAM IL 60197-5006

0000000000000000028974673 7 0028 00445994 00445994 0



# INVOICE

Page 1 of 2

**Customer ID:** REDACTED

| | |
|---|---|
| Customer Name: | BUTTERFIELD HEALTH CARE GROUP |
| Service Period: | 06/01/20-06/30/20 |
| Invoice Date: | 05/29/2020 |
| Invoice Number: | 6063680-2007-3 |

| How To Contact Us | Your Payment Is Due | Your Total Due |
|---|---|---|
| Visit **wm.com** <br><br> To setup your online profile, sign up for paperless statements, manage your account, view holiday schedules, pay your invoice or schedule a pickup <br><br>  <br><br> Customer Service: <br> **(866) 570-4702** | **Jun 28, 2020** <br><br> f  full payment of the invoiced amount is not received within your contractual terms, you may be charged a monthly late charge of 2.5% of the unpaid amount, with a minimum monthly charge of $5, or such late charge allowed under applicable law, regulation or contract. | **$3,405.15** <br><br> If payment is received after 06/28/2020: **$ 3,488.19** <br><br><br> See Reverse for Important Messages |

| Previous Balance | | Payments | | Adjustments | | Current Charges | | Total Due |
|---|---|---|---|---|---|---|---|---|
| 3,408.85 | **+** | (1,705.92) | **+** | 0.00 | **+** | 1,702.22 | **=** | 3,405.15 |

**Details for Service Location:**   Customer ID: REDACTED
**Meadowbrook Manor Bolingbrook, 431 Remington Blvd, Bolingbrook IL 60440-4918**

| Description | Date | Ticket | Quantity | Amount |
|---|---|---|---|---|
| 6Yd fel cmpctr lse with svc | 06/01/20 | | 1.00 | 140.00 |
| 6 Yd fel compactor | 06/01/20 | | 1.00 | 1,214.02 |
| 8 Yd fel rcy | 06/01/20 | | 1.00 | 306.68 |
| Late payment charge for 03/31/2020 invoice 6043661 | 04/30/20 | | | 41.52 |
| **Total Current Charges** | | | | **1,702.22** |

✂ -------------------------- *Please detach and send the lower portion with payment* --- *(no cash or staples)* --------------------------



WASTE MANAGEMENT OF ILLINOIS, INC.
IL - SOUTHWEST
PO BOX 42390
PHOENIX, AZ 85080
(866) 570-4702

| Invoice Date | Invoice Number | Customer ID <br> (Include with your payment) |
|---|---|---|
| 05/29/2020 | 6063680-2007-3 | REDACTED |
| **Payment Terms** | **Total  Due** | **Amount** |
| Total Due by      06/28/2020 | $3,405.15 | |
| If Received after 06/28/2020 | $3,488.19 | |

2007000146340673004060636800000017022200000340515  1

I2007C80

BUTTERFIELD HEALTH CARE GROUP
648 N RIVER RD 100
NAPERVILLE IL 60563-8968

Remit To:   WM CORPORATE SERVICES, INC.
AS PAYMENT AGENT
PO BOX 4648
CAROL STREAM, IL 60197-4648

**THINK GREEN.**®

✺ Printed on recycled paper.

801-1125816-2007-0

Page 2 of 2

## 5 EASY WAYS TO PAY


**Automatic Payment**
Set up recurring payments with us at wm.com/myaccount.

**Pay Through Your Financial Institution**
Make a payment from your financial institution using your Customer ID.

**One-Time Payment**
At your desk or on the go, use wm.com or our WM mobile app for a quick and easy payment.

**Pay by Phone**
Payable 24/7 using our automated system at 866-964-2729.

**Mail it**
Write it, stuff it, stamp it, mail it. Envelope provided.

## HOW TO READ YOUR INVOICE



① States the date payment is due to Waste Management. Anything beyond that date may incur additional charges. Your **Total Due** is the total amount of current charges and any previous unpaid balances combined.

② Previous balance is the total due from your previous invoice. We subtract any **Payments Received/Adjustments** and add your **Current Charges** from this billing cycle to get a **Total Due** on this invoice. If you have not paid all or a portion of your previous balance, please pay the entire **Total Due** to avoid a late charge or service interruption.

③ Service location details the total current charges of this invoice.

### KEEP A LID ON OVERAGE CHARGES



**Eliminating overages helps you to:**
- Avoid unbudgeted costs
- Prevent unsafe conditions for employees and customers
- Decrease pests and other animal risks
- Reduce odors and other concerns
- Keep your waste and recycling areas clean and tidy

If you regularly have excess materials, we're here to help you put the lid on overages. Please check your service agreement and contact your Waste Management representative to right-size your service.

### FOLLOW THE RECYCLE RIGHT GUIDELINES

If your business has recycling service, please place only allowable materials in your recycling containers.



Recycle clean bottles, cans, paper and cardboard. / Keep food and liquid out of your recycling. / No loose plastic bags and no bagged recyclables.

**Only materials free of contaminants are recyclable.**

**For more information, visit:**
wm.com/recycleright

# LET US HELP YOU WITH YOUR RECYCLING CONTAMINATION AND OVERAGES.



If your service is suspended for non-payment, you may be charged a Resume charge to restart your service. For each returned check, a charge will be assessed on your next invoice equal to the maximum amount permitted by applicable state law.

### CHECK HERE TO CHANGE CONTACT INFO

List your new billing information below. For a change of service address, please contact Waste Management.

| | |
|---|---|
| Address 1 | |
| Address 2 | |
| City | |
| State | |
| Zip | |
| Email | |
| Date Valid | |

### CHECK HERE TO SIGN UP FOR AUTOMATIC PAYMENT ENROLLMENT

If I enroll in Automatic Payment services, I authorize Waste Management to pay my invoice by electronically deducting money from my bank account. I can cancel authorization by notifying Waste Management at wm.com or by calling the customer service number listed on my invoice. Your enrollment could take 1–2 billing cycles for Automatic Payments to take effect. Continue to submit payment until page one of your invoice reflects that your payment will be deducted.

| | |
|---|---|
| Email Address | |
| Date | |
| Bank Account Holder Signature | |

**NOTICE:** By sending your check, you are authorizing the Company to use information on your check to make a one-time electronic debit to your account at the financial institution indicated on your check. The electronic debit will be for the amount of your check and may occur as soon as the same day we receive your check.

In order for us to service your account or to collect any amounts you may owe (for non-marketing or solicitation purposes), we may contact you by telephone at any telephone number that you provided in connection with your account, including wireless telephone numbers, which could result in charges to you. Methods of contact may include text messages and using pre-recorded/artificial voice messages and/or use of an automatic dialing device, as applicable. We may also contact you by email or other methods as provided in our contract.

Please send all bankruptcy correspondence to PO Box 43290, Phoenix, AZ 85080 (this language is in compliance with 11 USC 342(c)(2) of the Bankruptcy Code)

## att.com



**AT&T**

# Monthly Statement

Jun 2 - Jul 1, 2020

MEADOWBROOK MANOR
648 N RIVER RD STE 100
NAPERVILLE, IL 60563-8968


REDACTED

Web Site **att.com**

Invoice Number  630759231607

### Bill-At-A-Glance

| | |
|---|---|
| Previous Bill | 183.04 |
| Payment | .00 |
| Adjustments | 4.04 |
| Past Due - Please Pay Immediately | 187.08 |
| Current Charges | 186.28 |
| **Total Amount Due** | **$373.36** |
| Current Charges Due in Full by | **Jul 28, 2020** |

### Billing Summary

**Online: att.com/myatt**

| | |
|---|---|
| **Plans and Services** | 163.10 |
|    1-877-438-0041 | |
| Repair Service: | |
|    1-877-888-5622 | |
| **AT&T Long Distance** | 23.18 |
|    1-877-438-0041 | |
| **Total of Current Charges** | **186.28** |

### News You Can Use Summary

- PREVENT DISCONNECT
- RATE INCREASE
- PAPERLESS BILLING
- BAND A AND B USAGE
- CARRIER INFO
- FEE DESCRIPTIONS
- COST ASSESSMENT CHRG

See "News You Can Use" for additional information.

Return bottom portion with your check in the enclosed envelope.

### AT&T Benefits

| | |
|---|---|
| • Total AT&T Savings | 585.00 |

### Detail of Payments and Adjustments

| Item No. | Date | Description | Adjustments | Payments |
|---|---|---|---|---|
| 1 | 7-03 | Late Payment Charges | 4.04 | |
| | | Totals | 4.04 | .00 |

### Plans and Services

**Promotions and Discounts**

| Item No. | Description | |
|---|---|---|
| 1 | Discount for CompleteLink 2.0 Discount for Bill Period Jul 1, 2020 | 2.97CR |
| | As of month 3 of your Annual commitment period for CompleteLink 2.0 MARC, you have met 57.99% of commitment. | |

**Monthly Service - Jul 1 thru Jul 31**
**Charges for 630 759-2316**

| | |
|---|---|
| **CompleteLink® 2.0 Package** | 33.00 |
|   Business Usage Serv | |
|   Line Charge | |

By choosing CompleteLink® 2.0 Package, you are saving $195.00 over the cost of the same services purchased separately.

| | |
|---|---|
| Federal Access Charge | 7.41 |

**Charges for 630 759-2423**

| | |
|---|---|
| **CompleteLink® 2.0 Package** | 33.00 |
|   Business Usage Serv | |
|   Line Charge | |

By choosing CompleteLink® 2.0 Package, you are saving $195.00 over the cost of the same services purchased separately.

| | |
|---|---|
| Federal Access Charge | 7.41 |

Local Services provided by AT&T Illinois, AT&T Indiana, AT&T Michigan, AT&T Ohio or AT&T Wisconsin based upon the service address location.

GO GREEN - Enroll in paperless billing



MEADOWBROOK MANOR
648 N RIVER RD STE 100
NAPERVILLE, IL 60563-8968

**Page** 2 of 3
**Account Number** 630 759-2316 501 7
**Billing Date** Jul 1, 2020

**Invoice Number** 630759231607

## Plans and Services

**Monthly Service - Continued**
**Charges for 630 759-2478**

| | |
|---|---|
| **CompleteLink® 2.0 Package** | 33.00 |
|    Business Usage Serv | |
|    Line Charge | |

By choosing CompleteLink® 2.0 Package,
you are saving $195.00 over the cost of the same
services purchased separately.

| | |
|---|---|
| Federal Access Charge | 7.41 |
| **Total Monthly Service** | **121.23** |

| **Surcharges and Other Fees** | |
|---|---|
| 9-1-1 Emergency System | |
| Billed for Bolingbrook | 4.50 |
| State Infrastructure Maintenance Fee | .67 |
| State Additional Charges | .11 |
| Federal Universal Service Fee | 7.86 |
| IL Universal Service Fee | 2.57 |
| IL Telecom Relay Svc and Eqp | .06 |
| Cost Assessment Charge | 8.01 |
| **Total Surcharges and Other Fees** | **23.78** |

| **Taxes** | |
|---|---|
| Federal at 3% | 3.62 |
| Illinois at 7% | 9.39 |
| Municipal Telecommunications Tax | 8.05 |
| **Total Taxes** | **21.06** |

| **Total Plans and Services** | **163.10** |
|---|---|

## AT&T Long Distance

NOTICE OF PRICE INCREASE
Thank you for being a valued AT&T customer.
Effective August 12, 2020, the minimum usage
charge for customers that are not on a long
distance plan will increase from $47.50 to
$52.50. The minimum usage charge only applies to
customers that have not chosen a long distance
calling plan. For more information, to cancel
service, or to discuss other long distance calling
plans, please call the toll-free number on your
bill or visit us online at www.att.com.

Message Regarding Terms & Conditions:
To view your Terms & Conditions for AT&T Long
Distance, access www.att.com/servicepublications
or call AT&T at the toll free number on your bill.

**Invoice Summary**
(as of June     16,  2020)

| **Current Charges** | |
|---|---|
| Service Charges | 18.00 |
| Credits and Adjustments | .00 |
| Call Charges | .00 |

**Invoice Billing - Continued**

| | |
|---|---|
| Surcharges and Other Fees | 2.58 |
| Taxes | 2.60 |
| **Total Invoice Summary** | **23.18** |

**Service Charges**

**Monthly Service Charges**

| Type of Service | Period | Qty | |
|---|---|---|---|
| 1. AFL Unlimited 3 Line | 06/15-07/14 | 1 | 18.00 |
| **Total Monthly Service Charges** | | | **18.00** |

| **Total Service Charges** | **18.00** |
|---|---|

**Surcharges and Other Fees**

| | |
|---|---|
| 2. Federal Regulatory Fee | .61 |
| 3. Federal Universal Service Fee | 1.58 |
| 4. IL ICC Fee Recovery | .01 |
| 5. IL State Infrastructure Maintenance Fee Recov | .10 |
| 6. IL USF Surcharge | .28 |
| **Total Surcharges and Other Fees** | **2.58** |

**Taxes**

| | |
|---|---|
| 7. Federal | .00 |
| 8. State | 1.40 |
| 9. Municipal | 1.20 |
| 10. Non Home State | .00 |
| **Total Taxes** | **2.60** |

| **Total Invoice Charges** | **23.18** |
|---|---|

| **Total AT&T Long Distance** | **23.18** |
|---|---|

## News You Can Use

PREVENT DISCONNECT
Thank you for being a valued customer. It is important to inform you
that all charges must be paid each month to keep your account current
and prevent collection activities. In addition, please be aware that
we are required to inform you of certain charges that MUST be paid in
order to prevent interruption of basic local service. These charges
are already included in the Total Amount Due and are $373.36.

CARRIER INFO
AT&T Long Distance, or a company that resells their service,
is your long distance and local toll carrier.



© 2006 AT&T Knowledge Ventures. All rights reserved.



**Greater Chicago** *Transit*

INVOICE **17419**

2319 Douglas Avenue
Des Plaines, Illinois 60018

224.735.1111
844.943.7386
844.WHERE-TO

| | |
|---|---|
| .Meadowbrook - Bolingbrook | TERMS:  Net 90 |
| 431 W Remington Blvd | DATE: 04/27/2020 |
| Bolingbrook, IL  60440 | **BALANCE DUE** |
| | **$152.00** |

Client Name
**Donald Dejovine**

| Date | Item Description | Quantity | Rate | Total |
|---|---|---|---|---|
| 04/27/2020 | **Round Trip (Facility)**<br>*Meadowbrook Bolingbrook to 396 Remington Blvd., Bolingbrook* | 1 | 76.00 | 76.00 |
| 04/29/2020 | **Round Trip (Facility)**<br>*Meadowbrook Bolingbrook to 396 Remington Blvd., Bolingbrook* | 1 | 76.00 | 76.00 |

Website:  www.GreaterChicagoTransit.com

Email:    info@GreaterChicagoTransit.com

**Thank you kindly for your business.**



**Greater Chicago** *Transit*

INVOICE **17572**

2319 Douglas Avenue
Des Plaines, Illinois 60018

224.735.1111
844.943.7386
844.WHERE-TO

| | |
|---|---|
| .Meadowbrook - Bolingbrook | TERMS:  Net 90 |
| 431 W Remington Blvd | DATE: 05/04/2020 |
| Bolingbrook, IL  60440 | **BALANCE DUE** |
| | **$76.00** |

Client Name
**Mark Larson**

| Date | Item Description | Quantity | Rate | Total |
|---|---|---|---|---|
| 05/04/2020 | **Round Trip (Facility)**<br>*Meadowbrook Bolingbrook to 396 Remington Blvd., Bolingbrook* | 1 | 76.00 | 76.00 |

Website:  www.GreaterChicagoTransit.com

Email:    info@GreaterChicagoTransit.com

**Thank you kindly for your business.**



# Greater Chicago *Transit*

## INVOICE  **17608**

2319 Douglas Avenue
Des Plaines, Illinois 60018

224.735.1111
844.943.7386
844.WHERE-TO

| | |
|---|---|
| .Meadowbrook - Bolingbrook | TERMS:  Net 90 |
| 431 W Remington Blvd | DATE: 05/08/2020 |
| Bolingbrook, IL  60440 | **BALANCE DUE** |
| | **$280.00** |

Client Name
**William Myers**

| Date | Item Description | Quantity | Rate | Total |
|---|---|---|---|---|
| 05/07/2020 | **Round Trip (Facility)** <br> *Meadowbrook Bolingbrook to 1051 W US Rt 6, Morris* | 1 | 280.00 | 280.00 |

Website:  www.GreaterChicagoTransit.com

Email:  info@GreaterChicagoTransit.com

**Thank you kindly for your business.**



# Greater Chicago *Transit*

### INVOICE  **17806**

2319 Douglas Avenue
Des Plaines, Illinois 60018

224.735.1111
844.943.7386
844.WHERE-TO

---

.Meadowbrook - Bolingbrook

431 W Remington Blvd

Bolingbrook, IL  60440

TERMS:  Net 90

DATE: 06/03/2020

**BALANCE DUE**

**$415.00**

---

Client Name

**Joseph Cowans**

---

| Date | Item Description | Quantity | Rate | Total |
|------|------------------|----------|------|-------|
| 11/13/2019 | **Round Trip (Facility)** *Meadowbrook Bolingbrook to 396 Remington Blvd., Bolingbrook - dialysis* | 1 | 76.00 | 76.00 |
| 11/15/2019 | **Round Trip (Facility)** *Meadowbrook Bolingbrook to 396 Remington Blvd., Bolingbrook - dialysis* | 1 | 76.00 | 76.00 |
| 11/18/2019 | **Round Trip (Facility)** *Meadowbrook Bolingbrook to 396 Remington Blvd., Bolingbrook - dialysis* | 1 | 76.00 | 76.00 |
| 11/20/2019 | **Round Trip (Facility)** *Meadowbrook Bolingbrook to 396 Remington Blvd., Bolingbrook - dialysis* | 1 | 76.00 | 76.00 |
| 11/22/2019 | **Round Trip (Facility)** *Meadowbrook Bolingbrook to 396 Remington Blvd., Bolingbrook - dialysis* | 1 | 76.00 | 76.00 |
| 11/25/2019 | **Cancellation** | 1 | 35.00 | 35.00 |

Website:  www.GreaterChicagoTransit.com

Email:    info@GreaterChicagoTransit.com

**Thank you kindly for your business.**

| | *Cancellation at door.  Vehicle arrived at facility.* | | | |
|---|---|---|---|---|



**Greater Chicago** *Transit*

2319 Douglas Avenue
Des Plaines, Illinois 60018

224.735.1111
844.943.7386
844.WHERE-TO

INVOICE **17829**

| | |
|---|---|
| .Meadowbrook - Bolingbrook | TERMS:  Net 90 |
| 431 W Remington Blvd | DATE: 06/08/2020 |
| Bolingbrook, IL  60440 | **BALANCE DUE** |
| | **$76.00** |

Client Name
**Alton Childs**

| Date | Item Description | Quantity | Rate | Total |
|---|---|---|---|---|
| 07/15/2019 | **Round Trip (Facility)** *Meadowbrook Bolingbrook to 396 Remington Blvd., Bolingbrook* | 1 | 76.00 | 76.00 |

Website:  www.GreaterChicagoTransit.com

Email:  info@GreaterChicagoTransit.com

**Thank you kindly for your business.**

AR pages 1309 to 1327 are redacted in their entirety.



**OMB Control Number: 3245-0407**
**Expiration Date: 11/30/2020**

## PAYCHECK PROTECTION PROGRAM
## LOAN NECESSITY QUESTIONNAIRE (FOR-PROFIT BORROWERS)

The purpose of this form is to facilitate the collection of supplemental information that will be used by SBA loan reviewers to evaluate the good-faith certification that you made on your PPP Borrower Application (SBA Form 2483 or Lender's equivalent form) that economic uncertainty made the loan request necessary. Each for-profit Borrower that, together with its affiliates,[1] received PPP loans with an original principal amount of $2 million or greater is required to complete this form and submit it, along with the required supporting documents, to the Lender servicing Borrower's PPP loan. **The completed form is due to the Lender servicing your PPP loan within ten business days of receipt from your Lender.**

SBA is reviewing these loans to maximize program integrity and protect taxpayer resources. The information collected will be used to inform SBA's review of your good-faith certification that economic uncertainty made your loan request necessary to support your ongoing operations. Receipt of this form does not mean that SBA is challenging that certification. After this form is submitted, SBA may request additional information, if necessary, to complete the review. SBA's determination will be based on the totality of your circumstances.

Failure to complete the form and provide the required supporting documents may result in SBA's determination that you were ineligible for either the PPP loan, the PPP loan amount, or any forgiveness amount claimed, and SBA may seek repayment of the loan or pursue other available remedies.

Within five business days after you provide a complete form with all required responses, supporting documents, and signatures and certifications, the Lender servicing your loan is required to upload the form and documents to the SBA PPP Forgiveness Platform (forgiveness.sba.gov) and separately input your responses to each question into the web form available in the platform.

**Additional instructions are set forth on the next page.**

---

**Paperwork Reduction Act** – You are not required to respond to this collection of information unless it displays a currently valid OMB Control Number. The estimated time for completing this questionnaire, including gathering data needed, is 90 minutes. Comments about this time or the information requested should be sent to Small Business Administration, Director, Records Management Division, 409 3rd St., SW, Washington DC 20416, and/or SBA Desk Officer, Office of Management and Budget, New Executive Office Building, Washington DC 20503. **PLEASE DO NOT SEND FORMS TO THESE ADDRESSES.**

---

[1] See 85 FR 20817 (April 15, 2020) regarding application of SBA's affiliation rules.

SBA Form 3509 (10/2020)

## Part A – Borrower Information

| Business Legal Name ("Borrower") | DBA or Tradename, if applicable | |
|---|---|---|
| Butterfield Health Care, Inc | Meadowbrook Manor | |
| **Business Address** | **Business TIN (EIN, SSN)** | **Business Phone** |
| 431 W. Remington Bvld., Bolingbrook, IL 60440 | REDACTED | REDACTED |
| | **Primary Contact** | **E-mail Address** |
| | Liz Koshy | REDACTED |
| **SBA PPP Loan Number** | **Original Principal Amount of PPP Loan ($)** | |
| 8187157206 | 2,201,640.00 | |

## Part B – For-Profit Borrower Questionnaire

Eligible types of for-profit borrowers include sole proprietors, partnerships, C-corporations, S-corporations, limited liability companies, independent contractors, eligible self-employed individuals, Tribal businesses (sec. 31(b)(2)(C) of Small Business Act), and electric and telephone cooperatives exempt from federal income taxation under section 501(c)(12) of the Internal Revenue Code.

Instructions:
- For the Business Activity Assessment section below, you must include supporting documentation for your answers to question #1 as part of your submission.
- For the Liquidity Assessment section below, you must include supporting documentation for your answers to questions #1, 2.B, 3.B, 4.C, and 5.C as part of your submission.
- For each question, in the right-hand column (labeled "Confidential?"), select "YES" or "NO" to indicate whether your answers or information provided in response to the question are customarily kept confidential.
- SBA may request additional supporting documentation as part of the loan review.

| Business Activity Assessment | | Confidential? |
|---|---|---|
| 1. Provide answers and supporting documentation for questions 1.A **and either** 1.B or 1.C: | | |
| A. What was Borrower's gross revenue in the second calendar quarter (Q2) of 2020? *Seasonal borrowers may provide gross revenue in the third calendar quarter (Q3) of 2020 instead of Q2 2020.* | REDACTED | Select |
| B. If Borrower existed in Q2 2019, what was Borrower's gross revenue in Q2 2019? *Seasonal borrowers that entered gross revenue in Q3 2020 for question 1.A must enter gross revenue in Q3 2019.* | REDACTED | Select |

2

SBA Form 3509 (10/2020)

| | | | |
|---|---|---|---|
| | C. | If Borrower did not exist in Q2 2019, what was Borrower's gross revenue in the first calendar quarter (Q1) of 2020? *Seasonal borrowers that entered gross revenue in Q3 2020 for question 1.A must enter gross revenue in Q3 2019.* | $     Select |
| 2. | A. | Since the COVID-19 National Emergency Declaration issued by President Trump on March 13, 2020, has Borrower been ordered to shut down by a state or local authority due to COVID-19? | ☐ YES ☑ NO    Select |
| | B. | If the answer to 2.A is YES, which state or local authority issued the shutdown order? | Select |
| | C. | If the answer to 2.A is YES, provide start and end dates of the shutdown order (if ongoing, write "present" under "End"). | Start     End     Select |
| 3. | A. | At any time since March 13, 2020, has Borrower been ordered to significantly alter its operations by a state or local authority due to COVID-19? | ☑ YES ☐ NO    Select |
| | B. | If the answer to 3.A is YES, provide start and end dates of the order to alter its operations (if ongoing, write "present" under "End"). | Start     End    4/6/20    06/15/2020   Select |
| | C. | If the answer to 3.A is YES, how were Borrower's operations altered due to the order? (select all that apply) | |
| | | i. The number of people permitted in a location at one time was reduced or capped. | ☑ YES ☐ NO    Select |
| | | ii. Service was restricted to outdoors. | ☐ YES ☑ NO    Select |
| | | iii. Employee workspaces were reconfigured. | ☑ YES ☐ NO    Select |
| | | iv. Other (please describe) [1,000-character max]. Couldn't take new admissions or readmissions. No visitors allowed. No beauticians, hospice care. Only emergency medical needs | Select |
| | D. | If the answer to 3.A is YES, what were Borrower's approximate additional cash outlays for these mandatory alterations? | REDACTED    Select |

3

SBA Form 3509 (10/2020)

| 4. | A. | At any time since March 13, 2020, has Borrower voluntarily ceased or reduced its operations due to COVID-19? | ☐ YES ☑ NO | | Select |
|---|---|---|---|---|---|
| | B. | If the answer to 4.A is YES, provide start and end dates when Borrower voluntarily ceased or reduced operations (if ongoing, write "present" under "End"). | Start | End | Select |
| | C. | If the answer to 4.A is YES, why did Borrower voluntarily cease or reduce operations? (select all that apply) | ☐ YES ☐ NO | | Select |
| | | i.  Employee(s) contracted COVID-19. | | | |
| | | ii. COVID-19 significantly disrupted Borrower's supply chain (e.g., a supplier of goods or services that are essential to Borrower's operations was unable to deliver due to COVID-19). | ☐ YES ☐ NO | | Select |
| | | iii. Other (please describe) [1,000-character max]. Special Covid unitd constru | | | Select |
| 5. | A. | At any time since March 13, 2020, has Borrower voluntarily altered its operations due to COVID-19 (other than ceasing or reducing operations)? | ☑ YES ☐ NO | | Select |
| | B. | If the answer to 5.A is YES, provide start and end dates when the voluntary alterations were in place (if ongoing, write "present" under "End"; if staggered, provide multiple start and end dates). | Start 3/1/20 | End current | Select |
| | C. | If the answer to 5.A is YES, how were Borrower's operations voluntarily altered? (select all that apply) | | | |
| | | i.  The number of people permitted in a location at one time was reduced or capped. | ☑ YES ☐ NO | | Select |
| | | ii. Service was restricted to outdoors. | ☐ YES ☑ NO | | Select |
| | | iii. Employee workspaces were reconfigured. | ☑ YES ☐ NO | | Select |

4

SBA Form 3509 (10/2020)

| | | |
|---|---|---|
| iv. Other (please describe) [1,000-character max].<br>Special Covid units constructed with separate air rxchange and water system | | Select |
| D. If the answer to 5.A is YES, what were Borrower's approximate additional cash outlays for these voluntary alterations? | REDACTED | Select |
| 6. | A. Between March 13, 2020 and the end of the loan forgiveness covered period of the PPP loan, did Borrower begin any new capital improvement projects not due to COVID-19? | YES ☑ NO | Select |
| | B. If the answer to 6.A is YES, what were Borrower's approximate cash outlays for those projects? | $ | Select |
| 7. | What is Borrower's primary six-digit NAICS code? | 623311 | Select |
| 8. | Optional – provide additional comments on any question in this Business Activity Assessment section [1,000-character max]. | | Select |

| **Liquidity Assessment** | | **Confidential?** |
|---|---|---|
| 1. | As of the last day of the calendar quarter immediately before the date of Borrower's PPP loan application, how much did Borrower own in cash and cash equivalents? Provide supporting documentation. | REDACTED | Select |
| 2. | A. Between March 13, 2020 and the end of the loan forgiveness covered period of the PPP loan, has Borrower paid any dividends or other capital distributions (other than for pass-through estimated tax payments[2]) to its owners? | ☑ YES NO | Select |

---

[2] Distributions made by a partnership or S-corporation that are designed to be used only for owners' estimated quarterly tax payments are excepted, as long as they do not exceed the tax liability on profits earned in the first three quarters of 2020, 110 percent of the pro-rata share of last year's tax liability on distributions, and/or 100 percent of the pro rata share of tax liability on total distributions in 2020.

5

SBA Form 3509 (10/2020)

| | | | | |
|---|---|---|---|---|
| | B. | If the answer to 2.A is YES, what was the total amount of all dividends or other capital distributions between March 13, 2020 and the end of the loan forgiveness covered period of the PPP loan?  Provide supporting documentation. | REDACTED | Select |
| 3. | A. | Between March 13, 2020 and the end of the loan forgiveness covered period of the PPP loan, has Borrower prepaid any outstanding debt (i.e., paid before contractually due)? | YES ☐  NO ☑ | Select |
| | B. | If the answer to 3.A is YES, what was the total amount of all debt prepayments between March 13, 2020 and the end of the loan forgiveness covered period of the PPP loan?  Provide supporting documentation. | $ | Select |
| 4. | A. | During the loan forgiveness covered period of the PPP loan, were any of Borrower's employees compensated in an amount that exceeds $250,000 on an annualized basis? (Compensation for this purpose covers gross salary, gross wages, gross tips, gross commissions, and allowances for dismissal or separation.) | YES ☐  NO ☑ | Select |
| | B. | If the answer to 4.A is YES, how many employees? | | Select |
| | C. | If the answer to 4.A is YES, what was the total amount of compensation during the loan forgiveness covered period of all of those employees included in the answer to 4.B?  Provide supporting documentation. | $ | Select |
| 5. | A. | During the loan forgiveness covered period of the PPP loan, were any of Borrower's owners who work at Borrower compensated by Borrower in an amount that exceeds $250,000 on an annualized basis? (Compensation for this purpose covers gross salary, gross wages, gross tips, gross commissions, and allowances for dismissal or separation.) | YES ☐  NO ☑ | Select |
| | B. | If the answer to 5.A is YES, how many owners? | | Select |
| | C. | If the answer to 5.A is YES, what was the total amount of compensation during the loan forgiveness covered period of all of those owners included in the answer to 5.B? Provide supporting documentation. | $ | Select |
| 6. | A. | On the date of Borrower's PPP loan application, were any of Borrower's equity securities listed on a national securities exchange? | YES ☐  NO ☑ | Select |

6

SBA Form 3509 (10/2020)

| | | | |
|---|---|---|---|
| | B. | If the answer to 6.A is YES, what was Borrower's market capitalization on the date of Borrower's PPP loan application? | $ | Select |
| 7. | A. | On the date of Borrower's PPP loan application, did any publicly traded company own 20 percent or more of any class of Borrower's outstanding equity securities? | ☐ YES ☑ NO | Select |
| | B. | If the answer to 7.A is YES, what was the name and market capitalization of the publicly traded company on the date of Borrower's PPP loan application? | | |
| | | Company A (name): | $ | Select |
| | | Company B (name): | $ | Select |
| | | Company C (name): | $ | Select |
| | | Company D (name): | $ | Select |
| | | Company E (name): | $ | Select |
| 8. | | If the answer to 6.A is NO, what was the book value (shareholders' equity value) of Borrower as of the last day of the calendar quarter immediately before the date of Borrower's PPP loan application? | ■REDACTED■3.00 | Select |
| 9. | A. | On the date of Borrower's PPP loan application, was Borrower a subsidiary of (i.e., was at least 50 percent of Borrower's common equity, or equivalent equity interest, owned by) another company (the parent company)? | ☐ YES ☑ NO | Select |
| | B. | If the answer to 9.A is YES, what was the name of the parent company? | | Select |
| | C. | If the answer to 9.A is YES, was the parent company organized or incorporated under the laws of a jurisdiction outside the U. S.? | ☐ YES ☐ NO | Select |
| | D. | If the answer to 9.A is YES, and if any of the equity securities of Borrower's parent company are listed on a national securities exchange or on a securities exchange in a non-U.S. jurisdiction, what was the market capitalization of the parent company on the date of Borrower's PPP loan application? | $ | Select |
| 10. | | On the date of Borrower's PPP loan application, was 20 percent or more of any class of Borrower's outstanding equity securities owned by a private equity firm, venture capital firm, or hedge fund (including a fund managed by any such firm)? | ☐ YES ☑ NO | Select |

7

SBA Form 3509 (10/2020)

| | | | | |
|---|---|---|---|---|
| 11. | A. | On the date of Borrower's PPP loan application, was Borrower an affiliate[3] or a subsidiary (i.e., was at least 50 percent of Borrower's common equity, or equivalent equity interest, directly or indirectly owned or controlled by) of a foreign, state-owned enterprise (i.e., a company at least 50 percent owned by a foreign state) or of a department, agency, or instrumentality of a foreign state? | ☐ YES ☑ NO | Select |
| | B. | If the answer to 11.A is YES, what was the name of the foreign, state-owned enterprise or of the foreign state's department, agency, or instrumentality? | | Select |
| 12. | A. | Did Borrower directly receive any funds from any CARES Act program other than PPP, excluding tax benefits? | ☑ YES ☐ NO | Select |
| | B. | If the answer to 12.A is YES, please provide funding amount. | REDACTED | Select |
| | C. | If the answer to 12.A is YES, please provide the program name or describe the funding source. [1,000-character max] REDACTED | | Select |
| 13. | | Optional – provide additional comments on any question in this Liquidity Assessment section[1,000-character max]. distributions shown in the box 2 B are monthly distribution that paid every year. | | Select |

---

[3] For purposes of this question, apply the affiliation test as described in SBA's interim final rule on affiliates, 85 FR 20817 (April 15, 2020).

8

SBA Form 3509 (10/2020)

<u>CERTIFICATIONS</u>

The Authorized Representative of Borrower must certify to all of the below by initialing next to each item:

KJ

I certify that I have the authority to sign and submit this questionnaire on behalf of the Borrower.

KJ

I certify that the information provided in this questionnaire and in all supporting documentation is true and correct in all material respects. I make this certification after reasonable inquiry of people, systems, and other information available to the Borrower.

KJ

I understand that knowingly making a false statement to obtain a guaranteed loan or forgiveness of an SBA-guaranteed loan is punishable under the law, including under 18 U.S.C. 1001 and 3571 by imprisonment of not more than five years and/or a fine of up to $250,000; under 15 U.S.C. 645 by imprisonment of not more than two years and/or a fine of not more than $5,000; and, if submitted to a federally insured institution, under 18 U.S.C. 1014 by imprisonment of not more than thirty years and/or a fine of not more than $1,000,000.

*K J*

_____
Signature of Authorized Representative of Borrower

Kianoosh Jafari
_____
Print Name

President of Butterfield Health Care,Inc
_____
Title

12/1/20
_____
Date

9

SBA Form 3509 (10/2020)

AR pages 1337 to 1379 are redacted in their entirety.



*00000008187157206%0955%04292020%  BAB3072*

# PROMISSORY NOTE

| Principal | Loan Date | Maturity | Loan No | Call / Coll | Account | Officer | Initials |
|---|---|---|---|---|---|---|---|
| $2,201,640.00 | 04-29-2020 | 04-29-2022 | 8187157206 | 999 | BAB3072 | LPB2 | |

References in the boxes above are for Lender's use only and do not limit the applicability of this document to any particular loan or item.
Any item above containing "***" has been omitted due to text length limitations.

**Borrower:**  Butterfield Health Care, Inc.     **Lender:**  MIDLAND STATES BANK
335 REMINGTON BLVD                              Heartland Bank Direct
BOLINGBROOK, IL  60440-0000                     Effingham, IL  62401

---

**Principal Amount: $2,201,640.00**          **Interest Rate: 1.000%**          **Date of Note: April 29, 2020**

**PROMISE TO PAY.** Butterfield Health Care, Inc. ("Borrower") promises to pay to MIDLAND STATES BANK ("Lender"), or order, in lawful money of the United States of America, the principal amount of Two Million Two Hundred One Thousand Six Hundred Forty & 00/100 Dollars ($2,201,640.00), together with interest on the unpaid principal balance from April 29, 2020, calculated as described in the "INTEREST CALCULATION METHOD" paragraph using an interest rate of 1.000%, until paid in full. The interest rate may change under the terms and conditions of the "INTEREST AFTER DEFAULT" section.

**PAYMENT.** Borrower will pay this loan in 18 payments of $123,901.28 each payment. Borrower's first payment is due November 29, 2020, and all subsequent payments are due on the same day of each month after that. Borrower's final payment will be due on April 29, 2022, and will be for all principal and all accrued interest not yet paid. Payments include principal and interest. Unless otherwise agreed or required by applicable law, payments will be applied first to any accrued unpaid interest; then to principal; then to any late charges; and then to any unpaid collection costs. Borrower will pay Lender at Lender's address shown above or at such other place as Lender may designate in writing.

**INTEREST CALCULATION METHOD.** Interest on this Note is computed on a 365/365 simple interest basis; that is, by applying the ratio of the interest rate over the number of days in a year (365 for all years, including leap years), multiplied by the outstanding principal balance, multiplied by the actual number of days the principal balance is outstanding. All interest payable under this Note is computed using this method.

**SBA PPP GUARANTEED LOAN.** This Note was made under a United States Small Business Administration (SBA) nationwide program which uses tax dollars to assist small business owners. If the United states is seeking to enforce this document, then under SBA regulations:

a)  When SBA is the holder of the Note, this document and all documents evidencing or securing this Loan will be construed in accordance with federal law.

b)  Lender or SBA may use local or state procedures for purposes such as filing papers, recording documents, giving notice, foreclosing liens, and other purposes. By using these procedures, SBA does not waive any federal immunity from local or state control, penalty, tax or liability. No Borrower or Guarantor may claim or assert against SBA any local or state law to deny any obligation of Borrower, or defeat any claim of SBA with respect to this Loan.

Any clause in this document requiring arbitration is not enforceable when SBA is the holder of the Note secured by this instrument.

**SBA PPP PROVISION.** Borrower acknowledges that Borrower is solely responsible for complying SBA rules, requirements, and guidance for the Paycheck Protection Program ("PPP") existing as of the Loan Date or that may exist thereafter. Borrower acknowledges that Lender makes no warranty whatsoever regarding the Borrower's participation in PPP, including Borrower's potential qualification for loan forgiveness pursuant to either current or future SBA PPP requirements. Notwithstanding the forgoing, Borrower and Lender agree to take such further actions and sign such further documents as may be requested by Lender, in Lender's sole discretion, to amend any provision of this Note or related documents to cure any alleged defect to the enforceability of this Note under law or current and future SBA or PPP requirements; and failure of Borrower to respond to any request from Lender pursuant to this sentence within thirty (30) calendar days of the date Lender sends such request to Borrower shall be deemed to be Borrower's consent to the amendment requested by Lender.

**PREPAYMENT.** Borrower may pay without penalty all or a portion of the amount owed earlier than it is due. Early payments will not, unless agreed to by Lender in writing, relieve Borrower of Borrower's obligation to continue to make payments under the payment schedule. Rather, early payments will reduce the principal balance due and may result in Borrower's making fewer payments. Borrower agrees not to send Lender payments marked "paid in full", "without recourse", or similar language. If Borrower sends such a payment, Lender may accept it without losing any of Lender's rights under this Note, and Borrower will remain obligated to pay any further amount owed to Lender. All written communications concerning disputed amounts, including any check or other payment instrument that indicates that the payment constitutes "payment in full" of the amount owed or that is tendered with other conditions or limitations or as full satisfaction of a disputed amount must be mailed or delivered to: MIDLAND STATES BANK, 1201 NETWORK CENTRE DR EFFINGHAM, IL  62401.

**LATE CHARGE.** If a payment is 10 days or more late, Borrower will be charged 5.000% of the regularly scheduled payment or $10.00, whichever is greater.

**INTEREST AFTER DEFAULT.** Upon default, including failure to pay upon final maturity, the interest rate on this Note shall be increased by 2.000 percentage points. However, in no event will the interest rate exceed the maximum interest rate limitations under applicable law.

**DEFAULT.** Each of the following shall constitute an event of default ("Event of Default") under this Note:

**Payment Default.** Borrower fails to make any payment when due under this Note.

**Other Defaults.** Borrower fails to comply with or to perform any other term, obligation, covenant or condition contained in this Note or in any of the related documents or to comply with or to perform any term, obligation, covenant or condition contained in any other agreement between Lender and Borrower.

**Default in Favor of Third Parties.** Borrower or any Grantor defaults under any loan, extension of credit, security agreement, purchase or sales agreement, or any other agreement, in favor of any other creditor or person that may materially affect any of Borrower's property or Borrower's ability to repay this Note or perform Borrower's obligations under this Note or any of the related documents.

**False Statements.** Any warranty, representation or statement made or furnished to Lender by Borrower or on Borrower's behalf under this Note or the related documents is false or misleading in any material respect, either now or at the time made or furnished or becomes false or misleading at any time thereafter.

# PROMISSORY NOTE
**(Continued)**

**Insolvency.** The dissolution or termination of Borrower's existence as a going business, the insolvency of Borrower, the appointment of a receiver for any part of Borrower's property, any assignment for the benefit of creditors, any type of creditor workout, or the commencement of any proceeding under any bankruptcy or insolvency laws by or against Borrower.

**Creditor or Forfeiture Proceedings.** Commencement of foreclosure or forfeiture proceedings, whether by judicial proceeding, self-help, repossession or any other method, by any creditor of Borrower or by any governmental agency against any collateral securing the loan. This includes a garnishment of any of Borrower's accounts, including deposit accounts, with Lender. However, this Event of Default shall not apply if there is a good faith dispute by Borrower as to the validity or reasonableness of the claim which is the basis of the creditor or forfeiture proceeding and if Borrower gives Lender written notice of the creditor or forfeiture proceeding and deposits with Lender monies or a surety bond for the creditor or forfeiture proceeding, in an amount determined by Lender, in its sole discretion, as being an adequate reserve or bond for the dispute.

**Events Affecting Guarantor.** Any of the preceding events occurs with respect to any guarantor, endorser, surety, or accommodation party or any of the indebtedness or any guarantor, endorser, surety, or accommodation party dies or becomes incompetent, or revokes or disputes the validity of, or liability under, any guaranty of the indebtedness evidenced by this Note.

**Change In Ownership.** Any change in ownership of twenty-five percent (25%) or more of the common stock of Borrower.

**Adverse Change.** A material adverse change occurs in Borrower's financial condition, or Lender believes the prospect of payment or performance of this Note is impaired.

**Insecurity.** Lender in good faith believes itself insecure.

**Cure Provisions.** If any default, other than a default in payment, is curable and if Borrower has not been given a notice of a breach of the same provision of this Note within the preceding twelve (12) months, it may be cured if Borrower, after Lender sends written notice to Borrower demanding cure of such default: (1) cures the default within thirty (30) days; or (2) if the cure requires more than thirty (30) days, immediately initiates steps which Lender deems in Lender's sole discretion to be sufficient to cure the default and thereafter continues and completes all reasonable and necessary steps sufficient to produce compliance as soon as reasonably practical.

**LENDER'S RIGHTS.** Upon default, Lender may declare the entire unpaid principal balance under this Note and all accrued unpaid interest immediately due, and then Borrower will pay that amount.

**ATTORNEYS' FEES; EXPENSES.** Lender may hire or pay someone else to help collect this Note if Borrower does not pay. Borrower will pay Lender that amount. This includes, subject to any limits under applicable law, Lender's attorneys' fees and Lender's legal expenses, whether or not there is a lawsuit, including attorneys' fees, expenses for bankruptcy proceedings (including efforts to modify or vacate any automatic stay or injunction), and appeals. If not prohibited by applicable law, Borrower also will pay any court costs, in addition to all other sums provided by law.

**JURY WAIVER. Lender and Borrower hereby waive the right to any jury trial in any action, proceeding, or counterclaim brought by either Lender or Borrower against the other.**

**GOVERNING LAW. This Note will be governed by federal law applicable to Lender and, to the extent not preempted by federal law, the laws of the State of Illinois without regard to its conflicts of law provisions. This Note has been accepted by Lender in the State of Illinois.**

**DISHONORED ITEM FEE.** Borrower will pay a fee to Lender of $25.00 if Borrower makes a payment on Borrower's loan and the check or preauthorized charge with which Borrower pays is later dishonored.

**RIGHT OF SETOFF.** To the extent permitted by applicable law, Lender reserves a right of setoff in all Borrower's accounts with Lender (whether checking, savings, or some other account). This includes all accounts Borrower holds jointly with someone else and all accounts Borrower may open in the future. However, this does not include any IRA or Keogh accounts, or any trust accounts for which setoff would be prohibited by law. Borrower authorizes Lender, to the extent permitted by applicable law, to charge or setoff all sums owing on the debt against any and all such accounts.

**COLLATERAL.** This loan is unsecured.

**FINANCIAL REPORTING REQUIREMENT.** In the event Borrower and/or Guarantor(s) are not under the terms and conditions of a separately executed Loan Agreement, Commitment Letter, or other separate agreement, Borrower/Guarantor will provide annually, or more frequently, upon Lender request, any financial information reasonably requested by Lender, including, but not limited to, annual, or interim financial statements, tax returns, rent rolls, sales reports, equipment listings, detailed accounts receivable/payable/inventory listings. All information submitted by Borrower/Guarantor will be in a form acceptable to Lender.

All such financial information must be true and correct in all material respects and fairly represent Borrower's financial condition as of the date the financial information is provided to Lender.

**GENERAL RELEASE.** As further consideration to Lender, each Borrower and Guarantor, as well as their respective successors and assigns ("Releasing Parties"), agree to forever release, indemnify, defend, and hold harmless Lender and its successors and assigns ("Released Parties") from all claims and causes of action of any other kind, whether known or unknown and whether now existing or hereafter arising, that Releasing Parties had, have, or could have against Released Parties, and that arise out of or relate to any circumstance or event that occurred prior to Loan Date, including without limitation, any remedy available under the Note or otherwise. **PPP Release.** Borrower has not sought, received, or relied on Lender or any of Lender's agents for legal, accounting or other professional services, or any advice about the suitability, eligibility, or compliance with any SBA program or the rules, requirements, or guidelines thereof. Borrower has been advised to consult professionals of Borrower's choice regarding SBA programs. Without limiting any General Release herein, Released Parties specifically agree to forever release, indemnify, defend, and hold harmless Released Parties from all claims and causes of action of any kind whether known or unknown and whether now existing or hereafter arising, that Releasing Parties had, have, or could have against Released Parties that arise out of or relate to Borrower's application to or participation in the PPP, or determinations made pursuant to any rules, requirements or guidelines that the SBA has or may promulgate regarding the PPP. **No Admission; Value.** Releasing Parties agree nothing herein constitutes or may be construed as an admission of wrongdoing or liability by Released Parties, or the existence of any claims of Releasing Parties against Released Parties. Releasing Parties agree that the value of consideration given by Lender to Borrower herein exceeds the value of all released claims.

**Dispute Resolution.** The Parties agree that any disputes, claims, or causes of action arising out of or relating to the obligation related to this Note, except for enforcement of the Note itself, shall be submitted for final and binding confidential arbitration administered to the American Arbitration Association ("AAA"), or a comparable arbitration organization chosen by a court of competent jurisdiction, under its commercial rules, and that the Parties will share the costs of arbitration equally. The Parties will mutually agree to select one arbitrator as well as the location of the arbitration. Arbitration will only decide Borrower or Lender's claims, and

**Class Waiver.** THE PARTIES AGREE TO FORFEIT ANY RIGHT TO ACT AS A REPRESENTATIVE OF ANY CLASS OF CLAIMANTS, OR AS A PRIVATE ATTORNEY GENERAL, REGARDING ANY DISPUTE, CLAIM, OR CAUSE OF ACTION.

**PROMISSORY NOTE**

Loan No: 8187157206                                **(Continued)**                                Page 3

---

**SUCCESSOR INTERESTS.** The terms of this Note shall be binding upon Borrower, and upon Borrower's heirs, personal representatives, successors and assigns, and shall inure to the benefit of Lender and its successors and assigns.

**NOTIFY US OF INACCURATE INFORMATION WE REPORT TO CONSUMER REPORTING AGENCIES.** Borrower may notify Lender if Lender reports any inaccurate information about Borrower's account(s) to a consumer reporting agency. Borrower's written notice describing the specific inaccuracy(ies) should be sent to Lender at the following address: MIDLAND STATES BANK 1201 NETWORK CENTRE DR EFFINGHAM, IL 62401.

**GENERAL PROVISIONS.** If any part of this Note cannot be enforced, this fact will not affect the rest of the Note. Lender may delay or forgo enforcing any of its rights or remedies under this Note without losing them. Borrower and any other person who signs, guarantees or endorses this Note, to the extent allowed by law, waive presentment, demand for payment, and notice of dishonor. Upon any change in the terms of this Note, and unless otherwise expressly stated in writing, no party who signs this Note, whether as maker, guarantor, accommodation maker or endorser, shall be released from liability. All such parties agree that Lender may renew or extend (repeatedly and for any length of time) this loan or release any party or guarantor or collateral; or impair, fail to realize upon or perfect Lender's security interest in the collateral; and take any other action deemed necessary by Lender without the consent of or notice to anyone. All such parties also agree that Lender may modify this loan without the consent of or notice to anyone other than the party with whom the modification is made. The obligations under this Note are joint and several.

**PRIOR TO SIGNING THIS NOTE, BORROWER READ AND UNDERSTOOD ALL THE PROVISIONS OF THIS NOTE. BORROWER AGREES TO THE TERMS OF THE NOTE.**

**BORROWER ACKNOWLEDGES RECEIPT OF A COMPLETED COPY OF THIS PROMISSORY NOTE.**

**BORROWER:**

**BUTTERFIELD HEALTH CARE, INC.**

By: _____          Signed
                                                      Apr 29, 2020
**KIANOOSH JAFARI, President of Butterfield Health**   4:12 PM UTC
**Care, Inc.**

---

LaserPro, Ver. 19.4.10.030  Copr. Finastra USA Corporation 1997, 2020.  All Rights Reserved.  - IL  H:\CFI\LPL\D20.FC  TR-5605  PR-6

#5 Request for Memorandum

Midland States Bank is not preparing any type of formal Memorandum or approval document for the forgiveness applications. A quality control review/approval is however made of each application after which the forgiveness application is sent to SBA with an automated process.







Butterfield Health Care Inc. Organizational Chart

Administrator
Amy Hammond

Nursing Director
Isabel Perez

- Assistant Director
  Elizabeth Smith
- PM Assistant Director
  Gladys Darkwa
- Nursing Assistants
- Infection Control
  Syed Zaidi
  Infection Control Nurse

Social Service

- Social Services
  Jamar Gealds
  James Gecosala
- Dementia
  Kelly Bates
- Serene Services
  Holly Stech

Ancillary Departments

- Maintenance
  Carlos Porras
  Robert Brobston
- Housekeeping
  Esther Davalos
- Dietary
  Connie Ajayi

MDS
Reimbursement
Medical Recordst

- MDS
  Kari Hagen
  Ai Uy
  April Devlin
  Susana Terrazas
- Business office
  Sue Keenan
- Medical Records
  Christine Lorio

Activities
Aleksandra Rayzian

**Butterfield Health Care, Inc.**
Ownership Percentages
FEIN 36-3596557

| OWNERS | Owner % |
|---|---|
| Robert Jafari | 25.00% |
| Kianoosh Jafari | 12.50% |
| Soussan Jafari | 12.50% |
| Nicholas Vangel | 10.00% |
| Dorothy Vangel | 10.00% |
| Dorothy Vangel QSS Trust UAD 6/21/99 | 7.50% |
| Descendants S Corp Trust - FBO Sasha Eva Dimas | 6.67% |
| Descendants S Corp Trust - FBO Sean William Dimas | 6.67% |
| Descendants S Corp Trust - FBO Ashley Maria Dimas | 6.66% |
| Ashely M Dimas Descendant's GST Non-Exempt QSS Trust - 6/21/99 | 0.50% |
| Christopher Vangel Descendant's GST Exempt QSS | 0.50% |
| Katherine Hocuk Descendant's GST Exempt | 0.50% |
| Sasha E Dimas Descendant's GST Non-Exempt QSS Trust - 6/21/99 | 0.50% |
| Sean W Dimas Descendant's GST Non-Exempt QSS Trust - 6/21/99 | 0.50% |
| | 100.00% |

# BUTTERFIELD HEALTH CARE II, L.L.C. Organizational Chart



# Butterfield Health Care II, Inc.
## Ownership Percentages
### FEIN 36-3782227

| OWNERS | Owner % |
|---|---|
| Robert Jafari | 25.00% |
| Kianoush Jafari | 12.50% |
| Soussan Jafari | 12.50% |
| Nicholas Vangel | 10.00% |
| Dorothy Vangel | 10.00% |
| Dorothy Vangel QSS Trust UAD 6/21/99 | 7.50% |
| Descendants S Corp Trust - FBO Sasha Eva Dimas | 6.67% |
| Descendants S Corp Trust - FBO Sean William Dimas | 6.67% |
| Descendants S Corp Trust - FBO Ashley Maria Dimas | 6.66% |
| Ashely M Dimas Descendant's GST Non-Exempt QSS Trust - 6/21/99 | 0.50% |
| Christopher Vangel Descendant's GST Exempt QSS | 0.50% |
| Katherine Hocuk Descendant's GST Exempt | 0.50% |
| Sasha E Dimas Descendant's GST Non-Exempt QSS Trust - 6/21/99 | 0.50% |
| Sean W Dimas Descendant's GST Non-Exempt QSS Trust - 6/21/99 | 0.50% |

100.00%

# BUTTERFIELD HEALTH CARE VII, L.L.C. Organizational Chart



**Butterfield Health Care VII, LLC**
Ownership Percentages
FEIN 20-2905802

| OWNERS | Owner % |
|---|---|
| Christopher Vangel Descendant's GST Exempt | 5.00% |
| Jafari Family, LLC | 25.00% |
| Katherine Hocuk Descendant's GST Exempt | 5.00% |
| Louis Dimas Family LP | 15.00% |
| Nicholas A. Vangel | 12.50% |
| Dorothy Vangel | 12.50% |
| RBJ Investments, LP | 25.00% |
| | 100.00% |

# Butterfield Health Care Group, Inc.
## Organizational Structure



## Butterfield Health Care Group, Inc.
### Ownership Percentages
### FEIN 36-4062549

| OWNERS | Owner % |
|---|---|
| Robert Jafari | 25.00% |
| Kianoosh Jafari | 12.50% |
| Soussan Jafari | 12.50% |
| Nicholas Vangel | 10.00% |
| Dorothy Vangel | 10.00% |
| Dorothy Vangel QSS Trust UAD 6/21/99 | 7.50% |
| Descendants S Corp Trust - FBO Sasha Eva Dimas | 6.67% |
| Descendants S Corp Trust - FBO Sean William Dimas | 6.67% |
| Descendants S Corp Trust - FBO Ashley Maria Dimas | 6.66% |
| Ashely M Dimas Descendant's GST Non-Exempt QSS Trust - 6/21/99 | 0.50% |
| Christopher Vangel Descendant's GST Exempt QSS | 0.50% |
| Katherine Hocuk Descendant's GST Exempt | 0.50% |
| Sasha E Dimas Descendant's GST Non-Exempt QSS Trust - 6/21/99 | 0.50% |
| Sean W Dimas Descendant's GST Non-Exempt QSS Trust - 6/21/99 | 0.50% |

100.00%

 BBK

**Paycheck Protection Program**
**Loan Forgiveness Application Revised June 16, 2020**

OMB Control Number 3245-0407
Expiration Date: 10/31/2020

## PPP Schedule A

PPP Schedule A Worksheet, Table 1 Totals

Line 1.  Enter Cash Compensation (Box 1) from PPP Schedule A Worksheet, Table 1:

*1,876,707.62*

Line 2.  Enter Average FTE (Box 2) from PPP Schedule A Worksheet, Table 1:

*185.2*

Line 3.  Enter Salary/Hourly Wage Reduction (Box 3) from PPP Schedule A Worksheet, Table 1:
If the average annual salary or hourly wage for each employee listed on the PPP
Schedule A Worksheet, Table 1 during the Covered Period or the Alternative Payroll
Covered Period was at least 75% of such employee's average annual salary or hourly
wage between January 1, 2020 and March 31, 2020, check here ☐ and enter **0** on line 3.

*27,452.75*

PPP Schedule A Worksheet, Table 2 Totals

Line 4.  Enter Cash Compensation (Box 4) from PPP Schedule A Worksheet, Table 2:

*175,355.07*

Line 5.  Enter Average FTE (Box 5) from PPP Schedule A Worksheet, Table 2:

*8.3*

Non-Cash Compensation Payroll Costs During the Covered Period or the Alternative Payroll Covered Period

Line 6.  Total amount paid or incurred by Borrower for employer contributions for employee health insurance: *74,813.53*

Line 7.  Total amount paid or incurred by Borrower for employer contributions to employee retirement plans: *11,440.43*

Line 8.  Total amount paid or incurred by Borrower for employer state and local taxes assessed on employee
compensation: *89,548.29*

Compensation to Owners

Line 9.  Total amount paid to owner-employees/self-employed individual/general partners:
This amount may not be included in PPP Schedule A Worksheet, Table 1 or 2. If there is
more than one individual included, attach a separate table that lists the names of and
payments to each.

_____

Total Payroll Costs

Line 10. Payroll Costs (add lines 1, 4, 6, 7, 8, and 9): *2,227,864.94*

Full-Time Equivalency (FTE) Reduction Calculation
If you satisfy **any** of the following three criteria, check the appropriate box, skip lines 11 and 12, and enter **1.0** on line 13; otherwise,
complete lines 11, 12, and 13:

**No reduction in employees or average paid hours:** If you have not reduced the number of employees or the average paid hours of
your employees between January 1, 2020 and the end of the Covered Period, check here ☑.

**FTE Reduction Safe Harbor 1:** If you were unable to operate between February 15, 2020, and the end of the Covered Period at the
same level of business activity as before February 15, 2020 due to compliance with requirements established or guidance issued
between March 1, 2020 and December 31, 2020, by the Secretary of Health and Human Services, the Director of the Centers for Disease
Control and Prevention, or the Occupational Safety and Health Administration related to the maintenance of standards for sanitation,
social distancing, or any other worker or customer safety requirement related to COVID-19, check here ☐.

**FTE Reduction Safe Harbor 2:** If you satisfy FTE Reduction Safe Harbor 2 (see PPP Schedule A Worksheet), check here ☐.

Line 11. Average FTE during the Borrower's chosen reference period: *185.2*

Line 12. Total Average FTE (add lines 2 and 5): *193.5*

Line 13. FTE Reduction Quotient (divide line 12 by line 11) or enter 1.0 if any of the above criteria are met: *1*

SBA Form 3508 (06/20)
Page 3

AR pages 1394 to 1495 are redacted in their entirety.

Email from Butterfield:

"At the time of submission of SBA application in April 2020, our FTE was above 1. Please see original page of worksheet along with schedule A FTE.

Also, we have and are still looking to hire Direct Care staff for our facilities. As the news media has reported, there is a shortage of Nurses and Certified Nurses Aides. We have bonus programs – Sign on Bonus, Shift pick up bonus, hazard bonus, weekend bonus to name a few – to attract staff. We have had to use staffing agencies to meet the shortage. Even staffing agencies are finding it difficult to send in staff.

We can send you documents that you would like to see to show our efforts to hire more staff and the various programs that we have put in place to retain staff.

The above should be taken into consideration when the FTE calculation is looked at and in the forgiveness of the entire debt"

Please pass along when possible.



Jafari Family L.L.C.

Soussan Jafari Revocable
Trust 1/26/1999
Trustee: Soussan Jafari

50% (M)

Kianoosh Jafari Revocable
Trust 1/26/1999
Trustee: Kianoosh Jafari

50% (M)



RBJ Investment LP

Poopak Amanda Jafari
2002 Irrevocable Trust
dated 8/7/2002
Trustee: Robert Bahram Jafari

37% (LP)

Robert Bahram Jafari
2002 Irrevocable Trust
dated 8/7/2002
Trustee: Poopak Amanda Jafari

37% (LP)

Robert Bahram Jafari
Children's Gift Trust
dated 7/31/2002
Trustee: Poopak Amanda Jafari

25% (LP)

RBJ Investment Inc.
President: Robert Jafari

1% (GP)

## Butterfield Health Care, Inc.
### Ownership Percentages
### FEIN 36-3596557

| OWNERS | Owner % |
| --- | --- |
| Robert Jafari | 25.00% |
| Kianoosh Jafari | 12.50% |
| Soussan Jafari | 12.50% |
| Nicholas Vangel | 10.00% |
| Dorothy Vangel | 10.00% |
| Dorothy Vangel QSS Trust UAD 6/21/99 | 7.50% |
| Descendants S Corp Trust - FBO Sasha Eva Dimas | 6.67% |
| Descendants S Corp Trust - FBO Sean William Dimas | 6.67% |
| Descendants S Corp Trust - FBO Ashley Maria Dimas | 6.66% |
| Ashely M Dimas Descendant's GST Non-Exempt QSS Trust - 6/21/99 | 0.50% |
| Christopher Vangel Descendant's GST Exempt QSS | 0.50% |
| Katherine Hocuk Descendant's GST Exempt | 0.50% |
| Sasha E Dimas Descendant's GST Non-Exempt QSS Trust - 6/21/99 | 0.50% |
| Sean W Dimas Descendant's GST Non-Exempt QSS Trust - 6/21/99 | 0.50% |

100.00%

**Butterfield Health Care II, Inc.**
Ownership Percentages
FEIN 36-3782227

| OWNERS | Owner % |
|---|---|
| Robert Jafari | 25.00% |
| Kianoosh Jafari | 12.50% |
| Soussan Jafari | 12.50% |
| Nicholas Vangel | 10.00% |
| Dorothy Vangel | 10.00% |
| Dorothy Vangel QSS Trust UAD 6/21/99 | 7.50% |
| Descendants S Corp Trust - FBO Sasha Eva Dimas | 6.67% |
| Descendants S Corp Trust - FBO Sean William Dimas | 6.67% |
| Descendants S Corp Trust - FBO Ashley Maria Dimas | 6.66% |
| Ashely M Dimas Descendant's GST Non-Exempt QSS Trust - 6/21/99 | 0.50% |
| Christopher Vangel Descendant's GST Exempt QSS | 0.50% |
| Katherine Hocuk Descendant's GST Exempt | 0.50% |
| Sasha E Dimas Descendant's GST Non-Exempt QSS Trust - 6/21/99 | 0.50% |
| Sean W Dimas Descendant's GST Non-Exempt QSS Trust - 6/21/99 | 0.50% |
| | 100.00% |

# Butterfield Health Care VII, LLC
## Ownership Percentages
## FEIN 20-2905802

| OWNERS | Owner % |
| --- | --- |
| Christopher Vangel Descendant's GST Exempt | 5.00% |
| Jafari Family, LLC | 25.00% |
| Katherine Hocuk Descendant's GST Exempt | 5.00% |
| Louis Dimas Family LP | 15.00% |
| Nicholas A. Vangel | 12.50% |
| Dorothy Vangel | 12.50% |
| RBJ Investments, LP | 25.00% |
| | 100.00% |

# Butterfield Health Care Group, Inc.
Ownership Percentages
FEIN 36-4062549

| OWNERS | Owner % |
|---|---|
| Robert Jafari | 25.00% |
| Kianoosh Jafari | 12.50% |
| Soussan Jafari | 12.50% |
| Nicholas Vangel | 10.00% |
| Dorothy Vangel | 10.00% |
| Dorothy Vangel QSS Trust UAD 6/21/99 | 7.50% |
| Descendant's S Corp Trust - FBO Sasha Eva Dimas | 6.67% |
| Descendant's S Corp Trust - FBO Sean William Dimas | 6.67% |
| Descendant's S Corp Trust - FBO Ashley Maria Dimas | 6.66% |
| Ashely M Dimas Descendant's GST Non-Exempt QSS Trust - 6/21/99 | 0.50% |
| Christopher Vangel Descendant's GST Exempt QSS | 0.50% |
| Katherine Hocuk Descendant's GST Exempt | 0.50% |
| Sasha E Dimas Descendant's GST Non-Exempt QSS Trust - 6/21/99 | 0.50% |
| Sean W Dimas Descendant's GST Non-Exempt QSS Trust - 6/21/99 | 0.50% |
| | 100.00% |

AR pages 1503 to 1603 are redacted in their entirety.



**SMALL BUSINESS
ADMINISTRATION
WASHINGTON, DC 20416**

11/21/2020

VIA Forgiveness Platform

Keith Hinrichs

Midland States Bank

Re: Notification of Paycheck Protection Program Loan Review
    Borrower: BUTTERFIELD HEALTH CARE INC
    SBA Loan No. 8187157206
    Loan Approval Amount: $2,201,640.00
    Loan Disbursement Date: 04/29/2020
    Lender Forgiveness Decision Submission Date:09/04/2020

## *Dear: Keith Hinrichs*

The U.S. Small Business Administration (SBA) is reviewing the above-referenced Paycheck Protection Program (PPP) loan. Within five business days of receipt of this notification, you must notify the borrower in writing that SBA has undertaken this review.  Because the borrower, together with its affiliates,[1] received PPP loans totaling $2 million or greater, you must include the appropriate version of the Loan Necessity Questionnaire[2] with your notice to the borrower and advise the borrower to return the completed form to you within ten business days of receipt.

Within five business days of receipt of the completed Loan Necessity Questionnaire, with all required responses, supporting documents, and signatures and certifications, you must upload the Questionnaire and documents to the SBA PPP Forgiveness Platform ([https://forgiveness.sba.gov](https://forgiveness.sba.gov))[3] and separately input the borrower's responses to each question into the web form available in the platform.  You are not required to verify or validate any of the borrower's responses or supporting documentation.

---

[1] See 85 FR 20817 ([https://www.govinfo.gov/content/pkg/FR-2020-04-15/pdf/2020-07673.pdf](https://www.govinfo.gov/content/pkg/FR-2020-04-15/pdf/2020-07673.pdf)) (April 15, 2020) regarding application of SBA's affiliation rules.

[2] Lender should ensure that the borrower fills out the appropriate form by downloading it from the secured link within the SBA PPP Forgiveness Platform (Notification Letter) and sending it to the borrower.  SBA Form 3509 (OMB Control Number: 3245-0407) is the loan necessity questionnaire that for-profit borrowers must complete.  SBA Form 3510 (OMB Control Number: 3245-0407) is the loan necessity questionnaire that non-profit borrowers must complete.

[3] [https://forgiveness.sba.gov/](https://forgiveness.sba.gov/)

Within five business days of receipt of this notification, you must also transmit electronic copies of the following documents to SBA via the Forgiveness Platform:

1. The Borrower Application Form (SBA Form 2483 or Lender's equivalent form) and all supporting documentation provided by the borrower.
2. All supporting documentation that the borrower was required to submit to you with its Loan Forgiveness Application, including payroll documentation, non-payroll documentation, and full-time equivalent employee documentation, if applicable (documentation listed under "Documents that Each Borrower Must Submit with its PPP Loan Forgiveness Application" in the instructions to the borrower's Loan Forgiveness Application). You must also request in writing that the borrower provide you with the applicable documentation listed under "Documents that Each Borrower Must Maintain but is Not Required to Submit" in the instructions to the borrower's Loan Forgiveness Application. You must submit electronic copies of these documents via the Forgiveness Platform within five business days of receipt from the borrower.
3. A signed and certified transcript of account.
4. A copy of the executed note evidencing the PPP loan.
5. Any memorandum or other analysis that the lender prepared in making its decision on borrower's Loan Forgiveness Application.

SBA may, in the future, request additional information directly from the borrower or require you to contact the borrower in writing to request additional information. The borrower should respond to all requests within ten business days of receipt.

Failure to respond to this inquiry or any other SBA inquiry on a timely basis may result in a delay in SBA's remittance of the loan forgiveness amount, if any, or in a determination that the borrower was ineligible for the loan or ineligible to receive the loan amount or loan forgiveness amount claimed by the borrower (or the amount in the lender's forgiveness decision).

Thank you for your anticipated cooperation.

Sincerely,

Office of Financial Program Operations
U.S. Small Business Administration



**SMALL BUSINESS
ADMINISTRATION
WASHINGTON, DC 20416**

01/11/2022

VIA Forgiveness Platform

Keith Hinrichs

Midland States Bank

Re: PPP Request for Production of Documents and Information
    Borrower: BUTTERFIELD HEALTH CARE INC
    SBA Loan No. 8187157206
    Loan Approval Amount: $2,201,640.00
    Loan Approval Date: 04/28/2020
    Lender Forgiveness Decision Submission Date: 09/04/2020

*Dear: Keith Hinrichs*

The U.S. Small Business Administration (SBA) is requesting additional documents or information for its review of the above-referenced Paycheck Protection Program (PPP) loan.

This request is in addition to the documentation requested in the Notification of Paycheck Protection Program Loan Review.

As detailed below, you must respond to this request within 20 business days of the date of this letter. If SBA does not receive a response within the stated period , or any other requested documentation is still outstanding, SBA will make a decision based on available information. Such a decision may include denial of forgiveness, referral to the Office of Credit Risk Management, and/ or transfer of this matter (borrower and lender) to the Inspector General.

If any of the following documents were not already provided by the borrower, you must request them from the borrower.  The borrower should respond to these requests within 10 business days of receipt. You must submit the documents and information provided by the borrower to SBA via the Forgiveness Platform.

SBA requests the following documents or information from the borrower:

**We are doing a thorough review of all documentation provided for the above referenced PPP loan forgiveness application.  Based on our preliminary findings of the review, we are considering recommending**

**a Full Denial. Please understand our recommendation is preliminary and will undergo more processing before reaching a final decision. We are considering this recommendation for the following reason(s):**

1. **We have an understanding of an affiliation of 14 total loans through familial ties and/or common management. The borrower entity in the PPP loan mentioned above combined with all affiliates listed below exceeds the maximum employee standard size of 500 employees allowed under the PPP Program. Please refer to the Applicable Affiliation Rules here: <ins>Microsoft Word - Affiliation rules overview (for public) (treasury.gov)</ins> The list of all affiliated businesses are below:**
   1. **Oak Brook Medical Management Inc**
   2. **Oak Brook Anesthesiologists LTD**
   3. **Oak Brook Surgical Center Inc**
   4. **1800 McDonough Road Surgery Center LLC**
   5. **Aiden Center for Day Surgery LLC**
   6. **Oak Brook Medical & Surgical Center, Inc**
   7. **Oak Brook Center for Health LTD**
   8. **Oak Brook X-Ray and Imaging Inc**
   9. **Great Oak Insurance Agency LLC**
   10. **Beaver Creek Construction LLC**
   11. **Butterfield Health Care Inc**
   12. **Butterfield Health Care II, Inc**
   13. **Butterfield Health Care VII, Inc**
   14. **Butterfield Health Care Group, Inc**

**All these entities have PPP loans whether through your bank or other banks. I realize that the SBA, through several different teams and Reviewers, may have inquired about individual loans and requested documents in the past. I have been assigned to gather and review all information as one large, affiliated group or family of affiliated entities to determine the eligibility of all the loans originated for this possible affiliation - whether forgiveness/payment has been completed already or not.**

1. **More information is needed regarding the ownership of the following entities. To continue the review of this family of loans, please provide the following:**
   1. **Butterfield Health Care Inc**
      1. **Please provide a complete breakdown of ownership, including organizational structure, Trustees of each Trust, and the percentage of ownership of each Trustee in their respective Trust**

2. **Butterfield Health Care II, Inc**
   1. **Please provide a complete breakdown of ownership, including organizational structure, Trustees of each Trust, and the percentage of ownership of each Trustee in their respective Trust**
3. **Butterfield Health Care VII, Inc**
   1. **Please provide a complete breakdown of ownership, including organizational structure, Trustees of each Trust, and the percentage of ownership of each Trustee in their respective Trust**
4. **Butterfield Health Care Group, Inc**
   1. **Please provide a complete breakdown of ownership, including organizational structure, Trustees of each Trust, and the percentage of ownership of each Trustee in their respective Trust**
5. **Provide an explanation on the exact relationship between Kianoosh Jafari (Jafari Family LLC) and Robert Jafari (RBJ Investments).**

**If you have additional information to address the issues mentioned above, please respond to this message In the PPP platform as soon as possible with the ADDITIONAL information.**

**Or if you do not have information to address the issues mentioned above, PLEASE ASK THE BORROWER FOR THIS INFORMATION GIVING THEM TEN (10) BUSINESS DAYS TO RESPOND.**

**We would like to have all information before making a recommendation and forwarding for further processing. If this new information alters our current proposed recommendation, you will be notified of the change.**

**If you have no additional information to provide and the borrower has not responded within the required ten business days, please respond in the PPP platform that you do not have additional information.**

As noted above, if the SBA does not receive a response within 20 business days of the date of this letter, or any other requested documentation is still outstanding, the SBA will take further action as indicated above. Further, the SBA may, in the future, request additional information directly from the borrower or require you to contact the borrower in writing to request additional information.

Thank you for your cooperation.

Sincerely,

Office of Financial Program Operations
U.S. Small Business Administration



**SMALL BUSINESS
ADMINISTRATION
WASHINGTON, DC 20416**

01/19/2022

VIA Forgiveness Platform

Keith Hinrichs

Midland States Bank

Re: PPP Request for Production of Documents and Information
    Borrower: BUTTERFIELD HEALTH CARE INC
    SBA Loan No. 8187157206
    Loan Approval Amount: $2,201,640.00
    Loan Approval Date: 04/28/2020
    Lender Forgiveness Decision Submission Date: 09/04/2020

*Dear: Keith Hinrichs*

The U.S. Small Business Administration (SBA) is requesting additional documents or information for its review of the above-referenced Paycheck Protection Program (PPP) loan.

This request is in addition to the documentation requested in the Notification of Paycheck Protection Program Loan Review.

As detailed below, you must respond to this request within 20 business days of the date of this letter. If SBA does not receive a response within the stated period , or any other requested documentation is still outstanding, SBA will make a decision based on available information. Such a decision may include denial of forgiveness, referral to the Office of Credit Risk Management, and/or transfer of this matter (borrower and lender) to the Inspector General.

If any of the following documents were not already provided by the borrower, you must request them from the borrower.  The borrower should respond to these requests within 10 business days of receipt. You must submit the documents and information provided by the borrower to SBA via the Forgiveness Platform.

SBA requests the following documents or information from the borrower:

**We are doing a thorough review of all documentation provided for the above referenced PPP loan forgiveness application.  Based on our preliminary findings of the review, we are considering recommending**

**a Full Denial. Please understand our recommendation is preliminary and will undergo more processing before reaching a final decision. We are considering this recommendation for the following reason(s):**

1. **We have an understanding of an affiliation of 14 total loans through familial ties and/or common management. The borrower entity in the PPP loan mentioned above combined with all affiliates listed below exceeds the maximum employee standard size of 500 employees allowed under the PPP Program. Please refer to the Applicable Affiliation Rules here: <u>Microsoft Word - Affiliation rules overview (for public) (treasury.gov)</u> The list of all affiliated businesses are below:**
   1. **Oak Brook Medical Management Inc**
   2. **Oak Brook Anesthesiologists LTD**
   3. **Oak Brook Surgical Center Inc**
   4. **1800 McDonough Road Surgery Center LLC**
   5. **Aiden Center for Day Surgery LLC**
   6. **Oak Brook Medical & Surgical Center, Inc**
   7. **Oak Brook Center for Health LTD**
   8. **Oak Brook X-Ray and Imaging Inc**
   9. **Great Oak Insurance Agency LLC**
   10. **Beaver Creek Construction LLC**
   11. **Butterfield Health Care Inc**
   12. **Butterfield Health Care II, Inc**
   13. **Butterfield Health Care VII, Inc**
   14. **Butterfield Health Care Group, Inc**

**All these entities have PPP loans whether through your bank or other banks. I realize that the SBA, through several different teams and Reviewers, may have inquired about individual loans and requested documents in the past. I have been assigned to gather and review all information as one large, affiliated group or family of affiliated entities to determine the eligibility of all the loans originated for this possible affiliation - whether forgiveness/payment has been completed already or not.**

1. **More information is needed regarding the ownership of the following entities. To continue the review of this family of loans, please provide the following:**
   1. **Butterfield Health Care Inc**
      1. **Please provide a complete breakdown of ownership, including organizational structure, Trustees of each Trust, and the percentage of ownership of each Trustee in their respective Trust**

2. **Butterfield Health Care II, Inc**
    1. **Please provide a complete breakdown of ownership, including organizational structure, Trustees of each Trust, and the percentage of ownership of each Trustee in their respective Trust**
3. **Butterfield Health Care VII, Inc**
    1. **Please provide a complete breakdown of ownership, including organizational structure, Trustees of each Trust, and the percentage of ownership of each Trustee in their respective Trust**
4. **Butterfield Health Care Group, Inc**
    1. **Please provide a complete breakdown of ownership, including organizational structure, Trustees of each Trust, and the percentage of ownership of each Trustee in their respective Trust**
5. **Provide an explanation on the exact relationship between Kianoosh Jafari (Jafari Family LLC) and Robert Jafari (RBJ Investments).**

As noted above, if the SBA does not receive a response within 20 business days of the date of this letter, or any other requested documentation is still outstanding, the SBA will take further action as indicated above. Further, the SBA may, in the future, request additional information directly from the borrower or require you to contact the borrower in writing to request additional information.

Thank you for your cooperation.

Sincerely,

Office of Financial Program Operations
U.S. Small Business Administration



**SMALL BUSINESS
ADMINISTRATION
WASHINGTON, DC 20416**

02/10/2022

VIA Forgiveness Platform

Keith Hinrichs

Midland States Bank

Re: PPP Request for Production of Documents and Information
  Borrower: BUTTERFIELD HEALTH CARE INC
  SBA Loan No. 8187157206
  Loan Approval Amount: $2,201,640.00
  Loan Approval Date: 04/28/2020
  Lender Forgiveness Decision Submission Date: 09/04/2020

*Dear: Keith Hinrichs*

The U.S. Small Business Administration (SBA) is requesting additional documents or information for its review of the above-referenced Paycheck Protection Program (PPP) loan.

This request is in addition to the documentation requested in the Notification of Paycheck Protection Program Loan Review.

As detailed below, you must respond to this request within 20 business days of the date of this letter. If SBA does not receive a response within the stated period , or any other requested documentation is still outstanding, SBA will make a decision based on available information. Such a decision may include denial of forgiveness, referral to the Office of Credit Risk Management, and/ or transfer of this matter (borrower and lender) to the Inspector General.

If any of the following documents were not already provided by the borrower, you must request them from the borrower.  The borrower should respond to these requests within 10 business days of receipt. You must submit the documents and information provided by the borrower to SBA via the Forgiveness Platform.

SBA requests the following documents or information from the borrower:

**We are required to do a full manual review on this loan. Therefore, we are doing a thorough review of all documentation provided for the above referenced PPP loan forgiveness application.  Based on our**

preliminary findings of the review, we are considering recommending a Partial Approval. Please understand our recommendation is preliminary and will undergo more processing before reaching a final decision. We are considering this recommendation for the following reason(s):

- **The forgiveness documentation does not fully support the loan amount. We noted that the borrower had an FTE reduction resulting in a quotient of less than one. This resulted in a reduction in the forgivable amount, revised from $2,201,640 to $1,697,428.18.**
  - **Please provide documentation to support FTE Reduction Safe Harbor, if applicable.**

If you have additional information to address the issues mentioned above, please respond to this message In the PPP platform as soon as possible with the ADDITIONAL information.

Or if you do not have information to address the issues mentioned above, PLEASE ASK THE BORROWER FOR THIS INFORMATION GIVING THEM TEN (10) BUSINESS DAYS TO RESPOND.

We would like to have all information before making a recommendation and forwarding for further processing. If this new information alters our current proposed recommendation, you will be notified of the change.

If you have no additional information to provide and the borrower has not responded within the required ten business days, please respond in the PPP platform that you do not have additional information.

As noted above, if the SBA does not receive a response within 20 business days of the date of this letter, or any other requested documentation is still outstanding, the SBA will take further action as indicated above. Further, the SBA may, in the future, request additional information directly from the borrower or require you to contact the borrower in writing to request additional information.

Thank you for your cooperation.

Sincerely,

Office of Financial Program Operations
U.S. Small Business Administration



**Paycheck Protection Program**
**Loan Forgiveness Application Revised June 16, 2020**

OMB Control Number 3245-0407
Expiration Date: 10/31/2020

**PPP Loan Forgiveness Calculation Form**

| Business Legal Name ("Borrower") | DBA or Tradename, if applicable | |
|---|---|---|
| BUTTERFIELD HEALTH CARE INC | Meadowbrook Manor | |
| **Business Address** | **Business TIN (EIN, SSN)** | **Business Phone** |
| 335 REMINGTON BLVD, | REDACTED | REDACTED |
| BOLINGBROOK, | **Primary Contact** | **E-mail Address** |
| IL, 60440 | Liz Koshy | REDACTED |

**SBA PPP Loan Number:** 8187157206

**Lender PPP Loan Number:** 8187157206

**PPP Loan Amount:** $2,201,640.00

**PPP Loan Disbursement Date:** 04/29/2020

**Employees at Time of Loan Application:** 267

**Employees at Time of Forgiveness Application:** 252

**EIDL Advance Amount:** $0.00

**EIDL Application Number:** 0

**Payroll Schedule:** The frequency with which payroll is paid to employees is:

☐ **Weekly**    ☑ **Biweekly (every other week)**    ☐ **Twice a month**    ☐ **Monthly**    ☐ **Other**

**Covered Period:** 04/29/2020 to 07/21/2020

**Alternative Payroll Covered Period, if applicable:** to

**If Borrower (together with affiliates, if applicable) received PPP loans in excess of $2 million, check here:** ☑

**Forgiveness Amount Calculation:**

Payroll and Nonpayroll Costs
Line 1.  Payroll Costs (enter the amount from PPP Schedule A, line 10):  $2,227,864.94

Line 2.  Business Mortgage Interest Payments:  $156,316.87

Line 3.  Business Rent or Lease Payments:  $20,579.36

Line 4.  Business Utility Payments:  $50,256.82

Adjustments for Full-Time Equivalency (FTE) and Salary/Hourly Wage Reductions
Line 5.  Total Salary/Hourly Wage Reduction (enter the amount from PPP Schedule A, line 3):  $27,452.75

Line 6.  Add the amounts on lines 1, 2, 3, and 4, then subtract the amount entered in line 5:  $2,427,565.24

Line 7.  FTE Reduction Quotient (enter the number from PPP Schedule A, line 13):  $1.00

Potential Forgiveness Amounts
Line 8.  Modified Total (multiply line 6 by line 7):  $2,427,565.24

Line 9.  PPP Loan Amount:  $2,201,640.00

Line 10. Payroll Cost 60% Requirement (divide line 1 by 0.60):  $3,713,108.23

Forgiveness Amount
Line 11. Forgiveness Amount (enter the smallest of lines 8, 9, and 10):  $2,201,640.00

SBA Form 3508 (06/20)
Page 1



**Paycheck Protection Program**
**Loan Forgiveness Application Revised June 16, 2020**

OMB Control Number 3245-0407
Expiration Date: 10/31/2020

## By Signing Below, You Make the Following Representations and Certifications on Behalf of the Borrower:

The authorized representative of the Borrower certifies to all of the below by **initialing** next to each one.

KJ  The dollar amount for which forgiveness is requested:
- was used to pay costs that are eligible for forgiveness (payroll costs to retain employees; business mortgage interest payments; business rent or lease payments; or business utility payments);
- includes all applicable reductions due to decreases in the number of full-time equivalent employees and salary/hourly wage reductions;
- includes payroll costs equal to at least 60% of the forgiveness amount;
- if a 24-week Covered Period applies, does not exceed 2.5 months' worth of 2019 compensation for any owner-employee or self-employed individual/general partner, capped at $20,833 per individual; and
- if the Borrower has elected an 8-week Covered Period, does not exceed 8 weeks' worth of 2019 compensation for any owner-employee or self-employed individual/general partner, capped at $15,385 per individual.

KJ  I understand that if the funds were knowingly used for unauthorized purposes, the federal government may pursue recovery of loan amounts and/or civil or criminal fraud charges.

KJ  The Borrower has accurately verified the payments for the eligible payroll and nonpayroll costs for which the Borrower is requesting forgiveness.

KJ  I have submitted to the Lender the required documentation verifying payroll costs, the existence of obligations and service (as applicable) prior to February 15, 2020, and eligible business mortgage interest payments, business rent or lease payments, and business utility payments.

KJ  The information provided in this application and the information provided in all supporting documents and forms is true and correct in all material respects. I understand that knowingly making a false statement to obtain forgiveness of an SBA-guaranteed loan is punishable under the law, including 18 USC 1001 and 3571 by imprisonment of not more than five years and/or a fine of up to $250,000; under 15 USC 645 by imprisonment of not more than two years and/or a fine of not more than $5,000; and, if submitted to a Federally insured institution, under 18 USC 1014 by imprisonment of not more than thirty years and/or a fine of not more than $1,000,000.

KJ  The tax documents I have submitted to the Lender are consistent with those the Borrower has submitted/will submit to the IRS and/or state tax or workforce agency. I also understand, acknowledge, and agree that the Lender can share the tax information with SBA's authorized representatives, including authorized representatives of the SBA Office of Inspector General, for the purpose of ensuring compliance with PPP requirements and all SBA reviews.

KJ  I understand, acknowledge, and agree that SBA may request additional information for the purposes of evaluating the Borrower's eligibility for the PPP loan and for loan forgiveness, and that the Borrower's failure to provide information requested by SBA may result in a determination that the Borrower was ineligible for the PPP loan or a denial of the Borrower's loan forgiveness application.

KJ  If the Borrower has checked the box for FTE Reduction Safe Harbor 1 on PPP Schedule A, the Borrower was unable to operate between February 15, 2020 and the end of the Covered Period at the same level of business activity as before February 15, 2020 due to compliance with requirements established or guidance issued between March 1, 2020 and December 31, 2020, by the Secretary of Health and Human Services, the Director of the Centers for Disease Control and Prevention, or the Occupational Safety and Health Administration, related to the maintenance of standards of sanitation, social distancing, or any other work or customer safety requirement related to COVID-19.

The Borrower's eligibility for loan forgiveness will be evaluated in accordance with the PPP regulations and guidance issued by SBA through the date of this application. SBA may direct a lender to disapprove the Borrower's loan forgiveness application if SBA determines that the Borrower was ineligible for the PPP loan.

_____
_____

*K J*

SBA Form 3508 (06/20)
Page 2

**Paycheck Protection Program**
**Loan Forgiveness Application Revised June 16, 2020**

OMB Control Number 3245-0407
Expiration Date: 10/31/2020

08/18/2020

Signature of Authorized Representative of Borrower                    Date

 Kianoosh Jafari                                                      President of Butterfield Health Care, Inc.
Print Name                                                           Title

OMB Control Number: 3245-0416
Expiration Date: 01/31/2022



## PAYCHECK PROTECTION PROGRAM
## AFFILIATION WORKSHEET

The purpose of this Affiliation Worksheet is to collect information from a borrower that answered "YES" to Question 3 on its Paycheck Protection Program (PPP) Loan Application (SBA Form 2483, SBA Form 2483-C, SBA Form 2483-SD, SBA Form 2483-SD-C, or lender's equivalent) or a borrower for which information available to the Small Business Administration (SBA) indicates that the borrower may have affiliates. SBA requires this additional information regarding the size of the borrower and its affiliates to evaluate the borrower's certification on its PPP Loan Application that it was eligible to receive a PPP loan under the SBA's rules in effect at the time the application was submitted.

Please complete this Affiliation Worksheet to provide information regarding the size standard that you (Borrower) used when making your eligibility certification and regarding the size of your affiliates. You must disclose all of your affiliates for purposes of this worksheet. Affiliation is defined in 13 CFR 121.301(f) and summarized here: https://www.sba.gov/document/support-affiliation-rules-paycheck-protection-program.¹ Affiliation rules apply to non-profit borrowers in the same manner as with respect to for-profit borrowers.

**The completed worksheet is due to the Lender servicing your PPP loan within ten business days of receipt from your Lender.** Failure to complete the worksheet may result in SBA's determination that you were ineligible for the PPP loan, the PPP loan amount, or any forgiveness amount claimed, and SBA may seek repayment of the loan or pursue other available remedies.

Within five business days after you provide a completed worksheet with all required responses, signatures, and certifications, the Lender servicing your loan is required to upload the worksheet to the SBA Paycheck Protection Platform (forgiveness.sba.gov).

Paperwork Reduction Act – You are not required to respond to this collection of information unless it displays a currently valid OMB Control Number. The estimated time for completing this worksheet, including gathering data needed, is 45 minutes. Comments about this time or the information requested should be sent to Small Business Administration, Director, Records Management Division, 409 3rd St, SW, Washington DC 20416, and/or SBA Desk Officer, Office of Management and Budget, New Executive Office Building, Washington DC 20503. **PLEASE DO NOT SEND WORKSHEETS TO THESE ADDRESSES.**

SBA Form 3511 (07/2021)

i

## Part A – Borrower Information

| Borrower Legal Name | DBA or Tradename, if applicable |
|---|---|
| BUTTERFIELD HEALTH GROUP VII, LLC | MEADOWBROOK MANOR OF LAGRANGE |

| Borrower Address | TIN (EIN, SSN) | Work Phone |
|---|---|---|
| 339 9TH AVENUE<br>LAGRANGE, IL 60525 | REDACTED | REDA REDACTED |

| | Primary Contact | E-mail Address |
|---|---|---|
| | LIZ KOSHY | REDACTED REDACTED |

| SBA PPP Loan Number | Original Principal Amount of PPP Loan(s) |
|---|---|
| 3,973,427,209 | 1,607,175.00 |

First Draw PPP Loan ☒          Second Draw PPP Loan ☐

## Part B – Affiliation Information

### Section I. Affiliation Waiver

Answer questions 1, 2, 3, 4, 5 and 6 below. In the right-hand column (labeled "Confidential"), check the box if the answers or information provided in response to the question are customarily kept confidential.[2]

If you answer "YES" to any of the questions in Section I, you do not need to complete Sections II, III, and IV.

| | | | Confidential? |
|---|---|---|---|
| 1. | Is Borrower assigned a North American Industry Classification System (NAICS) code beginning with 72 (Accommodation and Food Service Industries)?<br>See https://www.census.gov/eos/www.naics/ for an explanation of NAICS code 72. | YES    NO | |
| 2. | Is Borrower a franchise whose franchise identifier code is listed in SBA's Franchise Directory?<br>See https://www.sba.gov/sba-franchise-directory for SBA's Franchise Directory. | YES    NO | |
| 3. | Does Borrower receive financial assistance from a Small Business Investment Company licensed by the SBA? | YES    NO | |
| 4. | Is Borrower majority owned or controlled by a business concern that is assigned a NAICS code beginning with 511110 or 5151 or a nonprofit organization that is assigned a NAICS code beginning with 5151?<br>See https://www.census.gov/eos/www/naics/ for an explanation of NAICS code 511110 or 5151. | YES    NO | |
| 5. | Is Borrower assigned a NAICS code of 519130, has Borrower certified in good faith as an internet-only publisher, is Borrower engaged in the collection and distribution of local or regional and national news and information, and is Borrower majority owned or controlled by a business concern that is assigned NAICS 519130?<br>See https://www.census.gov/eos/www.naics/ for an explanation of NAICS code 519130. | YES    NO | |
| 6. | Is Borrower a faith-based organization?[3] | YES    NO | |

SBA Form 3511 (07/2021)

2

## Section II. Borrower's Size Standard

Select the size standard below that was used to evaluate Borrower's size to determine Borrower's eligibility for a PPP loan (check one).[4] For Second Draw PPP Loans, only the employee-based size standard is applicable.[5]

| A. Employee-based Size Standard ☒ | B. Receipt-based Size Standard ☐ | C. Alternative Size Standard ☐ |

## Section III. Borrower's Size Standard and Industry Information

Provide information in columns #1 and 2 below for Borrower. For #2, provide information under A, B, or C depending on the size standard you indicated in Section II (as noted above, only the employee-based size standard is applicable to Second Draw PPP Loans, so information must be provided under A):

- Use 2.A if Borrower used *A. Employee-based Size Standard*;
- Use 2.B if Borrower used *B. Receipt-based Size Standard*; or
- Use 2.C (both the TNW and ANI columns) if Borrower used *C. Alternative Size Standard*.

In the right-hand column (labeled "Confidential?"), check the box if the information in your answers to 2.A, 2.B, or 2.C is customarily kept confidential.

| 1. | A. | B. | 2. | | Confidential? |
|---|---|---|---|---|---|
| | | | C. Alternative Size Standard (as of March 27, 2020) | | |
| Primary Six-Digit NAICS Code | Employees[6] | Average Annual Receipts over last 3 completed fiscal years before the date of the Borrower's PPP application[7] ("Receipts") | Tangible Net Worth ("TNW") | Average Net Income after Federal taxes (excluding any carryover losses) for last 2 completed fiscal years ("ANI") | |
| 621999 | 172 | $ | $ | $ | |

SBA Form 3511 (07/2021)

3

Section IV. Borrower's Affiliates Information[8]

Provide information in columns #1, 2, 3, 4, and 5 below for all of Borrower's affiliates.

For #2, select all types of relationships to Borrower that apply. For each type that is selected, provide additional detail about that relationship in the text field "Additional detail on Affiliate relationship to Borrower":

- If "Affiliation based on ownership" is selected, identify the owner (the Borrower, the Affiliate, another specified entity, or a specified individual) and the percentage of ownership (e.g., Affiliate is a 60% owner of Borrower; Borrower is a 51% owner of Affiliate).[9]
- If "Affiliation arising under stock options, convertible securities, and agreements to merge" is selected, identify whether the basis for affiliation is stock options, convertible securities, or an agreement to merge.[10]
- If "Affiliation based on management" is selected, identify the common manager or management agreement.[11]
- If "Affiliation based on identity of interest" is selected, identify the close relative(s) and the business or economic interest.[12]

For #5, provide information for A, B, or C depending on the size standard you indicated in Section II (as noted above, only the employee-based size standard is applicable to Second Draw PPP Loans, so information must be provided under A for all affiliates):

- Use 5.A if Borrower used *A. Employee-based Size Standard;*
- Use 5.B if Borrower used *B. Receipt-based Size Standard;* or
- Use 5.C (both the TNW and ANI columns) if Borrower used *C. Alternative Size Standard.*

If additional rows are needed to list all affiliates, provide information on a separate sheet identified as Addendum A. In the right-hand column (labeled "Confidential?"), indicate whether the information in your answers is customarily kept confidential by entering 1, 2, 3, 4, 5.A, 5.B, and/or 5.C.

4

SBA Form 3511 (07/2021)

| 1. Affiliate Name | 2. Relationship to Borrower (select all that apply) | 3. Primary Six-Digit NAICS Code | 4. Did affiliate receive PPP loan(s)? | 5. A. Employees[12] | B. Receipts[14] | C. Alternative Size Standard as of March 27, 2020 TNW | C. ANI | Confidential? |
|---|---|---|---|---|---|---|---|---|
| BUTTERFIELD HEALTHCARE, INC | Affiliation based on ownership | 643110 | YES/NO | 171 | $ | $ | $ | |
| | Affiliation arising under stock options, convertible securities, and agreements to merge | | | | | | | |
| | Affiliation based on management | | | | | | | |
| | Affiliation based on identity of interest | | | | | | | |
| | Additional detail on Affiliate relationship to Borrower (1,000 character max): OWNERSHIP 25% OR LESS | | | | | | | |
| BUTTERFIELD HEALTH CARE, INC | Affiliation based on ownership | 623311 | YES/NO | 143 | $ | $ | $ | |
| | Affiliation arising under stock options, convertible securities, and agreements to merge | | | | | | | |
| | Affiliation based on management | | | | | | | |
| | Affiliation based on identity of interest | | | | | | | |
| | Additional detail on Affiliate relationship to Borrower (1,000 character max): OWNERSHIP 25% OR LESS | | | | | | | |
| BUTTERFIELD HEALTH CARE-GROUP, INC | Affiliation based on ownership | 621999 | YES/NO | 36 | $ | $ | $ | |
| | Affiliation arising under stock options, convertible securities, and agreements to merge | | | | | | | |
| | Affiliation based on management | | | | | | | |
| | Affiliation based on identity of interest | | | | | | | |
| | Additional detail on Affiliate relationship to Borrower (1,000 character max): OWNERSHIP 25% OR LESS | | | | | | | |
| | Affiliation based on ownership | | YES/NO | | $ | $ | $ | |
| | Affiliation arising under stock options, convertible securities, and agreements to merge | | | | | | | |
| | Affiliation based on management | | | | | | | |

SBA Form 3511 (07/2021)

5

| | | | | |
|---|---|---|---|---|
| Affiliation based on identity of interest | | | | |
| Additional detail on Affiliate relationship to Borrower (1,000 character max): | | | | |
| Affiliation based on ownership | | | | |
| Affiliation arising under stock options, convertible securities, and agreements to merge | YES/NO | $ | $ | $ |
| Affiliation based on management | | | | |
| Affiliation based on identity of interest | | | | |
| Additional detail on Affiliate relationship to Borrower (1,000 character max): | | | | |

CERTIFICATIONS

The Authorized Representative of Borrower must certify to all of the below by initialing next to each item:

_CV_  I certify that I have the authority to sign and submit this worksheet on behalf of Borrower.

_CV_  I certify that the information provided in this worksheet identifies all known affiliates of Borrower and is true and correct in all material respects. I make this certification after reasonable inquiry of people, systems, and other information available to Borrower.

_CV_  I understand that false statements or claims in connection with an SBA-guaranteed loan or loan forgiveness application is a violation of federal law and may result in criminal, civil, or administrative sanctions, including fines, imprisonment, civil damages and penalties, debarment from participating in federal awards or contracts, and/or any other remedy available at law.

_____
Signature of Authorized Representative of Borrower

CHRISTOPHER VANGEL
Print Name

MANAGER
Title

11/17/2021
Date

SBA Form 3511 (07/2021)

7

Endnotes:

[1] See 85 FR 20817 (April 15, 2020), as amended by 86 FR 3692 (January 14, 2021), and 85 FR 15083 (March 22, 2021) regarding application of SBA's affiliation rules. For the affiliation rules applicable to Second Draw PPP Loans, see 86 FR 3712 (January 14, 2021).

[2] The same affiliation waivers apply to First Draw and Second Draw PPP Loans.

[3] See 85 FR 20817 (April 15, 2020) regarding application of SBA's affiliation rules and the exemption of certain qualified faith-based organizations from SBA's affiliation rules. See also, 86 FR 3692 (January 14, 2021).

[4] An applicant can be eligible for a First Draw PPP loan if the applicant, together with its affiliates (if applicable), (1) is an independent contractor, self-employed individual, or sole proprietor with no employees; (2) if not a housing cooperative, eligible 501(c)(6) organization, other eligible 501(c) organization, or eligible destination marketing organization, employs no more than the greater of 500 employees or, if applicable, the size standard in number of employees established by SBA in 13 C.F.R. 121.201 for the Applicant's industry; (3) if a housing cooperative, employs no more than 300 employees; (4) if an eligible 501(c)(6) organization, other eligible 501(c) organization, or eligible destination marketing organization, employs no more than 300 employees per physical location; (5) if NAICS 72 or a 501(c)(3) organization, employs no more than 500 employees per physical location; (6) if a news organization that is majority owned or controlled by a NAICS code 511110 or 5151 business, a nonprofit public broadcasting entity with a trade or business under NAICS code 511110 or 5151, or an Internet-only news or periodical publisher assigned NAICS code 519130 and engaged in the collection and distribution of local or regional and national news and information, employs no more than 500 employees (or, if applicable, the size standard in number of employees established by SBA in 13 C.F.R. 121.201 for the Applicant's industry) per location; or (7) is a small business under the applicable revenue-based size standard established by SBA in 13 C.F.R. 121.201 for the Applicant's industry or under the SBA alternative size standard.

In order to qualify under the SBA alternative size standard, a business must have met both tests in SBA's "alternative size standard" as of March 27, 2020: (1) maximum tangible net worth of the business is not more than $15 million; and (2) the average net income after Federal income taxes (excluding any carry-over losses) of the business for the two full fiscal years before the date of the application is not more than $5 million. The alternative size standard is available only to for-profit borrowers, not non-profit organizations.

[5] An applicant can be eligible for a Second Draw PPP loan if the applicant, together with its affiliates (if applicable): (1) is an independent contractor, self-employed individual, or sole proprietor with no employees; (2) employs no more than 300 employees; (3) if NAICS 72, employs no more than 300 employees per physical location; (4) if a news organization that is majority owned or controlled by a NAICS code 511110 or 5151 business, a nonprofit public broadcasting entity with a trade or business under NAICS code 511110 or 5151, or an Internet-only news or periodical publisher assigned NAICS code 519130 and engaged in the collection and distribution of local or regional and national news and information, employs no more than 300 employees per physical location; or (5) if a 501(c)(3) organization, an eligible 501(c)(6) organization, other eligible 501(c) organization, or eligible destination marketing organization, employs no more than 300 employees per physical location.

[6] Calculate the number of employees using the average number of employees per pay period in the same time period Borrower used to calculate average monthly payroll. For example, if Borrower calculated the average monthly payroll based on calendar year 2019, Borrower's number of employees is the average number for all pay periods in calendar year 2019. See 13 CFR 121.106 for the full definition.

[7] Receipts generally are the sum of "total income" plus "cost of goods sold" reported on Federal taxes. See 13 CFR 121.104 for the full definition. For Borrowers with fewer than three completed fiscal years, average annual receipts means the total receipts for the period the Borrower had been in existence as of the date of PPP loan application, divided by the number of weeks in existence, multiplied by 52.

8

SBA Form 3511 (07/2021)

[8] For an explanation of the four tests for affiliation that apply to participants in the Paycheck Protection Program, see https://www.sba.gov/document/support-affiliation-rules-paycheck-protection-program and 85 FR 20817 (April 15, 2020).

[9] For purposes of determining affiliation based on equity ownership, an entity is an affiliate of an individual, concern, or entity that owns or has the power to control more than 50 percent of the entity's voting equity. If no individual, concern, or entity is found to control, SBA will deem the Board of Directors or President or Chief Executive Officer (CEO) (or other officers, managing members, or partners who control the management of the entity) to be in control of the entity. SBA will deem a minority shareholder to be in control, if that individual or entity has the ability, under the entity's charter, bylaws, or shareholder's agreement, to prevent a quorum or otherwise block action by the board of directors or shareholders. See 13 CFR 121.301(f)(1). In determining affiliation based on ownership for nonprofit organizations, the organization may use its IRS Form 990, Schedule R, which requires the nonprofit organization to provide information on certain tax-exempt and taxable related organizations, as defined in 26 USC 512(b)(13).

[10] For purposes of determining size, SBA considers stock options, convertible securities, and agreements to merge (including agreements in principle) to have a present effect on the power to control an entity. SBA treats such options, convertible securities, and agreements as though the rights granted have been exercised. Agreements to open or continue negotiations towards the possibility of a merger or a sale of stock at some later date are not considered "agreements in principle" and are thus not given present effect. Options, convertible securities, and agreements that are subject to conditions precedent which are incapable of fulfillment, speculative, conjectural, or unenforceable under state or Federal law, or where the probability of the transaction (or exercise of the rights) occurring is shown to be extremely remote, are not given present effect. An individual, concern or other entity that controls one or more other entities cannot use options, convertible securities, or agreements to appear to terminate such control before actually doing so. SBA will not give present effect to individuals', concerns', or other entities' ability to divest all or part of their ownership interest in order to avoid a finding of affiliation. See 13 CFR 121.301(f)(2). This basis for affiliation is unlikely to apply to nonprofit organizations because, generally, they do not issue stock or securities. If, however, a nonprofit organization has an agreement to merge with another organization, SBA would treat such an agreement, including an agreement in principle, to have present effect under the affiliation rule.

[11] Affiliation based on management arises where the CEO or President of the PPP borrower (or other officers, managing members, or partners who control the management of the borrower) also controls the management of one or more other entities. Affiliation also arises where a single individual, concern, or entity that controls the Board of Directors or management of one entity also controls the Board of Directors or management of one or more other entities. Affiliation also arises where a single individual, concern or entity controls the management of the PPP borrower through a management agreement. See 13 CFR 121.301(f)(3). Management affiliation is particularly relevant to nonprofit organizations because they operate through their officers and board members. A common officer may cause the nonprofit organization to be affiliated with another entity, if the officer controls the borrower's management and also controls the management of one or more other organizations, businesses, or entities. A nonprofit organization could be affiliated where a single board member or entity that controls the borrower's board also controls the board or management of one or more other organizations, businesses, or entities. Additionally, for organizations that elect their board through member voting, the organization would be affiliated through a business, entity, or individual that controls more than 50% of the organization's voting rights, with any other entities similarly situated.

[12] Affiliation based on identity of interest arises when there is identity of interest between close relatives with identical or substantially identical business or economic interests (such as where the close relatives operate entities in the same or similar industry in the same geographic area). See 13 CFR 121.301(f)(4). "Close relative" is a spouse; a parent; or a child or sibling; or the spouse of any such person. See 13 CFR 120.10.

[13] Calculate the number of employees using the affiliate's average number of employees based on numbers of employees for each of the pay periods for the preceding completed 12 calendar months before the date of the Borrower's PPP application. Part-time and temporary employees are counted the same as full-time employees. If an affiliate has not been in business for 12 months, use the average number of employees for each of the pay periods the affiliate has been in business. See 13 CFR 121.106.

[14] See note 6 for information on how to calculate average annual receipts over last three completed fiscal years before the date of the Borrower's PPP application.

SBA Form 3511 (07/2021)

9



OMB Control Number: 3245-0416
Expiration Date: 06/30/2021

# PAYCHECK PROTECTION PROGRAM
## AFFILIATION WORKSHEET

The purpose of this Affiliation Worksheet is to collect information from a borrower that answered "YES" to Question 3 on its Paycheck Protection Program (PPP) Loan Application (SBA Form 2483 or lender's equivalent) or a borrower for which information available to the Small Business Administration (SBA) indicates that the borrower may have affiliates. SBA requires this additional information regarding the size of the borrower and its affiliates to evaluate the borrower's certification on its PPP Loan Application that it was eligible to receive a PPP loan under the SBA's rules in effect at the time the application was submitted.

Please complete this Affiliation Worksheet to provide information regarding the size standard that you (Borrower) used when making your eligibility certification and regarding the size of your affiliates. You must disclose all of your affiliates for purposes of this worksheet. Affiliation is defined in 13 CFR 121.301(f) and summarized here: https://www.sba.gov/document/support-affiliation-rules-paycheck-protection-program.[1] Affiliation rules apply to non-profit borrowers in the same manner as with respect to for-profit borrowers.

**The completed worksheet is due to the Lender servicing your PPP loan within ten business days of receipt from your Lender.** Failure to complete the worksheet may result in SBA's determination that you were ineligible for the PPP loan, the PPP loan amount, or any forgiveness amount claimed, and SBA may seek repayment of the loan or pursue other available remedies.

Within five business days after you provide a completed worksheet with all required responses, signatures, and certifications, the Lender servicing your loan is required to upload the worksheet to the SBA PPP Forgiveness Platform (forgiveness.sba.gov).

---

**Paperwork Reduction Act** – You are not required to respond to this collection of information unless it displays a currently valid OMB Control Number. The estimated time for completing this worksheet, including gathering data needed, is 45 minutes. Comments about this time or the information requested should be sent to Small Business Administration, Director, Records Management Division, 409 3rd St., SW, Washington DC 20416, and/or SBA Desk Officer, Office of Management and Budget, New Executive Office Building, Washington DC 20503. **PLEASE DO NOT SEND WORKSHEETS TO THESE ADDRESSES.**

[1] See also 85 FR 20817 (April 15, 2020) regarding application of SBA's affiliation rules.

SBA Form 3511 (12/2020)

1

## Part A – Borrower Information

| Borrower Legal Name | | DBA or Tradename, if applicable | |
|---|---|---|---|
| OAK BROOK MEDICAL MANAGEMENT, INC. | | | |
| **Borrower Address** | | **TIN (EIN, SSN)** | **Work Phone** |
| 2605 W 22ND STREET, SUITE 34 OAK BROOK, IL 60523 | | REDACTED | |
| | **Primary Contact:** | **E-mail Address** | |
| | Dr Kianoosh Jafari | REDACTED | |
| **SBA PPP Loan Number:** | | **Original Principal Amount of PPP Loan (S)** | |
| 4,015,477,301 | | 468,692.50 | |

## Part B – Affiliation Information

### Section I. Affiliation Waiver

Answer questions 1, 2, 3, and 4 below. In the right-hand column (labeled "Confidential?"), check the box if the answers or information provided in response to the question are customarily kept confidential.

If you answer "YES" to any of the questions in Section I, you do not need to complete Sections II, III, and IV.

| | | | | Confidential? |
|---|---|---|---|---|
| 1. | Is Borrower assigned a North American Industry Classification System (NAICS) code beginning with 72 (Accommodation and Food Service Industries)? See https://www.census.gov/eos/www/naics/ for an explanation of NAICS code 72. | YES ☐ | NO ☒ | Select |
| 2. | Is Borrower a franchise whose franchise identifier code is listed in SBA's Franchise Directory? See https://www.sba.gov/sba-franchise-directory for SBA's Franchise Directory? | YES ☐ | NO ☒ | Select |
| 3. | Does Borrower receive financial assistance from a Small Business Investment Company licensed by the SBA? | YES ☐ | NO ☒ | Select |
| 4. | Is Borrower a faith-based organization?[2] | YES ☐ | NO ☒ | Select |

---

[2] See 85 FR 20817 (April 15, 2020) regarding application of SBA's affiliation rules and the exemption of certain qualified faith-based organizations from SBA's affiliation rules.

SBA Form 3511 (12/2020)

2

Section II. Borrower's Size Standard

Select the size standard below that was used to determine Borrower's eligibility for a PPP loan (check one).[3]

| A. Employee-based Size Standard | B. Receipt-based Size Standard ■ | C. Alternative Size Standard |
|---|---|---|

Section III. Borrower's Size-Standard and Industry Information

Provide information in columns #1 and 2 below for Borrower. For #2, provide information under A, B, or C depending on the size standard you indicated in Section II:

- Use 2.A if Borrower used *A. Employee-based Size Standard*;
- Use 2.B if Borrower used *B. Receipt-based Size Standard*; or
- Use 2.C (both the TNW and ANI columns) if Borrower used *C. Alternative Size Standard*.

In the right-hand column (labeled "Confidential?"), check the box if the information in your answers to 2.A, 2.B, or 2.C is customarily kept confidential.

| 1. | | 2. | | | |
|---|---|---|---|---|---|
| Primary Six-Digit NAICS Code | A. Employees[4] | B. Average Annual Receipts over last 3 completed fiscal years before the date of the Borrower's PPP application[5] ("Receipts") | C. Alternative Size Standard (as of March 27, 2020) | | Confidential? |
| | | | Tangible Net Worth ("TNW") | Average Net Income after Federal taxes (excluding any carryover losses) for last 2 completed fiscal years ("ANI") | Select |
| 541611 | 16 | $ | $ | $ | |

---

[3] An applicant can be eligible for a PPP loan under the employee-based size standard if it has no more than 500 employees or if it satisfies the statutory and regulatory definition of a "small business concern" under section 3 of the Small Business Act, 15 U.S.C. 632 (see www.sba.gov/size for employee-based size standards by industry). A business can be eligible under the receipt-based size standard corresponding to its primary industry (see www.sba.gov/size for receipt-based size standards by industry). A business also can be eligible if it met both tests in SBA's "alternative size standard" as of March 27, 2020: (1) maximum tangible net worth of the business is not more than $15 million; and (2) the average net income after Federal income taxes (excluding any carry-over losses) of the business for the two full fiscal years before the date of the application is not more than $5 million. The alternative size standard is available only to for-profit borrowers, not non-profit organizations.

[4] Calculate the number of employees using the average number of employees per pay period in the same time period Borrower used to calculate average monthly payroll. For example, if Borrower calculated average monthly payroll based on calendar year 2019, Borrower's number of employees is the average number for all pay periods in calendar year 2019. See 13 CFR 121.106 for the full definition.

[5] Receipts generally are the sum of "total income" plus "cost of goods sold" reported on Federal taxes. See 13 CFR 121.104 for the full definition. For Borrowers with fewer than three completed fiscal years, average annual receipts means the total receipts for the period the Borrower had been in existence as of the date of PPP loan application, divided by the number of weeks in existence, multiplied by 52.

**SBA Form 3511 (12/2020)**                                                   3

## Section IV. Borrower's Affiliates Information[6]

Provide information in columns #1, 2, 3, 4, and 5 below for all of Borrower's affiliates.

For #2, select all types of relationships to Borrower that apply. For each type that is selected, provide additional detail about that relationship in the text field "Additional detail on Affiliate relationship to Borrower":

- If "Affiliation based on ownership" is selected, identify the owner (the Borrower, the Affiliate, another specified entity, or a specified individual) and the percentage of ownership (e.g., Affiliate is a 60% owner of Borrower; Borrower is a 51% owner of Affiliate).[7]
- If "Affiliation arising under stock options, convertible securities, and agreements to merge" is selected, identify whether the basis for affiliation is stock options, convertible securities, or an agreement to merge.[8]
- If "Affiliation based on management" is selected, identify the common manager or management agreement.[9]
- If "Affiliation based on identity of interest" is selected, identify the close relative(s) and the business or economic interest.[10]

For #5, provide information for A, B, or C depending on the size standard you indicated in Section II:

- Use 5.A if Borrower used A. *Employee-based Size Standard*;
- Use 5.B if Borrower used B. *Receipt-based Size Standard*; or
- Use 5.C (both the TNW and ANI columns) if Borrower used C. *Alternative Size Standard*.

If additional rows are needed to list all affiliates, provide information on a separate sheet identified as Addendum A. In the right-hand column (labeled "Confidential?"), indicate whether the information in your answers is customarily kept confidential by entering 1, 2, 3, 4, 5.A, 5.B, and/or 5.C.

---

6 For an explanation of the four tests for affiliation that apply to participants in the Paycheck Protection Program, see https://www.sba.gov/document/support-affiliation-rules-paycheck-protection-program and 85 FR 20817 (April 15, 2020).

7 For purposes of determining affiliation based on equity ownership, an entity is an affiliate of an individual, concern, or entity that owns or has the power to control more than 50 percent of the entity's voting equity. If no individual, concern, or entity is found to control, SBA will deem the Board of Directors or President or Chief Executive Officer (CEO) (or other officers, managing members, or partners who control the management of the entity) to be in control of the entity. SBA will deem a minority shareholder to be in control if that minority shareholder has the ability, under the entity's charter, bylaws, or shareholder's agreement, to prevent a quorum or otherwise block action by the board of directors or shareholders. See 13 CFR 121.301(f)(1).

8 For purposes of determining size, SBA considers stock options, convertible securities, and agreements to merge (including agreements in principle) to have a present effect on the power to control an entity. SBA treats such options, convertible securities, and agreements as though the rights granted have been exercised. Agreements to open or continue negotiations towards the possibility of a merger or a sale of stock at some later date are not considered "agreements in principle" and are thus not given present effect. Options, convertible securities, and agreements that are subject to conditions precedent which are incapable of fulfillment, speculative, conjectural, or unenforceable under state or Federal law, or where the probability of the transaction (or exercise of the rights) occurring is shown to be extremely remote, are not given present effect. An individual, concern or other entity that controls one or more other entities cannot use options, convertible securities, or agreements to appear to terminate such control before actually doing so. SBA will not give present effect to individuals', concerns', or other entities' ability to divest all or part of their ownership interest in order to avoid a finding of affiliation. See 13 CFR 121.301(f)(2).

9 Affiliation based on management arises where the CEO or President of the PPP borrower (or other officers, managing members, or partners who control the management of the borrower) also controls the management of one or more other entities. Affiliation also arises where a single individual, concern, or entity that controls the Board of Directors or management of one or more other entities. Affiliation also arises where a single individual, concern or entity controls the management of the PPP borrower through a management agreement. See 13 CFR 121.301(f)(3).

10 Affiliation based on identity of interest arises when there is identity of interest between close relatives with identical or substantially identical business or economic interests (such as where the close relatives operate entities in the same or similar industry in the same geographic area). See 13 CFR 120.10. "Close relative" is a spouse; a parent; or a child or sibling, or the spouse of any such person. See 13 CFR 120.10.

**SBA Form 3511** (12/2020)

4

| 1. Affiliate Name | 2. Relationship to Borrower (select all that apply) | | 3. Primary Six-Digit NAICS Code | 4. Did affiliate receive PPP loan? | A. Employees[11] | B. Receipts[12] | 5. Alternative Size Standard as of March 27, 2020 | | Confidential? |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | TNW | ANI | |
| THE OAK BROOK SURGICAL CENTRE, INC. | Affiliation based on ownership | ✓ | 621493 | YES ✓  NO | 45 | $ | $ | $ | Select |
| | Affiliation arising under stock options, convertible securities, and agreements to merge | | | | | | | | |
| | Affiliation based on management | ✓ | | | | | | | |
| | Affiliation based on identity of interest | | | | | | | | |
| | Additional detail on Affiliate relationship to Borrower (1,000 character max): Dr Kianoosh Jafari owns 100% of Oak Brook Medical Management and 100% of The Oak Brook Surgical Centre, Inc. and manages both entities. | | | | | | | | |
| AIDEN CENTER FOR DAY SURGERY, LLC | Affiliation based on ownership | ✓ | 621493 | YES  NO | 8 | $ | $ | $ | Select |
| | Affiliation arising under stock options, convertible securities, and agreements to merge | | | | | | | | |
| | Affiliation based on management | ✓ | | | | | | | |
| | Affiliation based on identity of interest | | | | | | | | |
| | Additional detail on Affiliate relationship to Borrower (1,000 character max): Dr Kianoosh Jafari owns 100% of Oak Brook Medical Management and 100% of Aiden Center for Day Surgery, LLC and manages both entities. | | | | | | | | |

[11] Calculate the number of employees using the affiliate's average number of employees based on numbers of employees for each of the pay periods for the preceding completed 12 calendar months before the date of the Borrower's PPP application. Part-time and temporary employees are counted the same as full-time employees. If an affiliate has not been in business for 12 months, use the average number of employees for each of the pay periods the affiliate has been in business. See 13 CFR 121.106.

[12] See footnote 5 for information on how to calculate average annual receipts over last three completed fiscal years before the date of the Borrower's PPP application.

**SBA Form 3511** (12/2020)

5

SBA Form 3511 (12/2020)

| 1. Affiliate Name | 2. Relationship to Borrower (select all that apply) | 3. Primary Six-Digit NAICS Code | 4. Did affiliate receive PPP loan? | 5. A. Employees[11] | B. Receipts[12] | C. Alternative Size Standard as of March 27, 2020 TNW | ANI | Confidential? |
|---|---|---|---|---|---|---|---|---|
| Oak Brook Center for Health, Inc. | Affiliation based on ownership ✓ | 621111 | YES | 2 | $ | $ | $ | Select |
| | Affiliation arising under stock options, convertible securities, and agreements to merge | | NO | | | | | |
| | Affiliation based on management | | | | | | | |
| | Affiliation based on identity of interest ✓ | | | | | | | |
| | Additional detail on Affiliate relationship to Borrower (1,000 character max): Dr Kianoosh Jafari owns 100% of Oak Brook Medical Management and 100% of Oak Brook Center for Health, Inc. and manages both entities. | | | | | | | |
| Oak Brook Anesthesiologists, Ltd. | Affiliation based on ownership ✓ | 621111 | YES ✓ | 4 | $ | $ | $ | Select |
| | Affiliation arising under stock options, convertible securities, and agreements to merge | | NO | | | | | |
| | Affiliation based on management | | | | | | | |
| | Affiliation based on identity of interest ✓ | | | | | | | |
| | Additional detail on Affiliate relationship to Borrower (1,000 character max): Dr Kianoosh Jafari owns 100% of Oak Brook Medical Management and 100% of Oak Brook Anesthesiologists, Ltd. and manages both entities. | | | | | | | |
| Oak Brook X-ray and Imaging, Inc. | Affiliation based on ownership ✓ | 621512 | YES ✓ | | $ | $ | $ | Select |
| | Affiliation arising under stock options, convertible securities, and agreements to merge | | NO | | | | | |
| | Affiliation based on management | | | | | | | |
| | Affiliation based on identity of interest ✓ | | | | | | | |
| | Additional detail on Affiliate relationship to Borrower (1,000 character max): Dr Kianoosh Jafari owns 100% of Oak Brook Medical Management and 100% of Oak Brook X-ray and Imaging, Inc. and manages both entities. | | | | | | | |

6

SBA Form 3511 (12/2020)

6

| 1. Affiliate Name | 2. Relationship to Borrower (select all that apply) | 3. Primary Six-Digit NAICS Code | 4. Did affiliate receive PPP loan? | A. Employees[1] | B. Receipts[2] | 5. Alternative Size Standard as of March 27, 2020 | | Confidential? |
|---|---|---|---|---|---|---|---|---|
| | | | | | | TNW | ANI | |
| OAK BROOK MEDICAL AND SURGICAL CENTER, INC. | Affiliation based on ownership ✓<br>Affiliation arising under stock options, convertible securities, and agreements to merge<br>Affiliation based on management ✓<br>Affiliation based on identity of interest<br>Additional detail on Affiliate relationship to Borrower (1,000 character max): Dr Kianoosh Jafari owns 100% of Oak Brook Medical Management and 100% of Oak Brook Medical and Surgical Center, Inc. and manages both entities. | 531312 | NO | 6 | $ | $ | $ | Select |
| GREAT OAK INSURANCE AGENCY, LLC | Affiliation based on ownership ✓<br>Affiliation arising under stock options, convertible securities, and agreements to merge<br>Affiliation based on management ✓<br>Affiliation based on identity of interest<br>Additional detail on Affiliate relationship to Borrower (1,000 character max): Dr Kianoosh Jafari owns 100% of Oak Brook Medical Management and 80% of Great Oak Insurance Agency, LLC and manages both entities. | 524210 | YES ✓ | 1 | $ | $ | $ | Select |
| 1800 MCDONOUGH ROAD SURGERY CENTER, LLC | Affiliation based on ownership ✓<br>Affiliation arising under stock options, convertible securities, and agreements to merge<br>Affiliation based on management ✓<br>Affiliation based on identity of interest<br>Additional detail on Affiliate relationship to Borrower (1,000 character max): Dr Kianoosh Jafari owns 100% of Oak Brook Medical Management and 57.5% of 1800 McDonough Road Surgery Center, LLC and manages both entities. | 621493 | YES ✓ | 26 | $ | $ | $ | Select |

## CERTIFICATIONS

The Authorized Representative of Borrower must certify to all of the below by initialing next to each item:

____ I certify that I have the authority to sign and submit this worksheet on behalf of Borrower.

____ I certify that the information provided in this worksheet identifies all known affiliates of Borrower and is true and correct in all material respects. I make this certification after reasonable inquiry of people, systems, and other information available to Borrower.

____ I understand that knowingly making a false statement to obtain a guaranteed loan or forgiveness of an SBA-guaranteed loan is punishable under the law, including under 18 U.S.C. 1001 and 3571 by imprisonment of not more than five years and/or a fine of up to $250,000; under 15 U.S.C. 645 by imprisonment of not more than two years and/or a fine of not more than $5,000; and, if submitted to a federally insured institution, under 18 U.S.C. 1014 by imprisonment of not more than thirty years and/or a fine of not more than $1,000,000.

Signature of Authorized Representative of Borrower

Print Name  Kianvosh Jafari

Title  President

Date  12/29/2021

# Affiliate Narrative

## Overview

**Affiliation Family**: Jafari Health et al
**Affiliate Family #:** 207
**Number of PPP loans:** 14
**PPP Loan Disbursement Date:** 4/29/20
**Total PPP loan amount:** $8,229,843
**Total EE count:** 790

## Executive Summary

- Affiliation Eligibility is NOT confirmed for all entities who received PPP loans because employee count exceeds 500 across all affiliates.
    - Borrowers deny affiliation and refuse to provide information to determine Industry Size Standard or Alternative Size Standard.
- Active Hold Codes 33, 37, and 54 cannot be cleared.
- Those loans with 'Accepted' Status are NOT part of the Sample, and these should be moved forward as NOT Approved.
- Hold Code 70 should be placed on all loans with 'Payment Confirmed' status.
- There are 6 Second Draw PPP loans and Hold Code 33 has been added to all.

## Family Overview

- There are 26 entities in this family of affiliates.
- 14 entities received PPP loans totaling $8,229,843 with 790 employees across all affiliates.
- NAICS codes are as follows:
    - 2 entities have NAICS code 621111 (Office of Physicians except Mental Health Specialists)
    - 3 entities have NAICS code 621493 (Freestanding Ambulatory Surgical and Emergency Centers)
    - 3 entities have NAICS code 623312 (Assisted Living Facilities for the Elderly)
    - 1 entity has NAICS code 541611 (Administrative Management and General Management Consulting Services)
    - 1 entity has NAICS code 531312 (Nonresidential Property Managers)
    - 1 entity has NAICS code 524210 (Insurance Agencies and Brokerages)
    - 1 entity has NAICS code 236220 (Commercial and Institutional Building Construction)
    - 1 entity has NAICS code 621512 (Diagnostic Imaging Centers)
    - 1 entity has NAICS code 621999 (All Other Miscellaneous Ambulatory Health Care Services)
    - 12 entities NAICS codes were not provided
- None of these entities with PPP loans are eligible for affiliation waivers.
- The information compiled in this Affiliate Narrative was found via the following sources: CAFS, 3511s, Borrower Memos, Tax Returns, and Guidehouse Report.

| PPP Loan # | Borrower | NAICS Codes | EE Count | Loan $ | PPP Loan Received? |
|---|---|---|---|---|---|
| 4015477301 | Oak Brook Medical Management Inc. | 541611 | 16 | $468,692.50 | Yes |
| 4020977303 | Oak Brook Anesthesiologists Ltd | 621111 | 4 | $213,980 | Yes |
| 2991897307 | The Oak Brook Surgical Center Inc | 621493 | 45 | $518,037 | Yes |
| 5159557207 | 1800 McDonough Road Surgery Center LLC | 621493 | 26 | $455,575 | Yes |
| 7768347110 | Aiden Center for Day Surgery LLC | 621493 | 8 | $245,677.50 | Yes |
| 9471987101 | Oak Brook Medical & Surgical Center, Inc | 531312 | 6 | $70,065 | Yes |
| 9480427110 | Oak Brook Center for Health Ltd | 621111 | 2 | $59,902.50 | Yes |
| 9473207105 | Oak Brook X-Ray and Imaging Inc | 621512 | 2 | $50,447.50 | Yes |
| 7763577110 | Great Oak Insurance Agency LLC | 524210 | 2 | $32,867.50 | Yes |
| 7704127202 | Beaver Creek Construction, LLC | 236220 | 4 | $28,987.50 | Yes |
| 8187157206 | Butterfield Health Care, Inc | 623312 | 267 | $2,201,640 | Yes |
| 7767777206 | Butterfield Health Care II, Inc | 623312 | 194 | $1,855,932 | Yes |
| 3973427209 | Butterfield Health Care VII, LLC | 623312 | 172 | $1,607,175 | Yes |
| 1400627301 | Butterfield Health Care Group, Inc | 621999 | 36 | $420,864 | Yes |
|  | Jafari Family LLC | Unknown | 2 |  | No |
|  | RBJ Investment LP | Unknown | 2 |  | No |
|  | Jafari Investments LLC | Unknown | 2 |  | No |
|  | Dorothy Vangel QSS Trust UAD 6/21/99 | Unknown | 0 |  | No |
|  | Descendants S Corp Trust FBO Sasha Eva Dimas | Unknown | 0 |  | No |
|  | Descendants S Corp Trust FBO Sean William Dimas | Unknown | 0 |  | No |

| | | | | | |
|---|---|---|---|---|---|
| | Descendants S Corp Trust FBO Ashley Maria Dimas | Unknown | 0 | | No |
| | Ashley M Dimas Descendant's GST Non-Exempt QSS Trust 6/21/99 | Unknown | 0 | | No |
| | Christopher Vangel Descendant's GST Exempt QSS | Unknown | 0 | | No |
| | Katherine Hocuk Descendant's GST Exempt | Unknown | 0 | | No |
| | Sasha E Dimas Descendant's GST Non-Exempt QSS Trust 6/21/99 | Unknown | 0 | | No |
| | Sean W Dimas Descendant's GST Non-Exempt QSS Trust 6/21/99 | Unknown | 0 | | No |
| | | | **790** | **$8,229,843** | |

- Borrowers have divided this family into 2 groups based on majority ownership, and they have denied affiliation between the two groups on several occasions. They have provided ownership/management information in signed Borrower Memos and 2 completed SBA 3511 forms.
- See below table for ownership and control.
  - Yellow – Majority owned and controlled by Kianoosh Jafari (disclosed on 3511 signed by Kianoosh Jafari and detailed below in section titled "SBA 3511 Analysis")
  - Orange – Majority owned and controlled by Jafari family relatives (This entity was not disclosed on either 3511 but was found via Tax Return and disclosed on Borrower Memo regarding Affiliation that is uploaded to PPP Platform)
  - Blue – Owned 50/50 by Jafari family relatives and Vangel family relatives (disclosed on 3511 signed by Christopher Vangel and detailed below in section titled "SBA 3511 Analysis")
- Ownership Breakdown
  - Jafari Investments LLC
    - Gilda Jafari, Manager
    - Sam Jafari, Manager
  - RBJ Investments
    - 37% Poopak Amanda Jafari Revocable Trust, Robert Jafari, Trustee
    - 37% Robert Bahram Jafari Irrevocable Trust, Poopak Jafari, Trustee
    - 25%Robert Bahram Jafari Children's Gift Trust, Poopak Jafari, Trustee
    - 1% RBJ Investment Inc, Robert Jafari, President

- Jafari Family LLC
  - o  50% Kianoosh Jafari Revocable Trust, Kianoosh Jafari, Trustee
  - o  50% Soussan Jafari Revocable Trust, Soussan Jafari, Trustee
- Smaller Trusts with noncontrolling interest in Butterfield Health Care
  - o  Dorothy Vangel, Trustee
    - ▪ Dorothy Vangel QSS Trust
    - ▪ Descendants S Corp Trust FBO Ashley Maria Dimas
    - ▪ Descendants S Corp Trust FBO Sasha Eva Dimas
    - ▪ Descendants S Corp Trust FBO Sean William Dimas
    - ▪ Ashley M Dimas Descendant's GST Non-Exempt QSS
    - ▪ Katherine Hocuk Descendant's GST Exempt QSS
    - ▪ Sasha E Dimas Descendant's GST Non-Exempt AWW Trust
    - ▪ Sean W Dimas Descendant's GST Non-Exempt QSS Trust

| SBA Loan # | Borrower | Majority Ownership % | Controlling Interest |
|---|---|---|---|
| 4015477301 | Oak Brook Medical Management Inc. | Kianoosh Jafari 100% | Kianoosh Jafari |
| 4020977303 | Oak Brook Anesthesiologists Ltd | Kianoosh Jafari 100% | Kianoosh Jafari |
| 2991897307 | The Oak Brook Surgical Center Inc | Kianoosh Jafari 100% | Kianoosh Jafari |
| 5159557207 | 1800 McDonough Road Surgery Center LLC | Kianoosh Jafari 57.5% | Kianoosh Jafari |
| 7768347110 | Aiden Center for Day Surgery LLC | Kianoosh Jafari 100% | Kianoosh Jafari |
| 9471987101 | Oak Brook Medical & Surgical Center, Inc | Kianoosh Jafari 100% | Kianoosh Jafari |
| 9480427110 | Oak Brook Center for Health Ltd | Kianoosh Jafari 100% | Kianoosh Jafari |
| 9473207105 | Oak Brook X-Ray and Imaging Inc | Kianoosh Jafari 100% | Kianoosh Jafari |
| 7763577110 | Great Oak Insurance Agency LLC | Kianoosh Jafari 80% | Kianoosh Jafari |

| 7704127202 | Beaver Creek Construction, LLC | Jafari Investments LLC 25%; RBJ Investments LP 25% | Jafari family relatives |
|---|---|---|---|
| 8187157206 | Butterfield Health Care, Inc | Jafari Family LLC 25%; RBJ Investments 25%; Nicholas & Dorothy Vangel 20%; 30% various other Trusts | Jafari family relatives 50% |
| | | | Vangel family relatives 50% |
| 7767777206 | Butterfield Health Care II, Inc | Jafari Family LLC 25%; RBJ Investments 25%; Nicholas & Dorothy Vangel 20%; 30% various other Trusts | Jafari family relatives 50% |
| | | | Vangel family relatives 50% |
| 3973427209 | Butterfield Health Care VII, LLC | Jafari Family LLC 25%; RBJ Investments 25%; Nicholas & Dorothy Vangel 20%; various other Trusts | Jafari family relatives 50% |
| | | | Vangel family relatives 50% |
| 1400627301 | Butterfield Health Care Group, Inc | Jafari Family LLC 25%; RBJ Investments 25%; Nicholas & Dorothy Vangel 20%; 30% various other Trusts | Jafari family relatives 50% |
| | | | Vangel family relatives 50% |

- Butterfield Health Care provided Management breakdowns which did not include Kianoosh Jafari.
  - o Promissory Notes and 3508 forms for Butterfield Health Care Inc, PPP Loan #8187157206 and Butterfield Health Care Group Inc, PPP Loan #1400627301 were signed by Kianoosh Jafari as President.
  - o Borrower response letters to affiliation questions were both signed by Kianoosh Jafari as President of Oak Brook Medical Management and President of Butterfield Health Care, Inc. These letters have been uploaded as Attachments in each file.
- All these entities are tied together based on identity of interest given that Kianoosh Jafari and close relatives of Kianoosh Jafari operate concerns in similar industries in the same geographic area.
  - o According to Affiliation Rules Applicable to U.S. Small Business Administration Paycheck Protection Program, dated April 3, 2020, "(4) Affiliation based on identity of interest. Affiliation arises when there is an identity of interest between close relatives, as defined in 13 CFR 120.10, with identical or substantially, identical business or economic interests (such as where the close relatives operate concerns in the same or similar industry in the same geographic area)."
  - o 13 CFR 120.10 defines close relatives as a spouse; a parent; or a child or sibling, or the spouse of any such person.
    - ▪ Robert Jafari is Kianoosh Jafari's son
    - ▪ Soussan Jafari is Kianoosh Jafari's spouse
    - ▪ Poopak Jafari is Robert Jafari's spouse

- No information was given for relationship to Gilda and Sam Jafari
  - All entities are located in the State of Illinois.

## Eligibility and SBA Form 3511 Analysis

### Goal of the eligibility analysis:

The goal of this eligibility analysis is to assess if this affiliate family is eligible to receive PPP loans, even if the affiliate family exceeds 500 employees.

### Family Research Results:

A website search of all individuals and entities was conducted. Dun & Bradstreet searches were conducted on all entities. Secretary of State searches were conducted on all entities. All searches resulted in no additional affiliates or affiliation issues found.

### SBA 3511 Analysis

Two forms 3511 were completed. Borrower refuses to acknowledge affiliation between Oak Brook Medical group and Butterfield Health Care group. When questioned, they provided Memos stating there was no affiliation between Oak Brook Medical group and Butterfield Health Care group. Beaver Creek Construction was left off both forms 3511 but was addressed in Borrower Memo submitted on behalf of Oak Brook Medical Management which states that Beaver Creek is affiliated with Butterfield Health Care Group.

- **Total Employee Count: 630** disclosed between the two completed forms**,** which exceeds the SBA standard of 500. Employee Size Standard was marked on both forms.
  - There is a discrepancy in Total EE Count between CAFS and completed forms 3511. CAFS numbers match forms 2483. This was not addressed with the borrowers as total count is over 500 regardless of which number is used and borrower refused to submit a full and complete 3511 listing all affiliates.
- **Industry Receipt Standard:** N/A
- **Alternative Size Standard:** N/A
- **Affiliate Waiver Eligibility:** N/A

- Oakbrook Medical Management Inc
  - 3511 Completed and signed on 12/29/2021 by Kianoosh Jafari.
  - Affiliates listed are:
    - The Oak Brook Surgical Center, Inc
    - Aiden Center for Day Surgery, LLC
    - Oak Brook Center for Health, Inc
    - Oak Brook Anesthesiologists, Ltd
    - Oak Brook X-ray and Imaging, Inc
    - Oak Brook Medical and Surgical Center, Inc
    - Great Oak Insurance Agency, LLC
    - 1800 McDonogh Road Surgery Center, LLC
  - Total Employees listed = 108
- Butterfield Health Care VII, LLC

- o 3511 Completed and signed on 11/17/2021 by Christopher Vangel.
- o Affiliates listed are:
    - Butterfield Health Care, Inc
    - Butterfield Health Care II, Inc
    - Butterfield Health Care Group, Inc.
- o Total Employees = 522
    - Borrower's 3511 has the box marked for "Employee Based Size Standard." However, they exceed the maximum number of employees allowed.

- Neither of the completed forms 3511 included all affiliates.
- Addendum A was included in Oak Brook Medical Management's and Oak Brook Anesthesiologists' PPP loan files; however, each only listed the other as an affiliate and did not include all affiliates.
- No Addendum A was included in any Butterfield Health Care's PPP loan files. All forms 2483 answered "No" to question #3 regarding Affiliates.
- Given that this group of affiliated loans has a total number of employees greater than 500, these entities must meet either the industry size standard or the Alternative size standard.

### Final eligibility determination

Affiliation Eligibility is NOT confirmed for all entities who received PPP loans because employee count exceeds 500 across all affiliates. Borrowers deny affiliation and refuse to provide information to determine Industry Size Standard or Alternative Size Standard.

### Hold Code Analysis

### Affiliate Hold Codes

Active Hold Codes 33 and 37 CANNOT be cleared because eligibility is NOT confirmed for all entities who received PPP loans.

### Non-Affiliate Hold Codes

Three loans have an Active Hold Code 54. This was likely placed due to previously cleared hold codes.

- Hold Code 19 – Maximum Loan Size.
    - o Oak Brook Medical Management, PPP Loan# 4015477301
    - o Oak Brook Anesthesiologists, PPP Loan# 4020977303
- Hold Code 10 – Loan Size Meets Special Review Criteria.
    - o Butterfield Health Care, Inc PPP Loan# 8187157206

| PPP Loan # | Borrower | Sample? | Loan Status | HC Flags | Next Steps |
|------------|----------|---------|-------------|----------|------------|
| 4015477301 | Oak Brook Medical Management Inc | No | Accepted | 33 Active 54 Active 19 Cleared | Hold Code cannot be cleared. Hold Code 54 cannot be cleared. |
| 4020977303 | Oak Brook Anesthesiologists Ltd | No | Accepted | 54 Active 33 Cleared 19 Cleared | Hold Code 54 cannot be cleared. |

| 2991897307 | The Oak Brook Surgical Centre Inc | No | Payment Confirmed | 33 Cleared 45 Cleared | Hold Code 70 should be Added. |
|---|---|---|---|---|---|
| 5159557207 | 1800 McDonough Road Surgery Center LLC | No | Payment Confirmed | 33 Cleared | Hold Code 70 should be Added. |
| 7768347110 | Aiden Center for Day Surgery LLC | No | Payment Confirmed | 33 Cleared 19 Cleared | Hold Code 70 should be Added. |
| 9471987101 | Oak Brook Medical & Surgical Centre, Inc | No | Payment Confirmed | 33 Cleared 45 Cleared | Hold Code 70 should be Added. |
| 9480427110 | Oak Brook Centre for Health Ltd | No | Payment Confirmed | 33 Cleared 19 Cleared | Hold Code 70 should be Added. |
| 9473207105 | Oak Brook X-Ray and Imaging Inc | No | Payment Confirmed | 33 Cleared 19 Cleared | Hold Code 70 should be Added. |
| 7763577110 | Great Oak Insurance Agency LLC | No | Payment Confirmed | None | Hold Code 70 should be Added. |
| 7704127202 | Beaver Creek Construction LLC | No | Payment Confirmed | 7 Cleared 8 Cleared 18 Cleared | Hold Code 70 should be Added. |
| 8187157206 | Butterfield Health Care Inc | No | Accepted | 33 Active 37 Active 54 Active 10 Cleared | Hold Code 33 cannot be cleared. Hold Code 37 cannot be cleared. Hold Code 54 cannot be cleared. |
| 7767777206 | Butterfield Health Care II, Inc | No | Payment Confirmed | 33 Cleared 37 Cleared | Hold Code 70 should be Added. |
| 3973427209 | Butterfield Health Care VII, LLC | No | Payment Confirmed | 37 Cleared 7 Cleared 8 Cleared 18 Cleared | Hold Code 70 should be Added. |
| 1400627301 | Butterfield Health Care Group, Inc | No | Payment Confirmed | 33 Cleared | Hold Code 70 should be Added. |

## Other Issues

### Second Draws

There are 6 Second Draw loans.

- Hold Code 37 has been added to all Second Draw Loans; therefore, no further action is needed.

| PPP Loan # | Borrower | Platform Status | EE # | Loan $ | Hold Codes | Next Steps |
|---|---|---|---|---|---|---|
| 2903538410 | Oak Brook Anesthesiologists Ltd | Not yet submitted | 4 | $140,000 | 37 Active | No further action |
| 3124068406 | Aiden Center for Day Surgery LLC | Not yet submitted | 8 | $245,677 | 37 Active | No further action |

| 3725198405 | Oak Brook Centre for Health Ltd | Not yet submitted | 2 | $59,902.50 | 37 Active | No further action |
|---|---|---|---|---|---|---|
| 3748818404 | The Oak Brook Surgical Centre Inc | Not yet submitted | 45 | $518,037.50 | 37 Active | No further action |
| 3798268403 | 1800 McDonough Road Surgery Center LLC | Not yet submitted | 26 | $455,575 | 37 Active | No further action |
| 1181119107 | Butterfield Health Care VII, LLC | Not yet submitted | 143 | $1,286,595 | 37 Active | No further action |
| | | | 228 | $2,705,787 | | |

## Other Miscellaneous Issues

PPP Loan #3973427209, Butterfield Health Care VII, LLC previously had a Denial reversed by HAR.

- This loan was referred to HAR as an SBA Denial based on ineligibility due to number of employees exceeding 500.
- HAR provided a spreadsheet with Alternative Size Standards measured and shows that the Borrower meets the Alternative Size Standards. (Spreadsheet attached)
- ANI (Average Net Income) over 2018 and 2019 = REDACTED which is below the standard of $5.0 million.
- TNW (Tangible Net Worth) for 2018 = REDACTED and 2019 = REDACTED both of which are below the standard of $15 million.
- No affiliation to Oak Brook Medical was discovered at that time.

**Please Note:**
If additional PPP loans are discovered at a later date as part of Jafari Health et al family of loans, a new affiliation review will be needed to determine eligibility.

If borrower provides documentation regarding Jafari Health et al at a later date, a new affiliation review will be needed to determine eligibility.

Submitted by and date: Aubrey Lenninger, February 25, 2022
Approved by and date: Carol Browning Lowe-Chin, March 18, 2021

**Re: Supplemental disclosures concerning common ownership and management among borrowers under the Paycheck Protection Program**

Dear Madam or Sir:

Attached are several data sheets containing detailed information about the ownership and management of the companies identified below (collectively, the "Companies", and each, a "Company"). Each of the Companies previously received a loan (collectively, the "First-Draw PPP Loans") under the Paycheck Protection Program ("PPP"). The loan numbers and loan amounts of the First-Draw PPP Loans are identified in the following table.

| Company Name | First-Round PPP Loan Number | First-Round PPP Loan Amount |
| --- | --- | --- |
| Butterfield Health Care, Inc. | 8187157206 | $2,201,640.00 |
| Butterfield Health Care Group, Inc. | 1400627301 | $420,864.00 |
| Butterfield Health Care II, Inc. | 7767777206 | $1,855,932.00 |
| Butterfield Health Care VII LLC | 3973427209 | $1,607,175.00 |

Two of the Companies, Butterfield Healthcare, Inc and Butterfield Health Care VII, LLC have applied for second-draw PPP loans (collectively, the "Second-Draw PPP Loans"). We are providing this letter and the attached data sheets in response to the SBA's request for further information about possible affiliates in connection with the Second-Draw PPP Loans applications.

In compiling this information, we realized that the Companies' First-Draw PPP Loan applications did not include information about common ownership and management among the Companies. This omission was unintentional and was due to the fact that we completed the First-Draw PPP Loan applications internally, under significant time pressure, and without the assistance of outside professional advisors. Since discovering the omission, we have worked with outside advisors in an effort to ensure that we provide complete disclosure of all necessary information and to show that the Companies' ownership and management structure do not support a finding of affiliation under applicable SBA rules and regulations.

Before consulting with outside advisors, we did not recognize the intricacies of the affiliation rules as they apply to the PPP, nor the fact that affiliation may be found on the basis of a variety of factors, not just majority ownership or managerial control. Based on our internal review, we concluded, in connection with the First-Draw PPP Loan applications, that since no individual or family group owns more than 50% of any of the Companies, and no specific individual ultimately controls any of the Companies, the Companies are not affiliates.

We now recognize, with the help of outside professionals, that generally affiliation exists when one business controls or has the power to control another or when a third party (or parties) controls or has the power to control both businesses. Control may arise through ownership, management, or other relationships or interactions between the parties. Four main tests for affiliation based on control apply to participants in the PPP. For purposes of determining the number of employees of an applicant to the PPP, the applicant is considered together with its affiliates. All of the applicable affiliation tests are set forth in 13 C.F.R. 121.301(f). Affiliation based on any of the circumstances described below is sufficient to establish affiliation. In addition to these specific tests, the SBA may also find affiliation based on the totality of the circumstances.

1.    **Affiliation based on ownership**: Businesses are affiliated if one entity or person "owns or has the power to control more than 50% of the concern's voting equity." In addition, a minority shareholder can be in control if they can exercise what the SBA refers to as "negative control"—powers such as the ability to deny a quorum or block certain board or shareholder actions.

2.    **Affiliation arising under stock options, convertible securities, and agreements to merge**: If stock options, convertible securities, or an agreement to merge has a "present effect on the power to control a concern," then there is affiliation. The emphasis here is on "present effect," so if there is a condition precedent to the exercise of, say, an option, then there is no present effect.

3.    **Affiliation based on management**: If an officer, managing member, partner, or other principal of an entity also "controls the management of one or more other concerns," then there is affiliation. There is also affiliation through common management if a particular person or entity controls the board or management of another concern.

4.    **Affiliation based on identity of interest:** (i) affiliation through "**close relatives**" (meaning a spouse; a parent; or a child or sibling, or the spouse of any such person) that have "identical or substantially, identical business or economic interests." (i.e. where the close relatives operate concerns in the same or similar industry in the same geographic area) (ii) affiliation through **common investments** where the same individuals or firms together own a substantial portion of multiple concerns in the same or related industry, and such concerns conduct business with each other, or share resources, equipment, locations, or employees with one another, or provide loan guaranties or other financial or managerial support to each other (iii) affiliation will be established through economic dependence when a concern derived more than 85 percent of its receipts over the previous three fiscal years from a contractual relationship with another concern, unless the contract(s) does not restrict the concern in question from selling the same type of products or services to another purchaser; or the SBA agrees that the terms of the contract (s) do not provide the purchaser with control or the power to control the seller.

In this instance, we do not believe that the Companies are affiliates under any of the specific tests described above or based on the totality of the circumstances. Although the Companies are owned and managed by various members of the Jafari, Vangel and Dimas families, their ownership

and managerial structures are complex. As further described on the attached data sheets, the Companies' organizational documents demonstrate, in painstaking detail, the owners' intention to create a balance of power among individuals and various family groups, so that no single individual or family group has the power to control any of the Companies.

Below is a review of the various tests for affiliation, as applied to the facts and circumstances of the Companies.

**Affiliation based on ownership.** No single individual or family group owns more than 50% of the equity interests in any of these Companies. Therefore, the facts do not support a finding of affiliation based on common ownership.

**Affiliation arising under stock options, convertible securities, and agreements to merge.** Based on the Companies' organizational documents, this test is not applicable.

**Affiliation based on management.** As described in detail on the attached data sheets, the organizational documents of the various Companies ensure that the Jafari family, on one hand, and the Vangel and Dimas families on the other hand, each have equal rights with respect to the appointment and removal of members of the board of directors or board of managers, as applicable. In addition, if the members of the board of directors or board of managers become deadlocked with respect to any decision requiring board approval, the matter must be submitted to binding arbitration. No individual or family group has the ability to assert managerial control over any of the Companies through appointment or removal of directors or managers. Therefore, the facts do not support a finding of affiliation based on management.

**Affiliation based on identity of interest.** We recognize that ownership of the Companies is tied to three families, and that each Company operates skilled nursing facilities. Thus, a cursory review of the facts and circumstances might lead to a finding of affiliation based on identity of interest. We think that such a conclusion would be in error because of the multitude of factors that distinguish the Companies' relationships from those in reported decisions of the SBA's Office of Hearings and Appeals ("OHA"). *See Size Appeal of Tescon, Inc., 2019 WL 1349839* (identity of interest may be found among those who have common investments in more than one concern, whose common business interests cause the parties to act in union for their common benefit). *Size Appeal of W. Harris, Govt. Svcs. Contractor, Inc., SBA No. SIZ-5717, at 6 (2016).* The SBA's Office of Hearings and Appeals has held that to find affiliation on this ground, the common investments of the persons must be substantial, either in number of individual investments, or in total value. *Size Appeal of Tenax Aerospace, LLC, SBA No. SIZ- 5701, at 11 (2015)* ("Tenax I"). The rationale behind finding identity of interest based on common investments is "'that persons who have a relationship because of common interests will act in concert to benefit each other.'" (Id.) OHA has held that "significant ownership interests in a multitude of companies ... clearly bespeaks a common purpose such that a finding of identity of interest is appropriate." *Size Appeal of Seacon Phoenix, LLC*, SBA No. SIZ-5523 (2013). The presumption that entities or individuals with common interests will act in concert is rebuttable. *Tenax I* at 11.

In this case, to the extent that any presumption of affiliation based on familial relationships or common investments arises, it is rebutted by the following facts. First, no members of the same

family own more than 50% of the equity interests in any of the Companies, such that no single family member nor any family group controls or has the power to control any of such Companies. Second, although multiple common investments may be indicia of affiliation, in this case, the complex organizational structure of the Companies, the respective families' equal voting rights and their agreements to resolve deadlocks through binding arbitration evidence a carefully structured system of checks and balances among the family groups. In short, the families themselves saw fit to try to protect their *individual* interests, undercutting any presumption that they intended to act, or would act in concert. Third, unlike in the reported decisions of the OHA cited above, the structure of the Companies does not involve two individuals, but rather a grouping of three families, with each family having many owners with multiple ownership percentages, and diverse ownership structures, through trusts, holding companies and individual ownership. Due to this diversity in structure and interests, it would be a mistake to conclude that an alignment of interests exists. Fourth, although the Companies are in the same industry, they are not in the same geographic markets, and the performance with respect to any single Company is locally driven. There is no accretion of management tied to the facilities on a global or regional basis, as each entity's revenue is tied to its specific location.

We welcome any questions you may have about the information contained in this letter and the attached data sheets, and would be glad to provide any additional documents and information you would like to review in connection with this matter.

Sincerely,

3/24/2021

**Explanation to show non-affiliation.**

**Borrower: Butterfield Healthcare Inc.**
        **Loan# 8187157206**
        **Tax ID: 36-3596557**

**Date:**      **04-20-2021**

Dear Sir or Madam:

It has come to our attention that the SBA has put on hold the PPP loan for the above-referenced entity.

The list that was provided by the SBA is showing entities that are grouped together but should be separated into two (2) groups, each having their own distinct ownership.

The groups are as follows:

### BUTTERFIELD HEALTH CARE GROUP – Consisting of:

1. Butterfield Health Care, Inc.

2. Butterfield Health Care II, Inc.

3. Butterfield Health Care VII, LLC

4. Butterfield Health Care Group, Inc.

### OAK BROOK SURGICAL CENTRE GROUP – Consisting of:

1. Oak Brook Surgical Centre, Inc.

2. Oak Brook Medical Management, Inc.

3. Oak Brook Anesthesiologists

4. Oak Brook Centre for Health, Inc.

5. Oak Brook X-Ray & Imaging, Inc.

6. Oak Brook Medical & Surgical Centre, Inc.Res

7. Aiden Center for Day Surgery LLC

8. Great Oak Insurance Agency, LLC*

9. 1800 McDonough Road Surgery Center LLC**

Each group of companies have different ownership.  In addition, the owners of each group of entities do not materially participate in the management or operation of the other group.

Companies in the first group have different owners with none having more than 25% share in each company.  These companies are managed by professional Administrators and other senior professionals who present the operating and financial performance to the ownership group once a month.

The second group, companies (1-7) are entirely owned (100%) by Kianoosh Jafari, M.D and Kianoosh Jafari owns 80% of company 8* and 57.5% of company 9**.  As such, we believe that companies in the second group are affiliates of each other but not of companies in the first group.

As such it is our belief that these companies are not affiliates as defined by the SBA.

Respectfully,

Chris Vangel
Manager



# Oak Brook Medical Management, Inc.

Management organization of Aiden Center for Day Surgery, Ashton Surgical Center and Oak Brook Surgical Centre

12/29/2021

From
Kianoosh Jafari M.D.
Oak Brook Medical Management, Inc.
2605 W 22nd Street; Suite 34
Oak Brook, IL 60523

To
Aubrey Lenninger
US Small Business Administration

    Re:  SBA LOAN NAME: Oak Brook Medical Management Inc.
        SBA LOAN NUMBER:  4015477301

Dear Ms. Lenninger:

This letter is being provided as a response to your request for additional information regarding the possible affiliation of multiple entities you listed on your request.

The list that was provided by the SBA is showing entities that are grouped together but should be separated into three (3) groups.

The groups are as follows:

Group 1   **OAK BROOK MEDICAL MANAGEMENT GROUP – Consisting of:**

| Group 1 | Ownership by Dr Kianoosh Jafari / Jafari Investments, LLC or Kianoosh Jafari Revocable Trust | Affiliate of Oak Brook Medical Management Group |
|---|---|---|
| 1. Oak Brook Medical Management, Inc. | 100% | Yes |
| 2. Oak Brook Surgical Centre, Inc. | 100% | Yes |
| 3. Oak Brook Anesthesiologists | 100% | Yes |
| 4. Oak Brook Centre for Health, Inc. | 100% | Yes |
| 5. Oak Brook X-Ray & Imaging, Inc. | 100% | Yes |
| 6. Oak Brook Medical & Surgical Centre, Inc. | 100% | Yes |
| 7. Aiden Center for Day Surgery LLC | 100% | Yes |
| 8. Great Oak Insurance Agency, LLC | 80% | Yes |
| 9. 1800 McDonough Road Surgery Center LLC | 57.5% | Yes |

In the above group of companies (Group 1), companies (1-7) are entirely owned (100%) by Kianoosh Jafari and Kianoosh Jafari owns 80% of company 8 and 57.5% of company 9.  As such, we believe that companies in this group are affiliates of each other.



# Oak Brook Medical Management, Inc.

Management organization of Aiden Center for Day Surgery, Ashton Surgical Center and Oak Brook Surgical Centre

Group 2          **BUTTERFIELD HEALTH CARE GROUP – Consisting of:**

| Group 2 | Ownership by Dr Kianoosh Jafari / Jafari Investments, LLC or Kianoosh Jafari Revocable Trust | Affiliate of Oak Brook Medical Management |
|---|---|---|
| 1. Butterfield Health Care, Inc. | 12.50% | No |
| 2. Butterfield Health Care II, Inc. | 12.50% | No |
| 3. Butterfield Health Care VII, LLC | 12.50% | No |
| 4. Butterfield Health Care Group, Inc. | 12.50% | No |
| 5. Beaver Creek Construction, LLC | 25% | No |

In the above group of companies (Group 2), Dr Jafari is a minority investor in them. He does not have the ability to prevent a quorum or block actions by the Board of Directors or shareholders. In addition, there is no common management between companies in Group 1 and Group 2. These companies are not affiliates of companies in Group 1

Group 3          **SUBURBAN ORTHOPAEDICS, LTD**

| Group 3 | Ownership by Dr Kianoosh Jafari / Jafari Investments, LLC or Kianoosh Jafari Revocable Trust | Affiliate of Oak Brook Medical Management |
|---|---|---|
| 1. Suburban Orthopaedics, LTD | 0% | No |

In the above company, Dr Jafari is not an investor and is not in any way involved with the company. Therefore it is not an affiliate of companies in Group 1

**At the request of the SBA around April 2021, Companies in Group 2 – Butterfield Health Care Group – provided documentation to the SBA which then determined that the companies in Group 2 are not affiliates of companies in Group 1. The second PPP loan for an entity in Group 2 was approved in July 2021 after the SBA reviewed the documentation.**

Thank you

Kianoosh Jafari
President

01/26/2022

From
Kianoosh Jafari M.D.
Butterfield Health Care, Inc.

To
Aubrey Lenninger
US Small Business Administration

Re:     SBA LOAN NAME:   Butterfield Health Care, Inc.
        SBA LOAN NUMBER:   8187157206

Dear Ms. Lenninger:

This letter is being provided as a response to your request for additional information regarding the possible affiliation of multiple entities you listed on your request dated January 24th, 2022

- Robert Jafari is the son of Kianoosh Jafari. Robert Jafari lives in California while Kianoosh Jafari lives in Illinois.

- Attached is the Trustee information that you requested. However, please note that not all these Trusts have ownership in all the companies.

| Trust | Trustee |
|---|---|
| Dorothy Vangel QSS Trust UAD 6/21/99 | Dorothy Vangel |
| Descendants S Corp Trust - FBO Ashley Maria Dimas | Dorothy Vangel |
| Descendants S Corp Trust - FBO Sasha Eva Dimas | Dorothy Vangel |
| Descendants S Corp Trust - FBO Sean William Dimas | Dorothy Vangel |
| Ashely M Dimas Descendant's GST Non-Exempt QSS Trust - 6/21/99 | Dorothy Vangel |
| Christopher Vangel Descendant's GST Exempt QSS | Dorothy Vangel |
| Katherine Hocuk Descendant's GST Exempt QSS | Dorothy Vangel |
| Sasha E Dimas Descendant's GST Non-Exempt QSS Trust - 6/21/99 | Dorothy Vangel |
| Sean W Dimas Descendant's GST Non-Exempt QSS Trust - 6/21/99 | Dorothy Vangel |

431 W. Remington Bvld.          Bolingbrook JL 60440          Phone:630.759.1112          Fax:630.759.6925

Finally, we are still unclear as to the reason why you think that the companies are affiliates; especially between the Oak Brook Companies and the Butterfield Companies.

Our attorney has reviewed the SBA affiliation rules at

https://www.ecfr.gov/current/title-13/chapter-I/part-121/subpart-A/subject-group-ECFRd133f03f6d8398b/section-121.103

and determined that the entities listed in your letter falls outside the regulations required to be considered as Affiliates of each other.  The SBA also conducted its review previously which determined that the companies were not affiliates of each other based on SBA guidelines for affiliation.

If you believe that these companies are affiliates, please provide us the specific criteria used to make this determination so that we can ask our attorney to provide you with their analysis and response.


Thank you

Kianoosh Jafari
President

431W. Remington Bvld.          Bolingbrook JL 60440          Phone:630.759.1112          Fax:630.759.6925

File: Borrower_affiliation_response_012622_Butterfield.pdf    [2022/02/25 19:49:33]          1654 of 1685



Management organization of Aiden Center for Day Surgery, Ashton Surgical Center and Oak Brook Surgical Centre

01/26/2022

From
Kianoosh Jafari M.D.
Oak Brook Medical Management, Inc.

To
Aubrey Lenninger
US Small Business Administration

Re:    SBA LOAN NAME: Oak Brook Medical Management Inc.
       SBA LOAN NUMBER:  4015477301

Dear Ms. Lenninger:

This letter is being provided as a response to your request for additional information regarding the possible affiliation of multiple entities you listed on your request dated January 24th, 2022

- Robert Jafari is the son of Kianoosh Jafari.  Robert Jafari lives in California while Kianoosh Jafari lives in Illinois.

- Attached is the Trustee information that you requested.  However, please note that not all these Trusts have ownership in all the companies.

| Trust | Trustee |
| --- | --- |
| Dorothy Vangel QSS Trust UAD 6/21/99 | Dorothy Vangel |
| Descendants S Corp Trust - FBO Ashley Maria Dimas | Dorothy Vangel |
| Descendants S Corp Trust - FBO Sasha Eva Dimas | Dorothy Vangel |
| Descendants S Corp Trust - FBO Sean William Dimas | Dorothy Vangel |
| Ashely M Dimas Descendant's GST Non-Exempt QSS Trust - 6/21/99 | Dorothy Vangel |
| Christopher Vangel Descendant's GST Exempt QSS | Dorothy Vangel |
| Katherine Hocuk Descendant's GST Exempt QSS | Dorothy Vangel |
| Sasha E Dimas Descendant's GST Non-Exempt QSS Trust - 6/21/99 | Dorothy Vangel |
| Sean W Dimas Descendant's GST Non-Exempt QSS Trust - 6/21/99 | Dorothy Vangel |



**Oak Brook Medical Management, Inc.**

Management organization of Aiden Center for Day Surgery, Ashton Surgical Center and Oak Brook Surgical Centre

Finally, we are still unclear as to the reason why you think that the companies are affiliates; especially between the Oak Brook Companies and the Butterfield Companies.

Our attorney has reviewed the SBA affiliation rules at

https://www.ecfr.gov/current/title-13/chapter-I/part-121/subpart-A/subject-group-ECFRd133f03f6d8398b/section-121.103

and determined that the entities listed in your letter falls outside the regulations required to be considered as Affiliates of each other.  The SBA also conducted its review previously which determined that the companies were not affiliates of each other based on SBA guidelines for affiliation.

If you believe that these companies are affiliates, please provide us the specific criteria used to make this determination so that we can ask our attorney to provide you with their analysis and response.

Thank you

Kianoosh Jafari
President







REDACTED

REDACTED











REDACTED











REDACTED









| | PPP Loan Exception Review Report |
|---|---|

## I.  Case Summary

| | | | |
|---|---|---|---|
| Case Number: | 108065 | Borrower's Name: | Butterfield Health Care, Inc. |
| Loan Number: | 8187157206 | Borrower's Tax ID: | REDACTED |
| Loan Disbursement Date: | 4/29/2020 | Borrower's Address: | 431 W. Remington Blvd, Bolingbrook IL 60440 |
| Loan Amount: | $2,201,640 | Authorized Representative: | Liz Koshy |
| Number of Employees: | 267 | Average Monthly Payroll: | $880,656 |
| Loan Forgiveness Application Date: | 9/4/20 | Owners: | Nicholas/Dorothy Vangel (20%) Kianoosh/Soussan Jafari (25%) Robert Jafari (25%) Dorothy Vangel, Trustee (30%) |
| Forgiveness Amount: | $2,201,640 | # of Alerts: | 3 |
| Lender ID: | 21299 | Lender Name: | Midland States Bank |
| Level 2 Reviewer Name: | Scott Reynolds | Level 2 Reviewer Team Lead Name: | Jim Rossini |
| Review Start Date: | 07/08/2021 | Review Completed Date: | 11/08/2021 |
| RFP Sent Date: | 11/21/2020 | RFP Received Date: | 12/07/2020 |
| Case Disposition: | Referred for Further Action | Alert Category: | Rule 10 - Loan Size Meets Special Review Criteria SBA Hold Flag # 33 - D&B Potential Affiliation Issue SBA Hold Flag # 37 - SBA - Potential Affiliation Issue |

## II.  Executive Summary

This case is being Referred for Further Action due to the borrower's inability to qualify for a PPP loan.

SBA Hold Flag #33, D&B – Potential Affiliation Issue, and SBA Hold Flag #37, SBA – Potential Affiliation Issue, are Unresolved.  The borrower is a member of two related cases groups (RC44A, RC2510A) consisting of thirteen (13) PP loans.  Although the borrower has asserted  that affiliation is not established for this loan, the documentation the borrower provided shows affiliations based on ownership for nine of the borrowers, and an affiliation based on negative (management) control for the remaining four borrowers (see Section III(B) for further analysis).

Rule # 10, Loan Size Meets Special Review Criteria is not reviewed based on SBA guidelines.

The loans included in related cases groups RC44A and RC2510A are summarized as follows:

| CASE ID | LOAN NUMBER | ENTITY | LOAN AMOUNT | EMPLOYEES | CASE STATUS |
|---|---|---|---|---|---|
| 108065 | 8187157206 | Butterfield Health Care, Inc | $2,201,640 | 267 | RFA |
| 833053 | 7767777206 | Butterfield Health Care II, Inc | $1,855,932 | 194 | NFA |
| 167097 | 3973427209 | Butterfield Health Care VII, LLC | $1,607,175 | 172 | NFA |
| 137858 | 1400627301 | Butterfield Health Care Group, Inc | $420,864 | 36 | NFA |
| 833069 | 2991897307 | The Oak Brook Surgical Centre, Inc | $518,037 | 45 | NFA |
| 833063 | 4015477301 | Oak Brook Medical Management, Inc | $468,694 | 16 | RFA |
| 833051 | 5159557207 | 1800 McDonough Rd Surgery Center, LLC | $455,575 | 26 | NFA |
| 833052 | 7768347110 | Aiden Center for Day Surgery, LLC | $245,678 | 8 | NFA |
| 833054 | 1240707302 | | $213,980 | 4 | |

| | | | | | |
|---|---|---|---|---|---|
| 947410 | 9471987101 | Oak Brook Medical & Surgical Centre, Inc | $70,065 | 6 | NFA |
| 833062 | 9480427110 | Oak Brook Centre for Health, LTD | $59,903 | 2 | NFA |
| 947411 | 9473207105 | Oak Brook X-Ray and Imaging, Inc | $50,448 | 2 | NFA |
| 2895157 | 7763577110 | Great Oak Insurance Agency, LLC | $32,868 | 2 | NFA |
| | | | $8,200,859 | 780 | |

Baseline research did not identify any indicia of intentional circumvention of eligibility, fraud, or abuse.

Documents reviewed are referenced where applicable in an abbreviated form and are maintained in the applicable case files.

# III.  Detailed Findings

## A.  Borrower's Background Information

Based on the information provided in the loan application, Butterfield Health Care, Inc. (BHC) applied for a PPP loan on April 28, 2020 and received a $2,201,640 PPP loan on April 29, 2020.  The borrower listed a business establishment date of January 1, 2010.  The business is located at 431 W. Remington Blvd., Bolingbrook, IL 60440.  The principal owners are Kianoosh and Soussan Jafari (JTWROS) (25%), Robert Jafari (25%), Nicholas and Dorothy Vangel (JTWROS) (20%), and Dorothy Vangel (Trustee for various trusts) (30%).  The loan application lists 267 employees.  A loan forgiveness application was submitted on September 4, 2020 requesting forgiveness of the entire amount of PPP loan proceeds.

The State of Illinois, Secretary of State shows BHC has an incorporation date of July 11, 1988.  Kianoosh Jafari (KJ) is the listed president and Nicholas Vangel (NV) is the listed secretary.  The corporation assumed name is Meadowbrook Nursing & Rehab of Bolingbrook (B1).

Google Maps has identified Meadowbrook Bolingbrook at the 431 W. Remington Blvd., Bolingbrook, IL 60440 address.  Meadowbrook Manor is listed as a DBA in the PPP loan forgiveness file (B2).

A LexisNexis SmartLinx business report was run on the Employer Identification Number (EIN) (36-3596557) and verified the EIN is associated with BHC at the 431 W. Remington Blvd., Bolingbrook, IL 60440 loan application address (B3).

BHC has a verifiable internet footprint.  A company webpage has been identified under the Meadowbrook Bolingbrook business name.  The company address is verified on the website.  The borrower is categorized as Assisted Living Facilities for the Elderly (NAICS CODE 623312).  The website indicates the borrower is a post-hospital provider for short term rehabilitation or extended stay (B4).

## B.  Alerts, Risk Indicators, and Detailed Findings

Alerts

**Rule # 10, Loan Size Meets Special Review Criteria is not reviewed.**
Butterfield Health Care, Inc. received a $2,201,640 PPP loan. All PPP loans of $2 million or above are subject to a mandatory review.  In accordance with SBA guidance, loan necessity was not assessed as part of this review.

**SBA Hold Flag #33, D&B – Potential Affiliation Issue, and SBA Hold Flag #37, SBA – Potential Affiliation Issue, are Unresolved.**
The principal owners of BHC and each of the borrowers immediately below are as follows: Kianoosh and Soussan Jafari (JTWROS) (25%), Robert Jafari (25%), Nicholas and Dorothy Vangel (JTWROS) (20%), and Dorothy Vangel (Trustee for various trusts) (30%).  No principal individually has over fifty (50%) interest however documentation provided by the borrower in response to a request for addition information (A1) indicates that any disputes arising from decisions which require board approval must be handled by arbitration.  Thus, for purposes of determining PPP loan eligibility, negative control is established, and the four borrowers (including BHC) are therefore affiliated.

| **Case ID** | **Loan Number** | **Entity Name** | **Loan Amount** | **Employees** | **Exhibits** |
|---|---|---|---|---|---|
| 108065 | 8187157206 | Butterfield Health Care, Inc. | $2,201,640 | 267 | A1, A2 |
| 833053 | 7767777206 | Butterfield Health Care II, Inc. | $1,855,932 | 194 | A1, A3 |
| 947420 | 9374727200 | Butterfield Health Care III, Inc. | $1,607,175 | 172 | A1, A4 |

| 137858 | 1400627301 | Butterfield Health Care Group, Inc. | $ 420,864 | 36 | A1, A5 |
| | | **TOTALS** | **$6,085,611** | **669** | |

Principal owner KJ also has the ability to exercise control over the following entities based on ownership:

| Case ID % | Loan Number | Entity Name | Loan Amount | Employees | KJ Ownership |
|---|---|---|---|---|---|
| 833069 | 2991897307 | The Oak Brook Surgical Centre, Inc. | $ 518,037 | 45 | 70% |
| 833063 | 4015477301 | Oak Brook Medical Management, Inc. | $ 468,694 | 16 | 100% |
| 833051 | 5159557207 | 1800 McDonough Rd Surgery Center, LLC | $ 455,575 | 26 | 60% |
| 833052 | 7768347110 | Aiden Center for Day Surgery, LLC | $ 245,678 | 8 | 100% |
| 833061 | 4020977303 | Oak Brook Anesthesiologists LTD | $ 213,980 | 4 | 100% |
| 947410 | 9471987101 | Oak Brook Medical & Surgical Centre, Inc. | $ 70,065 | 6 | 100% |
| 833062 | 9480427110 | Oak Brook Centre for Health LTD | $ 59,903 | 2 | 100% |
| 947411 | 9473207105 | Oak Brook X-Ray and Imaging, Inc. | $ 50,448 | 2 | 100% |
| 2895157 | 7763577110 | Great Oak Insurance Agency LLC | $ 32,868 | 2 | 80% |
| | | **TOTALS** | **$2,115,247** | **111** | |

Principal owner KJ has the ability to exercise control over all thirteen entities that received a total of $8,200,856 in PPP loan proceeds and employed a combined total of 780 employees. Since the combined number of employees exceeds five-hundred (500), the SBA Size Standards would determine the appropriate size standard for the borrower's NAICS code.

SBA's Size Standards show the size standard for NAICS code 623312 is $12 million in revenue (A6). The combined loan amount of $8,200,856 represents 2.5 months' of payroll expenses, which equates to an annual payroll of $39,364,109. It is very unlikely that the borrower could meet the $12 million revenue standard given that the combined affiliated group's annual payroll is more than $39 million. The borrower is ineligible for a PPP loan.

Risk Indicators

REDACTED

Detailed Findings

Google adverse news, Google Payroll Protection Program (PPP) adverse news, and Google PPP negative news were checked with negative results (C1 – C12).

# IV.  Research and Document Analysis

## A.  Application and Supporting Document

The Level 2 Reviewer reviewed the loan application information submitted by BHC. The borrower submitted a loan forgiveness application requesting forgiveness for the full amount of the $2,201,640 PPP loan proceeds received.

## B.  Open Source and Database Research

See Section III.

## C.  Requests and Responses to Requests for Information and Document Review

N/A

## V.  Conclusion and Recommendation

This loan is being referred to the SBA for further action.  SBA Hold Flag #33, D&B – Potential Affiliation Issue, and SBA Hold Flag #37, SBA – Potential Affiliation Issue, are Unresolved.  The borrower is a member of two related cases groups (RC44A, RC2510A) consisting of thirteen (13) PP loans.  Although the borrower has asserted  that affiliation is not established for this loan, the documentation provided shows affiliations based on ownership for nine of the borrowers, and an affiliation based on negative (management) control for the remaining four borrowers.  The borrower does not meet the eligibility guidelines for a PPP loan.

Rule # 10, Loan Size Meets Special Review Criteria was not reviewed based on SBA guidelines.

Baseline research did not identify any intentional indicia of circumvention of eligibility, fraud, or abuse

## Appendix A – RFP Documentation

The following files were utilized by the reviewer to reach the conclusion in the narrative report:

A1_BUT_Affiliation Statement
A2_BUT_Datasheet_Butterfield Health Care Inc
A3_BUT_Datasheet_Butterfield Health Care II Inc
A4_BUT_Datasheet_Butterfield Health Care VII
A5_BUT_Datasheet_Butterfield Health Care Group Inc
A6_SBA_Size Standard_623312







