# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Butterfield Health Care, Inc. a/b/a Meadowbrook Manor of Bolingbrook

                Plaintiff

                          Case No.: 1:23-cv-02775-CJN

                vs.

Small Business Administration, et al.

                Defendant(s)

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Stephanie Maddox, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Notice of Right to Consent to Trial before a United States Magistrate Judge; Civil Cover Sheet; Certificate Rule LCvR 26.1; Complaint with Exhibits; and Plaintiff's Motion for Leave to File Under Seal Exhibit 1 to Plaintiff's Complaint with Exhibit 1

SERVE TO: Merrick Garland, Attorney General for the United States of America c/o Assistant Attorney General for Administration

SERVICE ADDRESS: U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530

METHOD OF SERVICE: Per COVID-19 service of process protocol, service was completed by mailing a copy of the documents listed herein to Merrick Garland, Attorney General for the United States of America c/o Assistant Attorney General for Administration, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530 on 10/05/2023 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 7022 2410 0000 9528 8305.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

10/05/23
Executed On



Stephanie Maddox

Client Ref Number: 117699-0011
Job #: 1624695

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| BUTTERFIELD HEALTH CARE, INC. d/b/a MEADOWBROOK MANOR OF BOLINGBROOK <br><br> *Plaintiff(s)* <br> v. <br> SMALL BUSINESS ADMINISTRATION and ISABELLA CASILLAS GUZMAN, Administrator, Small Business Administration <br><br> *Defendant(s)* | Civil Action No. 23-cv-02775-CJN |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Merrick Garland
Attorney General of the United States
c/o Assistant Attorney General for Administration
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Sam C. Neel, Llewelyn M. Engel
McDermott Will & Emery LLP
500 North Capitol St., N.W.
Washington, D.C. 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date:   09/22/2023

/s/ Luileadny J. Navas Gonzalez
*Signature of Clerk or Deputy Clerk*