UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUTTERFIELD HEALTH CARE, INC., d/b/a MEADOWBROOK MANOR OF BOLINGBROOK,<br><br>                Plaintiff,<br><br>   v.<br><br>SMALL BUSINESS ADMINISTRATION, *et al.*,<br><br>                Defendants. | Civil Action No. 23-2775 (CJN) |

**JOINT MOTION TO STAY PROCEEDINGS**

The parties jointly move this Court for an Order staying this civil action, including applicable deadlines, while the parties continue discussions to explore the possibility of resolving this matter without the need for active litigation and briefing. The parties request a stay until the earlier of the following two dates: (1) about ninety (90) days from the date of the Joint Motion (i.e., until May 10, 2024); or (2) the date on which the parties notify the Court that further proceedings in this case are necessary to resolve the dispute.

1. By way of background, Plaintiff Butterfield Health Care, Inc., doing business as Meadowbrook Manor of Bolingbrook, filed this civil action against the Small Business Association and Isabella Casillas Guzman, in her official capacity as Administrator of the Small Business Administration, on September 21, 2023. ECF No. 1. Plaintiff challenges the Agency's decision declining Plaintiff's request for forgiveness of a CARES Act loan. Defendants timely answered the complaint on January 17, 2024. ECF No. 14.

2. The parties are in discussions about exploring an alternative option that may eliminate the need for active litigation in this matter, depending on the outcome.

3. To allow a reasonable period of additional time for this to occur, the parties request this stay of the litigation.

4. This Court has the inherent authority to stay proceedings. *See Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants."). Pursuant to this Court's inherent authority, the parties seek a limited stay to conserve judicial and other resources. Allowing a reasonable amount of additional time in the interest of resolving the matter without briefing serves the interests of the parties and the Court.

5. Therefore, consistent with the above, the Parties jointly move this Court for an Order staying this civil action until the earlier of the following two dates: (1) ninety (90) days from the date of the Joint Motion (i.e., until May 10, 2024); or (2) the date on which the parties notify the Court that further proceedings in this case are necessary to resolve the dispute.

*   *   *

6.  The parties also propose that they submit a report within one week of the stay's expiration date—by May 3, 2024—informing the Court of the status of the discussions and, if necessary, proposing a schedule for further proceedings. A proposed Order has been filed with this motion.

Dated: February 12, 2024
Washington, DC

*/s/ Sam Crockett Neel*
Sam Crockett Neel
Llewelyn Engel
McDermott Will & Emery LLP
500 North Capitol St, NW
Washington, DC 20005
202-756-8821 (Neel)
Sneel@mwe.Com
202-756-8514 (Engel)
Lengel@mwe.Com

*Counsel for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Christina O'Tousa*
CHRISTINA O'TOUSA, D.C. Bar #241667
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2437
christina.o'tousa@usdoj.gov

*Attorneys for the United States of America*