**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BUTTERFIELD HEALTH CARE, INC.,<br>d/b/a MEADOWBROOK MANOR OF<br>BOLINGBROOK,<br><br>Plaintiff,<br><br>v.<br><br>SMALL BUSINESS ADMINISTRATION, *et al.*,<br><br>Defendants. | Case No.: 1:23-CV-02775 (CJN) |

**JOINT STATUS REPORT**

Plaintiff Butterfield Health Care, Inc., doing business as Meadowbrook Manor of Bolingbrook, and Defendants Small Business Association and Kelly Loeffler, in her official capacity as Administrator of the Small Business Administration (collectively, the "Agency"), through counsel, respectfully submit this joint status report pursuant to the Court's Minute Order dated January 16, 2026.

**BACKGROUND:**

1. This is an Administrative Procedure Act case. Plaintiff filed its complaint on September 21, 2023, and the Agency timely answered on January 17, 2024. In this action, Plaintiff challenges the Agency's decision declining Plaintiff's request for forgiveness of a CARES Act Paycheck Protection Program ("PPP") loan.

2. On February 26, 2024, the parties jointly moved this Court for an order staying the proceedings, including applicable deadlines, to allow the parties to explore an alternative that could potentially resolve this matter without the need for active litigation and briefing. The parties have

since sought additional extensions of the stay of proceedings to allow time for the parties to continue to confer, including by way of the Agency requesting information and documents from Plaintiff and the Agency reviewing that which has been provided.

**STATUS:**

3. The Agency has requested, and Plaintiff has provided, additional documents to allow the Agency to calculate the appropriate loan forgiveness amount. The parties report that the Agency has determined that Plaintiff is eligible for forgiveness and has determined the amount of forgiveness that Plaintiff is eligible for. The parties seek additional time to confer regarding whether the Agency's determinations eliminate the need for active litigation in this matter.

4. By order of this Court, the case was stayed until February 16, 2026. *See* January 16, 2025, Min. Order. The parties were to file a joint status report on February 9, 2026, proposing next steps in this case. *Id*. The parties seek an extension of the stay and request that the Court extend the stay for an additional thirty-day period—*i.e.*, until March 18, 2026. This extension of the stay would serve the interests of justice and conserve judicial and party resources, by allowing the parties to independently determine whether this matter can be resolved without the need for judicial intervention.

5. The parties also propose that they submit a joint status report to the Court by March 11, 2026, one week before the stay's expiration date, informing the Court of the status of the discussions and, if necessary, proposing a schedule for further proceedings.

6. A proposed order accompanies this joint status report.

Dated: February 9, 2026
Washington, DC

Respectfully Submitted,

*/s/ Sam C. Neel*
Sam C. Neel
Snell & Wilmer L.L.P.
2001 K Street NW, Suite 425
Washington, DC 20006-1037
Phone: (202) 925-5962
E-mail: sneel@swlaw.com

*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Heather Graham-Oliver*
Heather Graham-Oliver
Assistant U.S. Attorney
U.S. Attorneys' Office | Civil Division
601 D Street, NW
Washington, DC 20530
(202) 252-2520
heather.graham-oliver@usdoj.gov