**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BUTTERFIELD HEALTH CARE, INC., d/b/a MEADOWBROOK MANOR OF BOLINGBROOK,<br><br>Plaintiff,<br><br>v.<br><br>SMALL BUSINESS ADMINISTRATION, *et al.*,<br><br>Defendants. | Case No.: 1:23-CV-02775 (CJN) |

**JOINT STATUS REPORT**

Plaintiff Butterfield Health Care, Inc., doing business as Meadowbrook Manor of Bolingbrook, and Defendants Small Business Association and Kelly Loeffler, in her official capacity as Administrator of the Small Business Administration (collectively, the "Agency"), through counsel, respectfully submit this joint status report pursuant to the Court's Minute Order dated August 14, 2026.

**BACKGROUND:**

1. This is an Administrative Procedure Act case. Plaintiff filed its complaint on September 21, 2023, and the Agency timely answered on January 17, 2024. In this action, Plaintiff challenges the Agency's decision declining Plaintiff's request for forgiveness of a CARES Act Paycheck Protection Program ("PPP") loan.

2. On February 12, 2024, the parties jointly moved this Court for an order staying the proceedings, including applicable deadlines, to allow the parties to explore an alternative that could potentially resolve this matter without the need for active litigation and briefing. The parties have

since sought additional extensions of the stay of proceedings to allow time for the parties to continue to confer, including by way of the Agency requesting information and documents from Plaintiff and the Agency reviewing that which has been provided.

**STATUS**:

3. The parties continue to make progress toward resolving this matter. The parties report that the Agency has determined that Plaintiff is eligible for forgiveness and has determined the amount of forgiveness that Plaintiff is eligible for. The Agency has recently requested, and Plaintiff has provided, additional underlying loan documents to support the Agency's loan forgiveness amount determination. The parties seek additional time to confer regarding whether the Agency's determinations eliminate the need for active litigation in this matter.

4. By order of this Court, the case was stayed until March 18, 2026. *See* February 12, 2026, Min. Order. The parties were to file a joint status report on March 11, 2026, proposing next steps in this case. *Id.* The parties request that the Court extend the stay until November 13, 2026, 60 days from today. This extension of the stay would serve the interests of justice and conserve judicial and party resources, by allowing the parties to resolve this matter without the need for judicial intervention.

5. The parties also propose that they submit a joint status report to the Court by November 6, 2026, one week before the stay's expiration date, informing the Court of the status of the discussions and, if necessary, proposing a schedule for further proceedings.

6. A proposed order accompanies this joint status report.

Dated: September 14, 2026
Washington, DC

Respectfully Submitted,

/s/ Sam C. Neel
Sam C. Neel
Snell & Wilmer L.L.P.
2001 K Street NW, Suite 425
Washington, DC 20006-1037
Phone: (202) 925-5962
E-mail: sneel@swlaw.com

*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ Heather Graham Oliver
Heather Graham-Oliver
Assistant U.S. Attorney
U.S. Attorneys' Office | Civil Division
601 D Street, NW
Washington, DC 20530
(202) 252-2520
heather.graham-oliver@usdoj.gov