**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BUTTERFIELD HEALTH CARE, INC., d/b/a MEADOWBROOK MANOR OF BOLINGBROOK,<br><br>Plaintiff,<br><br>v.<br><br>SMALL BUSINESS ADMINISTRATION, *et al.*,<br><br>Defendants. | Case No.: 1:23-CV-02775 (CJN) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the parties' joint status report, and the entire record herein, it is hereby

ORDERED that the stay of the proceedings will be extended and continue through December 14, 2026; and it is hereby

ORDERED that the parties submit a joint status report to the Court by December 7, 2026—one week before the stay's expiration date—informing the Court of the status of the discussions and, if necessary, proposing a schedule for further proceedings.

SO ORDERED.

______________
DATE

______________________
CARL J. NICHOLS
United States District Judge